Exhibit "A"

MICHAEL K. JEANES, CLERK
BY
*J. Ratner* DEP
FILED

13 JUL 18 PM 3:46

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

12159

## ISSUANCE of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2013- 006574 |
|---|---|

| AFFIANT NAME: Henderson | BADGE NUMBER: 1458 |
|---|---|
| AGENCY: MCSO | |

### INDICATE TYPE OF ISSUANCE (ISW)

| ✓ | WALK-IN |
|---|---|
| | FAX/ELECTRONIC |

### CAPTION:

| ✓ | IN RE THE MATTER OF SEARCH WARRANT (951) |
|---|---|
| | IN RE THE MATTER OF PEN REGISTER (952) [60 days] |
| | IN RE THE MATTER OF TRAP AND TRACE (953) [60 days] |
| | IN RE THE MATTER OF HANDWRITING EXEMPLAR (954) |
| | IN RE THE MATTER OF SEIZURE WARRANT (956) |
| | IN RE THE MATTER OF ORDER TO OBTAIN PHYSICAL EVIDENCE OR PHYSICAL CHARACTERISTICS (955) |
| | IN RE THE MATTER OF GLOBAL POSITIONING SYSTEM (957) |
| | IN RE THE MATTER OF |

### ORDERED BY THE COURT:

| ✓ | SEAL ALL SEARCH WARRANT DOCUMENTS PER REQUEST OF OFFICER/STATE AS ORDERED BY THE COURT. |
|---|---|
| | SEAL ALL ISSUANCE DOCUMENTS PURSUANT TO A.R.S. 13-3918. |

IT IS FURTHER ORDERED THAT ALL WORKSHEETS IN THIS CASE ARE **NOT** TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 7/16/13 | 1315 Hours | _(signature)_ |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephone: (602) 506-7754
Issuance Worksheet Form LRD 12/06/12

GR000001

# Exhibit "A"

MICHAEL K. JEANES, CLERK
BY Ω. Ratner OEP
FILED

13 JUL 18 PM 3: 46

## *AFFIDAVIT FOR SEARCH WARRANT*

### *MARICOPA COUNTY SHERIFF'S OFFICE*
### County of Maricopa, State of Arizona

Warrant Number: SW2013-006574

Your affiant, Detective J. Henderson #S1458, a sworn Deputy Sheriff for the County of Maricopa, State of Arizona, being first duly sworn, upon oath, deposes and says:

That on or about the 30th day of October, 2012 within the County of Maricopa, State of Arizona, your Affiant learned of the crime(s) of Taking the Identity of Another ARS 13-2008 a class 4 felony, Aggravated Taking the Identity of Another ARS 13-2009 a class 3 felony, Forgery ARS 13-2002 a class 4 felony and Conspiracy ARS 13-1003 a class 4 felony had been committed and are continuing to be committed by the persons listed below and others in the following manner:

By the illegal use of social security numbers not assigned to them by the Social Security Administration to gain employment.

That your affiant has probable cause to believe, and he does believe:

That on the persons of or the persons using the names of:

Acosta, Felipe
Arellano, David
Arland, Emily
Arredondo, Manuel
Baca, Mario
Balderas, Antonio
Balderas, Carmen
Cano, Maria
Carmelo, Carlos
Carrola, Julio
Chavez, Ariel
Chavez, Jorge
Dominquez, Oscar
Echaury, Luis Ibarra
Espinoza, Yamaira
Ferrer, Ricardo
Flores, Artemo Aguilar
Flores, Jose
Friedman, Josephine

GR000002

# Exhibit "A"

Gonzales, Fernando
Gonzales, Luis
Gonzales, Marcial
Guevara, Rosario
Gregorio, Carlos
Grunthaner, Melanie
Gutierrez, Adolfo
Gutierrez, Cesar
Hernandez, Juan
Jacks, Cori
Johnson, Dominika
Lares, Armando
Lao, Dorothy
Lopez, Kathy Gallegos
Maricio, John
Meneses, Andres
Moran, Victor
Munoz, Emigdio
Munoz, Jose
Navarro, Edgar
Olmos, Carlos
Orozco, Artemio
Ortiz, Jose Noriega
Osorio, Joaquin
Osmic, Samir
Pablo, Alfredo Toledo
Pacheco, Edgar
Pantaleon, Cristina
Pena, Jose
Perez, Rafael
Perez, Rodolfo
Pita, Junior
Ramirez, Johnathan
Ramirez, Rene
Ramos, Luis
Ramos, Oscar
Reyes, Alberto
Reyes, Jesus Vivar
Reyes, Martin
Rivera, Francsico
Rivera, Jose Leal
Rocha, Juan
Rodriguez, Francisco
Rodriguez, Marco
Rodriguez, Mario

# Exhibit "A"

Rogers, Kathryn
Romero, Juan
Rosales, Alicia
Ruiz, Christian Martinez
Tapia, Alonso
Uzarraga, Jose
Valenzu, Jesus Santos
Villanueva, Valentin
Zacapaia, Genaro
Zavala, Gerardo
Zavala, Jose

On the property described as a red, white and blue in color brick single story structure located at 3217 E. Shea Blvd. Phoenix, Arizona 85028. The front of the business faces to the north and elongated west to east. One large white sign with red, blue and white writing, "Uncle Sam's, "We want you!" is affixed to the white brick, directly above the main entrance an faces to the north. Five white and blue pillars 10-feet high from the floor to the ceiling, separated by a distance of 10-feet are on the entire north side of the business. In front of the five pillars is a 3-foot white, red, and blue brick wall that runs across the entire north side of the business and has a 3-foot opening in the center. The main entrance to the business is a single swinging red door with glass on the upper portion. Adjacent to the main entrance door on both the east and west side is two red, white, and blue, "Uncle Sam's" decorative statues approximately 5-foot high. To the east of the decorative statue on the north side of the building is large glass window. On the south side of the business is two surveillance cameras affixed to the white brick at the top portion of the south wall approximately 12-feet high and separated by 40-feet. The back entrance to the business is a red door on the south wall. The back entrance door is surrounded by a white brick wall 7-feet high and has one wood swinging gate 6-feet high on the south side, and a side-by-side swinging wood gate 6-feet high on the east side.

In/On the electronic device described as any and all computer systems or digital media found within the premise described above.

Certain property or things which:
Constitutes evidence tending to show that a public offense has been committed or tending to show that unknown person(s) have committed public offenses, such offenses being Taking the Identity of Another ARS 13-2008 a class 4 felony, Aggravated Taking the Identity of Another ARS 13-2009 a class 3 felony, Forgery ARS 13-2002 a class 4 felony and Conspiracy ARS 13-1003 a class 4 felony have been committed.

Any other evidence not yet identified, which tends to establish that the crimes of taking the identity of another, aggravated taking the identity of another, forgery and conspiracy have been committed.

In the City of Phoenix, County of Maricopa, State of Arizona, there is now being concealed

# Exhibit "A"

certain property or things described as: Any and all items, articles tending to establish that the crime(s) of taking the identity of another and/or forgery, and the items on the property and persons would prove known and unknown person(s) possess the items for the purpose of taking the identity of another and forgery to gain employment. The items are including, but not limited to, any and all current employee records/files and their entire contents (excluding medical information and performance evaluations), all company identification cards or copies thereof, any and all employee lists or schedule, time cards, rosters, paychecks, logs, work assignments, any identifying documents used to identify oneself using the personal identifying information or entity identifying information which will aide with the identification of the person unlawfully using name and/or social security number and all associates or co-conspirators.

All of the records described above, whether stored on paper, on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks, programmable instruments such as telephones, electronic address books, calculators, or any other storage media, together with the indicia of use, ownership, possession, or control of such records.

Any other evidence not yet identified, which tends to establish that the crimes of Taking the Identity of Another ARS 13-2008 a class 4 felony, Aggravated Taking the Identity of Another ARS 13-2009 a class 3 felony, Forgery ARS 13-2002 a class 4 felony and Conspiracy ARS 13-1003 a class 4 felony have been committed.

That the following facts establish probable cause for believing that grounds for the issuance of a search warrant for the aforementioned persons, places, vehicles and items of property exist:

On the date of 10/30/2012 at approximately 0900 hours, your Affiant learned the following information in the following manner:

*On 10/30/2012 Acting supervisor Detective Cesar Brockman advised your affiant of a tip received by the Maricopa County Sheriff's Office in regards to the business, "Uncle Sam's", located at 13325 E. Cochise Rd. in Scottsdale, reference to several employees that are using forged social security numbers to gain and continue employment. Your Affiant conducted a records check on the business, " Uncle Sam's", through the Maricopa County Assessor's office and learned that "Uncle Sam's" is owned by Bret Frimmel with a listed business address of 13325 E. Cochise Rd. Investigation later revealed this address was a residence being utilize also as an office to the business," Uncle Sam's". Your Affiant also discovered two other business locations for the business, "Uncle Sam's", consisting of restaurants located at 18913 N. 83rd Ave. Peoria, Az. and 3217 E. Shea Blvd. Phoenix, Arizona.*

# Exhibit "A"

On 11/26/2012 your Affiant received a copy of the Unemployment Tax and Wage Reports submitted to the Arizona Department of Economic Security (DES) for Uncle Sam's, on the third quarter of 2012. On 12/05/2012 your Affiant received a copy of the report from the DES Custodian of Records and observed the report to contain the names and social security numbers used by the employees and the wages made for each employee. Your affiant then conducted queries on all one hundred and sixty-three (163) social security numbers and names listed on the

DES report using Law Enforcement data bases and Arizona Motor Vehicle Department (MVD). The queries using Law Enforcement data bases showed several discrepancies to include but not limited to, more than one name associated with the social security number, more than one current address listed, out of state addresses only or no record found. The queries using the Arizona MVD data base showed your Affiant discrepancies that were either no record found or a different name and address. Of the one hundred and sixty-three (163) listed names and social security numbers your Affiant observed sixty-six (66), discrepancies from the Arizona Motor Vehicle Department (MVD) Justice Web Interface (JWI), and one hundred and three (103), discrepancies from Accurint, (a web based Law Enforcement database).

The format used in the request letter is "Match" meaning the social security number was assigned to that name by the Social Security Administration, "No Match" meaning the social security number was not assigned by the Social Security Administration to the name given, "No Record" meaning there is no record of that number being assigned by the Social Security Administration to anyone or "Invalid" meaning the number is not a number used by the Social Security Administration.

GR000006

# Exhibit "A"

On 01/14/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to sixty (60) social security numbers and names. The request was for the Social Security Administration to compare the names and the associated social security numbers listed in the request with their data base to determine who was/was not assigned the social security number.

On 01/17/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show fifty-four (54) names and corresponding social security numbers to be a "No Match" which meaning the name and social security number do not match according to Social Security Administration. The no match names are as follows:

Marcial Gonzales
Jose Zavala
Carlos Gregorio
Alicia Rosales
Julio Carrola
Cesar Gutierrez
Francsico Rivera
Victor Moran
Joaquin Osorio
Alfredo Toledo Pabla
Carlos Olmos
Ariel Chavez
Carmen Balderas
Andres Meneses
Rene Ramirez
Cristina Pantaleon
Valentin Villanueva
Jase Uzarraga
Oscar Ramos

GR000007

# Exhibit "A"

*Jose Noriega Ortiz*

*Ricardo Ferrer*

*Carlos Carmelo*

*Jorge Chavez*

*Felipe Acosta*

*Rafael Perez*

*Edgar Navarro*

*Yomaira Espinoza*

*Jose Pena*

*Jose Leal Rivera*

*Manuel Arredondo*

*Alberto Reyes*

*Artemo Aguilar Flores*

*Austin Frimmel*

*Fernando Gonzalez*

*Gerardo Zavala*

*Antonio Balderas*

*Rodolfo Perez*

*Jose Munoz*

*Kathy Gallegos Lopez*

*Emigdio Munoz*

*Jose Flores*

*Luis Gonzalez*

*Luis Ramos*

*David Arellano*

*Jesus Vivar Reyes*

*Johnathan Ramirez*

*Francisco Rodriguez*

*Morio Rodriguez*

*Juan Hernandez*

# Exhibit "A"

Luis Ibarra Echaury

Artemio Orozco

Oscar Dominquez

Alonso Tapia

Junior Pita

Your Affiant observed the response to show three (3) names and social security numbers to be a "No Record" meaning there is no record of that number being assigned by the Social Security Administration. The no match name is as follows:

Rosario Guevara

Martin Reyes

Mario Baca

Your Affiant observed the response to show the remaining names to be a "Match" meaning the social security number was assigned to that name by the Social Security Administration. The match names are as follows:

Emerald Charltan

Arron Silva

Jose Diaz

On 01/24/2013 your Affiant conducted an interview with a complainant, who wishes to remain a confidential source, in reference to Uncle Sam's. The complainant stated they wanted to remain a confidential source due to fear of retaliation by the suspects and/or company. The complainant told your Affiant they had been employed by Uncle Sam's and prior to resigning worked at the restaurant located at 18913 N. Peoria, Arizona.

# Exhibit "A"

*The complainant told your Affiant the that they witnessed the Owner of Uncle Sam's, Bret Frimmel, instructing employee(s) to write down a different name and social security number after they returned to Uncle Sam's from being deported. The complainant told your affiant that the owner, Bret Frimmel, told managers at Uncle Sam's he keeps employee records at his residence and not to inquire about them, or they would be terminated.*

*The complainant also heard individuals talking freely amongst themselves about working illegally at Uncle Sam's and gave the following list of names to your Affiant;*

*Edgar*

*Carlos*

*Tony*

*Fernanda*

*Valente*

*Cristina*

*Artemio*

*Jose*

*Your Affiant confirmed six (6) of the eight (8) above listed names from the complainant to be on the report along with the social security numbers.*

*The six names given by the complainant that was also found on the DES list were using forged social security numbers for employment. Those names are as follows:*

*Edgar*

*Carlos*

*Fernanda*

*Cristina*

*Artemio*

*Jose*

# Exhibit "A"

*On 02/20/2013 your Affiant contacted the complainant to confirm the information he/she had given prior to on 01/24/2013. The complainant confirmed the information and also had more information for your Affiant. The complainant said the owner, Bret Frimmel, had she/he fill out the following paperwork on the day she/he was hired; a W-4, employee application form, show a driver's license, a social security card, read an employee handbook, and sign an acknowledgment form. The complainant said all the servers had to go through this process except for the cooks and bussers who were told by Frimmel just to write down their name and social security number. The complainant told your Affiant they had knowledge of another employee who worked at Uncle Sam's with additional information on employee(s) illegally working at Uncle Sam's.*

*On 02/20/2013 your Affiant was able to make contact with another employee, who will be referred to as complainant #2. Complainant #2 told your Affiant he/she wished to remain a confidential source in fear of retaliation from the company or other employees. Complainant #2 said he/she worked at Uncle Sam's for several years and when they were hired had to fill out the following paperwork; an I-9, W-4, employee application, read on employee handbook, and then sign policy form. Complainant #2 told your Affiant that he/she was positive no employees had to fill out the A-4 state tax form.*

*Complainant #2 said Frimmel told he/she keeps the hiring paperwork at his residence and never makes photocopies of identifications presented by employees. Complainant #2 told your Affiant that Frimmel back dated employee(s) hiring date to 2002 for employee(s) hired prior to July 2012. Complainant #2 said he/she didn't know why Frimmel back dated the employee(s) hiring date, and never questioned it in fear of losing his/her job. Complainant #2 told your Affiant the employee(s) working at the restaurant illegally were mostly cooks and dishwashers. Complainant #2 worked mostly at the Uncle Sam's restaurant located in Scottsdale Arizona until it closed down in August of 2012.*

# Exhibit "A"

*On 02/14/2013 your Affiant received a copy of the Unemployment Tax and Wage Report submitted 02/07/2013 on Uncle Sam's, for the fourth quarter of 2012. Your Affiant observed the report to contain eighteen (18) new employees listed names and social security numbers that were not on the third quarter of 2012 report. Of the eighteen (18) new employees your Affiant observed five (5), discrepancies from the Arizona Motor Vehicle Department (MVD) Justice Web Interface (JWI), and nine (9), discrepancies from Accurint, (a web based Law Enforcement database).*

*On 03/13/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to six (6) social security numbers and names.*

*On 03/13/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show three (3) names and corresponding social security numbers to be a "No Match" and is as follows:*

> *Jesus Santos Valenzu*
> *Edgar Pacheco*
> *Julio Carrola*

*Your Affiant observed the response to show one (1) name and social security number to be a "No Record" and is as follows:*

> *Marco Rodriguez*

*Your Affiant observed the response to show two (2) names to be a "Match" and is as follows:*

> *Andrea Ryner*
> *Jose Uzarraga*

*On 05/01/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to six (6) social security numbers and names that consisted of discrepancies from the DES records for the 3rd quarter of 2012.*

# Exhibit "A"

*These six (6) names and social security numbers were not faxed to the Social Security Administration due to them being missed and not placed on the original s Social Security request sheet sent on 01/14/2013.*

*On 05/01/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show six (6) names and corresponding social security numbers to be a "No Match" and is as follows:*

*John Maricia*
*Maria Cano*
*Emily Arland*
*Armando Lares*
*Christian Martinez Ruiz*
*Genaro Zacapaia*

*On 05/07/2013 your Affiant received a copy of the Unemployment Tax and Wage Report submitted 05/02/2013 on Uncle Sam's, for the first quarter of 2013. Your Affiant observed the report to contain twenty-seven (27) new employees listed names and social security numbers that were not on the fourth quarter of 2012 report. Of the twenty-seven (27) new employees your Affiant observed seven (7), discrepancies from the Arizona Motor Vehicle Department (MVD) Justice Web Interface (JWI), and nine (9), discrepancies from Accurint, (a web based Law Enforcement database).*

*On 07/09/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to seven (7) social security numbers and names.*

GR000013

# Exhibit "A"

On 07/10/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show six (6) names and corresponding social security numbers to be a "No Match" and is as follows:

> Josephine Friedman
> Cori Jacks
> Juan Rocha
> Melanie Grunthaner
> Adolfo Gutierrez
> Juan Romero

Your Affiant observed the response to show one (1) name to be a "Match" and is as follows:
> Allison Jacks

On 07/11/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to five (5) social security numbers and names of possible victims.

On 07/11/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show five (5) names and corresponding social security numbers to be a "Match" and is as follows:

> Corinne Friedman
> Dorothy Lao
> Samir Osmic
> Dominika Johnson
> Kathryn Rogers

# Exhibit "A"

*Between 01/25/2013 and 07/03/2013 your Affiant conducted surveillance on Uncle Sam's two restaurant locations and owners residence between the hours of 0800 to 1900 hours and has observed the employees vehicles in the parking lot. During the surveillance your Affiant recorded the license plates on the vehicles and conducted record checks on them via Arizona Motor Vehicle Division data base. Your Affiant observed the record checks to show vehicles to be registered to the listed suspects.*

*Between 10/30/2012 and 07/11/2013 your Affiant has discovered one hundred and ninety discrepancies with employees working or has worked at the business "Uncle Sam's". Of the one hundred and ninety discrepancies, seventy- one employees have been found using a social security number which does not match their name according to the Social Security Administration. Your Affiant has made contact with twenty-four confirmed victims and has interviewed fourteen of the twenty-four victims who requested their rights and wished to aid in prosecution.*

*Your Affiant, having interviewed two complainants, conducted records checks via Law Enforcement data bases, conducted surveillance, and due to training and experience does believe evidence to be located at the Uncle Sam's restaurant located at 3217 E. Shea Blvd. Phoenix, Arizona.*

It is my belief that the seizure of these items will provide evidence of the continuing events reported in this affidavit, and that the items have been and will be used to aid in the commission of felonies including but not limited to Taking the Identity of Another and Forgery.

Your Affiant, Detective J. Henderson #S1458, is a sworn Deputy Sheriff for the County of Maricopa, State of Arizona and has been so for a period of 12 years and 2 months. Your Affiant is currently assigned to the Maricopa County Sheriff's Office, Human Smuggling Unit/Criminal Employment Squad where he has served as a criminal investigator for a period of 9 months. Your Affiant has received training and has experience with the investigation of criminal identity theft, forgery and other related felony crimes. These items of evidence, whether stored on paper or digital media, are often retained intentionally and unintentionally. These items of evidence are often valuable links between the perpetrator of the crime, the crime scene and victim of the crime. The items of evidence listed

# Exhibit "A"

within this affidavit will aid in the identification and prosecution the person responsible for the commission of the aforementioned crime(s).

Wherefore your Affiant prays that a search warrant be issued, commanding that a search of the aforementioned places described herein, for the property and items described herein.

Your Affiant further says that all property and things seized during the execution of this search warrant will be retained in the custody of the Maricopa County Sheriff's Office and only disposed of in accordance to state law, A.R.S. 13-3920.

_____ # 1458 _deputy sheriff_
*(Affiant's name & title)*

Maricopa County Sheriff's Office

Subscribed and sworn to, before me this 16th day of July, 2013

_____
HONORABLE BARBARA HAMNER *(Issuing Judge)*
MARICOPA COUNTY SUPERIOR COURT *(Issuing court)*

GR000016

Exhibit "A"

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

## RETURN of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2013- 006574 |
|---|---|

FILED
13 JUL 29 PM 12: 44
MICHAEL K. JEANES, CLERK
BY Q. [signature] DEP.

### TYPE OF ORDER

| ✓ | RETURN (RSW) |
|---|---|
| | EXTENSION (EXT) |
| | ORDER (ORD) |

### ORDERED BY THE COURT:

| ✓ | SEAL ALL SEARCH WARRANT DOCUMENTS (including all issuance and all return documents plus all subsequent SW pleadings filed in this number) per request of Officer/State and as Ordered by the Court. NOTE: The original SW warrant is excluded and shall be unsealed, unless noted below.<br><br>_____ The original SW Warrant shall REMAIN SEALED. |
|---|---|
| | IT IS ORDERED UNSEALING [Previously Sealed Search Warrant documents are now to be unsealed] ALL SEARCH WARRANT DOCUMENTS IN THIS CASE. |
| | |
| | PURSUANT TO A.R.S. 13-3918, IT IS ORDERED UNSEALING ALL SEARCH WARRANT DOCUMENTS (including all issuance and return documents plus all subsequent SW pleadings filed in this number) unless previously ordered sealed. |

IT IS FURTHER ORDERED THAT ALL MINUTE ENTRIES/WORKSHEETS IN THIS CASE ARE NOT TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 7/22/13 | 13 25 Hours | Lisa Roberts |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephone: (602) 506-7754
Return Worksheet Form LRD 12/06/12

GR000017

# Exhibit "A"

4/9/14 FILED 4:00 pm
MICHAEL K. JEANES, Clerk
By _A. Schmidt_
A. Schmidt, Deputy

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #: 00032000
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COUNTY OF MARICOPA )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | SW2013-006574<br><br>STATE'S EX PARTE APPLICATON TO<br>UNSEALING SEARCH WARRANT<br>AFFIDAVIT<br>(Assigned to the Honorable<br>Teresa Sanders) |

The State applies for an order unsealing the search warrant affidavit designated as Search

Warrant SW2013-006574.

The investigation which resulted in the execution of this search warrant has concluded.

Therefore, there is no longer a need to keep this Search Warrant affidavit under seal.

The state requests that Search Warrant SW2013-006574 be unsealed.

Submitted March __20__, 2014.

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: /s/ _____
/s/ Jaimee Oliver
Deputy County Attorney

GR000018

# Exhibit "A"

4/9/14 FILED 4:00pm
MICHAEL K. JEANES, Clerk

By A. Schmidt
A. Schmidt, Deputy

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #: 00032000
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | SW2013-006574 |
| COUNTY OF MARICOPA ) | |
| ) | ORDER UNSEALING SEARCH WARRANTS |
| ) | |
| ) | (Assigned to the Honorable Teresa Sanders) |
| ) | |

Application have been made by the State, the Court finds that there is a good cause for the

search warrant affidavit in Search Warrant SW2013-006574 to be unsealed.

IT IS HERBY ORDERED that the search warrant affidavit designed as Search Warrant

SW2013-006574 shall be unsealed and that disclosure is permitted.

The Honorable Teresa Sanders
Judge of the Superior Court

4-7-14
Date

GR000019

# Exhibit "A"

Michael K. Jeanes, Clerk of Court
*** Filed ***

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

4/10/14    8:00am

SW2013006574                                    04/09/2014

HONORABLE TERESA SANDERS

CLERK OF THE COURT
A. Schmidt
Deputy

IN RE:  SW2013-006574                    JAIMEE OLIVER

D & C MATERIALS-CSC

MINUTE ENTRY

The Court has received and reviewed the State's Ex Parte Application to Unsealing Search Warrant Affidavit.  Good cause appearing,

IT IS ORDERED unsealing the search warrant affidavit in this matter.

All in accordance with the formal written order signed by the Court on April 7, 2014 and filed by the clerk April 9, 2014.

FILED:  Order Re: State's Ex Parte Application to Unsealing Search Warrant Affidavit.

GR000020

# Exhibit "B"



MICHAEL K. JEANES, CLERK
BY: *J. Ratner* DEP
FILED

13 JUL 18 PM 3: 47

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

1259

## ISSUANCE of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2013- 006575 |
|---|---|

| AFFIANT NAME: | Henderson | BADGE NUMBER: 1458 |
|---|---|---|
| AGENCY: | MCSO | |

### INDICATE TYPE OF ISSUANCE (ISW)

| ✓ | WALK-IN |
|---|---|
| | FAX/ELECTRONIC |

### CAPTION:

| | IN RE THE MATTER OF SEARCH WARRANT (951) |
|---|---|
| | IN RE THE MATTER OF PEN REGISTER (952) [60 days] |
| | IN RE THE MATTER OF TRAP AND TRACE (953) [60 days] |
| | IN RE THE MATTER OF HANDWRITING EXEMPLAR (954) |
| | IN RE THE MATTER OF SEIZURE WARRANT (956) |
| | IN RE THE MATTER OF ORDER TO OBTAIN PHYSICAL EVIDENCE OR PHYSICAL CHARACTERISTICS (955) |
| | IN RE THE MATTER OF GLOBAL POSITIONING SYSTEM (957) |
| | IN RE THE MATTER OF |

### ORDERED BY THE COURT:

| | SEAL ALL SEARCH WARRANT DOCUMENTS PER REQUEST OF OFFICER/STATE AS ORDERED BY THE COURT. |
|---|---|
| | SEAL ALL ISSUANCE DOCUMENTS PURSUANT TO A.R.S. 13-3918. |

IT IS FURTHER ORDERED THAT ALL WORKSHEETS IN THIS CASE ARE <u>NOT</u> TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 7/16/13 | 1315 Hours | |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Soperior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephooe: (602) 506-7754
Issuance Worksheet Form LRD 12/06/12

GR000021

# Exhibit "B"

MICHAEL K. JEANES, CLERK
BY _____ DEP
g. Ratner

FILED

13 JUL 18 PM 3: 47

## AFFIDAVIT FOR SEARCH WARRANT

### MARICOPA COUNTY SHERIFF'S OFFICE
County of Maricopa, State of Arizona

Warrant Number: SW 2013 - 006575

Your affiant, Detective J. Henderson #S1458, a sworn Deputy Sheriff for the County of Maricopa, State of Arizona, being first duly sworn, upon oath, deposes and says:

That on or about the 30th day of October, 2012 within the County of Maricopa, State of Arizona, your Affiant learned of the crime(s) of Taking the Identity of Another ARS 13-2008 a class 4 felony, Aggravated Taking the Identity of Another ARS 13-2009 a class 3 felony, Forgery ARS 13-2002 a class 4 felony and Conspiracy ARS 13-1003 a class 4 felony had been committed and are continuing to be committed by the persons listed below and others in the following manner:

By the illegal use of social security numbers not assigned to them by the Social Security Administration to gain employment.

That your affiant has probable cause to believe, and he does believe:

That on the persons of or the persons using the names of:

Acosta, Felipe
Arellano, David
Arland, Emily
Arredondo, Manuel
Baca, Mario
Balderas, Antonio
Balderas, Carmen
Cano, Maria
Carmelo, Carlos
Carrola, Julio
Chavez, Ariel
Chavez, Jorge
Dominquez, Oscar
Echaury, Luis Ibarra
Espinoza, Yamaira
Ferrer, Ricardo
Flores, Artemo Aguilar
Flores, Jose
Friedman, Josephine

GR000022

# Exhibit "B"

Gonzales, Fernando
Gonzales, Luis
Gonzales, Marcial
Guevara, Rosario
Gregorio, Carlos
Grunthaner, Melanie
Gutierrez, Adolfo
Gutierrez, Cesar
Hernandez, Juan
Jacks, Cori
Johnson, Dominika
Lares, Armando
Lao, Dorothy
Lopez, Kathy Gallegos
Maricio, John
Meneses, Andres
Moran, Victor
Munoz, Emigdio
Munoz, Jose
Navarro, Edgar
Olmos, Carlos
Orozco, Artemio
Ortiz, Jose Noriega
Osorio, Joaquin
Osmic, Samir
Pablo, Alfredo Toledo
Pacheco, Edgar
Pantaleon, Cristina
Pena, Jose
Perez, Rafael
Perez, Rodolfo
Pita, Junior
Ramirez, Johnathan
Ramirez, Rene
Ramos, Luis
Ramos, Oscar
Reyes, Alberto
Reyes, Jesus Vivar
Reyes, Martin
Rivera, Francsico
Rivera, Jose Leal
Rocha, Juan
Rodriguez, Francisco
Rodriguez, Marco
Rodriguez, Mario

# Exhibit "B"

Rogers, Kathryn
Romero, Juan
Rosales, Alicia
Ruiz, Christian Martinez
Tapia, Alonso
Uzarraga, Jose
Valenzu, Jesus Santos
Villanueva, Valentin
Zacapaia, Genaro
Zavala, Gerardo
Zavala, Jose

On the property described as a single story stucco residential home, tan in color with a tile roof. The numbers 13325 appear brown in color and are affixed to a dark and light colored stone mailbox on the north side of the residence approximately 4 feet off the ground. The house faces north with the front door facing north. The rear of the house is facing south. A concrete walkway runs up the north side of the home to the front door. The yard is desert landscape with various bushes, trees, and boulders. A large Mesquite tree is directly north of the front door approximately 30 feet. There is a large size window just east of the front door on the north side of the house, and three smaller windows just west of the front door on the north side of the house. A large fountain is in the front yard, next to the driveway. There is a side-by-side door entrance toward the northwest corner of the house. A driveway leading from the Cochise Street runs south along the west side of the residence to the garage doors on the west side of the residence.

Certain property or things which:
Constitutes evidence tending to show that a public offense has been committed or tending to show that unknown person(s) have committed public offenses, such offenses being Taking the Identity of Another ARS 13-2008 a class 4 felony, Aggravated Taking the Identity of Another ARS 13-2009 a class 3 felony, Forgery ARS 13-2002 a class 4 felony and Conspiracy ARS 13-1003 a class 4 felony have been committed.

Any other evidence not yet identified, which tends to establish that the crimes of taking the identity of another, aggravated taking the identity of another, forgery and conspiracy have been committed.

In the City of Scottsdale, County of Maricopa, State of Arizona, there is now being concealed certain property or things described as: Any and all items, articles tending to establish that the crime(s) of taking the identity of another and/or forgery, and the items on the property and persons would prove known and unknown person(s) possess the items for the purpose of taking the identity of another and forgery to gain employment. The items are including, but not limited to, any and all current employee records/files) and their entire contents (excluding medical information and performance evaluations), all company identification cards or copies thereof, any and all employee lists or schedule, time cards, rosters, paychecks, logs, work assignments, any identifying documents used to identify oneself using the personal identifying information or entity identifying information which will aide with the identification of the person unlawfully using

# Exhibit "B"

name and/or social security number and all associates or co-conspirators.

All of the records described above, whether stored on paper, on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks, programmable instruments such as telephones, electronic address books, calculators, or any other storage media, together with the indicia of use, ownership, possession, or control of such records.

Any other evidence not yet identified, which tends to establish that the crimes of Taking the Identity of Another ARS 13-2008 a class 4 felony, Aggravated Taking the Identity of Another ARS 13-2009 a class 3 felony, Forgery ARS 13-2002 a class 4 felony and Conspiracy ARS 13-1003 a class 4 felony have been committed.

That the following facts establish probable cause for believing that grounds for the issuance of a search warrant for the aforementioned persons, places, vehicles and items of property exist:

On the date of 10/30/2012 at approximately 0900 hours, your Affiant learned the following information in the following manner:

*On 10/30/2012 Acting supervisor Detective Cesar Brockman advised your affiant of a tip received by the Maricopa County Sheriff's Office in regards to the business, "Uncle Sam's", located at 13325 E. Cochise Rd. in Scottsdale, reference to several employees that are using forged social security numbers to gain and continue employment. Your Affiant conducted a records check on the business, "Uncle Sam's", through the Maricopa County Assessor's office and learned that "Uncle Sam's" is owned by Bret Frimmel with a listed business address of 13325 E. Cochise Rd. Investigation later revealed this address was a residence being utilize also as on office to the business," Uncle Sam's". Your Affiant also discovered two other business locations for the business, "Uncle Sam's", consisting of restaurants located at 18913 N. 83rd Ave. Peoria, Az. and 3217 E. Shea Blvd. Phoenix, Arizona.*

*On 11/26/2012 your Affiant received a copy of the Unemployment Tax and Wage Reports submitted to the Arizona Department of Economic Security (DES) for Uncle Sam's, on the third quarter of 2012. On 12/05/2012 your Affiant received a copy of the report from the DES Custodian of Records and observed the report to contain the names and social security numbers used by the employees and the wages made for each employee. Your affiant then conducted queries on all one hundred and sixty-three (163) social security numbers and names listed on the*

# Exhibit "B"

*DES report using Law Enforcement data bases and Arizona Motor Vehicle Department (MVD). The queries using Law Enforcement data bases showed several discrepancies to include but not limited to, more than one name associated with the social security number, more than one current address listed, out of state addresses only or no record found. The queries using the Arizona MVD data base showed your Affiant discrepancies that were either no record found or a different name and address. Of the one hundred and sixty-three (163) listed names and social security numbers your Affiant observed sixty-six (66), discrepancies from the Arizona Motor Vehicle Department (MVD) Justice Web Interface (JWI), and one hundred and three (103), discrepancies from Accurint, (a web based Law Enforcement database).*

*The format used in the request letter is "Match" meaning the social security number was assigned to that name by the Social Security Administration, "No Match" meaning the social security number was not assigned by the Social Security Administration to the name given, "No Record" meaning there is no record of that number being assigned by the Social Security Administration to anyone or "Invalid" meaning the number is not a number used by the Social Security Administration.*

*On 01/14/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to sixty (60) social security numbers and names. The request was for the Social Security Administration to compare the names and the associated social security numbers listed in the request with their data base to determine who was/was not assigned the social security number.*

*On 01/17/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show fifty-four (54) names and corresponding social security numbers to be a "No Match" which meaning the name and social security number do not match*

# Exhibit "B"

*according to Social Security Administration. The no match names are as follows:*

Marcial Gonzales

Jose Zavala

Carlos Gregoria

Alicia Rosales

Julio Carrala

Cesar Gutierrez

Francsico Rivera

Victor Moran

Jaaquin Osorio

Alfreda Toledo Pablo

Carlos Olmas

Ariel Chavez

Carmen Balderas

Andres Meneses

Rene Ramirez

Cristina Pantaleon

Valentin Villanueva

Jose Uzarraga

Oscar Ramos

Jose Noriega Ortiz

Ricardo Ferrer

Carlos Carmelo

Jorge Chavez

Felipe Acosta

Rafael Perez

Edgar Navarra

Yamaira Espinoza

Jose Pena

# Exhibit "B"

*Jose Leol Rivera*

*Manuel Arredondo*

*Alberto Reyes*

*Artemo Aguilar Flores*

*Austin Frimmel*

*Fernando Gonzalez*

*Gerardo Zavala*

*Antonio Balderas*

*Rodolfo Perez*

*Jose Munoz*

*Kathy Gallegos Lopez*

*Emigdio Munoz*

*Jose Flores*

*Luis Gonzalez*

*Luis Ramos*

*David Arellano*

*Jesus Vivar Reyes*

*Johnathan Ramirez*

*Francisco Rodriguez*

*Mario Rodriguez*

*Juan Hernandez*

*Luis Ibarra Echaury*

*Artemio Orozco*

*Oscar Dominquez*

*Alonso Tapia*

*Junior Pita*

*Your Affiant observed the response to show three (3) names and social security numbers to be a "No Record" meaning there is no record of that number being assigned by the Social Security Administration. The no match name is as follows:*

# Exhibit "B"

*Rosario Guevara*
*Martin Reyes*
*Mario Baca*

*Your Affiant observed the response to show the remaining names to be a "Match" meaning the social security number was assigned to that name by the Social Security Administration. The match names are as follows:*

*Emerald Charltan*
*Arron Silva*
*Jose Diaz*

*On 01/24/2013 your Affiant conducted an interview with a complainant, who wishes to remain a confidential source, in reference to Uncle Sam's. The complainant stated they wanted to remain a confidential source due to fear of retaliation by the suspects and/or company. The complainant told your Affiant they had been employed by Uncle Sam's and prior to resigning worked at the restaurant located at 18913 N. Peoria, Arizona.*

*The complainant told your Affiant the that they witnessed the Owner of Uncle Sam's, Bret Frimmel, instructing employee(s) to write down a different name and social security number after they returned to Uncle Sam's from being deported. The complainant told your affiant that the owner, Bret Frimmel, told managers at Uncle Sam's he keeps employee records at his residence and not to inquire about them, or they would be terminated.*

*The complainant also heard individuals talking freely amongst themselves about working illegally at Uncle Sam's and gave the following list of names to your Affiant;*

# Exhibit "B"

*Edgar*

*Carlos*

*Tony*

*Fernando*

*Valente*

*Cristina*

*Artemio*

*Jose*

*Your Affiant confirmed six (6) of the eight (8) above listed names from the complainant to be on the report along with the social security numbers.*

*The six names given by the complainant that was also found on the DES list were using forged social security numbers for employment. Those names are as follows:*

*Edgar*

*Carlos*

*Fernando*

*Cristina*

*Artemio*

*Jose*

*On 02/20/2013 your Affiant contacted the complainant to confirm the information he/she had given prior to on 01/24/2013. The complainant confirmed the information and also had more information for your Affiant. The complainant said the owner, Bret Frimmel, had she/he fill out the following paperwork on the day she/he was hired; a W-4, employee application form, show a driver's license, a social security card, read an employee handbook, and sign an acknowledgment form. The complainant said all the servers had to go through this process except for the cooks and bussers who were told by Frimmel just to write down their name and social security number. The complainant told your Affiant they had knowledge of another employee who worked at Uncle*

# Exhibit "B"

*Sam's with additional information on employee(s) illegally working at Uncle Sam's.*

*On 02/20/2013 your Affiant was able to make contact with another employee, who will be referred to as complainant #2. Complainant #2 told your Affiant he/she wished to remain a confidential source in fear of retaliation from the company or other employees. Complainant #2 said he/she worked at Uncle Sam's for several years and when they were hired had to fill out the following paperwork; an I-9, W-4, employee application, read an employee handbook, and then sign policy form. Complainant #2 told your Affiant that he/she was positive no employees had to fill out the A-4 state tax form.*

*Complainant #2 said Frimmel told he/she keeps the hiring paperwork at his residence and never makes photocopies of identifications presented by employees. Complainant #2 told your Affiant that Frimmel back dated employee(s) hiring date to 2002 for employee(s) hired prior to July 2012. Complainant #2 said he/she didn't know why Frimmel back dated the employee(s) hiring date, and never questioned it in fear of losing his/her job. Complainant #2 told your Affiant the employee(s) working at the restaurant illegally were mostly cooks and dishwashers. Complainant #2 worked mostly at the Uncle Sam's restaurant located in Scottsdale Arizona until it closed down in August of 2012.*

*On 02/14/2013 your Affiant received a copy of the Unemployment Tax and Wage Report submitted 02/07/2013 on Uncle Sam's, for the fourth quarter of 2012. Your Affiant observed the report to contain eighteen (18) new employees listed names and social security numbers that were not on the third quarter of 2012 report. Of the eighteen (18) new employees your Affiant observed five (5), discrepancies from the Arizona Motor Vehicle Department (MVD) Justice Web Interface (JWI), and nine (9), discrepancies from Accurint, (a web based Law Enforcement database).*

*On 03/13/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to six (6) social security numbers and names.*

GR000031

# Exhibit "B"

On 03/13/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show three (3) names and corresponding social security numbers to be a "No Match" and is as follows:

    Jesus Santos Valenzu

    Edgar Pacheco

    Julio Carrola

Your Affiant observed the response to show one (1) name and social security number to be a "No Record" and is as follows:

    Marco Rodriguez

Your Affiant observed the response to show two (2) names to be a "Match" and is as follows:

    Andrea Ryner

    Jose Uzarraga

On 05/01/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to six (6) social security numbers and names that consisted of discrepancies from the DES records for the 3rd quarter of 2012. These six (6) names and social security numbers were not faxed to the Social Security Administration due to them being missed and not placed on the original s Social Security request sheet sent on 01/14/2013.

On 05/01/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show six (6) names and corresponding social security numbers to be a "No Match" and is as follows:

    John Maricio

    Maria Cano

# Exhibit "B"

*Emily Arland*

*Armando Lares*

*Christian Martinez Ruiz*

*Genaro Zacapaia*


*On 05/07/2013 your Affiant received a copy of the Unemployment Tax and Wage Report submitted 05/02/2013 on Uncle Sam's, for the first quarter of 2013. Your Affiant observed the report to contain twenty-seven (27) new employees listed names and social security numbers that were not on the fourth quarter of 2012 report. Of the twenty-seven (27) new employees your Affiant observed seven (7), discrepancies from the Arizona Motor Vehicle Department (MVD) Justice Web Interface (JWI), and nine (9), discrepancies from Accurint, (a web based Law Enforcement database).*

*On 07/09/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to seven (7) social security numbers and names.*


*On 07/10/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show six (6) names and corresponding social security numbers to be a "No Match" and is as follows:*

*Josephine Friedman*

*Cori Jacks*

*Juan Rocha*

*Melanie Grunthaner*

*Adolfo Gutierrez*

*Juan Romero*

# Exhibit "B"

*Your Affiant observed the response to show one (1) name to be a "Match" and is as follows:*

> *Allison Jacks*

*On 07/11/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to five (5) social security numbers and names of possible victims.*

*On 07/11/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show five (5) names and corresponding social security numbers to be a "Match" and is as follows:*

> *Carinne Friedman*
> *Dorothy Lao*
> *Samir Osmic*
> *Dominika Johnson*
> *Kathryn Rogers*

*Between 01/25/2013 and 07/03/2013 your Affiant conducted surveillance on Uncle Sam's two restaurant locations and owners residence between the hours of 0800 to 1900 hours and has observed the employees vehicles in the parking lot. During the surveillance your Affiant recorded the license plates on the vehicles and conducted record checks on them via Arizona Motor Vehicle Division data base. Your Affiant observed the record checks to show vehicles to be registered to the listed suspects.*

# Exhibit "B"

*Between 10/30/2012 and 07/11/2013 your Affiant has discovered one hundred and ninety discrepancies with employees working or has worked at the business "Uncle Sam's". Of the one hundred and ninety discrepancies, seventy- one employees have been found using a social security number which does not match their name according to the Social Security Administration. Your Affiant has made contact with twenty-four confirmed victims and has interviewed fourteen of the twenty-four victims who requested their rights and wished to aid in prosecution.*

*Your Affiant, having interviewed two complainants, conducted records checks via Law Enforcement data bases, conducted surveillance, and due to training and experience does believe evidence to be located at the Uncle Sam's restaurant located at 13325 E. Cochise Rd. Scottsdale, Arizona.*

It is my belief that the seizure of these items will provide evidence of the continuing events reported in this affidavit, and that the items have been and will be used to aid in the commission of felonies including but not limited to Taking the Identity of Another and Forgery.

Your Affiant, Detective J. Henderson #S1458, is a sworn Deputy Sheriff for the County of Maricopa, State of Arizona and has been so for a period of 12 years and 2 months. Your Affiant is currently assigned to the Maricopa County Sheriff's Office, Human Smuggling Unit/Criminal Employment Squad where he has served as a criminal investigator for a period of 9 months. Your Affiant has received training and has experience with the investigation of criminal identity theft, forgery and other related felony crimes. These items of evidence, whether stored on paper or digital media, are often retained intentionally and unintentionally. These items of evidence are often valuable links between the perpetrator of the crime, the crime scene and victim of the crime. The items of evidence listed within this affidavit will aid in the identification and prosecution the person responsible for the commission of the aforementioned crime(s).

Wherefore your Affiant prays that a search warrant be issued, commanding that a search of the aforementioned places described herein, for the property and items described herein.

GR000035

# Exhibit "B"

Your Affiant further says that all property and things seized during the execution of this search warrant will be retained in the custody of the Maricopa County Sheriff's Office and only disposed of in accordance to state law, A.R.S. 13-3920.

_____ # 1458 deputy sheriff
*(Affiant's name & title)*

Maricopa County Sheriff's Office

Subscribed and sworn to, before me this 16th day of July, 2013

_____
*(Issuing Judge)*

HONORABLE BARBARA HAMNER
MARICOPA COUNTY SUPERIOR COURT *(Issuing court)*

GR000036

Exhibit "B"

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

## RETURN of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2013- 006575 |
|---|---|

| TYPE OF ORDER |
|---|
| RETURN (RSW) |
| EXTENSION (EXT) |
| ORDER (ORD) |

| ORDERED BY THE COURT: |
|---|
| SEAL ALL SEARCH WARRANT DOCUMENTS (including all issuance and all return documents plus all subsequent SW pleadings filed in this number) per request of Officer/State and as Ordered by the Court. NOTE: The original SW warrant is excluded and shall be unsealed, unless noted below. <br><br> __X__ The original SW Warrant shall REMAIN SEALED. |
| IT IS ORDERED UNSEALING [Previously Sealed Search Warrant documents are now to be unsealed] ALL SEARCH WARRANT DOCUMENTS IN THIS CASE. <br><br> |
| PURSUANT TO A.R.S. 13-3918, IT IS ORDERED UNSEALING ALL SEARCH WARRANT DOCUMENTS (including all issuance and return documents plus all subsequent SW pleadings filed in this number) unless previously ordered sealed. |

IT IS FURTHER ORDERED THAT ALL MINUTE ENTRIES/WORKSHEETS IN THIS CASE ARE NOT TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

7/22/13 _____ 1325 ____ Hours _____
DATE              TIME                    JUDGE OR JUDGE PRO TEM

*Please forward these documents immediately to the following address:*
Clerk of Superior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephone: (602) 506-7754
Return Worksheet Form LRD 12/06/12

MICHAEL K. JEANES CLERK
BY G. Pipelinetta DEP.
13 JUL 29 PM 12: 44
FILED


Exhibit "B"

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #: 00032000
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN ANO FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| COUNTY OF MARICOPA | ) SW2013-006575 |
| | ) ORDER UNSEALING SEARCH WARRANTS |
| | ) (Assigned to the Honorable Teresa Sanders) |

Application have been made by the State, the Court finds that there is a good cause for the search warrant affidavit in Search Warrant SW2013-006575 to be unsealed.

IT IS HERBY ORDERED that the search warrant affidavit designed as Search Warrant SW2013-006575 shall be unsealed and that disclosure is permitted.

The Honorable Teresa Sanders
Judge of the Superior Court

4-7-14
Date

GR000038

**Exhibit "B"**

4/9/14 FILED 4:00 PM
MICHAEL K. JEANES, Clerk
By _A. Schmidt_
A. Schmidt, Deputy

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #: 00032000
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF MARICOPA | ) SW2013-006575 |
| | ) |
| | ) STATE'S EX PARTE APPLICATON TO |
| | ) UNSEALING  SEARCH WARRANT |
| | ) AFFIDAVIT |
| | ) (Assigned to the  Honorable |
| | ) Teresa Sanders) |

The State applies for an order unsealing the search warrant affidavit designated as Search

Warrant SW2013-006575.

The investigation which resulted in the execution of this search warrant has concluded.

Therefore, there is no longer a need to keep this Search Warrant affidavit under seal.

The state requests that Search Warrant SW2013-006575 be unsealed.

Submitted March __20__, 2014.

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: /s/ _____
/s/ Jaimee Oliver
Deputy County Attorney

GR000039

# Exhibit "B"

Michael K. Jeanes, Clerk of Court
*** Filed ***

4/10/14  8:00am

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

SW2013006575                                        04/09/2014


HONORABLE TERESA SANDERS

CLERK OF THE COURT
A. Schmidt
Deputy


IN RE: SW2013-006575                    JAIMEE OLIVER



D & C MATERIALS-CSC



MINUTE ENTRY

    The Court has received and reviewed the State's Ex Parte Application to Unsealing Search Warrant Affidavit. Good cause appearing,

    IT IS ORDERED unsealing the search warrant affidavit in this matter.

    All in accordance with the formal written order signed by the Court on April 7, 2014 and filed by the clerk April 9, 2014.

    FILED: Order Re: State's Ex Parte Application to Unsealing Search Warrant Affidavit.

GR000040

Exhibit "C"

MICHAEL K. JEANES, CLERK
BY g. Ratner DEP
FILED

13 JUL 18 PH 3:48

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
# SPECIAL WARRANT

## ISSUANCE of Special Warrant at (Initial Appearance Court)

12:59

| SPECIAL WARRANT NUMBER: | SW 2013- 006576 |
|---|---|

| AFFIANT NAME: | Henderson | BADGE NUMBER: 1458 |
|---|---|---|
| AGENCY: | MCSO | |

| INDICATE TYPE OF ISSUANCE (ISW) | |
|---|---|
| ✓ | WALK-IN |
| | FAX/ELECTRONIC |

| CAPTION: |
|---|
| ✓ IN RE THE MATTER OF SEARCH WARRANT (951) |
| IN RE THE MATTER OF PEN REGISTER (952) [60 days] |
| IN RE THE MATTER OF TRAP AND TRACE (953) [60 days] |
| IN RE THE MATTER OF HANDWRITING EXEMPLAR (954) |
| IN RE THE MATTER OF SEIZURE WARRANT (956) |
| IN RE THE MATTER OF ORDER TO OBTAIN PHYSICAL EVIDENCE OR PHYSICAL CHARACTERISTICS (955) |
| IN RE THE MATTER OF GLOBAL POSITIONING SYSTEM (957) |
| IN RE THE MATTER OF |

| ORDERED BY THE COURT: |
|---|
| ✓ SEAL ALL SEARCH WARRANT DOCUMENTS PER REQUEST OF OFFICER/STATE AS ORDERED BY THE COURT. |
| SEAL ALL ISSUANCE DOCUMENTS PURSUANT TO A.R.S. 13-3918. |

IT IS FURTHER ORDERED THAT ALL WORKSHEETS IN THIS CASE ARE <u>NOT</u> TO BE
SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 7/16/13 | 1315 Hours | |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephone: (602) 506-7754
Issuance Worksheet Form LRD 12/06/12

GR000041

# Exhibit "C"

MICHAEL K. JEANES, CLERK
BY *g. Ratner* DEP
FILED

13 JUL 18 PM 3: 48

## *AFFIDAVIT FOR SEARCH WARRANT*

### *MARICOPA COUNTY SHERIFF'S OFFICE*
### County of Maricopa, State of Arizona

Warrant Number: SW2013-
006576

Your affiant, Detective J. Henderson #S1458, a sworn Deputy Sheriff for the County of Maricopa, State of Arizona, being first duly sworn, upon oath, deposes and says:

That on or about the 30th day of October, 2012 within the County of Maricopa, State of Arizona, your Affiant learned of the crime(s) of Taking the Identity of Another ARS 13-2008 a class 4 felony, Aggravated Taking the Identity of Another ARS 13-2009 a class 3 felony, Forgery ARS 13-2002 a class 4 felony and Conspiracy ARS 13-1003 a class 4 felony had been committed and are continuing to be committed by the persons listed below and others in the following manner:

By the illegal use of social security numbers not assigned to them by the Social Security Administration to gain employment.

That your affiant has probable cause to believe, and he does believe:

That on the persons of or the persons using the names of:

> Acosta, Felipe
> Arellano, David
> Arland, Emily
> Arredondo, Manuel
> Baca, Mario
> Balderas, Antonio
> Balderas, Carmen
> Cano, Maria
> Carmelo, Carlos
> Carrola, Julio
> Chavez, Ariel
> Chavez, Jorge
> Dominquez, Oscar
> Echaury, Luis Ibarra
> Espinoza, Yamaira
> Ferrer, Ricardo
> Flores, Artemo Aguilar
> Flores, Jose
> Friedman, Josephine

# Exhibit "C"

Gonzales, Fernando
Gonzales, Luis
Gonzales, Marcial
Guevara, Rosario
Gregorio, Carlos
Grunthaner, Melanie
Gutierrez, Adolfo
Gutierrez, Cesar
Hernandez, Juan
Jacks, Cori
Johnson, Dominika
Lares, Armando
Lao, Dorothy
Lopez, Kathy Gallegos
Maricio, John
Meneses, Andres
Moran, Victor
Munoz, Emigdio
Munoz, Jose
Navarro, Edgar
Olmos, Carlos
Orozco, Artemio
Ortiz, Jose Noriega
Osorio, Joaquin
Osmic, Samir
Pablo, Alfredo Toledo
Pacheco, Edgar
Pantaleon, Cristina
Pena, Jose
Perez, Rafael
Perez, Rodolfo
Pita, Junior
Ramirez, Johnathan
Ramirez, Rene
Ramos, Luis
Ramos, Oscar
Reyes, Alberto
Reyes, Jesus Vivar
Reyes, Martin
Rivera, Francsico
Rivera, Jose Leal
Rocha, Juan
Rodriguez, Francisco
Rodriguez, Marco
Rodriguez, Mario

# Exhibit "C"

Rogers, Kathryn
Romero, Juan
Rosales, Alicia
Ruiz, Christian Martinez
Tapia, Alonso
Uzarraga, Jose
Valenzu, Jesus Santos
Villanueva, Valentin
Zacapaia, Genaro
Zavala, Gerardo
Zavala, Jose

On the property described as a red and white in color brick single story structure located at 18913 N. 83rd Ave. Peoria, Arizona 85028. The front of the business faces to the west and is elongated south to north. Two large blue signs, Uncle Sam's "We want you!" PIZZA & SANDWICHES, is affixed to the white brick, directly above the main entrance an also faces to the west. There are two large columns constructed of red brick and dark stone directly in front of the main entrance, on the west side of the structure. Six white pillars just north of the large columns separated by approximately 9-feet in distance are on the west side of the structure and another five white pillars separated by approximately 9-feet in distance are along the entire north side of the structure. The main entrance to the structure is located on the west side of the building and consists of side-by-side metal and glass swinging doors. Directly adjacent to the glass swinging doors toward the south, is one window with paint advertising on it and a neon sign that displays, "TAKE-OUT",. Toward the north of the swinging glass doors are four windows that also have paint advertising on them. On the north side of the restaurant is a patio area surrounded by a 3-foot stone wall with a blue see through metal gate approximately 3-foot high. Two surveillance cameras are on the east side of the building affixed to the red brick approximately 15-feet high and directly above the back entrance to the business. The metal door on the east side of the structure is surrounded by a 7-foot red brick wall with a blue see through metal gate that is 6-foot high and 3-foot in width. In/On the electronic device described as any and all computer systems or digital media found within the premise described above.

Certain property or things which:
Constitutes evidence tending to show that a public offense has been committed or tending to show that unknown person(s) have committed public offenses, such offenses being Taking the Identity of Another ARS 13-2008 a class 4 felony, Aggravated Taking the Identity of Another ARS 13-2009 a class 3 felony, Forgery ARS 13-2002 a class 4 felony and Conspiracy ARS 13-1003 a class 4 felony have been committed.

Any other evidence not yet identified, which tends to establish that the crimes of taking the identity of another, aggravated taking the identity of another, forgery and conspiracy have been committed.

In the City of Peoria, County of Maricopa, State of Arizona, there is now being concealed certain

# Exhibit "C"

property or things described as: Any and all items, articles tending to establish that the crime(s) of taking the identity of another and/or forgery, and the items on the property and persons would prove known and unknown person(s) possess the items for the purpose of taking the identity of another and forgery to gain employment. The items are including, but not limited to, any and all current employee records/files and their entire contents (excluding medical information and performance evaluations), all company identification cards or copies thereof, any and all employee lists or schedule, time cards, rosters, paychecks, logs, work assignments, any identifying documents used to identify oneself using the personal identifying information or entity identifying information which will aide with the identification of the person unlawfully using name and/or social security number and all associates or co-conspirators.

All of the records described above, whether stored on paper, on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks, programmable instruments such as telephones, electronic address books, calculators, or any other storage media, together with the indicia of use, ownership, possession, or control of such records.

Any other evidence not yet identified, which tends to establish that the crimes of Taking the Identity of Another ARS 13-2008 a class 4 felony, Aggravated Taking the Identity of Another ARS 13-2009 a class 3 felony, Forgery ARS 13-2002 a class 4 felony and Conspiracy ARS 13-1003 a class 4 felony have been committed.

That the following facts establish probable cause for believing that grounds for the issuance of a search warrant for the aforementioned persons, places, vehicles and items of property exist:

On the date of 10/30/2012 at approximately 0900 hours, your Affiant learned the following information in the following manner:

*On 10/30/2012 Acting supervisor Detective Cesar Brockman advised your affiant of a tip received by the Maricopa County Sheriff's Office in regards to the business, "Uncle Sam's", located at 13325 E. Cochise Rd. in Scottsdale, reference to several employees that are using forged social security numbers to gain and continue employment. Your Affiant conducted a records check on the business, " Uncle Sam's", through the Maricopa County Assessor's office and learned that "Uncle Sam's" is owned by Bret Frimmel with a listed business address of 13325 E. Cochise Rd. Investigation later revealed this address was a residence being utilize also as an office to the business, " Uncle Sam's". Your Affiant also discovered two other business locations for the business, "Uncle Sam's", consisting of restaurants located at 18913 N. 83rd Ave. Peoria, Az. and 3217 E. Shea Blvd. Phoenix, Arizona.*

# Exhibit "C"

*On 11/26/2012 your Affiant received a copy of the Unemployment Tax and Wage Reports submitted to the Arizona Department of Economic Security (DES) for Uncle Sam's, on the third quarter of 2012. On 12/05/2012 your Affiant received a copy of the report from the DES Custodian of Records and observed the report to contain the names and social security numbers used by the employees and the wages made for each employee. Your affiant then conducted queries on all one hundred and sixty-three (163) social security numbers and names listed on the*

*DES report using Law Enforcement data bases and Arizona Motor Vehicle Department (MVD). The queries using Law Enforcement data bases showed several discrepancies to include but not limited to, more than one name associated with the social security number, more than one current address listed, out of state addresses only or no record found. The queries using the Arizona MVD data base showed your Affiant discrepancies that were either no record found or a different name and address. Of the one hundred and sixty-three (163) listed names and social security numbers your Affiant observed sixty-six (66), discrepancies from the Arizona Motor Vehicle Department (MVD) Justice Web Interface (JWI), and one hundred and three (103), discrepancies from Accurint, (a web based Law Enforcement database).*

*The format used in the request letter is "Match" meaning the social security number was assigned to that name by the Social Security Administration, "No Match" meaning the social security number was not assigned by the Social Security Administration to the name given, "No Record" meaning there is no record of that number being assigned by the Social Security Administration to anyone or "Invalid" meaning the number is not a number used by the Social Security Administration.*

GR000046

# Exhibit "C"

On 01/14/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to sixty (60) social security numbers and names. The request was for the Social Security Administration to compare the names and the associated social security numbers listed in the request with their data base to determine who was/was not assigned the social security number.

On 01/17/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show fifty-four (54) names and corresponding social security numbers to be a "No Match" which meaning the name and social security number do not match according to Social Security Administration. The no match names are as follows:

Marcial Gonzales
Jose Zavala
Carlos Gregorio
Alicia Rosales
Julio Carrola
Cesar Gutierrez
Francsico Rivera
Victor Moran
Joaquin Osorio
Alfredo Toledo Pablo
Carlos Olmos
Ariel Chavez
Carmen Balderas
Andres Meneses
Rene Ramirez
Cristina Pantaleon
Valentin Villanueva
Jose Uzarraga
Oscar Ramos

# Exhibit "C"

*Jose Noriega Ortiz*

*Ricardo Ferrer*

*Carlos Carmelo*

*Jorge Chavez*

*Felipe Acosta*

*Rafael Perez*

*Edgar Navarro*

*Yomaira Espinoza*

*Jose Pena*

*Jose Leal Rivera*

*Manuel Arredondo*

*Alberto Reyes*

*Artemo Aguilar Flores*

*Austin Frimmel*

*Fernando Gonzalez*

*Gerardo Zavala*

*Antonio Balderas*

*Rodolfo Perez*

*Jose Munoz*

*Kathy Gallegos Lopez*

*Emigdio Munoz*

*Jose Flores*

*Luis Gonzalez*

*Luis Ramos*

*David Arellano*

*Jesus Vivar Reyes*

*Johnathan Ramirez*

*Francisco Rodriguez*

*Mario Rodriguez*

*Juan Hernandez*

GR000048

# Exhibit "C"

*Luis Ibarra Echaury*
*Artemio Orozco*
*Oscar Dominquez*
*Alonso Tapia*
*Junior Pita*

*Your Affiant observed the response to show three (3) names and social security numbers to be a "No Record" meaning there is no record of that number being assigned by the Social Security Administration. The no match name is as follows:*

*Rosario Guevara*
*Martin Reyes*
*Mario Baca*

*Your Affiant observed the response to show the remaining names to be a "Match" meaning the social security number was assigned to that name by the Social Security Administration. The match names are as follows:*

*Emerald Charltan*
*Arron Silva*
*Jose Diaz*

*On 01/24/2013 your Affiant conducted an interview with a complainant, who wishes to remain a confidential source, in reference to Uncle Sam's. The complainant stated they wanted to remain a confidential source due to fear of retaliation by the suspects and/or company. The complainant told your Affiant they had been employed by Uncle Sam's and prior to resigning worked at the restaurant located at 18913 N. Peoria, Arizona.*

# Exhibit "C"

*The complainant told your Affiant the that they witnessed the Owner of Uncle Sam's, Bret Frimmel, instructing employee(s) to write down a different name and social security number after they returned to Uncle Sam's from being deported. The complainant told your affiant that the owner, Bret Frimmel, told managers at Uncle Sam's he keeps employee records at his residence and not to inquire about them, or they would be terminated.*

*The complainant also heard individuals talking freely amongst themselves about working illegally at Uncle Sam's and gave the following list of names to your Affiant;*

*Edgar*
*Carlos*
*Tony*
*Fernando*
*Valente*
*Cristina*
*Artemio*
*Jose*

*Your Affiant confirmed six (6) of the eight (8) above listed names from the complainant to be on the report along with the social security numbers.*

*The six names given by the complainant that was also found on the DES list were using forged social security numbers for employment. Those names are as fallows:*

*Edgar*
*Carlos*
*Fernando*
*Cristina*
*Artemio*
*Jose*

# Exhibit "C"

*On 02/20/2013 your Affiant contacted the complainant to confirm the information he/she had given prior to on 01/24/2013. The complainant confirmed the information and also had more information for your Affiant. The complainant said the owner, Bret Frimmel, had she/he fill out the following paperwork on the day she/he was hired; a W-4, employee application form, show a driver's license, a social security card, read an employee handbook, and sign an acknowledgment form. The complainant said all the servers had to go through this process except for the cooks and bussers who were told by Frimmel just to write down their name and social security number. The complainant told your Affiant they had knowledge of another employee who worked at Uncle Sam's with additional information on employee(s) illegally working at Uncle Sam's.*

*On 02/20/2013 your Affiant was able to make contact with another employee, who will be referred to as complainant #2. Complainant #2 told your Affiant he/she wished to remain a confidential source in fear of retaliation from the company or other employees. Complainant #2 said he/she worked at Uncle Sam's for several years and when they were hired had to fill out the following paperwork; an I-9, W-4, employee application, read an employee handbook, and then sign policy form. Complainant #2 told your Affiant that he/she was positive no employees had to fill out the A-4 state tax form.*

*Complainant #2 said Frimmel told he/she keeps the hiring paperwork at his residence and never makes photocopies of identifications presented by employees. Complainant #2 told your Affiant that Frimmel back dated employee(s) hiring date to 2002 for employee(s) hired prior to July 2012. Complainant #2 said he/she didn't know why Frimmel back dated the employee(s) hiring date, and never questioned it in fear of losing his/her job. Complainant #2 told your Affiant the employee(s) working at the restaurant illegally were mostly cooks and dishwashers. Complainant #2 worked mostly at the Uncle Sam's restaurant located in Scottsdale Arizona until it closed down in August of 2012.*

# Exhibit "C"

*On 02/14/2013 your Affiant received a copy of the Unemployment Tax and Wage Report submitted 02/07/2013 on Uncle Sam's, for the fourth quarter of 2012. Your Affiant observed the report to contain eighteen (18) new employees listed names and social security numbers that were not on the third quarter of 2012 report. Of the eighteen (18) new employees your Affiant observed five (5), discrepancies from the Arizona Motor Vehicle Department (MVD) Justice Web Interface (JWI), and nine (9), discrepancies from Accurint, (a web based Law Enforcement database).*

*On 03/13/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to six (6) social security numbers and names.*

*On 03/13/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show three (3) names and corresponding social security numbers to be a "No Match" and is as follows:*

> *Jesus Santos Valenzu*
> *Edgar Pacheco*
> *Julio Carrola*

*Your Affiant observed the response to show one (1) name and social security number to be a "No Record" and is as follows:*

> *Marco Rodriguez*

*Your Affiant observed the response to show two (2) names to be a "Match" and is as follows:*

> *Andrea Ryner*
> *Jose Uzarraga*

*On 05/01/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to six (6) social security numbers and names that consisted of discrepancies from the DES records for the 3rd quarter of 2012.*

# Exhibit "C"

These six (6) names and social security numbers were not faxed to the Social Security Administration due to them being missed and not placed on the original s Social Security request sheet sent on 01/14/2013.

On 05/01/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show six (6) names and corresponding social security numbers to be a "No Match" and is as follows:

> John Maricio
> Maria Cano
> Emily Arland
> Armando Lares
> Christian Martinez Ruiz
> Genaro Zacapaia

On 05/07/2013 your Affiant received a copy of the Unemployment Tax and Wage Report submitted 05/02/2013 on Uncle Sam's, for the first quarter of 2013. Your Affiant observed the report to contain twenty-seven (27) new employees listed names and social security numbers that were not on the fourth quarter of 2012 report. Of the twenty-seven (27) new employees your Affiant observed seven (7), discrepancies from the Arizona Motor Vehicle Department (MVD) Justice Web Interface (JWI), and nine (9), discrepancies from Accurint, (a web based Law Enforcement database).

On 07/09/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to seven (7) social security numbers and names.

# Exhibit "C"

On 07/10/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show six (6) names and corresponding social security numbers to be a "No Match" and is as follows:

> Josephine Friedman
> Cori Jacks
> Juan Rocha
> Melanie Grunthaner
> Adolfo Gutierrez
> Juan Romero

Your Affiant observed the response to show one (1) name to be a "Match" and is as follows:
> Allison Jacks

On 07/11/2013 your Affiant faxed a formal request to the Criminal Research Specialist Duty Agent of the Social Security Administration (SSA) in regards to five (5) social security numbers and names of possible victims.

On 07/11/2013 your Affiant received a response from the Social Security Administration. Your Affiant observed the response to show five (5) names and corresponding social security numbers to be a "Match" and is as follows:

> Corinne Friedman
> Dorothy Lao
> Samir Osmic
> Dominika Johnson
> Kathryn Rogers

# Exhibit "C"

*Between 01/25/2013 and 07/03/2013 your Affiant conducted surveillance on Uncle Sam's two restaurant locations and owners residence between the hours of 0800 to 1900 hours and has observed the employees vehicles in the parking lot. During the surveillance your Affiant recorded the license plates on the vehicles and conducted record checks on them via Arizona Motor Vehicle Division data base. Your Affiant observed the record checks to show vehicles to be registered to the listed suspects.*

*Between 10/30/2012 and 07/11/2013 your Affiant has discovered one hundred and ninety discrepancies with employees working or has worked at the business "Uncle Sam's". Of the one hundred and ninety discrepancies, seventy- one employees have been found using a social security number which does not match their name according to the Social Security Administration. Your Affiant has made contact with twenty-four confirmed victims and has interviewed fourteen of the twenty-four victims who requested their rights and wished to aid in prosecution.*

*Your Affiant, having interviewed two complainants, conducted records checks via Law Enforcement data bases, conducted surveillance, and due to training and experience does believe evidence to be located at the Uncle Sam's restaurant located at 18913 N. 83rd Ave. Peoria, Arizona.*

It is my belief that the seizure of these items will provide evidence of the continuing events reported in this affidavit, and that the items have been and will be used to aid in the commission of felonies including but not limited to Taking the Identity of Another and Forgery.

Your Affiant, Detective J. Henderson #S1458, is a sworn Deputy Sheriff for the County of Maricopa, State of Arizona and has been so for a period of 12 years and 2 months. Your Affiant is currently assigned to the Maricopa County Sheriff's Office, Human Smuggling Unit/Criminal Employment Squad where he has served as a criminal investigator for a period of 9 months. Your Affiant has received training and has experience with the investigation of criminal identity theft, forgery and other related felony crimes. These items of evidence, whether stored on paper or digital media, are often retained intentionally and unintentionally. These items of evidence are often valuable links between the perpetrator of the crime, the crime scene and victim of the crime. The items of evidence listed

# Exhibit "C"

within this affidavit will aid in the identification and prosecution the person responsible for the commission of the aforementioned crime(s).

Wherefore your Affiant prays that a search warrant be issued, commanding that a search of the aforementioned places described herein, for the property and items described herein.

Your Affiant further says that all property and things seized during the execution of this search warrant will be retained in the custody of the Maricopa County Sheriff's Office and only disposed of in accordance to state law, A.R.S. 13-3920.

_#1458_ deputy sheriff
_____
*(Affiant's name & title)*

Maricopa County Sheriff's Office

Subscribed and sworn to, before me this 16th day of July , 20 13
_____
HONORABLE BARBARA HAMNER *(Issuing Judge)*
MARICOPA COUNTY SUPERIOR COURT *(Issuing court)*

GR000056

Exhibit "C"

MICHAEL K. JEANES, CLERK
BY *G. Spelgatti*
~DEP.
FILED

13 JUL 29 PM 12: 45

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

## **RETURN** of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2013- 006576 |
|---|---|

| TYPE OF ORDER |
|---|
| ✓ RETURN (RSW) |
| EXTENSION (EXT) |
| ORDER (ORD) |

| ORDERED BY THE COURT: |
|---|
| SEAL ALL SEARCH WARRANT DOCUMENTS (including all issuance and all return documents plus all subsequent SW pleadings filed in this number) per request of Officer/State and as Ordered by the Court. NOTE: The original SW warrant is excluded and shall be unsealed, unless noted below.<br><br>✓ __X__ The original SW Warrant shall REMAIN SEALED. |
| IT IS ORDERED UNSEALING [Previously Sealed Search Warrant documents are now to be unsealed] ALL SEARCH WARRANT DOCUMENTS IN THIS CASE. |
|  |
| PURSUANT TO A.R.S. 13-3918, IT IS ORDERED UNSEALING ALL SEARCH WARRANT DOCUMENTS (including all issuance and return documents plus all subsequent SW pleadings filed in this number) unless previously ordered sealed. |

IT IS FURTHER ORDERED THAT ALL MINUTE ENTRIES/WORKSHEETS IN THIS CASE ARE NOT TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 7/22/13 | 1325 Hours | *Lisa Roberts* |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephone: (602) 506-7754
Return Worksheet Form LRD 12/06/12

GR000057


# Exhibit "C"

4/9/14 FILED 4:00pm
MICHAEL K. JEANES, Clerk
By _A. Schmidt_
A. Schmidt, Deputy

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #: 00032000
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| COUNTY OF MARICOPA | ) SW2013-006576 |
| | ) ORDER UNSEALING SEARCH WARRANTS |
| | ) (Assigned to the Honorable Teresa Sanders) |

Application have been made by the State, the Court finds that there is a good cause for the search warrant affidavit in Search Warrant SW2013-006576 to be unsealed.

IT IS HERBY ORDERED that the search warrant affidavit designed as Search Warrant SW2013-006576 shall be unsealed and that disclosure is permitted.

_[signature]_
The Honorable Teresa Sanders
Judge of the Superior Court

_4-7-14_
Date

GR000058

# Exhibit "C"

4/9/14 FILED 4:00 pm
MICHAEL K. JEANES, Clerk

By_____
A. Schmidt, Deputy

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ  85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #:  00032000
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF MARICOPA | ) SW2013-006576 |
| | ) |
| | ) STATE'S EX PARTE APPLICATON TO |
| | ) UNSEALING  SEARCH WARRANT |
| | ) AFFIDAVIT |
| | ) (Assigned to the  Honorable |
| | ) Teresa Sanders) |

The State applies for an order unsealing the search warrant affidavit designated as Search

Warrant SW2013-006576

The investigation which resulted in the execution of this search warrant has concluded.

Therefore, there is no longer a need to keep this Search Warrant affidavit under seal.

The state requests that Search Warrant SW2013-006576 be unsealed.

Submitted March __20__, 2014.

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: /s/ _____

/s/ Jaimee Oliver
Deputy County Attorney

GR000059

# Exhibit "C"

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

SW2013006576                                        04/09/2014


                                            CLERK OF THE COURT
HONORABLE TERESA SANDERS                         A. Schmidt
                                                 Deputy


IN RE:  SW2013-006576                 JAIMEE OLIVER



                            D & C MATERIALS-CSC



                            MINUTE ENTRY

    The Court has received and reviewed the State's Ex Parte Application to Unsealing Search Warrant Affidavit.  Good cause appearing,

    IT IS ORDERED unsealing the search warrant affidavit in this matter.

    All in accordance with the formal written order signed by the Court on April 7, 2014 and filed by the clerk April 9, 2014.

    FILED:  Order Re: State's Ex Parte Application to Unsealing Search Warrant Affidavit.

GR000060

Exhibit "D"

MICHAEL K. JEANES CLERK
DEP.
BY G. Spelgatti
FILED

14 JAN 28 PM 1:02

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

*1721*

## ISSUANCE of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2014- 000714 |
|---|---|

| AFFIANT NAME: | *Gandara* | BADGE NUMBER: *1906* |
|---|---|---|
| AGENCY: | *MCSO* | |

### INDICATE TYPE OF ISSUANCE (ISW)

| | |
|---|---|
| | WALK-IN |
| V | FAX/ELECTRONIC |

### CAPTION:

| | |
|---|---|
| ☒ | IN RE THE MATTER OF SEARCH WARRANT (951) |
| | IN RE THE MATTER OF PEN REGISTER (952) [60 days] |
| | IN RE THE MATTER OF TRAP AND TRACE (953) [60 days] |
| | IN RE THE MATTER OF HANDWRITING EXEMPLAR (954) |
| | IN RE THE MATTER OF SEIZURE WARRANT (956) |
| | IN RE THE MATTER OF ORDER TO OBTAIN PHYSICAL EVIDENCE OR PHYSICAL CHARACTERISTICS (955) |
| | IN RE THE MATTER OF GLOBAL POSITIONING SYSTEM (957) |
| ☒ | IN RE THE MATTER OF *Telecommunication Records* |

### ORDERED BY THE COURT:

| | |
|---|---|
| ☒ | SEAL ALL SEARCH WARRANT DOCUMENTS PER REQUEST OF OFFICER/STATE AS ORDERED BY THE COURT. |
| | SEAL ALL ISSUANCE DOCUMENTS PURSUANT TO A.R.S. 13-3918. |

**IT IS FURTHER ORDERED THAT ALL WORKSHEETS IN THIS CASE ARE <u>NOT</u> TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.**

| 1-22-14 | 1729 | *Maria Brandon* |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk 201 W. Jefferson, 1st Floor (602) 506-7754
ISS/Issuance Worksheet Form LRD 12-01-2010

HONORABLE MARIA BRANDON
MARICOPA COUNTY SUPERIOR COURT

GR000061

Exhibit "D"

*AFFIDAVIT FOR SEARCH WARRANT*

*MARICOPA COUNTY SHERIFF'S OFFICE*
County of Maricopa, State of Arizona

Warrant Number: CW2014000714

Your Affiant, Detective D. Gandara, S1906, a sworn Deputy Sheriff for the County of Maricopa, State of Arizona, being first duly sworn, upon oath, deposes and says:

I spoke to both case agents, Detective Darren Frei, S1570 and Detective Josh Henderson, S1458. Both Detectives told me the following facts establishing probable cause regarding the pending criminal case against Lisa Anne Norton. The Detectives told me;

That on or about the 1ˢᵗ day of October, 2013 within the County of Maricopa, State of Arizona, the crime(s) of Trafficking, Forgery, Identity Theft, ARS 13-2010; ARS 13-2002 and ARS 13-2008 was/were committed by Lisa Anne Norton in the following manner:

This search warrant is respectfully requested to obtain Lisa Anne Norton's cell phone records for her Verizon cell phone number of 602-326-6314. A search warrant for identity theft and forgery was executed at a local business managed and/or operated by Lisa Anne Norton on or about 07-17-2013. During the execution of this warrant, 4 out of the 9 employees(s) were convicted of identity theft and forgery charges. A free talk involving the 4 employees was established with detectives and all 4 made collaborating statements identifying Lisa Anne Norton had knowingly hired undocumented workers and conspired with other employees to continue employing employees using fictitious or forged identification.

Detectives want to establish a pattern of contact between Lisa Anne Norton and various other employees that worked for her, and to retain records of any calls that may have been deleted. It will also aid in uncovering other possible known or unknown suspect information. Additionally, her cell phone information will aide in identifying the person(s) assisting and/or making forged documents for Lisa Anne Norton. MCSO Detectives also believe this cell phone information will aid in identifying other unknown suspect(s) aiding Lisa Anne Norton in this conspiracy of identity theft and forgery. This information will assist in the prosecution of Lisa Anne Norton for charges of Trafficking, Forgery, and Identity Theft.

That you affiant has probable cause to believe and he/she does believe that there is now in the possession of **Cellco Partnership DBA Verizon Wireless** which is doing business within Maricopa County, State of Arizona and whose records are housed at 180 Washington Valley

4 | P a g e

GR000062

# Exhibit "D"

Road Bedminster, New Jersey 07921

Pertaining to the mobile telephone number of:  **602-326-6314**

*Which property or things were:*

Constitutes evidence tending to show that a public offense has been committed or tending to show that, suspect Lisa Anne Norton has committed a public offense, such offense being, Trafficking, Forgery, Identity Theft, ARS 13-2010; ARS 13-2002 and ARS 13-2008 which occurred on or about the 1st day of October, 2013.

That within the County of Maricopa, State of Arizona, there is now being concealed certain property or things described as:

Subscriber information for the number 602-326-6314 including name, date of birth, mailing address, alternate phone number, and other numbers on the same account.

Subscriber's social security number, email addresses, IP addresses, types of service utilized, length of services, including start date, means and source of payment, including credit card and bank account numbers as well as payment amounts

Any and all subscriber "Notes and Footnotes" associated with the account to include where the device was purchased, any number changes, where payments were made and by what method of payment was used.

All communication for the wireless number 602-326-6314 to include: Incoming & Outgoing calls, SMS & MMS message activity, SMS & MMS content, Internet activity to include IP session activity / Web Browsing Info, for the time period of **August 01, 2013 to January 22, 2014.** Include all tower locations and azimuth for the sectors accessed during the communications for all Element's accessed. Also indicate if the tower was Lucent or Nortel and provide a three sector layout, as well as possible maximum ranges.

Any and all device information to include make and model of the device associated to this cellular number.

The Electronic Serial Number (ESN), Mobile Equipment Identifier (MEID), and Mobile Identification Number (MIN) that this carrier has captured or has on file.

The Media Access Control (MAC) address associated with the subscriber's cellular device(s).

GR000063

# Exhibit "D"

Additionally RTT (Round Trip Time) for the cellular phone number of 602-326-6314 for the time period of August 01, 2013 to January 22, 2014.

Lastly, provide a detailed definitions page, which identifies all information in the records.

**Please provide this information to Detective Darren Frei, S1570, email: d_frei@mcso.maricopa.gov. in digital format on a compact disc in Excel, PDF or TXT format / or via email. If records are sent via an email can you please include a certification of authenticity for the records provided.**

That the following facts establish probable cause for believing that grounds for the issuance of a search warrant for the aforementioned persons, places, and items of property exist:

## PROBABLE CAUSE STATEMENT:

This search warrant is respectfully requested to obtain Lisa Anne Norton's cell phone records for her Verizon cell phone number of 602-326-6314. A search warrant for identity theft and forgery was executed at a local business operated and/or managed by Lisa Anne Norton on or about 07-17-2013. During the execution of this warrant, 4 out of the 9 employees(s) were convicted of identity theft and forgery charges. A free talk involving the 4 employees was established with detectives and all 4 made collaborating statements identifying Lisa Anne Norton had knowingly hired undocumented workers and conspired with other employees to continue employing employees using fictitious or forged identification.

Detectives want to establish a pattern of contact between Lisa Anne Norton and various other employees that worked for her, and to retain records of any calls that may have been deleted. It will also aid in uncovering other possible known or unknown suspect information. Additionally, her cell phone information will aide in identifying the person(s) assisting and/or making forged documents for Lisa Anne Norton. MCSO Detectives also believe this cell phone information will aid in identifying other unknown suspect(s) aiding Lisa in this conspiracy of identity theft and forgery. This information will assist in the prosecution of Lisa Anne Norton for charges of Conspiracy, Forgery, and Identity Theft.

Your Affiant, Detective D. Gandara, S1906, is a sworn Deputy Sheriff for the County of Maricopa, State of Arizona and has been so for a period of 7 years. Your Affiant is currently assigned to the Maricopa County Sheriff's Office, Special Investigations Division, Where he has served as a Detective for a period of about 3 ½ years. Your Affiant has received training and has experience with the investigation of violent crimes against people and other related felony crimes. Your Affiant's training and experience lead him to believe and he does believe that persons, who engage in crimes

6 | P a g e

such as Lisa Anne Norton, believe law enforcement cannot track and trace cellular devices. The items of evidence listed within this affidavit will aid in the identification and prosecution the person responsible for the commission of the aforementioned crime(s).

Wherefore your Affiant prays that a search warrant be issued, commanding that a search of the aforementioned places described herein, for the property and items described herein.

Your affiant, Detective D. Gandara, S1906 a certified peace officer in the State of Arizona of the Maricopa County Sheriff Office, being duly sworn, upon oath, deposes and says that:

The provider is an electronic communication service company as defined in 18 USC § 2510(15) and is doing business in Arizona.

Pursuant to 18 USC §§ 2703(c)(1)(B), 2703(c), and 2703(d), this court may order a provider of an electronic communication service doing business in Arizona to disclose the records listed above to an officer who has established reasonable grounds to believe said records are relevant and material to an ongoing criminal investigation.

Per 18 USC § 2703(d), I certify that records that are likely to be obtained pursuant to this Order/Search Warrant are relevant to an ongoing criminal investigation being conducted by the above law enforcement agency.

It is ordered, pursuant to 18 USC § 2705(b) and A.R.S. § 13-3016 this order and the application be sealed until otherwise ordered by the court, and that **Cellco Partnership DBA Verizon Wireless** which is doing business within Maricopa County, State of Arizona and whose records are housed at 180 Washington Valley Road Bedminster, New Jersey 07921 shall not disclose the existence of this order or the existence of the investigation to the listed subscriber, or to any person, unless or until otherwise ordered by the court.

Applicant's affidavit has established grounds for a non-disclosure order pursuant to 18 USC § 2705(b). Grounds for nondisclosure are based on the following:

☒ Jeopardize an investigation      ☐ Danger to life or safety
☒ Flight from prosecution      ☒ Evidence destruction or tampering
☒ Intimidation of potential witnesses

GR000065

Exhibit "D"

Your Affiant further says that all property and things seized during the execution of this search warrant will be retained in the custody of the Maricopa County Sheriff's Office and only disposed of in accordance to state law, A.R.S. 13-3920.

_Daniel Gandara - 1906_
Detective D. Gandara, S1906
MCSO / SID

Subscribed and sworn to, before me this _22nd_ day of _Jan_, 2014

_Maria Brandon_
Honorable Judge / Commissioner
Maricopa County Superior Court

HONORABLE MARIA BRANDON
MARICOPA COUNTY SUPERIOR COURT

8 | P a g e

GR000066

Exhibit "D"

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
# SPECIAL WARRANT

## RETURN of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2014- 000714 |
|---|---|

### TYPE OF ORDER

| X | RETURN (RSW) |
|---|---|
| | EXTENSION (EXT) |
| | ORDER (ORD) |

MICHAEL K. JEANES, CLERK
BY Ozelputti DEP
FILED
14 FEB -4 PM 2:

### ORDERED BY THE COURT

| X | SEAL ALL SEARCH WARRANT DOCUMENTS (including all issuance and all return documents plus all subsequent SW pleadings filed in this number) per request of Officer/State and as Ordered by the Court. NOTE: The original SW warrant is excluded and shall be unsealed, unless noted below.<br><br>_X_    The original SW Warrant shall REMAIN SEALED. |
|---|---|
| | IT IS ORDERED UNSEALING [Previously Sealed Search Warrant documents are now to be unsealed] ALL SEARCH WARRANT DOCUMENTS IN THIS CASE. |
| | |
| | PURSUANT TO A.R.S. 13-3918, IT IS ORDERED UNSEALING ALL SEARCH WARRANT DOCUMENTS (including all issuance and return documents plus all subsequent SW pleadings filed in this number) unless previously ordered sealed. |

IT IS FURTHER ORDERED THAT ALL MINUTE ENTRIES/WORKSHEETS IN THIS CASE ARE NOT TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 1-23-14 | 08:25  Hours |  |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephone: (602) 506-7754
Return Worksheet Form LRD 12/06/12

HONORABLE LISA M. ROBERTS
MARICOPA COUNTY SUPERIOR COURT

GR000067

Exhibit "D"

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #: 00032000
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| COUNTY OF MARICOPA | ) SW2014-000714 |
| | ) STATE'S EX PARTE APPLICATON TO |
| | ) UNSEALING SEARCH WARRANT |
| | ) AFFIDAVIT |
| | ) (Assigned to the Honorable |
| | ) Teresa Sanders) |

The State applies for an order unsealing the search warrant affidavit designated as Search

Warrant SW2014-000714.

The investigation which resulted in the execution of this search warrant has concluded.

Therefore, there is no longer a need to keep this Search Warrant affidavit under seal.

The state requests that Search Warrant SW2014-000714 be unsealed.

Submitted March _20_, 2014.

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: /s/ _____
/s/ Jaimee Oliver
Deputy County Attorney

GR000068

# Exhibit "D"

4/9/14 FILED 4:00pm
MICHAEL K. JEANES, Clerk

By A. Schmidt
A. Schmidt, Deputy

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #:  00032000
Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF MARICOPA | ) SW2014-000714 |
| | ) |
| | ) ORDER UNSEALING SEARCH WARRANTS |
| | ) |
| | ) (Assigned to the Honorable Teresa Sanders) |
| | ) |

Application have been made by the State, the Court finds that there is a good cause for the

search warrant affidavit in Search Warrant SW2014-000714 to be unsealed.

IT IS HERBY ORDERED that the search warrant affidavit designed as Search Warrant

SW2014-000714 shall be unsealed and that disclosure is permitted.

The Honorable Teresa Sanders
Judge of the Superior Court

4-7-14

Date

GR000069

# Exhibit "D"

Michael K. Jeanes, Clerk of Court
*** Filed ***

### SUPERIOR COURT OF ARIZONA
### MARICOPA COUNTY

4/10/14    800am

SW2014000714                                                04/09/2014


                                                CLERK OF THE COURT
HONORABLE TERESA SANDERS                            A. Schmidt
                                                    Deputy


IN RE:  SW2014-000714                    JAIMEE OLIVER



                    D & C MATERIALS-CSC



                        MINUTE ENTRY

        The Court has received and reviewed the State's Ex Parte Application to Unsealing
Search Warrant Affidavit.  Good cause appearing,

        IT IS ORDERED unsealing the search warrant affidavit in this matter.

        All in accordance with the formal written order signed by the Court on April 7, 2014 and
filed by the clerk April 9, 2014.

        FILED:  Order Re: State's Ex Parte Application to Unsealing Search Warrant Affidavit.

GR000070

Exhibit "E"



MICHAEL K. JEANES, CLERK
BY _____ DEP
FILED
14 FEB -6 AM 9: 34

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

### ISSUANCE of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2014- 001136 |
|---|---|

| AFFIANT NAME: | Locke | BADGE NUMBER: | 1312 |
|---|---|---|---|
| AGENCY: | MCSO | | |

### INDICATE TYPE OF ISSUANCE (ISW)

| X | WALK-IN |
|---|---|
| X | FAX/ELECTRONIC |

12 56

| CAPTION: |
|---|
| IN RE THE MATTER OF SEARCH WARRANT (951) |
| IN RE THE MATTER OF PEN REGISTER (952) [60 days] |
| IN RE THE MATTER OF TRAP AND TRACE (953) [60 days] |
| IN RE THE MATTER OF HANDWRITING EXEMPLAR (954) |
| IN RE THE MATTER OF SEIZURE WARRANT (956) |
| IN RE THE MATTER OF ORDER TO OBTAIN PHYSICAL EVIDENCE OR PHYSICAL CHARACTERISTICS (955) |
| IN RE THE MATTER OF GLOBAL POSITIONING SYSTEM (957) |
| IN RE THE MATTER OF |

| ORDERED BY THE COURT: |
|---|
| SEAL ALL SEARCH WARRANT DOCUMENTS PER REQUEST OF OFFICER/STATE AS ORDERED BY THE COURT. |
| X SEAL ALL ISSUANCE DOCUMENTS PURSUANT TO A.R.S. 13-3918. |

IT IS FURTHER ORDERED THAT ALL WORKSHEETS IN THIS CASE ARE **NOT** TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 2/4/2014 | 1307 | |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk 201 W. Jefferson, 1st Floor (602) 506-7754
ISS/Issuance Worksheet Form LRD 12-01-2010

GR000071

# Exhibit "E"

*AFFIDAVIT FOR SEARCH WARRANT*

*MARICOPA COUNTY SHERIFF'S OFFICE*
County of Maricopa, State of Arizona

SW
Warrant Number: 2014 001136

Your Affiant, Detective S. Locksa S1312, a sworn Deputy Sheriff for the County of Maricopa, State of Arizona, being first duly sworn, upon oath, deposes and says:

I spoke to case agent, Detective Josh Henderson S1458, who told me the following facts establishing probable cause regarding the pending criminal case against Bret Frimmel. Detective Henderson told me:

That on or about the 1st day of October, 2013 within the County of Maricopa, State of Arizona, the crime(s) of Conspiracy, Trafficking, Forgery, Identity Theft, ARS13-1003, ARS-13-2010, ARS13-2002, ARS13-2008 was/were committed by Bret Frimmel in the following manner:

This search warrant is respectfully requested to obtain Bret Frimmel's cell phone records for his Verizon cell phone number of **602-628-9606**. Law Enforcement database checks conducted on telephone number **602-628-9606** identified Frimmel to this phone number. Further, a call to the phone number, which went to voicemail, identifies Frimmel by name. A search warrant for identity theft and forgery was executed at a local business owned by Bret Frimmel on July 7th, 2013. During the execution of this warrant, 4 out of the 9 employees(s) were convicted of identity theft and forgery charges. A free talk involving the 4 employees was established with detectives and all 4 made collaborating statements identifying Bret Frimmel had knowingly hired undocumented workers and conspired with other employees to continue employing employees using fictitious or forged identification.

Detectives want to establish a pattern of contact between Bret Frimmel and various other employees that worked for him, and to retain records of any calls that may have been deleted. It will also aid in uncovering other possible known or unknown suspect information. Additionally, it may identify the person making forged documents for Bret Frimmel and unknown suspect(s) aiding Frimmel in this conspiracy. This information will assist in the prosecution of Bret Frimmel for charges of Conspiracy, Forgery, and Identity Theft

That you affiant has probable cause to believe and he/she does believe that there is now in the possession of **Cellco Partnership DBA Verizon Wireless** which is doing business within Maricopa County, State of Arizona and whose records are housed at 180 Washington Valley Road Bedminster, New Jersey 07921

4 | P a g e

GR000072

# Exhibit "E"

Pertaining to the mobile telephone number of: **602-628-9606**

Which property or things were:

> Constitutes evidence tending to show that a public offense has been committed or tending to show that, suspect Bret Frimmel has committed a public offense, such offense being, Conspiracy, Trafficking, Forgery, Identity Theft, ARS13-1003, ARS-13-2010, ARS13-2002, ARS13-2008, which occurred on or about the 1st day of October, 2013.

That within the County of Maricopa, State of Arizona, there is now being concealed certain property or things described as:

> Subscriber information for the number **602-628-9606** including name, date of birth, mailing address, alternate phone number, and other numbers on the same account.

> Subscriber's social security number, email addresses, IP addresses, types of service utilized, length of services, including start date, means and source of payment, including credit card and bank account numbers as well as payment amounts

> Any and all subscriber "Notes and Footnotes" associated with the account to include where the device was purchased, any number changes, where payments were made and by what method of payment was used.

> All communication for the wireless number **602-628-9606**, to include: Incoming & Outgoing calls, SMS & MMS message activity, SMS & MMS content, Internet activity to include IP session activity / Web Browsing Info, for the time period of **August 01, 2013 to January 22, 2014**. Include all tower locations and azimuth for the sectors accessed during the communications for all Element's accessed. Also indicate if the tower was Lucent or Nortel and provide a three sector layout, as well as possible maximum ranges.

> Any and all device information to include make and model of the device associated to this cellular number.

> The Electronic Serial Number (ESN), Mobile Equipment Identifier (MEID), and Mobile Identification Number (MIN) that this carrier has captured or has on file.

> The Media Access Control (MAC) address associated with the subscriber's cellular device(s).

> Additionally RTT (Round Trip Time) for the cellular phone number of **602-628-9606** for the time period of **August 01, 2013 to January 22, 2014.**

GR000073

# Exhibit "E"

Lastly, provide a detailed definitions page, which identifies all information in the records.

**Please provide this information to Detective J. Henderson S1458, email: j_henderson@mcso.maricopa.gov, in digital format on a compact disc in Excel, PDF or TXT format / or via email. If records are sent via an email can you please include a certification of authenticity for the records provided.**

That the following facts establish probable cause for believing that grounds for the issuance of a search warrant for the aforementioned persons, places, and items of property exist:

## PROBABLE CAUSE STATEMENT:

This search warrant is respectfully requested to obtain Bret Frimmel's cell phone records for his Verizon cell phone number of **602-628-9606.** Law Enforcement database checks conducted on telephone number **602-628-9606** identified Frimmel to this phone number. Further, a call to the phone number, which went to voicemail, identifies Frimmel by name. A search warrant for identity theft and forgery was executed at a local business owned by Bret Frimmel on July 7th, 2013. During the execution of this warrant, 4 out of the 9 employees(s) were convicted of identity theft and forgery charges. A free talk involving the 4 employees was established with detectives and all 4 made collaborating statements identifying Bret Frimmel had knowingly hired undocumented workers and conspired with other employees to continue employing employees using fictitious or forged identification.

Detectives want to establish a pattern of contact between Bret Frimmel and various other employees that worked for him, and to retain records of any calls that may have been deleted. It will also aid in uncovering other possible known or unknown suspect information. Additionally, it may identify the person making forged documents for Bret Frimmel and unknown suspect(s) aiding Frimmel in this conspiracy. This information will assist in the prosecution of Bret Frimmel for charges of Conspiracy, Forgery, and Identity Theft

Your Affiant, Detective Sean Locksa S1312, is a sworn Deputy Sheriff for the County of Maricopa, State of Arizona and has been so for a period of 14 years. Your Affiant is currently assigned to the Maricopa County Sheriff's Office, Special Investigations Division, where he has served as a Detective for a period of 2 months. Your Affiant has received training and has experience with the investigation of violent crimes against people and other related felony crimes. Your Affiant's training and experience lead him to believe and he does believe that persons, who engage in crimes such as Conspiracy, Trafficking, Forgery, Identity Theft, believe law enforcement cannot track and trace cellular devices. The items of evidence listed within this affidavit will aid in the identification and prosecution the person responsible for the commission of the aforementioned crime(s).

Wherefore your Affiant prays that a search warrant be issued, commanding that a search of the aforementioned places described herein, for the property and items described herein.

GR000074

# Exhibit "E"

Your affiant, Detective S. Locksa S1312, a certified peace officer in the State of Arizona of the Maricopa County Sheriff's Office, being duly sworn, upon oath, deposes and says that:

The provider is an electronic communication service company as defined in 18 USC § 2510(15) and is doing business in Arizona.

Pursuant to 18 USC §§ 2703(c)(1)(B), 2703(c), and 2703(d), this court may order a provider of an electronic communication service doing business in Arizona to disclose the records listed above to an officer who has established reasonable grounds to believe said records are relevant and material to an ongoing criminal investigation.

Per 18 USC § 2703(d), I certify that records that are likely to be obtained pursuant to this Order/Search Warrant are relevant to an ongoing criminal investigation being conducted by the above law enforcement agency.

It is ordered, pursuant to 18 USC § 2705(b) and A.R.S. § 13-3016 this order and the application be sealed until otherwise ordered by the court, and that **Cellco Partnership DBA Verizon Wireless** which is doing business within Maricopa County, State of Arizona and whose records are housed at 180 Washington Valley Road Bedminster, New Jersey 07921 shall not disclose the existence of this order or the existence of the investigation to the listed subscriber, or to any person, unless or until otherwise ordered by the court.

Applicant's affidavit has established grounds for a non-disclosure order pursuant to 18 USC § 2705(b). Grounds for nondisclosure are based on the following:

✓ Jeopardize an investigation      ☐ Danger to life or safety
☐ Flight from prosecution      ☐ Evidence destruction or tampering
☐ Intimidation of potential witnesses

Your Affiant further says that all property and things seized during the execution of this search warrant will be retained in the custody of the Maricopa County Sheriff's Office and only disposed of in accordance to state law, A.R.S. 13-3920.

_S. ___ #1312_

Detective S. Locksa S1312
Maricopa County Sheriff's Office

Subscribed and sworn to, before me this 4th day of February, 2014

_Jeff Roberts_

Judge / Commissioner
Maricopa County Superior Court

GR000075



# *SEARCH WARRANT*



## *MARICOPA COUNTY SHERIFF'S OFFICE*
### County of Maricopa, State of Arizona

Warrant Number: SW 2014001136

To any Peace Officer in the State of Arizona:

Proof by affidavit having been made this day before me by, Detective S. Locksa S1312, a sworn Deputy Sheriff for the County of Maricopa, State of Arizona, indicates that there is probable cause to believe that:

On the premises described as:

**Cellco Partnership DBA Verizon Wireless** which is doing business within Maricopa County, State of Arizona and whose records are housed at 180 Washington Valley Road Bedminster, New Jersey 07921

Pertaining to the mobile telephone number of: **602-628-9606**

In the County of Maricopa, State of Arizona there is now being concealed certain property or things described as:

Subscriber information for the number 602-628-9606 including name, date of birth, mailing address, alternate phone number, and other numbers on the same account.

Subscriber's social security number, email addresses, IP addresses, types of service utilized, length of services, including start date, means and source of payment, including credit card and bank account numbers as well as payment amounts

Any and all subscriber "Notes and Footnotes" associated with the account to include where the device was purchased, any number changes, where payments were made and by what method of payment was used.

All communication for the wireless number 602-628-9606, to include: Incoming & Outgoing calls, SMS & MMS message activity, SMS & MMS content, Internet activity to include IP session activity / Web Browsing Info, for the time period of **August 1, 2013 to January 22, 2014.** Include all tower locations and azimuth for the sectors accessed during the communications for all Element's accessed. Also indicate if the tower was Lucent or Nortel and provide a three sector layout, as well as possible maximum ranges.

1 | P a g e

By ____ MICHAEL K. JEANES, Clerk
Deputy ____
2·6·14 ___ 9:36 "

GR000076

# Exhibit "E"

Any and all device information to include make and model of the device associated to this cellular number.

The Electronic Serial Number (ESN), Mobile Equipment Identifier (MEID), and Mobile Identification Number (MIN) that this carrier has captured or has on file.

The Media Access Control (MAC) address associated with the subscriber's cellular device(s).

Additionally RTT (Round Trip Time) for the cellular phone number of 602-628-9606 for the time period of August 1, 2013 to January 22, 2014.

Lastly, provide a detailed definitions page, which identifies all information in the records.

**Please provide this information to Detective J. Henderson S1458, email: j_henderson@mcso.maricopa.gov, in digital format on a compact disc in Excel, PDF or TXT format / or via email. If records are sent via an email can you please include a certification of authenticity for the records provided.**

Which property or things were:

Constitutes evidence tending to show that a public offense has been committed or tending to show that, suspect Bret Frimmel has committed a public offense, such offense being, Conspiracy, Trafficking, Forgery, Identity Theft, ARS13-1003, ARS-13-2010, ARS13-2002, ARS13-2008, which occurred on or about the 1st day of October, 2013.

You are therefore commanded:

In the daytime (The time between, 6:30 A.M. and 10:00 P.M, good cause having been shown.)

To make a search of the above names premises, for the herein described property or things and that if you find the same or any part thereof, to retain such things in your custody or in the custody of the Maricopa County Sheriff's Office as provided by A.R.S. 13-3920.

Pursuant to A.R.S. 13-3920, I hereby authorize the release of any property seized that is no longer needed for criminal prosecution, to the person/s from whom it was seized or who is identified as the lawful owner, unless such property is contraband or other wise prohibited.

Return this warrant to the issuing court within three (3) days of the date issued as directed by A.R.S. 13-3918.

GR000077

# Exhibit "E"

You are therefore commanded, pursuant to 18 USC §§ 2703(c)(1)(B), 2703(c), and 2703(d) and Arizona Revised Statutes, Title 13, Section 3016, Subsection A, on the date I have written below, or as soon as possible after this date, not exceeding 5 days, to serve this order on the following electronic communication service or remote computing service:

It is further ordered, pursuant to 18 USC § 2705(b) and A.R.S. § 13-3016 this order and the application be sealed until otherwise ordered by the court, and that **Cellco Partnership DBA Verizon Wireless** which is doing business within Maricopa County, State of Arizona and whose records are housed at 180 Washington Valley Road Bedminster, New Jersey 09721, shall **NOT** disclose the existence of this order or the existence of the investigation to the listed subscriber, or to any person, unless or until otherwise ordered by the court.

Given under my hand and dated this 4th day of February, 2014

_____
Judge / Commissioner
Maricopa County Superior Court

HONORABLE LISA M. ROBERTS
MARICOPA COUNTY SUPERIOR COURT

GR000078

Exhibit "E"

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

## RETURN of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2014- 00 1136 . |
|---|---|

| TYPE OF ORDER |
|---|
| ✓ RETURN (RSW) |
| EXTENSION (EXT) |
| ORDER (ORD) |

| ORDERED BY THE COURT |
|---|
| SEAL ALL SEARCH WARRANT DOCUMENTS (including all issuance and all return documents plus all subsequent SW pleadings filed in this number) per request of Officer/State and as Ordered by the Court. NOTE: The original SW warrant is excluded and shall be unsealed, unless noted below.<br><br>✗ The original SW Warrant shall REMAIN SEALED. |
| IT IS ORDERED UNSEALING [Previously Sealed Search Warrant documents are now to be unsealed] ALL SEARCH WARRANT DOCUMENTS IN THIS CASE. |
|  |
| PURSUANT TO A.R.S. 13-3918, IT IS ORDERED UNSEALING ALL SEARCH WARRANT DOCUMENTS (including all issuance and return documents plus all subsequent SW pleadings filed in this number) unless previously ordered sealed. |

IT IS FURTHER ORDERED THAT ALL MINUTE ENTRIES/WORKSHEETS IN THIS CASE ARE NOT TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 02/07/14 | 1254 hrs. Hours | |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephone: (602) 506-7754
Return Worksheet Form LRD 12/06/12

HONORABLE CHARLES DONOFRIO III
MARICOPA COUNTY SUPERIOR COURT

MICHAEL K. JEANES, CLERK
BY D. Zachate DEP.
FILED
14 FEB 12 PH 5:18

GR000079

# Exhibit "E"

MICHAEL K. JEANES, CLERK
BY: *J. Spelgatti*
DEP
FILED

14 FEB 12 PM 5: 18




## RETURN OF DISCLOSURE OF RECORDS ORDER

### Search Warrant: 2014-001136

Detective S. Locksa S1312, a sworn Maricopa County Sheriff's Office Deputy, being first duly sworn upon oath, deposes and says that on the 4th day of February, 2014, this order was executed and the following items were requested:

**Subscriber information and call, text and mobile records with historical cell site information for cellular telephone number 602-628-9606.**

Your affiant is aware that, based upon the high volume of data to be processed and examined, the recovery of data by a computer forensic analyst takes significant time. For this reason, the "return" inventory will contain a list of only the tangible items recovered from the locations described above. Unless otherwise ordered by the Court, the return will not include evidence later examined by a forensic analyst; however, all results will be presented by your affiant or your affiant's designee and later forwarded to the prosecutorial agency as evidence, at a later date

I further certify that the foregoing is a true and accurate account of all evidence provided to me/ or my associates.

*S1312*

Detective S. Locksa S1312
Maricopa County Sheriff's Office

SUBSCRIBED AND SWORN to before me this 7th day of February, 2014.

Judge, Magistrate, Justice of the Peace
Maricopa County Superior

HONORABLE CHARLES DONOFRIO III
MARICOPA COUNTY SUPERIOR COURT

GR000080

Exhibit "E"

BY ~~HUNAE~~ JEANES. CLERK DEP

FILED

14 MAR 31 AM 9: 17

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

### RETURN of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2014- 00 1136 |
|---|---|

| TYPE OF ORDER | |
|---|---|
| X  RETURN (RSW) | |
| EXTENSION (EXT) | |
| ORDER (ORD) | |

| ORDERED BY THE COURT: |
|---|
| SEAL ALL SEARCH WARRANT DOCUMENTS (including all issuance and all return documents plus all subsequent SW pleadings filed in this number) per request of Officer/State and as Ordered by the Court.  NOTE:  The original SW warrant is excluded and shall be unsealed, unless noted below.  _____The original SW Warrant shall REMAIN SEALED. |
| IT IS ORDERED UNSEALING [Previously Sealed Search Warrant documents are now to be unsealed] ALL SEARCH WARRANT DOCUMENTS IN THIS CASE. |
|  |
| X  PURSUANT TO A.R.S. 13-3918, IT IS ORDERED UNSEALING ALL SEARCH WARRANT DOCUMENTS (including all issuance and return documents plus all subsequent SW pleadings filed in this number) unless previously ordered sealed. |

IT IS FURTHER ORDERED THAT ALL MINUTE ENTRIES/WORKSHEETS IN THIS CASE ARE NOT TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 3/27/2014 | 0922  Hours | |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephone: (602) 506-7754
Return Worksheet Form LRD 12/06/12        ~~JUDGE~~ DAVID V. SEYER
~~MARICOPA~~ COUNTY SUPERIOR COURT

GR000081

# Exhibit "E"





## RETURN OF DISCLOSURE OF RECORDS ORDER

**Search Warrant: 2014-001136**

14 MAR 31 AM 9: 17
FILED

Detective C. Hechavarria S1851, a sworn Maricopa County Sheriff's Office Deputy, being first duly sworn upon oath, deposes and says that on 2-4-2014, this order was executed and the following items were obtained:

**Subscriber information and call, text and mobile records with historical cell site information for cellular telephone number 602-628-9606**

I further certify that the foregoing is a true and accurate account of all evidence provided to me/ or my associates.

Detective C. Hechavarria S1851
Maricopa County Sheriff's Office

SUBSCRIBED AND SWORN to before me this ___27th___ day of ___MARCH___, 2014.

Judge, Magistrate, Justice of the Peace
Maricopa County Superior Court

HONORABLE DAVID V. SEYER
MARICOPA COUNTY SUPERIOR COURT

GR000082

Exhibit "F"

MICHAEL K. JEANES, CLERK
BY: *J. Spelgatti* DEP.
FILED

14 JAN 24  PM 12: 06

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

16:35

## ISSUANCE of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2014- 000711 |
|---|---|

| AFFIANT NAME: | Hechavarria | | BADGE NUMBER: | 1851 |
|---|---|---|---|---|
| AGENCY: | MCSO | | | |

| INDICATE TYPE OF ISSUANCE (ISW) | |
|---|---|
| | WALK-IN |
| ✓ | FAX/ELECTRONIC |

| CAPTION: | |
|---|---|
| ✗ | IN RE THE MATTER OF SEARCH WARRANT (951) |
| | IN RE THE MATTER OF PEN REGISTER (952) [60 days] |
| | IN RE THE MATTER OF TRAP AND TRACE (953) [60 days] |
| | IN RE THE MATTER OF HANDWRITING EXEMPLAR (954) |
| | IN RE THE MATTER OF SEIZURE WARRANT (956) |
| | IN RE THE MATTER OF ORDER TO OBTAIN PHYSICAL EVIDENCE OR PHYSICAL CHARACTERISTICS (955) |
| | IN RE THE MATTER OF GLOBAL POSITIONING SYSTEM (957) |
| | IN RE THE MATTER OF |

| ORDERED BY THE COURT: | |
|---|---|
| | SEAL ALL SEARCH WARRANT DOCUMENTS PER REQUEST OF OFFICER/STATE AS ORDERED BY THE COURT. |
| ✗ | SEAL ALL ISSUANCE DOCUMENTS PURSUANT TO A.R.S. 13-3918. |

IT IS FURTHER ORDERED THAT ALL WORKSHEETS IN THIS CASE ARE **NOT** TO BE
SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 1/22/14 | 1635 | *Lisa Roberts* |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk 201 W. Jefferson, 1st Floor (602) 506-7754
ISS/Issuance Worksheet Form LRD 12-01-2010

GR000083





## Maricopa County Sheriff's Office
# Search Warrant
### County of Maricopa, State of Arizona

SW# SW2014000711

**TO ANY PEACE OFFICER IN THE STATE OF ARIZONA:**

Proof by affidavit having been made this day to me by Detective C. Hechavarria S1851 I am satisfied that there is probable cause to believe that

[x]   in the cellular telephone(s) and/or other forms of electronic communication in the possession of the Maricopa County Sheriff's Office seized during Maricopa County Sheriffs Criminal Employment Investigation. On January 22, between 1200 hours and 1300 hours, at 3217 East Shea Blvd, Phoenix, AZ, and 18913 North 83rd Ave, Peoria, AZ and is impounded under MCSO DR 13-189120 and can be described as:

    1.  Item 1 – White Verizon I-phone 5
    2.  Item 2 – Black Samsung Galaxy S4

in the County of Maricopa, State of Arizona, there is now being possessed or concealed certain property, persons or things described as:

Detective C. Hechavarria is requesting this warrant be approved for the cellular phone identified as a black Samsung Galaxy S4 IMEI 990003431721592 and a white Apple I-phone 5, IMEI 990002824083644, so that a full and thorough examination may be conducted on the device.

Note, a cellular phone is described as an electronic device used to make cellular telephone calls across a wide geographic area.

A cellular phone can make and receive telephone calls to and from the public telephone network which includes other mobiles and fixed-line phones across the world. It does this by connecting to a cellular network owned by a mobile network operator.

In addition to functioning as a telephone, a modern cellular phone typically supports additional services such as SMS messaging, MMS, e-mail and Internet access; short-range wireless (infrared or Bluetooth) communications; as well as business and gaming applications, and photography. Cellular phones that offer advanced computing abilities are referred to as smartphones.

During this examination the following data will be attempted to be extracted:

Call logs, to include incoming, outgoing and missed calls

Phonebook and contacts to include phone numbers, and e-mail addresses.

SMS / MMS messages and attached multimedia files, to include incoming and outgoing.

Secondary SMS applications and messages to include KIK, TextPlus and others

E-mails to include incoming and outgoing

14 JAN 24 PM 12:06

MICHAEL K. JEANES, CLERK
BY G. Appethath DEP.
FILED

GR000084

Pictures and all ExIF information to include geotagging information (GPS location of the location of the picture.)

Videos and geotagging information

Audio files to include any voicemail stored on the device and voice notes

Secondary phone number accounts such as Skype, Line 2 and other applications that can assign a second roaming phone number.

WiFi network information, to include SSID (Network name) and GPS information of the network

GPS directions

Calendar information, including sync'ed calendars

Internet History and usage to including websites visited, search terms and Cookies

And any account information, settings, and saved usage information for any and all installed applications, also known as "apps" on the device.

which property, persons or things

[x]     were used as a means for committing a public offense
[x]     is (are) being possessed with the intent to use as a means of committing a public offense
[x]     constitutes evidence tending to show that a public offense has been committed, or tending to show:

        SP1-Bret Richard Frimmel DOB 12-25-1973
        SP2- Lisa Anne Norton DOB 10-4-1960

committed the offence such public offense being:

**ARS 13-2000.B, Accomplice to commit Identity Theft**
**ARS 13-2002, Accomplice to commit Forgery**
**ARS 13-2010, Accomplice to commit Trafficking**

You are ordered to retain all documentation compiled as a result of your examination of the cellular telephones, obtained under this warrant in your custody or in the custody of the Maricopa County Sheriffs Office.

**YOU ARE THEREFORE COMMANDED**

[x]     in the daytime (excluding the time period between 10 PM and 6:30 AM)

[ ]     or nighttime (good cause therefore having been shown)

to make a search of the above named or described person(s), premises, or things for the herein above described persons, property or things, and if you find the same or any part thereof, to retain such in your custody or in the custody of the Maricopa County Sheriffs Office, as provided by A.R.S. 13-3920.

Said search shall begin within five (5) business days, initiated by the initial receipt and examination of the physical phone, continue through a reasonable period that a forensic

GR000085

examination shall take and end when the examiner had extracted the data or information requested.

One completed, Return this warrant to me within Five (3) days of the date thereof, as directed by A.R.S. 13-3918.

Upon completion of all court actions or proceedings of any type which would necessitate the further use of the listed property, pursuant to A.R.S. 13-3920 and/or 13-3941, the property may be disposed of as authorized by law.

Given under my hand and dated this _____ day of _January_ , 2014

_____
JUDGE, JUSTICE OF THE PEACE, OR MAGISTRATE

HONORABLE LISA M. ROBERTS
MARICOPA COUNTY SUPERIOR COURT

GR000086



# AFFIDAVIT FOR SEARCH WARRANT

## COUNTY OF MARICOPA, STATE OF ARIZONAS

SW# SW2014000711



**YOUR AFFIANT, DETECTIVE C. HECHAVARRIA** a peace officer in the State of Arizona, being first duly sworn, upon oath, deposes and says:

On 9-30-2013 in the County of Maricopa, State of Arizona, the crimes of

**ARS 13-2000.B, Accomplice to commit Identity Theft**
**ARS 13-2002, Accomplice to commit Forgery**
**ARS 13-2010, Accomplice to commit Trafficking**

(was)(is being) committed by:

SP1-Bret Richard Frimmel DOB 12-25-1973
SP2- Lisa Anne Norton DOB 10-4-1960

**THAT THE AFFIANT** has probable cause to believe that

[x]  in the cellular telephone(s) and/or other forms of electronic communication in the possession of the Maricopa County Sheriff's Office seized during Maricopa County Sheriffs Criminal Employment Investigation. On January 22, between 1200 hrs and 1300 hrs, at 3217 East Shea Blvd, Phoenix, AZ, and 18913 North 83rd Ave, Peoria, AZ and is impounded under MCSO DR 13-189120 and can be described as:

1. Item 1 - White Verizon I-phone 5
2. Item 2 - Black Samsung Galaxy S4

in the City of Phoenix, County of Maricopa, State of Arizona, there is now being possessed or concealed certain property, persons or things which

[x]  were used as a means for committing a public offense
[x]  is (are) being possessed with the intent to use as a means of committing a public offense
[x]  constitutes evidence tending to show that a public offense has been committed, or tending to show:

SP1-Bret Richard Frimmel DOB 12-25-1973
SP2- Lisa Anne Norton DOB 10-4-1960

4 | P a g e

GR000087


such public offense being:


**ARS 13-2000.B, Accomplice to commit Identity Theft**
**ARS 13-2002, Accomplice to commit Forgery**
**ARS 13-2010, Accomplice to commit Trafficking**


which occurred on 9-30-2013 at 18913 North 83rd Ave, Peoria, AZ and 3217 East Shea Blvd. Phoenix, AZ and is impounded under MCSO 13-189120:

**That said property, persons or things are described as follows:**

Detective C. Hechavarria is requesting this warrant be approved for the cellular phone identified as a black Samsung Galaxy S4 IMEI 990003431721592 and a white Apple I-phone 5, IMEI 990002824083644, so that a full and thorough examination may be conducted on the device.

Note, a cellular phone is described as an electronic device used to make cellular telephone calls across a wide geographic area.

A cellular phone can make and receive telephone calls to and from the public telephone network which includes other mobiles and fixed-line phones across the world. It does this by connecting to a cellular network owned by a mobile network operator.

In addition to functioning as a telephone, a modern cellular phone typically supports additional services such as SMS messaging, MMS, e-mail and Internet access, short-range wireless (infrared or Bluetooth) communications, as well as business and gaming applications and photography. Cellular phones that offer advanced computing abilities are referred to as smartphones.

During this examination the following data will be attempted to be extracted:

Call logs, to include incoming, outgoing and missed calls

Phonebook and contacts to include phone numbers, and e-mail addresses.

SMS / MMS messages and attached multimedia files, to include incoming and outgoing.

Secondary SMS applications and messages to include KIK, TextPlus and others

E-mails to include incoming and outgoing

Pictures and all ExIF information to include geotagging information (GPS location of the location of the picture.)

Videos and geotagging information

Audio files to include any voicemail stored on the device and voice notes

Secondary phone number accounts such as Skype, Line 2 and other applications that can assign a second roaming phone number.

WiFi network information, to include SSID (Network name) and GPS information of the network

GPS directions

GR000088

Calendar information, including sync'ed calendars

Internet History and usage to including websites visited, search terms and Cookies

And any account information, settings, and saved usage information for any and all installed applications, also known as "apps" on the device.

**Affiants Experience:**

Your affiant, Detective C. Hechavarria S1851 has been a Certified Peace Officer working for the Maricopa County Sheriff's Office for 6 years. During my tenure as a Deputy Sheriff I have worked numerous assignments which have included Patrol, the Human Smuggling Unit, and the Special Investigations Division Electronic Evidence and Recovery Squad (EEARS).

During my tenure with the Sheriff's Office your Affiant has received training and has experience with the investigation of various crimes against people and other related felony crimes. Your Affiant's training and experience lead him to believe and he does believe that persons, who engage in various crimes such as fraud, store data such as text messages and emails in their cellular devices. The items of evidence listed within this affidavit will aid in the identification, location and prosecution of the person(s) responsible for the commission of the aforementioned crime(s).

**Outline of warrant service time, days, and reasonable period to be expected to retrieve requested information**

A forensic search of a cellular phone may include a physical examination, photographic examination, a logical extraction of data, a physical extraction of data or a complete data "dump" in an effort to retrieve numbers, names, photos, e-mails, contact lists, and a myriad of other data contained in modern smart phones. Sophistication of the device, levels of security, passing passcodes, downloading large quantities of data and memory from the device, availability of photographic and forensic equipment and number of phones to be searched all effect the amount of time the forensic examiner would need to complete the warrant.

Typically only one device can be analyzed or extracted at a time due to specialized equipment, managing the information, and controlling the forensic environment. It is not unusual for modern "Smart" phones to take 4-8 hours to download each and then this information needs to be examined to see if any requested data was missed or corrupt, requiring additional methods of examination. The examination period typically lasts between one and five days for several phones, though extended periods of time may be required based on the sophistication and quantity of devices requested.

Your affiant will effective begin the "search" when the devices have been placed in their custody by checking that the devices first match the description provided in the warrant and will end when the last device has been searched or attempted to be searched based on the request and criteria of the examination. One this is complete the warrant will be returned to the court with an explanation if the examination(s) were successful, and assuming no physical property was retained during the examination, the data will be provided to the case agent and will then be available to the court is requested.

GR000089


## REGULAR INFORMATION OR INFORMANT FORM

That the following facts establish probable cause for believing that grounds for the issuance of a search warrant for the aforementioned property, persons or things exist:

The following affidavit was provided to me by Detective J. Henderson S1458:

A search warrant for identity theft and forgery was executed at a local business owned by Bret Frimmel and Lisa Anne Norton on July 7th, 2013. During the execution of this warrant, 4 out of the 9 employees(s) were convicted of identity theft and forgery charges. A free talk involving the 4 employees was established with detectives and all 4 made collaborating statements identifying Bret Frimmel had knowingly hired undocumented workers and conspired with other employees to continue employing employees using fictitious or forged identification.

Detectives want to establish a pattern of contact between Bret Frimmel, Lisa Norton and various other employees that worked for them, and to retain records of any calls that may have been deleted. It will also aid in uncovering other possible known or unknown suspect information. Additionally, it may identify the person making forged documents for Bret Frimmel and Lisa Norton and unknown suspect(s) aiding them in this conspiracy. This information will assist in the prosecution of both Bret Frimmel and Lisa Norton for charges of Conspiracy, Forgery, and Identity Theft.

**End of affidavit**

On 1-22-2014 at approximately 1200 hours Detectives with the Maricopa County Sheriff's Office Criminal Employment Squad arrived at 18913 North 83rd Avenue Peoria, AZ and 3217 East Shea Blvd, Phoenix, AZ to arrest Bret Frimmel and Lisa Norton for Fraud charges. Bret was taken into custody at 18913 North 83rd Ave. On his person was a black Samsung Galaxy S4 IMEI 990003431721592 that Bret identified to me as his. Lisa Norton was taken into custody at 3217 E. Shea Blvd. Phoenix, Az. On her person was a white Apple I-phone 5 IMEI 990002824083644 that she identified as hers.

The electronic information within the cellular telephone(s) and/or other means of electronic communication could help identify relationships between the people arrested in this case and other people not yet identified within the organization.

Today's electronic communication market includes a wide variety of cell phone and smart phone variants which allow more complex forms of communication that investigators are discovering, tablets, small computers, and even e-book readers are new tools of the drug trade to communicate and make business transactions.

It is also my experience that people who deal in quantities of illegal drugs have to communicate to successful control, operate, and facilitate an illegal drug trafficking organization. Telephones, pagers, and cellular telephones are some of the common forms of electronic communications used by drug trafficking organizations. They communicate

GR000090



by voice, text, video, instant messaging push to talk "Walkie-Talkie style" communication and photographs to avoid police detection.

I believe there is probable cause and request permission and authorization to manipulate the two cellular telephones described for the purpose of identifying data or information that will assist in the prosecution of Bret Frimmel and Lisa Norton and also the identification of the person who makes the forged documents for Bret Frimmel and Lisa Norton.

**Investigators intention to provide service of the warrant:**

The Devices listed in this warrant and affidavit were taken into custody by the Sheriff's Office at the time of the arrest and the original owners have knowledge that the phones are in police custody. The service of the warrant will be served in a manner that should the owners wish to reclaim the devices upon their release, a copy of the warrant will be placed in the individual evidence bags along with the device.

Therefore, your affiant requests that a search warrant be issued commanding that an immediate search be made of the property described herein for purpose of examining and documenting the property and things herein described, and that the same be retained in the custody of the agency the affiant represents and disposed of according to law, pursuant to A.R.S. Sec. 13-3911 – 13-3924.

Det. C. Hechavarria S1851
Maricopa County Sheriff's Office
Special Investigations Division

SUBSCRIBED AND SWORN to before me this 22nd day of January 2014

JUDGE, JUSTICE OF THE PEACE, MAGISTRATE

**HONORABLE LISA M. ROBERTS
MARICOPA COUNTY SUPERIOR COURT**

GR000091

Exhibit "F"

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

## RETURN of Special Warrant at (Initial Appearance Court)

MICHAEL K. JEANES, CLERK
BY Q. Delgado DEP.
FILED
14 JAN 30 PM 1: 41

| SPECIAL WARRANT NUMBER: | SW 2014- 00071 |
|---|---|

**TYPE OF ORDER**

| X | RETURN (RSW) |
|---|---|
| | EXTENSION (EXT) |
| | ORDER (ORD) |

**ORDERED BY THE COURT**

| | SEAL ALL SEARCH WARRANT DOCUMENTS (including all issuance and all return documents plus all subsequent SW pleadings filed in this number) per request of Officer/State and as Ordered by the Court. NOTE: The original SW warrant is excluded and shall be unsealed, unless noted below. \_\_\_\_\_ The original SW Warrant shall REMAIN SEALED. |
|---|---|
| | IT IS ORDERED UNSEALING [Previously Sealed Search Warrant documents are now to be unsealed] ALL SEARCH WARRANT DOCUMENTS IN THIS CASE. |
| | |
| X | PURSUANT TO A.R.S. 13-3918, IT IS ORDERED UNSEALING ALL SEARCH WARRANT DOCUMENTS (including all issuance and return documents plus all subsequent SW pleadings filed in this number) unless previously ordered sealed. |

IT IS FURTHER ORDERED THAT ALL MINUTE ENTRIES/WORKSHEETS IN THIS CASE
ARE NOT TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.

| 01/29/14 | 1217. Hours | |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk
175 W. Madison St., RCC/EDC 4th Floor; Telephone: (602) 506-7754
Return Worksheet Form LRD 12/06/12

HONORABLE LISA ANN ROBERTS
MARICOPA COUNTY SUPERIOR COURT

GR000092

Exhibit "F"


FILED
1-30-14 4:47 pr
MICHAEL K. JEANES, Clerk
By J. Inelgatti
Deputy

## RETURN OF SEARCH WARRANT (DR 13-189120)

I certify that on January 23, 2014 I executed Search Warrant Number SW 2014-000711 issued by the Honorable Lisa M. Roberts and that I seized the following items of property:

1. Item 1 – a white Verizon I-phone 5 IMEI 990002824083644 cellular telephone in a purple case belonging to Lisa Norton

2. Item 2 - a black Samsung Galaxy S4 IMEI 990003431721 cellular telephone in a black case belonging to Bret Frimmel

Your affiant is aware that, based upon the high volume of data to be processed and examined, the recovery of data by a forensic analyst takes significant time. For this reason, the "return" inventory contains a list of only the tangible items recovered. Unless otherwise ordered by the Court, the return will not include evidence later examined by a forensic analyst; however, all results will be presented by your affiant or your affiant's designee and later forwarded to the prosecutorial agency as evidence, at a later date.

This data will be provided to the Case Agent and a copy placed in the case file on record with MCSO.

The Cell Phone(s) will be placed into the Custody of MCSO's Property and Evidence Division along with a copy of the SEARCH WARRANT. This will ensure a copy of the warrant will be provided to the owners should they wish to reclaim the devices and serve as the notice of service.

Detective C. Hechavarria S1851
Maricopa County Sheriff's Office


SUBSCRIBED AND SWORN to before me this 24 day of Jan ,2014

Judge, Magistrate, Justice of the Peace
Maricopa County Superior Court

HONORABLE CHARLES DONOFRIO III
MARICOPA COUNTY SUPERIOR COURT

HONORABLE LISA M. ROBERTS CDa
MARICOPA COUNTY SUPERIOR COURT

GR000093

# Exhibit "G"
Criminal Court Case Information - Case History

Skip To Main Content

## The Judicial Branch of Arizona, Maricopa County

| Search |

Criminal Court Case Information - Case History

### Case Information

Case Type: Criminal          Location: Downtown

### Party Information

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | COUNTY ATTORNEY CRIMINAL -CCC, | | |
| Valentin Villanueva-Fernandez - (2) | Defendant | M | Salvatierra, Delia | Master Calendar | CR2013-004698-001 |
| Emigdio Munoz Gonzalez - (3) | Defendant | M | Sanchez, Ana | Master Calendar | CR2013-004698-002 |
| Fernando Abundez Gonzalez - (4) | Defendant | M | Sinodis, John | Master Calendar | CR2013-004698-003 |
| Victor Moran Vargas - (5) | Defendant | M | Navidad, Alex | Master Calendar | CR2013-004698-004 |

### Disposition Information

| Party Name | ARSCode | Description | Crime Date | Disposition Code | Disposition | Date |
|---|---|---|---|---|---|---|
| Valentin Villanueva-Fernandez | 13-2008 (F6) | TAKING IDENTITY OF ANOTHER | 9/1/2012 | Pled Guilty As Charged | Pled Guilty As Charged | 10/30/2013 |
| Emigdio Munoz Gonzalez | 13-2008 (F6) | TAKING IDENTITY OF ANOTHER | 5/27/2007 | Pled Guilty As Charged | Pled Guilty As Charged | 10/30/2013 |
| Fernando Abundez Gonzalez | 13-2008 (F6) | TAKING IDENTITY OF ANOTHER | 7/17/2013 | Pled Guilty As Charged | Pled Guilty As Charged | 10/30/2013 |
| Victor Moran Vargas | 13-2008 (F6) | TAKING IDENTITY OF ANOTHER | 12/15/2011 | Pled Guilty As Charged | Pled Guilty As Charged | 10/30/2013 |

### Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 3/18/2014 | 169 - ME: Sent/Dispo Reset - Party (002) | 3/18/2014 | |
| 3/18/2014 | 169 - ME: Sent/Dispo Reset - Party (003) | 3/18/2014 | |
| 3/18/2014 | 169 - ME: Sent/Dispo Reset - Party (004) | 3/18/2014 | |
| 3/18/2014 | 169 - ME: Sent/Dispo Reset - Party (001) | 3/18/2014 | |
| 1/21/2014 | 169 - ME: Sent/Oispo Reset - Party (002) | 1/21/2014 | |
| 1/21/2014 | 169 - ME: Sent/Dispo Reset - Party (003) | 1/21/2014 | |
| 1/21/2014 | 169 - ME: Sent/Dispo Reset - Party (004) | 1/21/2014 | |
| 1/21/2014 | 169 - ME: Sent/Dispo Reset - Party (001) | 1/21/2014 | |
| 10/31/2013 | 102 - ME: Waiver Prelim Hrg/Plea - Party (004) | 11/1/2013 | |
| 10/31/2013 | 102 - ME: Waiver Prelim Hrg/Plea - Party (003) | 11/1/2013 | |
| 10/31/2013 | 102 - ME: Waiver Prelim Hrg/Plea - Party (002) | 11/1/2013 | |
| 10/31/2013 | 102 - ME: Waiver Prelim Hrg/Plea - Party (001) | 11/1/2013 | |
| 10/31/2013 | 177 - ME: Direct Information/Complaint - Party (001) | 11/1/2013 | |
| 10/31/2013 | 177 - ME: Direct Information/Complaint - Party (002) | 11/1/2013 | |
| 10/31/2013 | 177 - ME: Direct Information/Complaint - Party (003) | 11/1/2013 | |
| 10/31/2013 | 177 - ME: Direct Information/Complaint - Party (004) | 11/1/2013 | |
| 10/30/2013 | ROO D Release Order Own Recognizance - Party (004) | 11/4/2013 | |
| 10/30/2013 | ROO D Release Order Own Recognizance - Party (003) | 11/4/2013 | |
| 10/30/2013 | ROO D Release Order Own Recognizance - Party (002) | 11/4/2013 | |
| 10/30/2013 | ROO D Release Order Own Recognizance - Party (001) | 11/4/2013 | |
| 10/30/2013 | INF - Information - Party (001) | 11/1/2013 | |
| 10/30/2013 | INF - Information - Party (002) | 11/1/2013 | |
| 10/30/2013 | INF - Information - Party (003) | 11/1/2013 | |
| 10/30/2013 | INF - Information - Party (004) | 11/1/2013 | |
| 10/30/2013 | SOO - Order to Seal Documents - Party (004) | 11/20/2013 | |
| 10/30/2013 | SDO - Order to Seal Documents - Party (003) | 11/20/2013 | |
| 10/30/2013 | SOO - Order to Seal Documents - Party (002) | 11/20/2013 | |
| 10/30/2013 | SOO - Order to Seal Documents - Party (001) | 12/3/2013 | |
| 10/30/2013 | DCO - Direct Complaint - Party (003) | 11/1/2013 | |
| 10/30/2013 | DCO - Direct Complaint - Party (004) | 11/1/2013 | |
| 10/30/2013 | DCO - Direct Complaint - Party (001) | 11/1/2013 | |
| 10/30/2013 | DCO - Direct Complaint - Party (002) | 11/1/2013 | |

### Case Calendar

| Date | Time | Event |
|---|---|---|
| 10/30/2013 | 8:29 | Initial Appearance/Prelim Hrg |
| 10/30/2013 | 8:29 | Initial Appearance/Prelim Hrg |

GR000094

| | | |
|---|---|---|
| 10/30/2013 | 8:29 | Initial Appearance/Prelim Hrg |
| 10/30/2013 | 8:29 | Initial Appearance/Prelim Hrg |
| 10/30/2013 | 8:30 | Original Arraignment Hearing |
| 10/30/2013 | 8:30 | Original Arraignment Hearing |
| 10/30/2013 | 8:30 | Original Arraignment Hearing |
| 10/30/2013 | 8:30 | Original Arraignment Hearing |
| 1/15/2014 | 8:30 | Status Conference |
| 1/15/2014 | 8:30 | Status Conference |
| 1/15/2014 | 8:30 | Status Conference |
| 1/15/2014 | 8:30 | Status Conference |
| 3/12/2014 | 8:30 | Status Conference |
| 3/12/2014 | 8:30 | Status Conference |
| 3/12/2014 | 8:30 | Status Conference |
| 3/12/2014 | 8:30 | Status Conference |
| 5/14/2014 | 8:30 | Sentencing |
| 5/14/2014 | 8:30 | Sentencing |
| 5/14/2014 | 8:30 | Sentencing |
| 5/14/2014 | 8:30 | Sentencing |

# Exhibit "H"

IN THE _____MCDOWELL MOUNTAIN JP(SCOTTSDL)_____ COURT

## STATE OF ARIZONA, COUNTY OF MARICOPA

**\*\*\*\*FINAL\*\*\*\***          RELEASE QUESTIONNAIRE

DEFENDANT'S NAME BRET RICHARD FRIMMEL _____ DOB 1973-12-25 BOOKING NO. T047102

ALIAS(ES) _____ CASE NO. PF2014103633001

## A. GENERAL INFORMATION

Charges
2 Cts. 13-2002 FORGERY F4
4 Cts. 13-2008 TAKING IDENTITY OF ANOTHER F4
4 Cts. 13-2010 TRAFFICKING ID-PERSON/ENTITY F2

Pursuant to A.R.S. §41-1750 ten-print fingerprints were
taken of the arrested person?   ☐ Yes   ☒ No
    If yes, PCN = _____

Pursuant to A.R.S. §13-610 one or more of the above
charges requires the arresting agency to secure a DNA
sample from the arrested person?   ☐ Yes   ☒ No

If yes, does the defendant have a valid DNA sample on
file with AZDPS?   ☐ Yes   ☐ No

    If no, Arresting Agency has taken required
sample?   ☐ Yes   ☐ No

*Offense Location:*
Offense Date: 2014-01-22
Arrest Location: 3217 E SHEA BLVD, PHOENIX, AZ 85028
Date: 2014-01-22 Time: 09:00

## B. PROBABLE CAUSE STATEMENT
1.  Please summarize and include the facts which establish
    probable cause for the arrest:
        See Addendum (Page 3)

## C. OTHER INFORMATION (Check if applicable)
1.  ☐ Defendant is presently on probation, parole or any
other form of release involving other charges or convictions:
Explain:

2.  List any prior:
Arrests?

Convictions?

F.T.A.'s?

3.  Is there any indication the defendant is:
    ☐ An Alcoholic?            ☐ An Addict?
    ☐ Mentally disturbed?      ☐ Physically Ill?
4.  ☒ Defendant is currently employed
With whom UNCLE SAMS

How long:
5.  Where does the defendant currently reside? 13325 EAST
COCHISE ROAD   SCOTTSDALE, AZ  85259
With whom
How long: _____years _____months _____days
6.  What facts indicate the defendant will flee if released?
Explain:

7.  What facts does the state have to oppose an unsecured
release? Explain:

## D. CIRCUMSTANCES OF THE OFFENSE(Check if applicable)
1.  ☐ Firearm or other weapon was used
Type:

☐ Someone was injured by the defendant

☐ Medical attention was necessary

Nature of injuries: N/A

2.  ☐ Someone was threatened by the defendant
Nature and extent of threats:

3.  If property offense, value of property taken or damaged:

☐ Property was recovered
4. Name(s) of co-defendant(s): LISA ANNE NORTON;

# Exhibit "H"

## E. CRIMES OF VIOLENCE

1. Relationship of defendant to victim:

   ☐ Victim(s) and defendant reside together

2. How was the situation brought to the attention of the police?
   ☐ Victim   ☐ Third Party   ☐ Officer observed

3. ☐ There are previous incidents involving these same parties
   Explain:

4. Is defendant currently the subject of:
   ☐ An order of protection   ☐ Any other court order

   ☐ Injunction against harassment

   Explain:

## F. DOMESTIC VIOLENCE ISSUES (Check if applicable)
Defendant's actions

☐ Threats of homicide/suicide/bodily harm

☐ Control/ownership/jealousy issues        ☐ Crime occurs in public

☐ Prior history of DV                      ☐ Kidnapping

☐ Frequency/intensity of DV increasing     ☐ Depression

☐ Access to or use of weapons              ☐ Stalking behavior

☐ Violence against children/animals

☐ Multiple violations of court orders

## G. CIRCUMSTANCES OF THE ARREST (Check if applicable)

1. Did the defendant attempt to:

   ☐ Avoid arrest   ☐ Resist arrest   ☐ Self Surrender

   Explain:

   N/A

2. ☐ Defendant was armed when arrested
   Type:

3. ☐ Evidence of the offense was found in the defendant's
   possession
   Explain:

4. Was the defendant under the influence of alcohol or
   drugs at the time of the offense?
   ☐ Yes   ☒ No   ☐ Unk

## H. DRUG OFFENSES

1. If the defendant is considered to be a drug dealer, please
   state the supporting facts:

2. What quantities and types of illegal drugs are directly
   involved in the offense?

☐ Drug field test completed

☐ Defendant admission of drug type
Approximate monetary value: $
3. Was any money seized?

   ☐ Yes   ☐ No
   Amount: $

Pursuant to AO 2003-046, the oath has been
administered pursuant to the law and
required procedures. _____

**If a fugitive arrest, a Form IVA must also be completed**

I certify that the information presented is true to the best of my knowledge.

| DETECTIVE J. HENDERSON/S1458 | AZ0070000/602-527-8457 | 2014-01-22 |
|---|---|---|
| ARRESTING OFFICER/SERIAL NUMBER | ARREST AGENCY/DUTY PHONE NUMBER | DATE |
| 13189120/AZ0070000 | / | / |
| DEPARTMENTAL REPORT NO. | DEPARTMENTAL REPORT NO. | DEPARTMENTAL REPORT NO. |

GR000097

# Exhibit "H"

## ADDENDUM

### B1. Probable Cause Statement

ON 07-17-2013 AT 1630 HOURS, THE CRIMINAL EMPLOYMENT UNIT OF THE MARICOPA COUNTY SHERIFFS OFFICE EXECUTED A SEARCH WARRANT AT THE BUSINESS KNOWN AS UNCLE SAM'S LOCATED AT THREE DIFFERENT ADDRESS; 18913 N. 83RD AVE, 3217 E. SHEA BLVD, AND 13325 E. COCHISE RD. THE REASON FOR THE WARRANT WAS A RESULT OF IDENTITY THEFT AND FORGERY INVESTIGATIONS INVOLVING COMPANY EMPLOYEES USING FORGED IDENTITIES FOR EMPLOYMENT. DURING THE EXECUTION OF THE WARRANT THERE WERE NINE EMPLOYEES TAKEN INTO CUSTODY AND BOOKED INTO 4TH AVE. JAIL FOR FORGERY AND IDENTITY THEFT. INFORMATION WAS ALSO RECEIVED FROM THE OWNER, BRET FRIMMEL, THAT HE PERSONALLY ENTERED ALL THE EMPLOYEES SOCIAL SECURITY NUMBERS INTO ADP FROM HIS LAPTOP, WHICH WAS KEPT AT HIS RESIDENCE. ADDTITONALLY, BRET ENTERED FOUR FICTITIOUS OR FORGED SOCIAL SECURITY NUMBERS FROM FOUR OF THE NINE THAT WERE ARRESTED, AND TRANSMITTED THEM TO ADP. AS A RESULT OF THOSE ARRESTED, FIVE OF THE NINE SUS-PECTS CAME FORWARD WITH INFORMATION THAT THE OWNER KNOWINGLY COMMITTED FORGERY OR IDENTITY THEFT AND OR CONSPIRACY TO COMMIT FORGERY AND IDENTITY THEFT. BOTH CURRENT AND PAST EMPLOYEES STATED BRET KNOWINGLY HIRED EMPLOYEES THAT WERE USING FORGED IDENTITIES. I REQUESTED AND RECEIVED RECORDS FROM ADP PAYROLL SHOWING SEVERAL EMPLOYEES USING FORGED SOCIAL SECURITY NUMBERS. THIS WAS CONFIRMED BY UTILIZING LAW ENFORCEMENT DATABASES AND WRITTEN REQUEST AND CONFIRMATION FROM THE SOCIAL SECURITY ADMINISTRATION (SSA). ADDITIONALLY, I WAS CONTACTED BY 4 EX-EMPLOYEES WITH INFORMATION CONSISTENT WITH THE INFORMATION PROVIDED BY THE 5 CURRENT EMPLOYEES. THE WORKED DATES FOR WITNESS ONE IS 05-05-2001 THROUGH 07-17-2013, FOR WITNESS TWO IS 09-18-2002 THROUGH 07-17-2013, FOR WITNESS THREE IS 05-27-2010 THROUGH 07-17-2013, AND WITNESS FOUR IS 02-15-2011 THROUGH 07-17-2013, DURING THESE TIMES THE EMPLOYEES WORKED UNDER FRAUDULENT IDENTIFICA-TION. THE INFORMATION PROVIDED BY THE 4 EX-EMPLOYEES WAS THAT BRET HAD MADE COM-MENTS TO EMPLOYEES TO BRING IN UNDOCUMENTED FRIENDS BECAUSE THEY WORK THE MOST AND HE COULD PAY THEM THE LEAST. BRET ALSO MADE COMMENTS THAT HE DIDN'T CARE ABOUT THEIR STATUS AND WOULD YELL AT STAFF, CALLING THEM ILLEGALS. WITNESSES ALSO SAID BRET WAS PRESENT DURING THEIR HIRING PROCESS AND HE HIRED THEM WITHOUT HAVING TO PROVIDE A VALID IDENTIFICATION OR SOCIAL SECURITY NUMBER. ANOTHER EM-PLOYEE WHO WORKED FOR BRET APPROXIMATELY 15 YEARS SAID BRET TOLD HIM TO FORGE THE HIRING DATE ON ANOTHER EMPLOYEE W-4 TO SAY THAT HE WAS HIRED IN 2007, AND NOT HIS ACTUAL HIRE DATE OF 2010. THIS INFORMATION WAS ALSO CONFIRMED THROUGH ADP PAYROLL RECORDS THAT THE EMPLOYEE WAS HIRED IN 2010. DURING THE INVESTIGA-TION CONSISTENT STATEMENTS WERE MADE BY SOME OF EMPLOYEES THAT AFTER 2009 THEY WERE UNABLE TO OBTAIN A VALID FOOD HANDLERS CARD BECAUSE THEY DID NOT HAVE VALID IDENTIFICATION. AFTER EMPLOYEES TOLD BRET THEY COULD NOT GET A FOOD HANDLERS CARD BECAUSE THEY COULDN'T PROVIDE VALID IDENTIFICATION, BRET TOLD THE EMPLOYEES NOT TO WORRY ABOUT THEIR FOOD HANDLERS CARD AND TO KEEP WORKING. SOME OF THESE EMPLOYEES CONTINUED WORKING FOR BRET FOR ALMOST 4 YEARS WITH AN EXPIRED FOOD HANDLERS CARD. THIS INFORMATION WAS VALIDATED AFTER REQUESTING AND RECEIVING FOOD HANDLER DOCUMENTS FROM MARICOPA COUNTY ENVIRONMENTAL SERVICES. AN EX-EMPLOYEE ALSO HEARD BRET TALKING TO HIS GENERAL MANAGER, LISA NORTON, ABOUT HAV-ING TO GO AND PURCHASE NUMBERS BEFORE THE NEW EMPLOYEE STARTED WORKING IN THE KITCHEN. EMPLOYEES ADVISED THAT THEY SIGNED AND DATED BLANK APPLICATIONS AND TAX FORMS AND SOCIAL SECURITY NUMBERS WERE LATER PROVIDED AND WRITTEN IN BY THE BUSINESS. AN INTERVIEW WAS CONDUCTED WITH BRET FRIMMEL AFTER MIRANDA RIGHTS WERE READ TO HIM, WHO SAID HE UNDERSTOOD HIS RIGHTS AND VOLUNTARY ADMITTED THAT THE EMPLOYEES APPLICATIONS THEY FILL OUT IS IRRELEVANT AND MOST OF THEM DON'T EVEN PUT SOCIAL SECURITY NUMBER ON THEIR APPLICATIONS UNTIL THE DATE OF HIRE. BRET ALSO SAID HE ENTERED ALL THE EMPLYEES INFORMATION FROM TAX FORMS AND EMPLOYEE HANDBOOK FORMS INTO ADP. BRET THEN REQUESTED HIS ATTORNEY BEFORE HE WILL ANSWER ANY FURTHER QUESTIONS. DUE TO THE INFORMATION DISCOVERED BY WITNESSES AND DOCU-MENTS, BRET FRIMMEL IS BEING CHARGED WITH 2 COUNTS OF FORGERY A CLASS 4 FELONY FOR ALTERING TAX DOCUMENTS AND KNOWINGLY ACCEPTING FORGED DOCUMENTS. 4 COUNTS IDENTITY THEFT A CLASS 4 FELONY FOR BEING AN ACCOMPLICE TO THE FRAUDULENT IDEN-TITIES THE EMPLOYEES WERE USING FOR EMPLOYMENT. 4 COUNTS OF TRAFFICKING IN THE IDENTITY OF ANOTHER A CLASS 2 FELONY FOR PROVIDING IDENTITIES TO EMPLOYEES AS

# Exhibit "H"

## ADDENDUM (cont'd)

WELL AS TRANSMITTING THE IDENTITIES TO ADP.

GR000099





### *Maricopa County Sheriff's Office*
### *Joe Arpaio, Sheriff*

# NEWSRelease

**For Release:** January 22, 2014          **CONTACT:** Lt. Brandon Jones (602) 525-6239

## SHERIFF'S DEPUTIES TAKE OWNER OF UNCLE SAM'S RESTAURANTS INTO CUSTODY
## *ARRESTED FOR TRAFFICKING STOLEN IDs*

**(Phoenix, AZ)** Maricopa County Sheriff Joe Arpaio today says his deputies just arrested Bret Frimmel, 40, owner of Uncle Sam's, a popular valley restaurant, on four (4)counts trafficking the Identity of another (a class 2 felony), four (4) counts identity theft, and two (2) counts forgery, class 4 felonies.  The arrest took place at around 12 noon today at the Uncle Sam's Peoria restaurant location.

Also arrested today was Frimmel's manager, Lisa Norton, 53, on two charges of trafficking the identity of another, three counts identity theft and two counts forgery. Norton was taken into custody by Sheriff's deputies this morning at the north Phoenix restaurant location.

The investigation into Uncle Sam's Restaurants was the 73rd workplace investigation so far conducted by the Sheriff's Criminal Employment Squad. Those 73 investigations have resulted in 762 employee arrests as well as three employer's detainment on civil charges.

Today's arrests mark the first time Sheriff's deputies have taken into custody an owner/employer on criminal charges relating to identity theft for purposes of employing undocumented persons.

The Sheriff's Office investigation into Frimmel's two restaurants began in October 2012 after the office received a tip from a caller about the hiring of several individuals utilizing false identification documents to gain and maintain employment at the eating establishments.

100 West Washington, Suite 1900, Phoenix, Arizona 85003 | Phone (602)876-1801 | Fax: (602)258-2081 | Media Contact: mediarequest@mcso.maricopa.gov

# Exhibit "I"

On July 17, 2013, the Maricopa County Sheriff's Office conducted a workplace ID theft operation at Uncle Sam's two locations, one in Phoenix (3217 East Shea Blvd) and one in Peoria (18913 North 83 Ave).

The July operation resulted in 9 felony arrests related to identity theft and forgery and all nine (9) were placed on ICE holds. A 10th suspect arrested was charged with auto theft after an outstanding warrant was discovered.

Maricopa County Sheriff's detectives have questioned several witnesses who claimed to have first-hand knowledge that Norton and Frimmel colluded together to acquire false identification documents in order to provide those IDs to undocumented workers wishing to be employed at both restaurants.

Arpaio says, "One look at what is occurring today where massive amounts of identification and financial information is being stolen and used for all kinds of criminal purposes, underscores the need for a continued effort by law enforcement to overcome the problem of identity theft." END

###

GR000101

Exhibit "J"

FILED
2014 Feb 7 5:02pm
MICHAEL K. JEANES, Clerk
By _____
Deputy

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #: 00032000
Attorney for Plaintiff

DR 13008988 - Maricopa County Sheriff's Office, DR 13189120 - Maricopa County Sheriff's Office
CA2014003080

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

THE STATE OF ARIZONA,                )
                                     )
            Plaintiff,               )
                                     )
    vs.                              )     CR2014-103633-001
                                     )
BRET RICHARD FRIMMEL (001)           )
LISA NORTON,                         )
aka LISA ANNE NORTON, (002)          )
                                     )
            Defendants.              )     607 GJ 175
                                     )
                                     )     INDICTMENT
                                     )
                                     )     **COUNT 1:** CONSPIRACY TO COMMIT
                                     )     TAKING IDENTITY OF ANOTHER, A
                                     )     CLASS 4 FELONY (BRET RICHARD
                                     )     FRIMMEL AND LISA NORTON)
                                     )     **COUNT 2:** CONSPIRACY TO COMMIT
                                     )     TAKING IDENTITY OF ANOTHER, A
                                     )     CLASS 4 FELONY (BRET RICHARD
                                     )     FRIMMEL AND LISA NORTON)
                                     )     **COUNT 3:** TRAFFICKING IN THE
                                     )     IDENTITY OF ANOTHER, A CLASS 2
                                     )     FELONY (BRET RICHARD FRIMMEL)
                                     )     **COUNT 4:** TRAFFICKING IN THE
                                     )     IDENTITY OF ANOTHER, A CLASS 2
                                     )     FELONY (BRET RICHARD FRIMMEL)
                                     )     **COUNT 5:** TRAFFICKING IN THE
                                     )     IDENTITY OF ANOTHER, A CLASS 2
                                     )     FELONY (BRET RICHARD FRIMMEL)
                                     )     **COUNT 6:** TRAFFICKING IN THE
                                     )     IDENTITY OF ANOTHER, A CLASS 2

GR000102

) FELONY (BRET RICHARD FRIMMEL)
) **COUNT 7:** TAKING IDENTITY OF
) ANOTHER, A CLASS 4 FELONY (BRET
) RICHARD FRIMMEL AND LISA NORTON)
) **COUNT 8:** TAKING IDENTITY OF
) ANOTHER, A CLASS 4 FELONY (BRET
) RICHARD FRIMMEL AND LISA NORTON)
) **COUNT 9:** TAKING IDENTITY OF
) ANOTHER, A CLASS 4 FELONY (BRET
) RICHARD FRIMMEL)
) **COUNT 10:** FORGERY, A CLASS 4
) FELONY (BRET RICHARD FRIMMEL)
) **COUNT 11:** TAKING IDENTITY OF
) ANOTHER, A CLASS 4 FELONY (BRET
) RICHARD FRIMMEL)
) **COUNT 12:** TAKING IDENTITY OF
) ANOTHER, A CLASS 4 FELONY (BRET
) RICHARD FRIMMEL AND LISA NORTON)
) **COUNT 13:** TAKING IDENTITY OF
) ANOTHER, A CLASS 4 FELONY (BRET
) RICHARD FRIMMEL AND LISA NORTON)

The Grand Jurors of Maricopa County, Arizona, accuse BRET RICHARD FRIMMEL and LISA NORTON aka LISA ANNE NORTON, on this 7th day of February, 2014, charging that in Maricopa County, Arizona:

**COUNT 1:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 5th day of May, 2001 and the 30th day of April, 2008, with the intent to promote or aid the commission of an offense, to-wit: Taking the Identity of Another, agreed with one or more persons that at least one of them or another would engage in conduct constituting the offense of Taking Identity of Another 13-2008, and Bret Richard Frimmel and Lisa Norton, committed the following overt act(s): One or both of the parties conducted new hire interview and/or processed new hire paperwork, in violation of A.R.S. §§ 13-1003, 13-2008, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 2:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 1st day of May, 2008 and the 17th day of July, 2013, with the intent to promote or aid the commission of an offense, to-wit: Taking the Identity of Another, agreed with one or more persons that at least one of them or another

2

would engage in conduct constituting the offense of Taking Identity of Another 13-2008, and Bret Richard Frimmel and Lisa Norton, committed the following overt act(s): One or both of the parties conducted new hire interview and/or processed new hire paperwork, in violation of A.R.S. §§ 13-1003, 13-2008, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 3:**

BRET RICHARD FRIMMEL, on or between the 1st day of May, 2008 and the 17th day of July, 2013, knowingly sold, transferred, or transmitted any personal identifying information or entity identifying information of another person or entity, including a real or fictitious person or entity, without the consent of the other person or entity for any unlawful purpose or to cause loss to the person or entity whether or not the person or entity actually suffers any economic loss or allowing another person to obtain or continue employment, in violation of A.R.S. §§ 13-2010, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 4:**

BRET RICHARD FRIMMEL, on or between the 27th day of May, 2010 and the 17th day of July, 2013, knowingly sold, transferred, or transmitted any personal identifying information or entity identifying information of another person or entity, including a real or fictitious person or entity, without the consent of the other person or entity for any unlawful purpose or to cause loss to the person or entity whether or not the person or entity actually suffers any economic loss or allowing another person to obtain or continue employment, in violation of A.R.S. §§ 13-2010, 13-701, 13-702, and 13-801.

**COUNT 5:**

BRET RICHARD FRIMMEL, on or between the 15th day of February, 2011 and the 17th day of July, 2013, knowingly sold, transferred, or transmitted any personal identifying information or entity identifying information of another person or entity, including a real or fictitious person or entity, without the consent of the other person or entity for any unlawful purpose or to cause loss to the person or entity whether or not the person or entity actually suffers any economic loss or allowing

3

another person to obtain or continue employment, in violation of A.R.S. §§ 13-2010, 13-701, 13-702, and 13-801.

**COUNT 6:**

BRET RICHARD FRIMMEL, on or between the 1st day of May, 2008 and the 17th day of July, 2013, knowingly sold, transferred, or transmitted any personal identifying information or entity identifying information of another person or entity, including a real or fictitious person or entity, without the consent of the other person or entity for any unlawful purpose or to cause loss to the person or entity whether or not the person or entity actually suffers any economic loss or allowing another person to obtain or continue employment, in violation of A.R.S. §§ 13-2010, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 7:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 18th day of September, 2002 and the 30th day of April, 2008, knowingly took, used, sold, or transferred any personal identifying information of a real or ficticious person, without consent, with intent to obtain, use, sell, or transfer the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 8:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 1st day of May, 2008 and the 17th day of July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal identifying information or entity identifying information of a real or ficticious person or entity without consent, with the intent to obtain or continue employment or use the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 9:**

BRET RICHARD FRIMMEL, on or between the 27th day of May, 2010 and the 17th day of July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal

4

identifying information or entity identifying information of a real or ficticous person or entity, without consent, with the intent to obtain or continue employment or use the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, and 13-801.

**COUNT 10:**

BRET RICHARD FRIMMEL, on or about the 27th day of May, 2010, with intent to defraud, falsely made, completed, or altered a written instrument, to-wit: a W-4 Form, in violation of A.R.S. §§ 13-2002, 13-2001, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, and 13-801.

**COUNT 11:**

BRET RICHARD FRIMMEL, on or between the 15th day of February, 2011 and the 17th day of July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal identifying information or entity identifying information of a real or ficticous person or entity , without consent, with the intent to obtain or continue employment or use the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, and 13-801.

**COUNT 12:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 5th day of May, 2001 and the 30th day of April, 2008, knowingly took, used, sold, or transferred any personal identifying information of  a real or ficticous person, without consent, with intent to obtain, use, sell, or transfer the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 13:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 1st day of May, 2008 and the 17th day of July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal identifying information or entity identifying information of a real or ficticous person or entity, without consent, with the intent to obtain or continue employment or use the

5

# Exhibit "J"

identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-702.01, and 13-801.

_A True Bill_

("A True Bill")

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

/s/

/s/ JAIMEE OLIVER
DEPUTY COUNTY ATTORNEY

JO/eg/OK

Date: February 07, 2014

_Denise En Eych_

FORPERSON OF THE GRAND JURY

6

Exhibit "J"

## COURT INFORMATION SHEET (CIS)

County Attorney Case Number: CA2014003080

**STATE v. BRET RICHARD FRIMMEL**

| | |
|---|---|
| Defendant's<br>Last Known Address: | Attorney to Accept Service<br>Paul Charlton<br>201 E. Washington Street #1600<br>Phoenix, AZ 85004 |
| | 13325 East Cochise Road<br>Scottsdale, AZ 85259-0000 |
| Defendant's Employer: | UNKNOWN |
| Defendant's Attorney: | Paul K Charlton<br>Private Attorney<br>201 E Washington St<br>Ste 1600<br>Phoenix, AZ 85004-2382<br>Attorney For Defendant |

**DEFENDANT'S DESCRIPTION:**

Race: <u>UNKNOWN</u>   Sex: <u>M</u>   Hair: <u>XXX</u>      Eyes: <u>BRO</u>   Hgt: <u>510</u>

Wgt: <u>220</u>   DOB: <u>12/25/1973</u>   Soc Sec #:   <u>184521659</u>

FBI #: Unknown   SID #: Unknown   JMS Booking #: T047102

**FILING STATUS:**

 _X_  Grand Jury Indictment

Court #:      CR2014103633001      Filing Court:      Superior
        Date Complaint Filed: 1/27/2014

    Grand Jury #:  607 GJ 175    Service Type: NSI
        Date Indictment Filed: 2/7/2014

Superior Court #:  <u>CR2014103633001</u> _____ (Court Use Only)

Adult/Statutory Juv/Juv Transfer
(Circle Appropriate Choice)

**ATTORNEY**: JAIMEE OLIVER  **Bar ID**: 028839   **Location**: Downtown

**PRELIMINARY HEARING/GRAND JURY CHARGES**:

**COUNT 1:** CONSPIRACY TO COMMIT TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL)
**COUNT 2:** CONSPIRACY TO COMMIT TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL)
**COUNT 3:** TRAFFICKING IN THE IDENTITY OF ANOTHER, A CLASS 2 FELONY (BRET RICHARD FRIMMEL)
**COUNT 4:** TRAFFICKING IN THE IDENTITY OF ANOTHER, A CLASS 2 FELONY (BRET RICHARD FRIMMEL)
**COUNT 5:** TRAFFICKING IN THE IDENTITY OF ANOTHER, A CLASS 2 FELONY (BRET RICHARD FRIMMEL)
**COUNT 6:** TRAFFICKING IN THE IDENTITY OF ANOTHER, A CLASS 2 FELONY (BRET RICHARD FRIMMEL)
**COUNT 7:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL)
**COUNT 8:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL)

**COUNT 9:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL)
**COUNT 10:** FORGERY, A CLASS 4 FELONY (BRET RICHARD FRIMMEL)
**COUNT 11:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL)
**COUNT 12:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL)
**COUNT 13:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL)

| Count | ARS | ARS Literal | Date of Crime | PCN |
|-------|---------|-------------|---------------|-----|
| 1 | 13-2008 | 13-2008A | 5/5/2001 | |
| 2 | 13-2008 | 13-2008A | 5/1/2008 | |
| 3 | 13-2010 | 13-2010A | 5/1/2008 | |
| 4 | 13-2010 | 13-2010A | 5/27/2010 | |
| 5 | 13-2010 | 13-2010A | 2/15/2011 | |
| 6 | 13-2010 | 13-2010A | 5/1/2008 | |
| 7 | 13-2008 | 13-2008A | 9/18/2002 | |
| 8 | 13-2008 | 13-2008A | 5/1/2008 | |
| 9 | 13-2008 | 13-2008A | 5/27/2010 | |
| 10 | 13-2002 | 13-2002A1 | 5/27/2010 | |
| 11 | 13-2008 | 13-2008A | 2/15/2011 | |
| 12 | 13-2008 | 13-2008A | 5/5/2001 | |
| 13 | 13-2008 | 13-2008A | 5/1/2008 | |

**DEPARTMENTAL REPORTS:**

DR 13008988 - Maricopa County Sheriff's Office, DR 13189120 - Maricopa County Sheriff's Office

**EXTRADITE:** OK

# Exhibit "K"

FILED
2014 Feb 7 5:00pm
MICHAEL K. JEANES, Clerk
By_____
Deputy

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Jaimee Oliver
Deputy County Attorney
Bar Id #: 028839
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #: 00032000
Attorney for Plaintiff

DR 13008988 - Maricopa County Sheriff's Office, DR 13189120 - Maricopa County Sheriff's Office
CA2014003080

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BRET RICHARD FRIMMEL (001)<br>LISA NORTON,<br>aka LISA ANNE NORTON, (002)<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CR 2014-103633-002

607 GJ 175

INDICTMENT

**COUNT 1:** CONSPIRACY TO COMMIT TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL AND LISA NORTON)
**COUNT 2:** CONSPIRACY TO COMMIT TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (BRET RICHARD FRIMMEL AND LISA NORTON)
**COUNT 3:** TRAFFICKING IN THE IDENTITY OF ANOTHER, A CLASS 2 FELONY (BRET RICHARD FRIMMEL)
**COUNT 4:** TRAFFICKING IN THE IDENTITY OF ANOTHER, A CLASS 2 FELONY (BRET RICHARD FRIMMEL)
**COUNT 5:** TRAFFICKING IN THE IDENTITY OF ANOTHER, A CLASS 2 FELONY (BRET RICHARD FRIMMEL)
**COUNT 6:** TRAFFICKING IN THE IDENTITY OF ANOTHER, A CLASS 2

GR000110

| | |
|---|---|
| ) | FELONY (BRET RICHARD FRIMMEL) |
| ) | **COUNT 7:** TAKING IDENTITY OF |
| ) | ANOTHER, A CLASS 4 FELONY (BRET |
| ) | RICHARD FRIMMEL AND LISA NORTON) |
| ) | **COUNT 8:** TAKING IDENTITY OF |
| ) | ANOTHER, A CLASS 4 FELONY (BRET |
| ) | RICHARD FRIMMEL AND LISA NORTON) |
| ) | **COUNT 9:** TAKING IDENTITY OF |
| ) | ANOTHER, A CLASS 4 FELONY (BRET |
| ) | RICHARD FRIMMEL) |
| ) | **COUNT 10:** FORGERY, A CLASS 4 |
| ) | FELONY (BRET RICHARD FRIMMEL) |
| ) | **COUNT 11:** TAKING IDENTITY OF |
| ) | ANOTHER, A CLASS 4 FELONY (BRET |
| ) | RICHARD FRIMMEL) |
| ) | **COUNT 12:** TAKING IDENTITY OF |
| ) | ANOTHER, A CLASS 4 FELONY (BRET |
| ) | RICHARD FRIMMEL AND LISA NORTON) |
| ) | **COUNT 13:** TAKING IDENTITY OF |
| ) | ANOTHER, A CLASS 4 FELONY (BRET |
| ) | RICHARD FRIMMEL AND LISA NORTON) |

The Grand Jurors of Maricopa County, Arizona, accuse BRET RICHARD FRIMMEL and LISA NORTON aka LISA ANNE NORTON, on this 7th day of February, 2014, charging that in Maricopa County, Arizona:

**COUNT 1:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 5th day of May, 2001 and the 30th day of April, 2008, with the intent to promote or aid the commission of an offense, to-wit: Taking the Identity of Another, agreed with one or more persons that at least one of them or another would engage in conduct constituting the offense of Taking Identity of Another 13-2008, and Bret Richard Frimmel and Lisa Norton, committed the following overt act(s): One or both of the parties conducted new hire interview and/or processed new hire paperwork, in violation of A.R.S. §§ 13-1003, 13-2008, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 2:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 1st day of May, 2008 and the 17th day of July, 2013, with the intent to promote or aid the commission of an offense, to-wit: Taking the Identity of Another, agreed with one or more persons that at least one of them or another

2

would engage in conduct constituting the offense of Taking Identity of Another 13-2008, and Bret Richard Frimmel and Lisa Norton, committed the following overt act(s): One or both of the parties conducted new hire interview and/or processed new hire paperwork, in violation of A.R.S. §§ 13-1003, 13-2008, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 3:**

BRET RICHARD FRIMMEL, on or between the 1st day of May, 2008 and the 17th day of July, 2013, knowingly sold, transferred, or transmitted any personal identifying information or entity identifying information of another person or entity, including a real or fictitious person or entity, without the consent of the other person or entity for any unlawful purpose or to cause loss to the person or entity whether or not the person or entity actually suffers any economic loss or allowing another person to obtain or continue employment, in violation of A.R.S. §§ 13-2010, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 4:**

BRET RICHARD FRIMMEL, on or between the 27th day of May, 2010 and the 17th day of July, 2013, knowingly sold, transferred, or transmitted any personal identifying information or entity identifying information of another person or entity, including a real or fictitious person or entity, without the consent of the other person or entity for any unlawful purpose or to cause loss to the person or entity whether or not the person or entity actually suffers any economic loss or allowing another person to obtain or continue employment, in violation of A.R.S. §§ 13-2010, 13-701, 13-702, and 13-801.

**COUNT 5:**

BRET RICHARD FRIMMEL, on or between the 15th day of February, 2011 and the 17th day of July, 2013, knowingly sold, transferred, or transmitted any personal identifying information or entity identifying information of another person or entity, including a real or fictitious person or entity, without the consent of the other person or entity for any unlawful purpose or to cause loss to the person or entity whether or not the person or entity actually suffers any economic loss or allowing

3

another person to obtain or continue employment, in violation of A.R.S. §§ 13-2010, 13-701, 13-702, and 13-801.

**COUNT 6:**

BRET RICHARD FRIMMEL, on or between the 1st day of May, 2008 and the 17th day of July, 2013, knowingly sold, transferred, or transmitted any personal identifying information or entity identifying information of another person or entity, including a real or fictitious person or entity, without the consent of the other person or entity for any unlawful purpose or to cause loss to the person or entity whether or not the person or entity actually suffers any economic loss or allowing another person to obtain or continue employment, in violation of A.R.S. §§ 13-2010, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 7:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 18th day of September, 2002 and the 30th day of April, 2008, knowingly took, used, sold, or transferred any personal identifying information of a real or ficticous person, without consent, with intent to obtain, use, sell, or transfer the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 8:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 1st day of May, 2008 and the 17th day of July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal identifying information or entity identifying information of a real or ficticous person or entity without consent, with the intent to obtain or continue employment or use the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 9:**

BRET RICHARD FRIMMEL, on or between the 27th day of May, 2010 and the 17th day of July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal

4

identifying information or entity identifying information of a real or ficticous person or entity, without consent, with the intent to obtain or continue employment or use the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, and 13-801.

**COUNT 10:**

BRET RICHARD FRIMMEL, on or about the 27th day of May, 2010, with intent to defraud, falsely made, completed, or altered a written instrument, to-wit: a W-4 Form, in violation of A.R.S. §§ 13-2002, 13-2001, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, and 13-801.

**COUNT 11:**

BRET RICHARD FRIMMEL, on or between the 15th day of February, 2011 and the 17th day of July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal identifying information or entity identifying information of a real or ficticous person or entity , without consent, with the intent to obtain or continue employment or use the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, and 13-801.

**COUNT 12:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 5th day of May, 2001 and the 30th day of April, 2008, knowingly took, used, sold, or transferred any personal identifying information of a real or ficticous person, without consent, with intent to obtain, use, sell, or transfer the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 13:**

BRET RICHARD FRIMMEL AND LISA NORTON, on or between the 1st day of May, 2008 and the 17th day of July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal identifying information or entity identifying information of a real or ficticous person or entity, without consent, with the intent to obtain or continue employment or use the

5

identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-702.01, and 13-801.

_A True Bill_

("A True Bill")

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

/s/

/s/ JAIMEE OLIVER
DEPUTY COUNTY ATTORNEY

JO/eg/OK

Date: February 07, 2014

FORPERSON OF THE GRAND JURY

6

GR000115

Exhibit "K"

## COURT INFORMATION SHEET (CIS)

County Attorney Case Number: CA2014003080

**STATE v. LISA NORTON aka LISA ANNE NORTON**

| | |
|---|---|
| Defendant's<br>Last Known Address: | Attorney to Accept Service<br>Ivan Mathew<br>2809 E. Camelback Rd. #320<br>Phoenix, AZ 85016 |
| | 25832 North 3rd Street<br>Phoenix, AZ 85085-0000 |
| Defendant's Employer: | UNKNOWN |
| Defendant's Attorney: | Ivan Mathew<br>2809 E. Camelback Rd. #320<br>Phoenix, AZ 85016<br>Attorney For Defendant |

**DEFENDANT'S DESCRIPTION:**

Race: __UNKNOWN__  Sex: __F__  Hair: __BLN__  Eyes: __BRO__  Hgt: __503__

Wgt: __120__  DOB: __10/4/1960__  Soc Sec #: __463295702__

FBI #: Unknown  SID #: Unknown  JMS Booking #: T047099

**FILING STATUS:**

_X_ Grand Jury Indictment

Court #:  CR2014103633002  Filing Court:  Superior
    Date Complaint Filed: 1/27/2014

    Grand Jury #:  607 GJ 175  Service Type: NSI
    Date Indictment Filed: 2/7/2014

Superior Court #:  __CR2014103633002_____  (Court Use Only)

                                       Adult/Statutory Juv/Juv Transfer
                                       (Circle Appropriate Choice)

**ATTORNEY**: JAIMEE OLIVER  **Bar ID**: 028839  **Location**: Downtown

GR000116

Exhibit "K"

**PRELIMINARY HEARING/GRAND JURY CHARGES:**

**COUNT 1:** CONSPIRACY TO COMMIT TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (LISA NORTON)
**COUNT 2:** CONSPIRACY TO COMMIT TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (LISA NORTON)
**COUNT 7:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (LISA NORTON)
**COUNT 8:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (LISA NORTON)
**COUNT 12:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (LISA NORTON)
**COUNT 13:** TAKING IDENTITY OF ANOTHER, A CLASS 4 FELONY (LISA NORTON)

| Count | ARS | ARS Literal | Date of Crime | PCN |
|-------|---------|-------------|---------------|-----|
| 1 | 13-2008 | 13-2008A | 5/5/2001 | |
| 2 | 13-2008 | 13-2008A | 5/1/2008 | |
| 7 | 13-2008 | 13-2008A | 9/18/2002 | |
| 8 | 13-2008 | 13-2008A | 5/1/2008 | |
| 12 | 13-2008 | 13-2008A | 5/5/2001 | |
| 13 | 13-2008 | 13-2008A | 5/1/2008 | |

**DEPARTMENTAL REPORTS:**

DR 13008988 - Maricopa County Sheriff's Office, DR 13189120 - Maricopa County Sheriff's Office

**EXTRADITE:** OK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE 607th MARICOPA COUNTY GRAND JURY

|  |  |
|---|---|
| IN RE:<br><br>BRET FRIMMEL and LISA NORTON<br>_____ | )<br>)<br>)<br>) CR 2014-103633-001<br>) CR 2014-103633-002<br>)<br>) 607 GJ 175<br>)<br>) |

*[Filed stamp, rotated:]* MICHAEL K. JEANES, CLERK BY: J. Hambric DEP — FILED — 14 FEB 19 AM 10:24

Phoenix, Arizona
February 7, 2014

REPORTER'S TRANSCRIPT OF PROCEEDINGS

PREPARED FOR:
MARICOPA COUNTY SUPERIOR COURT
ORIGINAL
GJT

PREPARED BY:
MARLA F. ARNOLD, RPR
Certified Reporter #50870
(602) 506-3696
arnoldm002@superiorcourt.maricopa.gov

2              A P P E A R A N C E S:

3

4   DEPUTY COUNTY ATTORNEY:

5        Mr. John Wendell

6        Ms. Jamie Oliver

7

8   GRAND JURORS:

9        Jeanne Goodwin - absent

10       Jaime Martinez

11       Paul Eggert

12       Magdalene Augustine

13       Denise Teneyck - Foreperson

14       Lorena Serra - Alternate Foreperson - absent

15       Eileen Trotter

16       James Hakes (Replaced K. Andersen)

17       Sheryl Robinson - absent

18       Sheri Gundlach

19       Ruth Miskell

20       Thomas Boland

21       Maria Yanez

22       Phyllis Sycamore - absent

23       Dean McManus

24       Diane Fisher

25

1      P R O C E E D I N G S

2    MR. WENDELL:  This is 607 GJ 175. This is the

3 investigation of Bret, B-r-e-t, Richard, Frimmel, FRIMMEL

4 and Lisa Anne, A-n-n-e, Norton, N-o-r-t-o-n.  There are 13

5 allegations.  They go back and forth with regard to being

6 -- with regard to both subjects, one subject alone and

7 also dates.  So I will just go through each allegation

8 with regard to the dates who is involved, et cetera, et

9 cetera, so that there isn't any confusion about trying to

10 jump back and forth. Okay?

11    The first allegation is conspiracy to commit

12 taking the identity of another.  This an offense that

13 is alleged to have occurred on or between May 5, 2001, and

14 April 30, 2008.  I will discuss with you in a little bit

15 why April 30, 2008, is a cut off aspect with regard to

16 some of these aspects.  This is with regard to both

17 subjects.  I guess actually the alleged victim will be the

18 State with regard to pretty much anything anyway. I

19 realized it was going to be the State.

20    There is an allegation of the same offense,

21 conspiracy of committing taking the identity of another

22 with regard to both subjects.  This is alleged to have

23 occurred on or between May 1, 2008, and July 17, 2013.

24    The next offense is trafficking the identity

25 of another.  There are four allegations with regard to Mr.

1  Frimmel alone.  The first is alleged to have occurred on

2  or between May 1, 2008, and July 17, 2013.  The second on

3  or between May 27, 2010, and July 17, 2013.  The third,

4  Count 5, on or between February 15, 2011, and July 17,

5  2013. The last of these four on or between May 1, 2008,

6  and July 17, 2013.

7            This takes us to the 7th count or

8  allegation. There are three allegations of taking the

9  identity of another.  The first alleged to have occurred

10  between September 18, 2002, and April 30, 2008, is with

11  regard to both subjects.  The second also with regard to

12  both subjects, is alleged to have occurred on or between

13  May 1, 2008, and July 17, 2013.  The third and last in

14  this stretch anyway, is with regard to Mr. Frimmel alone

15  and is alleged to have occurred on or between May 27,

16  2010, and July 17, 2013.

17            The next allegation is one of forgery. This

18  is with regard to Mr. Frimmel alone. It is alleged to have

19  occurred on May 27, 2010.

20            The last three allegations are also taking

21  the identity of another. They are with regard to Mr.

22  Frimmel alone alleged to have occurred on or between

23  February 15, 2011, and July 17, 2013.  There is then an

24  allegation of this offense alleged to have occurred

25  between May 5, 2001, and April 30, 2008, involving both

1  subjects.

2          And the last allegation is also with regard

3  to both subjects.  It is alleged to have occurred on or

4  between May 1, 2008, and July 17, 2013.

5          Does anyone need any of the allegations,

6  dates, subjects of the investigation rediscussed,

7  questions, et cetera?

8          GRAND JURY PANEL:  (No oral response.)

9          MR. WENDELL:  I take it by your silence, that is

10  not the case.

11         Let the record reflect that the entire Grand

12  Jury panel is present with the exception of Serra,

13  Goodwin, Robinson and Sycamore.

14         Those admonitions read to you this morning

15  concerning persons disqualified from serving as grand

16  jurors are applicable.

17         GRAND JURY PANEL:  (No oral response.)

18         MR. WENDELL:  I take it by your silence that

19  these admonitions do not apply to you.

20         To assist you in determining whether or not

21  probable cause exists in this matter, the following

22  statutes may be appropriate:  A.R.S. 13-105, 13-301, 302,

23  303 and 304, which are commonly known as the accomplice

24  statutes; conspiracy is covered by 13-1003. Taking the

25  identity of another is covered by 13-2001 and 2008;

1  trafficking the identity of another is covered by 13-2010.
2  Forgery is covered by 2002.
3         Now, I mentioned to you earlier that there
4  was an aspect with regard to April 30th versus May 1st,
5  2008.  The reason for that is 13-2008 taking the identity
6  of another changed on May 1st of 2008.  The statute that
7  you have been read is the most recent.  That is what has
8  been in affect since May 1st, 2008, and thus applies to
9  any offenses committed since that time.
10        Maricopa County Attorney records show that
11 each of these statutes was read to you on January 8, 2014,
12 with all members of the Grand Jury present.
13        In addition, copies of those statutes have
14 been provided to all members of the Grand Jury.
15        Are there any grand jurors who would like to
16 have any of the statutes re-read or clarified at this
17 time?
18        GRAND JURY PANEL:  (No oral response.)
19        MR. WENDELL:  I take it by your silence, there
20 are none.
21        Prior to May 1st, 2008, 13-2008 read as
22 follows: Take the identity of another person or entity
23 classification -- you may want to follow along with the
24 2008 as it stands presently so you know the
25 differentiation of what the change was between the two.

1   It is not huge so I want to be sure that you understand --
2   A, a person commits taking the identity of another person
3   or entity if the person knowingly takes, purchases,
4   manufacturers, records, possesses or uses any personal
5   identifying information or entity identifying information
6   of another person or entity including a real or fictitious
7   person or entity without the consent of that other person
8   or entity with the intent to obtain or use the other
9   person's or entity's identity for any unlawful purpose or
10  to cause loss to a person or entity whether or not the
11  person or entity actually suffers any economic loss as a
12  result of the offense.

13          B, on the request of a person or entity a
14  peace officer in any jurisdiction in which an element of
15  the offense is committed, a result of the offense occurs
16  or the person or entity whose identity is taken resides or
17  is located shall take a report.  The peace officer may
18  provide a copy of the report to any other law enforcement
19  agency that is located in a jurisdiction in which a
20  violation of this section occurred.

21          C, if a Defendant is alleged to have
22  committed multiple violations of this section within the
23  same county, the prosecutor may file a complaint charging
24  all of the violations and any related charges under other
25  sections that have not been previously filed in any

1   precinct in which a violation is alleged to have occurred.

2   If a Defendant is alleged to have committed multiple

3   violations of this section within the State, the

4   prosecutor may file a complaint charging all of the

5   violations and any related charges under any other section

6   -- under other sections that have not been previously

7   filed in any county in which a violation is alleged to

8   have occurred.

9            D, this section does not apply to a

10  violation of 4-241 by a person who is under 21 years of

11  age.

12           E, taking the identity of another person or

13  entity is a Class 4 felony.

14           Does anyone have any questions about any of

15  the statutes whether previously read or read today for

16  your determinations?  I will get you a copy of this for

17  your deliberations while the evidence is being presented

18  so you can make a comparison as you are reviewing the

19  evidence and deliberate.  Any questions?

20           For the record, I guess is the easiest way

21  to put this, 13-2010 trafficking the identity of another

22  statute also changed on May 1, 2008, but there is no

23  allegation in this investigation with regard to

24  trafficking in the identity of another prior to May 1st,

25  2008.  So that change that is 13-2010 as it was read to

1  you in January is applicable for this particular

2  investigation.  You don't have to worry about the old 2010

3  and the way it applied prior to May 1st of 2008.

4          Does anyone have any additional questions

5  regarding the statutes in this particular matter?

6          GRAND JURY PANEL:  (No oral response.)

7          MR. WENDELL:  The investigation is into the

8  activities of a local business or business that is here

9  legally by the name of Uncle Sam's.  This investigation

10  may have received some attention or did, in fact, receive

11  some attention in the news media.  Is there anyone on the

12  panel who believes they may have seen or been exposed to

13  media coverage regarding the investigation?

14          Fisher and Yanez.  With regard to the two of

15  you, is there anything about the coverage by the media

16  that would cause you to be an unfair or not to be a fair

17  and impartial juror in this situation?  Is there anything

18  about the media that would cause you to say I will make my

19  decision based on what the media advised rather than what

20  the evidence here presents.

21          GRAND JURY PANEL:  (No oral response.)

22          MR. WENDELL:  Okay.  Also, understand that your

23  fellow grand jurors must make their decision based purely

24  on the evidence presented.  Is there anything so

25  overwhelming about the media coverage of this

1  investigation that you would feel once those doors are

2  closed and you are all in private, that you would have to

3  share the media coverage with fellow grand jurors?

4       GRAND JURY PANEL:  (No oral response.)

5       MR. WENDELL:  Okay.  And the reason I say that is

6  they have to make their decision based on the evidence and

7  the easiest way to do that is making sure the only

8  information they have is the evidence itself.  For those

9  of you who did not note any media coverage or exposure to

10  any media coverage, is the easiest way I guess, if at any

11  point in time during the presentation itself you do

12  realize that you have been exposed to the media coverage

13  and more importantly that that coverage would in some way

14  influence your ability to be fair and impartial in the way

15  I have just discussed with your two fellow grand jurors,

16  you may just merely step out with regard to the

17  investigation.  Just either -- while it is being the

18  presentation of the evidence advise us or if during

19  deliberations, walk out and we will note your absence at

20  that point in time.

21       Your witness today is going to be Detective

22  Henderson with the Maricopa County Sheriff's Office.

23       To present this matter for you today is

24  Deputy County Attorney Jamie Oliver.  She is a duly

25  authorized county attorney and authorized by Arizona state

1   law to present evidence to this Grand Jury.

2           GRAND JUROR FOREPERSON TENEYCK:  We are about to

3   consider the matter of 607 GJ 175 and the investigation

4   involving the individuals named.

5               The usual admonition applies.

6               (JOSHUA HENDERSON entered the proceedings.)

7               (JOSHUA HENDERSON was duly sworn by the

8   Grand Jury Foreperson.)

9           MR. WENDELL:  You can have a seat.

10              J O S H U A   H E N D E R S O N,

11  called as a witness herein, having been first duly sworn,

12  was examined and testified as follows:

13                  E X A M I N A T I O N

14  BY MS. OLIVER:

15      Q.   Good morning.  Would you please introduce

16  yourself to the panel?

17      A.   Yes. I'm Detective Henderson of the Maricopa

18  County Sheriff's Office.

19      Q.   And what do you do for the Sheriff's Office?

20      A.   I primarily investigate forgery, identity theft

21  cases within the criminal employment unit that I'm

22  assigned to right now.

23      Q.   As part of your duties with the sheriff's

24  department, have you been involved in an investigation

25  into a restaurant called Uncle Sam's?

1    A.    Yes.

2    Q.    Tell the jury about that restaurant.  How many

3    locations and where are they located?

4    A.    Right back in October of 2012 I received an

5    anonymous tip that referenced an Uncle Sam's restaurant --

6    that has two located in the valley -- that individuals

7    employed at this company were utilizing false documents

8    and other people's identity to gain continued employment.

9    I then sent a request to DES for the first and second

10   quarter of 2012 -- the third and fourth quarter of 2012

11   and the first quarter of 2013.  The DES records that I

12   requested is from Department of Economic Security, and

13   they have statistic information on the business that they

14   are supposed to comply with; and they basically have

15   employees that are reported or recorded by the businesses.

16            Once I received that information I conducted

17   name and social security number checks on all the names

18   that I received from DES on all those reports.  In those

19   reports I found a total of 121 names that had

20   discrepancies which consisted of multiple names, different

21   addresses, no records, or no names matching the social

22   security numbers.  I confirmed this information by

23   utilizing a law enforcement database we call Accurint,

24   A-c-c-u-r-i-n-t; and that database tracks utilities by

25   every person; it tracks phone records, every phone number

1 | that you had ever; it tracks the social security number if
2 | you ever used it on any of the utilities, any of that
3 | information.  Another database I used was JWI.  It is
4 | basically an Arizona Motor Vehicle database that we use
5 | and that is also information that is provided where people
6 | get their license and so forth.
7 | So by combining both of those, I compare and
8 | analyze all the names and the social security numbers that
9 | I received from the DES and that's where I got the
10 | discrepancies.
11 | Q.   Let me back up just a second.  The two locations
12 | of the Uncle Sam's restaurants, those are both in Maricopa
13 | County, correct?
14 | A.   Correct.
15 | Q.   And you were able to identify the subject Bret
16 | Frimmel as the owner of that restaurant?
17 | A.   Yes.
18 | Q.   Using the Arizona Corporation Commission?
19 | A.   Yes.
20 | Q.   The other suspect of this session Lisa Norton,
21 | you were able to identify her as a manager that was
22 | employed at Uncle Sam's?
23 | A.   Correct.
24 | Q.   Both Mr. Frimmel and Miss Norton are both over
25 | the age of 21?

1      A.    Correct.

2      Q.    So you were saying that -- initially you were

3  investigating the restaurant.  You covered over 50

4  discrepancies between names and social security numbers?

5      A.    Yes.

6      Q.    At some point did you serve a search warrant?

7      A.    Yeah.

8      Q.    On the business?

9      A.    Yeah, during the -- during the time where I

10  received the Arizona Corporate Commission had a residence

11  address which I identified later as the office for the

12  business.  So we actually executed three search warrants,

13  two of which were at the restaurants, one located in

14  Peoria, and one located in Phoenix.  The third executed

15  warrant was at the residence located in Scottsdale and

16  that was identified as the office.

17      Q.    So that home was also in Maricopa County?

18      A.    Yes.

19      Q.    And that's Mr. Frimmel's residence, correct?

20      A.    Correct.

21      Q.    While you were serving the warrant on the

22  residence, Mr. Frimmel showed up at his residence?

23      A.    Yes, after the warrant was served.

24      Q.    You informed him why you were there; gave him a

25  copy of the warrant?

1    A.    Yes.

2    Q.    I'm assuming you had some discussions with him

3  while you were serving the warrant?

4    A.    Yes, I did.

5    Q.    Can you tell us a little bit about those

6  conversations that you had?

7    A.    I informed Mr. Frimmel, the owner, that the

8  investigation was a result of employees reported on DES

9  that did not have social security numbers that matched

10  their names, approximately over 50 employees that he had

11  throughout his business.  He told me that he recognized

12  some of the names and didn't know that their social

13  security numbers did not come back to them.  He also said

14  that he takes the information that the employee fills out

15  and enters it into ADP and then transmits it off for

16  payroll and such.

17    Q.    Was he able to show you any of the ADP records

18  while at his residence?

19    A.    Yes.

20    Q.    Can you describe how that happened?

21    A.    Yes, at the time I asked him if he had the ADP

22  records.  He then said yes, I can obtain it through my

23  laptop.  Pulled out the laptop and then accessed it via

24  internet and when he logged on, he was able to pull up

25  most all of the names that I was looking into as far as

1   not having the matched social security number, the names

2   not matching and he was able to also print those ADP forms

3   out that he accessed so that -- in those ADP forms had the

4   individual's name I was looking at and the social security

5   number also entered on -- with that name.

6        Q.   The ADP records name also include the employee's

7   date of hire?

8        A.   Yes.

9        Q.   And their current status whether they are

10  employed, terminated, et cetera?

11       A.   Correct.

12       Q.   As a result of the search warrants, were you able

13  to recover any employment-related documents other than the

14  ADP?

15       A.   Yes.

16       Q.   Wham documents did you recover?

17       A.   We recovered some W-4s, W-2s, and the ADP records

18  and I believe that was it, very few documents especially

19  of the employees that I was looking at.

20       Q.   So it appeared that the employee files may not be

21  complete?

22       A.   Correct.

23       Q.   Did you ask Mr. Frimmel about that?

24       A.   I did.

25       Q.   Wham did he say to you about the documents?

1     A.    He says that he purged them after 2 or 3 years
2  which he is required by law and he gets rid of them.
3     Q.    You were able to obtain some documents but
4  certainly not what you were expecting to find; is that
5  fair?
6     A.    That's correct.
7     Q.    As a result of that search warrant for -- four
8  employees were arrested; is that correct?
9     A.    Correct.
10     Q.    And those employees were charged with various
11  forgery and identity theft charges related to their use of
12  the social security number that they were using?
13     A.    Correct.
14     Q.    Let's talk about those employees.  The four
15  employees that we are talking about here today, at some
16  point all of them agreed to talk to you about their
17  experiences working at Uncle Sam's?
18     A.    Correct.
19     Q.    And you did what is called a "free talk"?
20     A.    Correct.
21     Q.    Can you explain to the Grand Jury what a free
22  talk is?
23     A.    A free talk is an arrangement to where someone
24  has information, maybe towards a law being broken or
25  something criminal going on, they feel that law

1   enforcement should know about it.  It is arranged to where

2   whatever they say can't be used against them and the

3   information that they provide we basically look,

4   investigate if, in fact, a law is being broken on it.

5       Q.   Just to clarify, during the free talk, the

6   statements that they make to you at the free talk can't be

7   used against them, but they can still be prosecuted for

8   their own separate crimes?

9       A.   Correct.

10      Q.   So you conducted free talks with these four

11  employees.  As a result of that, those four employees

12  entered into plea agreements with the State on their

13  charges; is that correct?

14      A.   Correct.

15      Q.   And those plea agreements included a testimonial

16  agreement?

17      A.   That's correct.

18      Q.   Those four employees agreed to testify if

19  required against the employer?

20      A.   That's correct.

21      Q.   And during the pendency of this investigation in

22  this case those four employees have been granted legal

23  status through ICE and immigration?

24      A.   That's correct.

25      Q.   Sol they are currently out of custody and are

1  legally authorized to remain in the United States while
2  this case is pending?
3      A.   That's correct.
4      Q.   However, just to be clear, when you first agreed
5  to talk to those four employees, they were not promised
6  any leniency for their statements?
7      A.   That's correct.
8      Q.   Prior to doing the free talk and entering into an
9  agreement with the four employees, were you contacted by a
10 former employee of Uncle Sam's?
11     A.   Yes, I was.
12     Q.   By the name of Alex Rodriguez?
13     A.   Yes.
14     Q.   Can you tell the Grand Jury about Mr. Rodriguez
15 and what he had to say?
16     A.   So Alex Rodriguez had heard about the execution
17 of the search warrant on the restaurant on the day of
18 through -- I think he mentioned -- Facebook or a friend --
19 and he contacted the Sheriff's Office in which I contacted
20 him and Alex told me that he was a hiring manager for
21 Uncle Sam's for approximately one year.  He was, like I
22 said, involved in the hiring process and observed
23 documents presented to him during the hiring process that
24 he believed was forged.  He had told this to Brett and
25 Brett told him to disregard that.  You are not -- you are

1  not INS, or you are not the government. You don't -- you

2  are not certified to check these documents. So other --

3  Alex after telling Brett that, he was also heard Brett

4  make statements of that -- employees -- Brett would come

5  in and say employees that are legal if INS came into the

6  restaurant, he would be out of business because they would

7  take him away.  Alex also heard Brett talking about why

8  illegals are working and yelled "Imigra" which in Spanish

9  was immigration; told one short employee that if INS came

10  in, he could hide in a big pot because he is short and

11  Alex also said that the general manager Lisa, was just as

12  guilty as Brett with the hiring of illegals because she

13  was the second in charge and also did hiring and firing of

14  employees.

15          Alex also stated that on one occasion he

16  heard Brett tell an employee by the name of Juan, that if

17  he did not start working hard, that he, Brett, would take

18  back his social security card and would not have a social

19  security card made for his brother -- for Juan's brother.

20      Q.    And Mr. Rodriguez, just to be clear, is a U.S.

21  citizen?

22      A.    Correct.

23      Q.    He would be available to testify at trial?

24      A.    Yes, that's correct.

25      Q.    So you served the search warrant on July 17,

1    2013, right?

2         A.    Correct.

3         Q.    That's when you arrested the four employees?

4         A.    Yes.

5         Q.    And then sometime after that, you were contacted

6    by this manager in Washington?

7         A.    Yes.

8         Q.    And the four employees agreed to talk to you

9    about what they experienced while they were working there,

10   and at that point your investigation shifted from just

11   focusing on the employees, to considering the behaviors of

12   the employer?

13        A.    That's correct.

14        Q.    Is that fáir?  So let's talk about more

15   specifically these four employees.  Presumably their

16   employment ended on the date they were arrested, which was

17   July 17, 2013?

18        A.    That's correct.

19        Q.    The first one let's talk about is Valentin,

20   V-a-l-e-n-t-i-n, Villanueva, V-i-l-l-a-n-u-e-v-a, Fernan.

21   We will call him Villanueva.  Several of these employees

22   have similar names.  We will call this one Villanueva. The

23   DES records -- the ADP records indicate he was employed

24   from September 18, 2002, through July 17, 2013?

25        A.    Correct.

1    Q.   So he worked there for quite a while?

2    A.   Yes.

3    Q.   The social security number he was working under

4    belongs to a real person?

5    A.   That's correct.

6    Q.   You were able to verify that through the social

7    security administration?

8    A.   Yes.

9    Q.   But you have not been able to contact that person

10   yet?

11   A.   That's correct.

12   Q.   Have you been looking for that person?

13   A.   Yes.

14   Q.   But you haven't been able to locate her?  It is a

15   woman, isn't it?

16   A.   Right, and the problem on locating her is that

17   the social security number was issued by the State between

18   1989 and 1990.  So I believe being that she is under 16,

19   hasn't really established a record yet anywhere.  Locating

20   her has been difficult been utilizing the post office and

21   such.  Still working on that on locating her.

22   Q.   And Mr. Villanueva told you that when he was

23   hired, he didn't give a social security number or present

24   any type of ID?

25   A.   That's correct.

1       Q.    Mr. Villanueva said he did not have the victim's

2    consent to use her social security number?

3       A.    That's correct.

4       Q.    So again, Mr. Villanueva said when he was hired

5    he just signed a blank application and didn't provide a

6    social security number?

7       A.    That's correct.

8       Q.    When you were talking with him, what are some of

9    the things that he observed related to Lisa Norton's

10   involvement in the hiring process and management of the

11   restaurant?

12      A.    Okay. So Villanueva was hired by Brett and he did

13   not have a social security number.  Pretty much Valentin

14   said when he was hired, he was given a blank piece of

15   paper to sign and he didn't receive any other paper to

16   fill out.  Valentin said he was told no problem and when

17   he did not -- when he was not able to provide a social

18   security number and that he also was asked by Brett

19   specifically to bring a document -- undocumented aliens to

20   hire because they would work hard and he could pay them

21   the least.  Valentin stated Brett did not care about their

22   status and bring them into the store to get hired.  As far

23   as Lisa -- Brett and Lisa, both told Valentin not to worry

24   about food handler's card because he couldn't get one

25   because of a valid ID.  Lisa also made comments to

 1 | Valentin that they are stinky illegals and she was going
 2 | to call the sheriffs on them to come arrest them.
 3 | Valentin said Lisa would also tell him to bring his
 4 | friends in and get hired.
 5 |     Q.    Let's talk briefly about the food handler's card
 6 | since you mentioned it.  Food handler's cards are required
 7 | for employees that handle food?
 8 |     A.    Correct.
 9 |     Q.    And at some point was a change in the process at
10 | the Department of Health Services?
11 |     A.    Yes.
12 |     Q.    Can you explain that?
13 |     A.    Yes, approximately the year 2009, I believe, is
14 | that the Environmental Health Service who handles the food
15 | handler's card for Maricopa County changed their
16 | requirements to where people had to have a valid
17 | identification card -- Arizona identification card to get
18 | a current -- updated food handler's card.  Well, that
19 | process affected a lot of the employees working here at
20 | Uncle Sam's where they couldn't obtain a food handler's
21 | card anymore because they didn't have a valid
22 | identification card.  When they attempted to get one, they
23 | were denied by Environmental Health Services because of
24 | the fact that their identification card was no good.
25 | Those employees, several of them, would come back and tell

1   Brett and Lisa this; that they couldn't get or obtain the

2   food handler's card because their ID was no good anymore.

3   They were told by Brett and Lisa don't worry about it.

4   Keep working.  A lot of those employees worked for four

5   years after that fact without a valid food handler's card.

6   I confirmed this through environmental services getting

7   their records, showing all of the discrepancies and

8   violations of employees not having food handler worker

9   cards.

10      Q.    So for Valentin Villanueva, you were able to

11  obtain ADP records that date back to 2007?

12      A.    That's correct.

13      Q.    Mr. Frimmel signed his ADP contract in January of

14  2006?

15      A.    Yes, that's correct.

16      Q.    But the records that they have retained only date

17  back to 2007?

18      A.    That's correct.

19      Q.    And you did find a record related to Valentin

20  Villanueva's employment in ADP?

21      A.    Yes.

22      Q.    With the social security number attached to that

23  record that you have already determined does not belong to

24  Mr. Villanueva?

25      A.    That's correct.

1    Q.    And that record was transmitted to ADP during the

2  course of Mr. Villaneuva's employment?

3    A.    That's correct.

4    Q.    Let's talk about Emigdio, E-m-i-g-d-i-o, Munoz,

5  M-u-n-o-z, Gonzales.  I refer to him as Munoz.  We have

6  another employee who is also named Gonzales so -- Munoz

7  was employed from May 27, 2010 through July 17, 2013?

8    A.    That's correct.

9    Q.    At least according to the ADP records?

10   A.    That's correct.

11   Q.    The social security number he used also belongs

12  to a real person?

13   A.    That's correct.

14   Q.    And you verified that through the Social Security

15  Administration?

16   A.    Yes, I did.

17   Q.    It does not belong to Mr. Munoz?

18   A.    It does not.

19   Q.    But you have not been able to contact the true

20  owner of that social security number?

21   A.    That's correct.

22   Q.    But during your discussions with Mr. Munoz, he

23  told you that he did not have consent to use that social

24  security number?

25   A.    That's correct.

1    Q.   Mr. Munoz had a W-4 that you recovered during the

2  search warrant, correct?

3    A.   Correct.

4    Q.   And he told -- Mr. Munoz told you that he did

5  fill out that W-2 with the exception of one part on -- W-4

6  with the exception of one part on the W-4?

7    A.   That's correct.

8    Q.   That was the date?

9    A.   That's correct.

10   Q.   Can you tell me a little bit about that?

11   A.   During the initial interview of Munoz, he was

12  shown his W-4.  When he was shown the W-4, he said that

13  the date on there for 2007 for the hiring date was not the

14  correct date.  He said that in 2007 he worked at a

15  construction job company and not at Uncle Sam's.  I asked

16  him when did you work at Uncle Sam's; start working there?

17  He said in 2010.  I confirmed his statement using the ADP

18  acquired by Brett and, in fact, did have the hiring date

19  of 2010 on there.  So -- then I went back to Munoz and

20  asked him who hired him and he gave me a manager's name by

21  Manuel.

22   Q.   That W-4 has been altered in that the date has

23  been changed on it?

24   A.   Correct.

25   Q.   Back-dating it?

1    A.    Correct.

2    Q.    And May 27, 2007, would have been prior to the

3 requirement to e-verify?

4    A.    That's correct.

5    Q.    So tell me what Munoz told you about his

6 employment there at Uncle Sam's?  What did he do at Uncle

7 Sam's and what experiences did he tell you about?

8    A.    Munoz was one of the managers again and -- like

9 we stated -- the incorrect hiring date on there.  He

10 basically operated one of the restaurants, mostly in

11 Peoria with opening and closing; making sure employees

12 showed up, or didn't show up and he would then report that

13 to the owner Frimmel.  He basically didn't have really at

14 all interaction with Frimmel besides if an employee didn't

15 show up or if something went wrong with the customer, he

16 would call him and tell him and that was about it.

17    Q.    Did Mr. Munoz told you that he handled some of

18 the job applications --

19    A.    That's correct.

20    Q.    -- directly and that he was instructed not to

21 make photocopies of identification when hiring?

22    A.    That's correct.

23    Q.    But other than that, Mr. Munoz denied any

24 racially motivated behavior at the restaurants; denied

25 hiring people who didn't have proper identification, and

1  basically asserted that management at the restaurants were

2  following all the guidelines; is that correct?

3      A.   Yeah, that's correct and on top of that, he said

4  that Brett handled all applications directly.

5      Q.   But Mr. Munoz specifically denied being involved

6  or having any knowledge of people using social security

7  numbers that did not belong to them in employment except

8  his own use of a social security number that didn't belong

9  to him?

10     A.   That's correct.

11     Q.   The last employee that agreed to talk to you was

12 Victor Moran Vargas.  Let me step back just one second.

13 Mr. Munoz's payroll records in ADP were from his date of

14 hire of May 27, 2010, through presumably the firing date

15 of July 17, 2013?

16     A.   That's correct.

17     Q.   Included his name and that social security number

18 and those were transmitted to ADP?

19     A.   That's correct.

20     Q.   Okay.  Let's move onto Victor Moran Vargas.  The

21 ADP records show he was employed from February 15, 2011?

22     A.   That's correct.

23     Q.   Through his arrest on July 17, 2013?

24     A.   Correct.

25     Q.   The social security number that he used belongs

 1 | to someone else and you verified that through the Social
 2 | Security Administration?
 3 |     A.    That's correct.
 4 |     Q.    But you have also had contact with that person,
 5 | right?
 6 |     A.    That's correct.
 7 |     Q.    What did the social security number owner tell
 8 | you?
 9 |     A.    That he didn't give consent or permission for
10 | anybody besides him to use his social security number.
11 |     Q.    You were able to obtain a W-4 filled out for Mr.
12 | Vargas, right?
13 |     A.    That's correct.
14 |     Q.    But it wasn't signed and you haven't been able to
15 | determine who filled it out?
16 |     A.    That's correct.
17 |     Q.    So what did Mr. Vargas tell you about his
18 | experience at Uncle Sam's?
19 |     A.    All right.  So Mr. Vargas said he witnessed Brett
20 | personally involved in the hiring process.  He provided a
21 | -- Vargas provided a Mexican consulate card and fake
22 | social security card at the time of hiring.  He would
23 | witness Brett cataloging expiration dates of food
24 | handler's cards and creating a list of people needing to
25 | get fake ones made.

1      He also witnessed Lisa defending why -- Lisa
2 state why are you defending those immigrants and then an
3 immigration truck would pull up out in the parking lot and
4 Lisa would say you better run before they catch you.  He
5 also -- Vargas also made mention that there was a
6 conversation between the kitchen staff and the servers
7 about how the servers were going to take a trip out of
8 town and that the cooks wanted to go with the servers on
9 this trip and Lisa made the statement that they are not --
10 you are not going to be able to go on vacation with them
11 because you don't have papers to travel.  That's it.
12      Q.   And Mr. Vargas' employment record in ADP included
13 his name and the victim's social security number from his
14 date of hire in February of 2011 and was transmitted to
15 ADP; is that correct?
16      A.   That's correct.
17      Q.   Then you spoke to Fernando, F-e-r-n-a-n-d-o,
18 Estif, E-s-t-i-f, Abundez, A-b-u-n-d-e-z, Gonzales?
19      A.   That's correct.
20      Q.   And the ADP records indicate Mr. Gonzales was
21 employed from May 1st -- May 5th, 2001, through July 17,
22 2013?
23      A.   That's correct.
24      Q.   So another long-term employee of Uncle Sam's?
25      A.   Yes.

1   Q.   The social security number he was working under
2   belongs to someone else?
3   A.   That's correct.
4   Q.   And you have been able to contact that person?
5   A.   Yes.
6   Q.   And what did that person tell you?
7   A.   He told me that he did not give consent for
8   anybody besides himself to use his social security number.
9   Q.   And what did Mr. Gonzales tell you about his
10  experience at Uncle Sam's and with Brett and Lisa?
11  A.   He was -- Gonzales told me he was hired by Brett
12  and that Brett made the decision to hire him.  He stated
13  that he did not sign any forms or present any
14  identification at the time of hire.  He said that the --
15  the last time his food handler's card expired, he was
16  unable to renew it due to not having proper
17  identification.  He told Lisa this -- Lisa the manager and
18  she said no problem; not to worry about it.  He was also
19  in charge of the kitchen staff -- Fernando was -- and he
20  was told by Lisa to give Latinos applications; hand them
21  out.  He stated that they would fill out the applications
22  and they would not show identification or documentation
23  when they filled it out.  He said he would also tell Lisa
24  that the Latinos did not have papers and Lisa would reply
25  by whatever and that they would be hired.  He also counted

1  approximately 50 people that were hired this way.  He said

2  that when Americans would apply for the job, Lisa would

3  laugh and tear up the application and throw them in the

4  garbage.  Fernando stated that Brett and Lisa would have

5  the Latino employees sign and date the forms and Brett and

6  Lisa would fill out the rest of the form.  He said he was

7  told by both at times to bring in illegals or undocumented

8  friends to apply for jobs.

9      Q.    Mr. Gonzales also had an employment record in

10 ADP?

11     A.    That's correct.

12     Q.    That had his name but the victim's social

13 security number and that was transmitted to ADP?

14     A.    That's correct.

15     Q.    During your investigation, at some point did you

16 try to send an undercover employee in to get hired?

17     A.    Yes, I did.

18     Q.    Tell the Grand Jury about that.

19     A.    So the employee we tried to send in to get hired

20 was a previous employee at the Uncle Sam's restaurant.  He

21 was there -- he had only worked there a few months and he

22 was related to one of our witnesses, also an employee,

23 that's how the contact was made.  My witness contacted me

24 and said he thinks that he could go in and get hired

25 without providing legal documents.

1          So being that he was a previous employee, we

2   sent him in and he was contacted by Brett right away out

3   front.  Brett told him that -- to come back with legal

4   documents. And that was the end of that.

5      Q.   So that was after you had served the search

6   warrant on the restaurant though?

7      A.   That's correct.

8      Q.   Do you know approximately when that was you tried

9   to send that employee in?

10     A.   Yeah, it is December of 2013.

11     Q.   But as you said, Brett showed absolutely no

12  interest in hiring this employee without him having proper

13  documentation?

14     A.   That's correct.

15     Q.   During your investigation, have you also made

16  contact with a couple of prior waitresses at the

17  restaurant?

18     A.   That's correct.

19     Q.   Specifically a waitress named Sabrina?

20     A.   Yes, that's correct.

21     Q.   Can you tell me about her?

22     A.   Yes. Sabrina was a waitress that had worked

23  previously at Uncle Sam's, and she was actually driving by

24  the restaurant in Peoria location when she saw us

25  executing the search warrant.  Sabrina stopped and

1  contacted one of the detectives and an interview took
2  place with the detective and Sabrina basically.
3      Q.    Sabrina is a U.S. citizen, correct?
4      A.    That's correct.
5      Q.    She worked there for about a year?
6      A.    Yes, that's correct.
7      Q.    And she told the sheriff's office that she
8  thought that she had more of a personal relationship with
9  Mr. Frimmel?  They were friendly?
10     A.    Yeah, Sabrina said that Brett had a thing for her
11 and that she had information that she thinks was crucial
12 for the investigation that she thought should be directed
13 towards Mr. Frimmel.
14     Q.    And what did she tell you?
15     A.    She told me that she left the company about eight
16 months ago prior to the date of the warrant that we
17 executed, which was July 17th.  She said the reason she
18 left was because the owner, Brett Frimmel, treated his
19 employees bad.  Sabrina said that every employee that
20 Brett hires and puts in the kitchen is not legal, and that
21 the reason he does this is because those employees work
22 harder and it is cheaper and he can pay them whatever he
23 wants regardless of how many hours they work.
24          Sabrina says she knows this because he had a
25 thing with her and would tell her this. Sabrina also said

1  that during the hiring process the cooks were not required

2  to show any identification if they did not have any.

3  Employees did, however, have to fill out paperwork and

4  Sabrina said that they were not E-verified.  The hiring of

5  the cooks were only done by Brett.  Sabrina said that

6  everything Brett does as far as running the restaurant was

7  not run by the book.  Some of the things she mentioned was

8  they do not clock in.  The tips they make are not declared

9  properly and most employees do not have their food

10  handlers cards and that was basically the conclusion of

11  that interview.

12      Q.    That was another U.S. citizen waitress that you

13  interviewed named Chrisina Hopkins?

14      A.    Yes.

15      Q.    What information did she relate to you?

16      A.    So Christina Hopkins also worked there less than

17  a year and she was one of the few employees that worked at

18  the Scottsdale location prior to it closing down in July

19  of 2012, I believe.  During the time that she worked at

20  that restaurant out there, in fact, she worked from

21  March 2010 to September 2010.  She had heard several -- on

22  several occasions had overheard conversations between

23  Brett and Lisa, one being which Lisa said that the store

24  was short-staffed and they needed to get a new hire

25  started immediately.  Christina said that Brett stated it

1   was not possible and that he had to go and get numbers

2   first.  Christina stated that Brett told Lisa, said he was

3   going to get 500 numbers so they would be good for a long

4   time.  Christina said she spoke with a manager, later

5   identified as Alex Hernandez, that told her that the

6   numbers that Brett and Lisa were referring to were about

7   the whole legal thing.

8              Christina stated that everything went

9   through Brett including every person hired and Lisa also

10  made decisions but Brett was aware of those decisions as

11  well.  Christina said that on one occasion she heard Brett

12  tell the kitchen staff he was going to call immigration on

13  him and she heard Brett say if the kitchen staff wanted a

14  free trip back to Mexico, that they could do it; and he

15  would say that on a regular basis; that he would provide

16  them a free trip.  Christina said that Brett stated that

17  reasons there are no black or white people working in the

18  kitchen because Mexicans would work for less money cheaper

19  labor.  That's pretty much it from her.

20      Q.   Thank you. I think we have covered everything.

21  This was a big investigation, right?

22      A.   Yes, since July -- October 2012 it started.

23      Q.   Is there anything else that you feel the Grand

24  Jury should know about or maybe that I left out?

25      A.   Just that there is still ongoing witnesses that

1  are coming forth on it, past employees and they also tell

2  me that they have a lot of information related to the same

3  thing with the whole legal thing, and that it is all

4  related to the owner knowingly hiring them.

5      Q.   But as of now the witnesses we have talked about

6  today, all of those witnesses would be available for

7  trial?

8      A.   Yeah, they all said they would testify in trial.

9          MS. OLIVER:  Thank you.

10         MR. WENDELL:  Are there any factual questions for

11  the detective from the Grand Jurors?

12         GRAND JUROR TENEYCK:  At one point you said that

13  Frimmel said that by law he was required to purge

14  documents after two years; is that correct?

15         THE WITNESS:  Yeah, I asked ICE and I asked -- I

16  didn't get any answer back from IRS on that.  As far as I

17  know, yes, that was correct.  If an employee is in there,

18  they have to retain the documents; and I think after the

19  employee leaves, then 2 or 3 years, they can purge the

20  documents but as far as my knowledge of the law is that he

21  was supposed to have all of those but he got rid of them.

22         GRAND JUROR TENEYCK:  Also when you do a -- I

23  hadn't done it in a while -- when you are verifying

24  hiring, there is a produce this, this or this or something

25  like that.  Do you -- photocopy is the regular

1   requirement; that they do photocopy --

2           THE WITNESS:   Right.  When they present ID, there

3   should be some kind of photocopy of ID and other

4   businesses they comply and have done that when we go and

5   check them out but yeah, there was no photocopies done and

6   the process he had them fill out or provide was supposedly

7   -- they were supposed to provide an ID.  They were

8   supposed to fill out an employee handbook which contains

9   an I-9 form and then the W-4 that he supposedly had them

10  fill out and then the application and all of those we

11  could not locate on most of these employees.

12  BY MS. OLIVER:

13      Q.   Let me clarify.  I don't know it is a requirement

14  for the company to make a photocopy of the identification.

15  My understanding -- to answer a legal question for you is

16  that -- just that they fill out the I-9 form.  Federal law

17  does not allow us to use the I-9s in the prosecution of

18  State crimes.  At no point did you collect I-9s?

19      A.   That's correct.

20      Q.   Because you were instructed by the U.S.

21  Attorney's Office that you were not allowed to collect

22  those?

23      A.   That's correct.

24           GRAND JUROR TENEYCK:  You had mentioned at times

25  ICE would come in, did they -- would they check things?

1   Would they find anything?  They would come in and look at
2   things and leave or what?
3          MS. OLIVER:  Let me answer part of that question.
4   If ICE has an investigation, that would be a subject of a
5   separate investigation.  I believe your testimony was
6   about a time they came in to eat at the establishment;
7   that it was an MCSO deputy that came into eat and there
8   was a conversation between the employee and management
9   about why don't you tell those deputies that we are
10  illegal.  Is that a fair re-statement of what you said?
11         THE WITNESS:  That's correct.
12         MS. OLIVER: Does that answer your question?
13         GRAND JUROR TENEYCK:  Yes.
14         GRAND JUROR YANEZ:  He did not E-verify any of
15  these people?
16  BY MS. OLIVER:
17     Q.   What did he tell you about E-verifying and you
18  served the warrant and you were at his house?
19     A.   He told me that the E-verify was done by ADP.
20     Q.   What did you find out about his ADP contract?
21     A.   I pulled the contract and there is nothing in
22  there about E-verify.
23         GRAND JUROR YANEZ:  That's the payroll company,
24  correct?
25         THE WITNESS:  Correct.

1          GRAND JUROR YANEZ:  They would have to have

2     copies of all of the W-4s and/or the I-9s?

3          THE WITNESS:  That's correct but they did not

4     have none of that.  He didn't send anyone of that.  He

5     would enter the social security numbers and that's it.  He

6     didn't send off any other paperwork to ADP.

7          GRAND JUROR YANEZ:  But are they being --

8          GRAND JUROR FISHER:  So these people weren't

9     having W-2s run on them and paying taxes because he wasn't

10    reporting it to their payroll.  He was paying them under

11    the table?

12         THE WITNESS:  When he entered their information

13    in ADP -- when I did the subpoena on ADP, I received W-2s

14    on, I believe, it was like -- I can't really say the exact

15    number -- but I submitted 70 something names to ADP and I

16    only got back 60 something names with W-2s and they had

17    taxes taken out.

18    BY MS. OLIVER:

19         Q.   Taxes were being taken out on every employee but

20    you didn't have the documentation showing the employee

21    elected what their tax withholding would be?

22         A.   That's correct.

23         GRAND JUROR YANEZ:  Was he making the social

24    security cards himself or --

25

BY MS. OLIVER:

Q.   Do you have any evidence of that?

A.   I don't.

GRAND JUROR YANEZ:   It is not part of the forgery?

BY MS. OLIVER:

Q.   Some of the employees provided their own social security numbers.  They told you that they brought in a social security number, correct, and some of the employees just signed blank applications and you don't know where the social security number came from?

A.   That's correct, and that some of the employees would just make up a social security number and that they testified to -- made statements that they went and acquired a social security number -- social security card later on with that same number on it that they just made up.

GRAND JUROR TENEYCK:   I'm not familiar with the restaurant.  You said there are how many different locations?

THE WITNESS:   There is two currently.  One in Peoria and one in Phoenix off of Shea and the 51.

GRAND JUROR TENEYCK:   He owns both of them?  They are not franchises?

THE WITNESS:   He owns both of them.

1    GRAND JUROR YANEZ:  They are still in business?

2    THE WITNESS:  Yes.

3    GRAND JUROR YANEZ:  He is still running them?

4    THE WITNESS:  Yes.

5    GRAND JUROR YANEZ:  He did have legal people

6    there though also?

7    THE WITNESS:  Yes, yes.

8    MR. WENDELL:  Any additional factual questions

9    from the grand jurors?

10   GRAND JURY PANEL:  (No oral response.)

11   MR. WENDELL:  Seeing there are no further

12   questions, Officer, please have a seat outside and

13   remember, Arizona law prohibits you from speaking to

14   anyone other than the Prosecution.

15   (JOSHUA HENDERSON exited the proceedings.)

16   MR. WENDELL:  Before I ask the standard

17   questions, number one, let me note that during the

18   presentation of the evidence I provided copies of 13-2008

19   as it read prior to May 1st, 2008.  Is there anyone on the

20   panel who does not have access to a copy of that statute?

21   GRAND JURY PANEL:  (No oral response.)

22   MR. WENDELL:  I take it by your silence, everyone

23   has a copy to that statute.  Is there anyone on the panel

24   who did not advise us before that they were exposed to

25   media coverage regarding this matter who realized during

1  the presentation that you have been exposed to the media

2  coverage of this investigation?

3          GRAND JURY PANEL:  (No oral response.)

4          MR. WENDELL:  I take it by your silence that is

5  not the case.  Now, are there -- are there any legal

6  questions?

7          GRAND JURY PANEL:  (No oral response.)

8          MR. WENDELL:  We will step outside and allow you

9  to deliberate regarding your options.

10              (Whereupon, the County Attorneys and the

11  Court Reporter were excused from the Grand Jury room, were

12  subsequently recalled into the Grand Jury room, and the

13  following proceedings were had:)

14          GRAND JURY FOREPERSON TENEYCK:  The Grand Jury

15  has voted and directs the County Attorney to prepare a

16  Draft Indictment for our consideration.

17          MR. WENDELL:  The County Attorney has prepared a

18  Draft Indictment for your consideration.  Those

19  admonitions read to you this morning concerning Draft

20  Indictments are applicable.

21              (Whereupon, the County Attorneys and the

22  Court Reporter were excused from the Grand Jury room, were

23  subsequently recalled into the Grand Jury room, and the

24  following proceedings were had:)

25          GRAND JUROR FOREPERSON TENEYCK: Will the Clerk

1  please read the Grand Jury's findings.

2          GRAND JUROR CLERK GUNDLACH: The Grand Jury, with

3  12 members present, and only members of the Grand Jury

4  present, deliberated upon evidence, and with 12 jurors

5  voting, by a vote of 12 to zero, returned a true bill.

1              (A recess was taken.  The following Grand

2     Jurors are present for Returns:  PAUL EGGERT, MAGDALENE

3     AUGUSTINE, JAMES HAKES, SHERI GRUNDLACH, RUTH MISKELL,

4     THOMAS BOLAND, DEAN MCMANUS, MARIA YANEZ and DIANA FISHER.

5              Whereupon, COMMISSIONER NOTWEHR, COUNTY

6     ATTORNEY WENDELL and COURT CLERK CATHY DIAZ entered the

7     Grand Jury room, and the following proceedings were had:)

8             R E T U R N   O F   I N D I C T M E N T

9             COMMISSIONER NOTWEHR:  We're on the record with

10    regards to the 607th Mariocpa County Grand Jury.  Deputy

11    County Attorney John Wendell is present.  Standard orders

12    that were read on January 10, 2014, are still in full

13    force and effect.  The Foreperson may proceed with today's

14    returns.

15            GRAND JUROR FISHER:  Your Honor, Case 607 GJ 175,

16    a True Bill.  The Grand Jury Foreperson's signature

17    appears on the indictment, endorsing it a True Bill.

18            MR. WENDELL:  The State requests a Notice of

19    Supervening Indictment, your Honor.

20            COMMISSIONER NOTWEHR:  A Notice of Supervening

21    Indictment shall issue.

22                    (Matter concluded.)

23

24

25

1

2                       C E R T I F I C A T E

3

4

5          I, MARLA ARNOLD, do hereby certify that the

6    proceedings had upon the hearing of the foregoing matter

7    are contained fully and accurately in the shorthand record

8    made by me thereof, and that the foregoing typewritten

9    pages of said transcript contain a full, true and correct

10   transcript of my shorthand notes taken by me as aforesaid,

11   all to the best of my skill and ability.

12

13

14                    DATED this 15th day of February, 2014.

15

16   _____
     MARLA ARNOLD, RPR
17   CERTIFIED REPORTER
     CERTIFICATE NO. 50870
18

19

20

21

22

23

24

25

# Exhibit "M"

1
2
3
4
5
6
7
8
9
10
11
12
13
14

## INTERVIEW WITH FERNANDO ABUNDEZ GONZALEZ
### Q=Det. J. Henderson #1458
### Q1=Cesar Brockman
### Q2=Jamie Oliver
### Q3=Delia Salvatierra
### A=Fernando Abundez Gonzalez

| Q: | All right, this is Detective Henderson of the Maricopa County Sheriff's Office. The date is 9-30-2013. DR is 13-008988, uh, reference investigation with Uncle Sam's. Uh, here with me is Fernando Abundez Gonzalez, uh, with his attorney, uh, Delia... | Q: | All right, this is Detective Henderson of the Maricopa County Sheriff's Office. The date is 9-30-2013. DR is 13-008988, uh, reference investigation with Uncle Sam's. Uh, here with me is Fernando Abundez Gonzalez, uh, with his attorney, uh, Delia... |
|---|---|---|---|
| Q3: | Salvatierra. | Q3: | Salvatierra. |
| Q: | ...Salvatierra and, um, present is Maricopa County Attorney Jamie Oliver, and translator Cesar Brockman. Uh, okay, uh, Femando, uh, if you could, just, uh, I want - I want you to tell me, uh, anything that you think that might be important as far as, um, the investigation with Uncle Sam's related to, uh, management or - or - actually, lemme start over. Um, what - when did you first hear about the job at Uncle Sam's? | Q: | ...Salvatierra and, um, present is Maricopa County Attorney Jamie Oliver, and translator Cesar Brockman. Uh, okay, uh, Femando, uh, if you could, just, uh, I want - I want you to tell me, uh, anything that you think that might be important as far as, um, the investigation with Uncle Sam's related to, uh, management or - or - actually, lemme start over. Um, what - when did you first hear about the job at Uncle Sam's? |
| Q1: | ¿Cuándo - cuándo supiste del - del trabajo en Uncle Sam's? | Q1: | When – when did you find out about – about the work at Uncle Sam's? |
| A: | Como en el 2000. | A: | In about 2000. |
| Q1: | In 2000. | Q1: | In 2000. |
| Q: | In 2000? Okay. And did you hear from a friend or from a - a worker? | Q: | In 2000? Okay. And did you hear from a friend or from a - a worker? |
| Q1: | ¿Lo supiste de un amigo o de otro trabajador? | Q1: | Did you find out about it from a friend or from another worker? |
| A: | Me dijo, este, un amigo de ese restaurant. | A: | My friend, uh, told me about that restaurant. |

GR000165

# Exhibit "M"

| Q1: | Uh, a friend from the restaurant told me. | Q1: | Uh, a friend from the restaurant told me. |
|---|---|---|---|
| Q: | And what store did you go to - to get hired at? | Q: | And what store did you go to - to get hired at? |
| Q1: | ¿A qué tienda fuiste a que te contratara? | Q1: | What store did you go to get hired? |
| A: | A la que estaba en la 90 calle, la Sbea Boulevard. | A: | To the one that was on 90th street and Shea Boulevard. |
| Q1: | The one that was on 90th Street and Shea Boulevard. | Q1: | The one that was on 90th Street and Shea Boulevard. |
| Q: | And, uh, were you, uh, told by your friend to meet with somebody to hire you? | Q: | And, uh, were you, uh, told by your friend to meet with somebody to hire you? |
| Q1: | ¿Te dijo tu amigo que - que te citaras con alguien para que te dieran - para que te contrataran? | Q1: | Your friend told you to – to meet with someone so that they would give you – so that they would hire you? |
| A: | Me dijo que fuera al Uncle Sam's y - para - para ver si me contrataban ahí. | A: | He told me to go to Uncle Sam's and – to –to see if they would hire me there. |
| Q1: | He - he told me to go to Uncle Sam's to see if they would hire me. | Q1: | He - he told me to go to Uncle Sam's to see if they would hire me. |
| Q: | Uh, and do you remember who you talked to when you went there? | Q: | Uh, and do you remember who you talked to when you went there? |
| Q1: | ¿Recuerdas con quién hablaste cuando fuiste ahí? | Q1: | Do you remember who you talked to when you went there? |
| A: | Sí. | A: | Yes. |
| Q1: | Yes. | Q1: | Yes. |
| Q: | Uh, who was it? | Q: | Uh, who was it? |
| Q1: | ¿Quién era? | Q1: | Who was it? |
| A: | Uno que se llamaba (Lalo). | A: | Someone named (Lalo). |
| Q1: | Uh, one who's name is, uh, (Laloo). | Q1: | Uh, one who's name is, uh, (Laloo). |
| Q: | La- (Laloo)? | Q: | La- (Laloo)? |
| A: | (Eduardo). | A: | (Eduardo). |
| Q1: | (Lalo). | Q1: | (Lalo). |
| Q: | (Lalo). | Q: | (Lalo). |
| Q1: | (Eduardo). | Q1: | (Eduardo). |
| Q: | Oh, (Eduardo). Oh - oh, is he a muh-manager? | Q: | Oh, (Eduardo). Oh - oh, is he a muh-manager? |
| Q1: | ¿Es manejador? | Q1: | Is he a (manager)? |
| A: | No, era el encargado de la cocina. | A: | No, he was in charge of the kitchen. |
| Q1: | No, he was in charge of the kitchen. | Q1: | No, he was in charge of the kitchen. |
| Q: | Okay, uh, and then did he hire you or did somebody else? | Q: | Okay, uh, and then did he hire you or did somebody else? |
| Q1: | ¿Él - él te contrató, o alguien más? | Q1: | He – he hired you, or someone else? |
| A: | Él me - sí, él me - me sacó - le dije yo | A: | He – yes, he – he took out for me – I |

# Exhibit "M"

| | | | |
|---|---|---|---|
| | que quería trabajar y me sacó la aplicación. | | told him that I wanted to work and he took out an application for me. |
| Q1: | Okay. Um, 1 went and 1 – I told him I wanted to work and he - he pulled out an application. | Q1: | Okay. Um, I went and I – I told him I wanted to work and he - he pulled out an application. |
| Q: | 'Kay. Uh, and then, the application, d- did you fill that out? | Q: | 'Kay. Uh, and then, the application, d- did you fill that out? |
| Q1: | ¿La aplicación, tú la llenaste? | Q1: | The application, did you fill it out? |
| A: | No, (Lalo). | A: | No, (Lalo). |
| Q1: | ¿Cómo? | Q1: | What? |
| A: | Él me ayudó. | A: | He helped me. |
| Q1: | No, h- he helped me. | Q1: | No, h- he helped me. |
| Q: | Okay. Weh- when he said he helped you, um, he – he - you.- you said it and he wrote it? | Q: | Okay. Weh- when he said he helped you, um, he – he - you - you said it and he wrote it? |
| Q1: | Cuando dices que él te ayudó, ¿tú lo dijiste y él lo escribió? | Q1: | When you say he helped you, you told it to him and he wrote it? |
| A: | Él me dio la aplicación y él me ayudó a escribirla, nada más me preguntó mi nombre, él - lo que tenía que poner, pues le estoy hablando de tres años, cuando llega uno no sabe uno inglés ni nada, pero incluso cuando iba a la escuela, de la escuela - pero de la aplicación sale ahí - él me acuerdo que puso México. | A: | He gave me the application and he helped me to write it, he just asked my name, he – what (I) had to put down, well, I'm talking from three years ago. When one arrives, one doesn't know English or anything, but even when going to school, from school but from the application show up there – he, 1 remember that he put Mexico. |
| Q1: | ¿Fuiste tres años, dijiste? | Q1: | You went three years, did you say? |
| A: | ¿Tres años? No, no, no. Él me dio la aplicación. | A: | Three years? No, no, no. He gave me the application. |
| Q1: | Okay. He - he gave me the application. | Q1: | Okay. He - he gave me the application. |
| A: | Mm-hm. | A: | Mm-hm. |
| Q1: | And... | Q1: | And... |
| A: | Él me ayudó a llenarla. | A: | He helped me fill it out. |
| Q1: | He - he helped me fill it out. | Q1: | He - he helped me fill it out. |
| A: | Me preguntó mi nombre. | A: | He asked me my name. |
| Q1: | He - he asked me my name. | Q1: | He - he asked me my name. |
| A: | Y me dijo que donde - de la escuela, que si iba uno a la escuela aquí y le dije que no, que no había ido yo a la escuela. | A: | And he asked me where – from school, if one went to school here and I told him no, that I hadn't gone to school. |
| Q1: | Eh... | Q1: | Eh... |
| A: | Entonces él le puso México. | A: | So he put down Mexico. |
| Q1: | Okay, and the section where it asks if 1 | Q1: | Okay, and the section where it asks if I |

# Exhibit "M"

| | | | |
|---|---|---|---|
| | had gone to school here, he said n- uh, no, and then, uh, he just put, Mexico. | | had gone to school here, he said n- uh, no, and then, uh, he just put, Mexico. |
| A: | Mm-hm. | A: | Mm-hm. |
| Q: | Uh, and what about as far as signing? Did you sign anything? | Q: | Uh, and what about as far as signing? Did you sign anything? |
| Q1: | ¿Si tú firmaste algo? | Q1: | Did you sign something? |
| A: | No. | A: | No. |
| Q: | Uh, did you have to present any ID or documentation? | Q: | Uh, did you have to present any ID or documentation? |
| Q1: | ¿Tu- tuviste que presentar una identi- una identificación o documentación? | Q1: | Di- did you have to present identi – identification or documentation? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q: | And then when you went to go see him, when did you start working? That day or... | Q: | And then when you went to go see him, when did you start working? That day or... |
| Q1: | ¿Cuándo fuiste...? | Q1: | When did you go...? |
| Q: | ...the next? | Q: | ...the next? |
| Q1: | ¿Cuando fuiste a verle cuándo empezaste a trabajar, ese día o después? | Q1: | When you went to see him, when did you start to work - that day or afterward? |
| A: | Al otro día. | A: | The other day. |
| Q1: | Uh, the following day. | Q1: | Uh, the following day. |
| Q: | At that store? | Q: | At that store? |
| Q1: | ¿En esa tienda? | Q1: | In that store? |
| A: | Sí. | A: | Yes. |
| Q1: | Yes. | Q1: | Yes. |
| Q: | And what was your job there? | Q: | And what was your job there? |
| Q1: | Qué... | Q1: | What... |
| Q2: | Actually, where, um, yuc- you wanna translate so that it's transparent what I'm asking? Where was (Frimmel) at the time that he was hired? | Q2: | Actually, where, um, yuc- you wanna translate so that it's transparent what I'm asking? Where was (Frimmel) at the time that he was hired? |
| Q1: | ¿Dónde estaba (Frimmel) en el tiempo que tú fuiste contratado? | Q1: | Where was (Frimmel) at the time when you were hired? |
| A: | ¿Quién es (Frimmel) - (Frimmel) quién es? | A: | Who is (Frimmel) – (Frimmel) who is he? |
| Q1: | Who - who's (Frimmel)? | Q1: | Who - who's (Frimmel)? |
| Q2: | He doesn't know his last name. | Q2: | He doesn't know his last name. |
| Q: | Oh, (Bret). | Q: | Oh, (Bret). |
| Q2: | (Bret). | Q2: | (Bret). |
| Q1: | Quien - (Bret). | Q1: | Who - (Bret). |
| A: | Oh, estaba ahí en la caja. | A: | Oh, he was there at the register. |
| Q1: | Oh, he was at the register. | Q1: | Oh, he was at the register. |

# Exhibit "M"

| | | | |
|---|---|---|---|
| Q: | Of - he was at, uh, by him when this is all goin' on? | Q: | Of - he was at, uh, by him when this is all goin' on? |
| Q1: | ¿Él estaba ahí cerca de ti cuando estaba pasando? | Q1: | He was there close to you when this was happening? |
| A: | Sí, sí. | A: | Yes, yes. |
| Q1: | Yes. | Q1: | Yes. |
| Q: | So (Bret) was, uh, present with (Eduardo), um, as they did all this? | Q: | So (Bret) was, uh, present with (Eduardo), um, as they did all this? |
| Q1: | Así que (Bret) estaba presente con (Eduardo). | Q1: | So (Bret) was present with Eduardo? |
| A: | Sl. | A: | Yes. |
| Q1: | Cuando estaba pasando eso. | Q1: | When that was happening. |
| A: | Sí. | A: | Yes. |
| Q1: | Yes. | Q1: | Yes. |
| Q: | Uh, was there anybody else present or there? | Q: | Uh, was there anybody else present or there? |
| Q1: | ¿A- a- alguien más estaba presente ahí? | Q1: | Was any – anyone else present there? |
| A: | No, yo me acuerdo que (Bret) estaba de cajero, y salió (Lalo) y - y le preguntó a (Bret), le dijo que - que, este, que quería yo trabajar. Y (Bret) le dijo: "okay, dile que mañana." | A: | No, I remember that (Bret) was at the register, and (Lalo) went out and – and he asked (Bret), he told him that – that, uh, that I wanted to work. And (Bret) told him, "Okay, tell him, 'Tomorrow.'" |
| Q1: | I - I - I remember, uh, (Bret) - (Bret) was, uh, at the register and (Lalo) came out and told him that I wanted to work and (Bret) said, "Okay. Um, tell him, 'Tomorrow.'" | Q1: | I - I - I remember, uh, (Bret) - (Bret) was, uh, at the register and (Lalo) came out and told him that I wanted to work and (Bret) said, "Okay. Um, tell him, 'Tomorrow.'" |
| A: | Mm-hm. | A: | Mm-hm. |
| Q: | Um, okay. And then, uh, so you had to sign nothing, you had to present nothing. Right? | Q: | Um, okay. And then, uh, so you had to sign nothing, you had to present nothing. Right? |
| Q1: | ¿Así que no tuviste que firmar nada ni tuviste que presentar nada? | Q1: | So you didn't have to sign anything and you didn't have to present anything? |
| A: | No. Después, um, como a los tres días, me dijo (Lalo) que necesitaba yo un seguro y un (ID). | A: | No. After, um, at around three days, (Lalo) told me that I needed Social Security and an ((ID)). |
| Q1: | S- no, about three days later, uh, (Lalo) told me that I needed a social security and a ID. | Q1: | S- no, about three days later, uh, (Lalo) told me that I needed a social security and a ID. |
| A: | Mmm. | A: | Mmm. |
| Q: | Uh, did he say what kind of, uh, ID? | Q: | Uh, did he say what kind of, uh, ID? |

GR000169

# Exhibit "M"

| | | | |
|---|---|---|---|
| Q1: | ¿Dijo qué – qué – qué tipo de (ID)? | Q1: | Did he say what – what – what type of (ID)? |
| A: | Un seguro y un - green card de esas. | A: | A Social Security and a green card of those. |
| Q1: | Uh, a s- a social security and a, uh, green card. | Q1: | Uh, a s- a social security and a, uh, green card. |
| Q: | Okay. Like, a Mexican consulate ID card or...? | Q: | Okay. Like, a Mexican consulate ID card or...? |
| Q1: | ¿Como una – una - una tarjeta así de matrícula consular? | Q1: | Like a – a – a consular identification card? |
| A: | Más o menos así. | A: | More or less like that. |
| Q1: | Somethin' like that. | Q1: | Somethin' like that. |
| Q: | And then on the social security card, did you have a social security card already or did you have to go somewhere and get it? | Q: | And then on the social security card, did you have a social security card already or did you have to go somewhere and get it? |
| Q1: | Um, sobre la - la tarjeta del seguro social, ¿ya tenías seguro o fuiste a algún lado a conseguirla? | Q1: | Um, about the – the social security card, did you already have Social Security or did you go somewhere to get it? |
| A: | No, (Lalo) me dio el número de uno. | A: | No, (Lalo) gave me someone's number. |
| Q1: | Uh, (Lalo) gave me a number, uh, for someone. | Q1: | Uh, (Lalo) gave me a number, uh, for someone. |
| Q: | Um, okay. Uh, right. Uh, d- y- do you, uh, you wouldn't remember that number. Um, does la- (Lalo) still work there at Uncle Sam's? | Q: | Um, okay. Uh, right. Uh, d- y- do you, uh, you wouldn't remember that number. Um, does la- (Lalo) still work there at Uncle Sam's? |
| Q1: | ¿(Lalo) todavía trabaja en Uncle Sam's? | Q1: | Does (Lalo) still work at Uncle Sam's? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q: | Was (Lalo) a manager? | Q: | Was (Lalo) a manager? |
| A: | Era el encargado de la cocina. | A: | He was in charge of the kitchen. |
| Q1: | (Lalo) era - uh, no, h- he - he was in charge of the kitchen. | Q1: | (Lalo) was - uh, no, h- he - he was in charge of the kitchen. |
| Q: | Hm. S- okay. Uh, do you - does he remember where he - he went to go get the social security card? | Q: | Hm. S- okay. Uh, do you - does he remember where he - he went to go get the social security card? |
| Q1: | ¿Dón- recuerdas a dónde fuiste a obtener la - la tarjeta del seguro social? | Q1: | Where – do you remember where you went to get the – the Social Security card? |
| A: | Sí. | A: | Yes. |
| Q1: | Yes. | Q1: | Yes. |

# Exhibit "M"

| | | | | |
|---|---|---|---|---|
| A: | (Lalo) me dio el número de un tal (Damian). | A: | (Lalo) gave me the number of some guy named (Damian). |
| Q1: | Uh, (Lalo) gave me the number of some - some guy named (Damien). | Q1: | Uh, (Lalo) gave me the number of some - some guy named (Damien). |
| A: | En la 32 calle y la McDowell. | A: | On 32nd Street and McDowell. |
| Q1: | Uh, 32 Street and McDowell. | Q1: | Uh, 32 Street and McDowell. |
| Q: | Eh- eh- was that a parking lot or is that a apartment place or...? | Q: | Eh- eh- was that a parking lot or is that a apartment place or...? |
| Q1: | ¿Era un estacionamiento o unos departamentos? | Q1: | Was it a parking lot or some apartments? |
| A: | En - en el parqueadero del Food City, de la 32 calle y la McDowell. | A: | In - in the Food City parking lot, on 32nd Street and McDowell. |
| Q1: | In - in the parking lot of the Food City of, uh, 32 Street and McDowell. | Q1: | In - in the parking lot of the Food City of, uh, 32 Street and McDowell. |
| Q: | Okay. And then, uh, did you have to get a food handler's card? | Q: | Okay. And then, uh, did you have to get a food handler's card? |
| Q1: | ¿Tuviste que tener una - una tarjeta de - de (food handler), de la comida? | Q1: | Did you have to have a - a food handler's card, for the food? |
| A: | Sí, pero hace ese tiempo valían todavía que llevara uno un (ID) mexicana. | A: | Yes, but at that time it was enough to carry a Mexican (ID). |
| Q1: | Yes. | Q1: | Yes. |
| A: | Así la pude sacar. | A: | That way I was able to get one. |
| Q1: | Yes, at that time, uh, we could a- you could obtain one with a Mexican ID and I was able to obtain one. | Q1: | Yes, at that time, uh, we could a- you could obtain one with a Mexican ID and I was able to obtain one. |
| A: | Mm-hm. | A: | Mm-hm. |
| Q2: | ¿Cuándo - cuándo fue eso? | Q2: | When – when was that? |
| A: | Eh. | A: | Uh. |
| Q2: | When was that? | Q2: | When was that? |
| Q1: | Um. | Q1: | Um. |
| A: | Fue como - entrando como al mes. | A: | It was like – like a month. |
| Q1: | Uh, about a month later. | Q1: | Uh, about a month later. |
| Q2: | So, at - it was still in 2000, correct? | Q2: | So, at - it was still in 2000, correct? |
| Q1: | ¿Todavía esta- era en el 2000? | Q1: | This is still – it was in 2000? |
| A: | Sí. | A: | Yes. |
| Q1: | Yes. (Unintelligible). | Q1: | Yes. (Unintelligible). |
| Q: | Did th- did that food handler's card ever expire? | Q: | Did th- did that food handler's card ever expire? |
| Q1: | ¿La food handler's card se - la tarjeta de la comida se - se venció alguna vez? | Q1: | Did the food handler's card – the food card - expire at some point? |
| A: | Sí, se venció como dos veces. | A: | Yes, it expired like twice. |
| Q1: | Yes, it expired twice. | Q1: | Yes, it expired twice. |

# Exhibit "M"

| | | | | |
|---|---|---|---|---|
| Q: | Eh- were you required to get a new one? | Q: | Eh- were you required to get a new one? |
| Q1: | ¿Fuiste requerido a obtener una nueva? | Q1: | Were you required to get a new one? |
| A: | Eh, ya últimamente, cuando entró la ley que tenía que entregar uno un (ID) para sacar la tarjeta de comida... | A: | Uh, recently, when the new law came into effect that one has to submit an (ID) in order to get a food card... |
| Q1: | L- lately, uh, we have to, uh, turn in a, uh, ID to be able to get the food handler card. | Q1: | L- lately, uh, we have to, uh, turn in a, uh, ID to be able to get the food handler card. |
| A: | No pudimos sacarla. | A: | We weren't able to get it. |
| Q1: | I - I wasn't able to get it. | Q1: | I - I wasn't able to get it. |
| Q: | So you - uh, you just c- s- still work there but didn't have a current food handler's card? | Q: | So you - uh, you just c- s- still work there but didn't have a current food handler's card? |
| Q1: | Si- siempre trabajaste ahí pero no tenías una - una tarjeta de la comida... | Q1: | You al- always worked there, but you didn't have a - a food card... |
| A: | Estoy... | A: | I am... |
| Q1: | ...Que estuviera vigente. | Q1: | ...that was current. |
| A: | Estoy hablando - no, al principio sí. | A: | I'm saying – no, at the beginning, yes. |
| Q1: | At first, yes. | Q1: | At first, yes. |
| A: | Después como - como... | A: | After like – like... |
| Q1: | Later... | Q1: | Later... |
| A: | ...cuatro años acá... | A: | ...four years back... |
| Q1: | ...about f... | Q1: | ...about f... |
| A: | ...No. | A: | ...No. |
| Q1: | ...four years - about four years ago, no. | Q1: | ...four years - about four years ago, no. |
| Q: | How - how would you get one, uh, recently... | Q: | How - how would you get one, uh, recently... |
| Q1: | ¿Cómo...? | Q1: | What? |
| Q: | ...if I understand him right. | Q: | ...if I understand him right. |
| Q1: | ¿Cómo pudiste obtener una así recientemente? | Q1: | How were you able to obtain one like that recently? |
| A: | Porque pedían la - la - la - no recuerdo si la consular o la de elector mexicana. Recientemente. | A: | Because they asked for the – the – the – I don't remember if the consular or the Mexican voter. Recently. |
| Q1: | He said he doesn't recall if they - they ask for the Mexican, uh, voter ID card or the Matrícula Consular card. | Q1: | He said he doesn't recall if they - they ask for the Mexican, uh, voter ID card or the Consulate Identification Card. |
| A: | O pagar uno una cuota como de 30 dólares, y iba uno y la sacaba. | A: | Or pay a fee of like 30 dollars, and one went and got it. |
| Q1: | Or w- w- pay a $30 fee and, uh, we would get it. | Q1: | Or w- w- pay a $30 fee and, uh, we would get it. |
| Q2: | I - I think he's mixed up in time so I | Q2: | I - I think he's mixed up in time so I |

# Exhibit "M"

| | | | |
|---|---|---|---|
| | think he's talking about 2000. I don't think he's talking about, um, more recently. | | think he's talking about 2000. I don't think he's talking about, um, more recently. |
| Q1: | Okay. | Q1: | Okay. |
| Q: | Okay. | Q: | Okay. |
| Q1: | 'Kay. | Q1: | 'Kay. |
| Q2: | So I - maybe you can ask - question... | Q2: | So I - maybe you can ask - question... |
| Q: | Yeah, I'll clarify. | Q: | Yeah, I'll clarify. |
| Q2: | ...that, 'cause he said that it expired twice so how... | Q2: | ...that, 'cause he said that it expired twice so how... |
| Q1: | Right. | Q1: | Right. |
| Q: | Right. | Q: | Right. |
| Q2: | ...could it expire twice? | Q2: | ...could it expire twice? |
| Q: | Yeah. | Q: | Yeah. |
| Q2: | So I - we need clarification on that. | Q2: | So I - we need clarification on that. |
| Q: | Yeah. Uh... | Q: | Yeah. Uh... |
| Q2: | It's okay. | Q2: | It's okay. |
| Q: | Fernando, uh, on the... | Q: | Fernando, uh, on the... |
| Q1: | La... | Q1: | The... |
| Q: | ...food handler card... | Q: | ...food handler card... |
| Q1: | La tarjeta de la comida... | Q1: | The food card... |
| Q: | ...uh, I wanna kinda, uh, ask you a question about how recently were you able to get one? Like, 2000, uh, 10 eh-2011, 2012, how were you able to get one? | Q: | ...uh, I wanna kinda, uh, ask you a question about how recently were you able to get one? Like, 2000, uh, 10 eh-2011, 2012, how were you able to get one? |
| Q1: | Quiero preguntarte qué ¿qué fue lo más reciente que - que pudiste obtener una? | Q1: | I want to ask you what, what was the most recent time that – that you were able to obtain one? |
| A: | ¿Qué fue lo más reciente? | A: | What was the most recent? |
| Q1: | Sí. | Q1: | Yes. |
| A: | ¿La tarjeta de comida? | A: | The food card? |
| Q1: | Sí. | Q1: | Yes. |
| A: | No, no pude obtener. | A: | No, I wasn't able to get one. |
| Q1: | I - I couldn't obtain one. | Q1: | I - I couldn't obtain one. |
| A: | No. | A: | No. |
| Q: | Oh, okay. And so... | Q: | Oh, okay. And so... |
| Man: | (Unintelligible). | Man: | (Unintelligible). |
| Q: | ...the - and then just to be clear, uh, what was the year that it was valid 'til? | Q: | ...the - and then just to be clear, uh, what was the year that it was valid 'til? |
| Q1: | No más para aclarar, ¿cuándo - cuándo se venció - hasta qué año fue buena? | Q1: | Just to clarify, when – when it expired – until what year was it valid? |
| A: | No recuerdo si - si era para un año o | A: | I don't remember if – if it was for one |

# Exhibit "M"

| | | | |
|---|---|---|---|
| | dos años. | | year or two years. |
| Q1: | I don't recall... | Q1: | I don't recall... |
| A: | Pero no - no recuerdo. | A: | But I don't – don't remember. |
| Q1: | ...because year or two. I don't remember right now. | Q1: | ...because year or two. I don't remember right now. |
| Q2: | Can I ask - I'm sorry. | Q2: | Can I ask - I'm sorry. |
| Man: | (Unintelligible). | Man: | (Unintelligible). |
| Q2: | Do you want me to do it in Spanish or English? | Q2: | Do you want me to do it in Spanish or English? |
| Q: | If you could tell 'em, do Spanish. | Q: | If you could tell 'em, do Spanish. |
| Q2: | Okay, so tenía una tarjeta de - de - de manejar la comida, ¿no? | Q2: | Okay, so you had a card to – to – to handle the food, right? |
| Q1: | He had the food handler card. | Q1: | He had the food handler card. |
| A: | Mm-hm, (la tarjeta). | A: | Mm-hm, (the card). |
| Q2: | Okay. So esto fue cuando la obtuviste un mes después... | Q2: | Okay. So this was when you got it one month after... |
| Q1: | This is... | Q1: | This is... |
| Q2: | ...de que entraste a trabajar, ¿no? | Q2: | ... you started working, right? |
| Q1: | This is... | Q1: | This is... |
| A: | Sí. | A: | Yes. |
| Q1: | ...when you obtained it from... | Q1: | ...when you obtained it from... |
| Q2: | Okay. Entonces... | Q2: | Okay. So... |
| Q1: | ...(unintelligible) work (unintelligible). | Q1: | ...(unintelligible) work (unintelligible). |
| Q2: | ¿Esa tarjeta se expira? | Q2: | That card expires? |
| A: | Sí. | A: | Yes. |
| Q1: | Does that - does that card expire? | Q1: | Does that - does that card expire? |
| Q2: | ¿Cada cuánto tiempo te sirve esa tarjeta? | Q2: | How long is that card good for you? |
| A: | Como... | A: | Like... |
| Q1: | How long is that card good for? | Q1: | How long is that card good for? |
| A: | No recuerdo si era un año o un año y medio. | A: | I don't remember if it was a year or a year and a half. |
| Q1: | I don't recall. | Q1: | I don't recall. |
| Q2: | Año o año y medio. | Q2: | A year or a year and a half. |
| Q1: | I don't recall... | Q1: | I don't recall... |
| Q2: | Okay. | Q2: | Okay. |
| Q1: | ...if it's good for a year or a year-and-a-half. | Q1: | ...if it's good for a year or a year-and-a-half. |
| Q2: | ¿Y hasta qué año la pudiste renovar, recuerdas? | Q2: | And until what year were you able to renew it – do you remember? |
| Q1: | Up until... | Q1: | Up until... |
| A: | La renové como... | A: | I renewed it like... |
| Q1: | ...what year were you able to renew it? | Q1: | ...what year were you able to renew it? |
| A: | ...Como hasta el dos mil - 2008. | A: | Like until two thousand – 2008. |

# Exhibit "M"

| | | | |
|---|---|---|---|
| Q2: | ¿2008, por ahí? | Q2: | 2008, like that? |
| A: | (Por ahí). | A: | (Around there). |
| Q2: | Okay. | Q2: | Okay. |
| Q1: | (Unintelligible) 'til about 2008. | Q1: | (Unintelligible) 'til about 2008. |
| Q2: | ¿Y después de eso qué pasó? | Q2: | And after that, what happened? |
| Q1: | After that... | Q1: | After that... |
| Q2: | ¿(Unintelligible) o...? | Q2: | (Unintelligible) or...? |
| Q1: | ...what happened? Did - did he not require it anymore or...? | Q1: | ...what happened? Did - did he not require it anymore or...? |
| A: | No, yo - yo le dije al manager (Lisa). | A: | No, I – I told the manager, (Lisa). |
| Q1: | 1 - I told (Lisa), the manager... | Q1: | 1 - I told (Lisa), the manager... |
| A: | Que qué iba a pasar con nosotros porque la - el estado pedía la tarjeta de la comida. | A: | What was going to happen with us because the – the state was requiring a food card? |
| Q1: | ...w- what was gonna happen with us because, uh, the state required the food handler card. | Q1: | ...w- what was gonna happen with us because, uh, the state required the food handler card. |
| A: | Y ella me dijo que whatever, que no había problema. | A: | And she told me whatever, that there wasn't any problem. |
| Q1: | Um, she - she told him, "Whatever. There's no problem." | Q1: | Um, she - she told him, "Whatever. There's no problem." |
| Q: | He - he never a c- it never came up again? | Q: | He - be never a c- it never came up again? |
| Q1: | ¿Nunca fue mencionado otra vez? | Q1: | It was never mentioned again? |
| A: | No. | A: | No. |
| Q1: | ¿Nunca? | Q1: | Never? |
| A: | Incluso ella las rompía - las que le decías las rompía. | A: | She even ripped them up – the ones that you were saying – she ripped them up. |
| Q1: | In - in fact, she would, uh, cut up the ones that - that were expired. | Q1: | In - in fact, she would, uh, cut up the ones that - that were expired. |
| Q: | And he never had one again? | Q: | And he never had one again? |
| Q1: | ¿Y - y ya nunca tuviste una? | Q1: | And – and you never had one? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| A: | Nadie tenía (la tarjeta). | A: | Nobody had (the card). |
| Q1: | No, n- nobody had one. | Q1: | No, n- nobody had one. |
| Q: | Okay. Uh, Fernando, um, did - did you have any other contact or, um, did you hear of any kind of, like, uh, comments made by (Frimmel) or (Lisa) or any kind of management, um, about any of your l- about your legal status or - go ahead. | Q: | Okay. Uh, Fernando, um, did - did you have any other contact or, um, did you hear of any kind of, like, uh, comments made by (Frimmel) or (Lisa) or any kind of management, um, about any of your l- about your legal status or - go ahead. |

# Exhibit "M"

| | | | |
|---|---|---|---|
| QI: | ¿Nunca - lle- llegaste a - a oír o - o alguna vez te mencionaron (Lisa) o (Bret) sobre tu status - sobre tu status migratorio? | QI: | You never heard or – or at some point did (Lisa) or (Bret) mention your status – your immigration status? |
| A: | Muchas veces. | A: | Many times. |
| QI: | Many times. | QI: | Many times. |
| Q: | Uh, a- as much as you can, um, going back to the - the first time and the last time, if you can, try to be specific, um, on, like, who would say it, uh, what did they say. Um, uh, that would all be helpful. | Q: | Uh, a- as much as you can, um, going back to the - the first time and the last time, if you can, try to be specific, um, on, like, who would say it, uh, what did they say. Um, uh, that would all be helpful. |
| QI: | Lo mejor que puedas y si puedes explicar específicamente quién y cuándo fue- fueron esos comentarios. | QI: | The best that you can and if you can explain specifically by whom and when were – were those comments made. |
| A: | Cuando yo entré… | A: | When I came in… |
| QI: | Ah-ha. | QI: | Uh-huh. |
| A: | …éramos como… | A: | … we were like… |
| QI: | When I started there was… | QI: | When I started there was… |
| A: | …Como 30 latinos. | A: | … like 30 Latinos… |
| QI: | …there was about… | QI: | …there was about… |
| A: | En la cocina. | A: | … in the kitchen. |
| QI: | …30 Latinos in the kitchen. | QI: | …30 Latinos in the kitchen. |
| A: | Como él… | A: | Like he… |
| QI: | When I started. | QI: | When I started. |
| A: | (Bret) había abierto ese restaurant nuevo. | A: | (Bret) had opened that new restaurant. |
| QI: | (Bret) had opened that, uh, new restaurant. | QI: | (Bret) had opened that, uh, new restaurant. |
| A: | Estaba de cajero y de manager. | A: | He was the cashier and the manager. |
| QI: | And he wuh- he was as, uh, cashier and manager. | QI: | And he wuh- he was as, uh, cashier and manager. |
| A: | Y yo pienso que él sabía, más bien sabía. | A: | And I think he knew, he actually knew. |
| QI: | I believe he knew. He… | QI: | I believe he knew. He… |
| A: | Porque nos empezó a maltratar muy feo. | A: | Because he started to treat us very badly. |
| QI: | Because he used to mistreat us very bad. | QI: | Because he used to mistreat us very bad. |
| A: | A todos. | A: | Everybody. |
| QI: | Everybody. | QI: | Everybody. |
| Q: | Okay. Um, that's good. I just need you to be more specific. Um… | Q: | Okay. Um, that's good. I just need you to be more specific. Um… |

GR000176

# Exhibit "M"

| | | | | |
|---|---|---|---|---|
| Q1: | Necesito que seas - que des más detalle. | Q1: | I need you to be - to give more details. |
| Q2: | Como las cosas que tú me dijiste a mí, se las tienes que decir a ellos. | Q2: | Like the things that you said to me - you have to tell those things to them. |
| A: | Él nos gritaba ilegales. | A: | He would yell at us calling us illegals. |
| Q1: | He would yell at us illegals. | Q1: | He would yell at us illegals. |
| A: | Nos gritaba pendejos. | A: | He called us assholes. |
| Q1: | Oh, uh- assholes. | Q1: | Oh, uh- assholes. |
| Q2: | Can you say i- it in English? | Q2: | Can you say i- it in English? |
| A: | Sorry, assholes? | A: | Sorry, assholes? |
| Q2: | Can you - yeah. Or what would he say to you in English? | Q2: | Can you - yeah. Or what would he say to you in English? |
| Q1: | ¿Qué les decía en inglés? | Q1: | What did he say to them in English? |
| A: | Oh, fucking, uh, fucking Mexican. | A: | Oh, fucking, uh, fucking Mexican. |
| Q1: | He would call 'em fuckin' Mexicans. | Q1: | He would call 'em fuckin' Mexicans. |
| A: | Or fuckin' illegals. Um... | A: | Or fuckin' illegals. Um... |
| Q1: | Fuckin' illegals. | Q1: | Fuckin' illegals. |
| A: | ...fuckin' lazy asses. | A: | ...fuckin' lazy asses. |
| Q1: | Yeah, that. | Q1: | Yeah, that. |
| A: | Or, uh, three times no good, you working, out. Nos sacaba al tercer tiempo que le comentemos un error. | A: | Or, uh, three times no good, you working, out. He took us out the third time that we made a mistake. |
| Q1: | Oh, yeah, pret- pr- pretty much th- the third time you committed an error, you're out. | Q1: | Oh, yeah, pret- pr- pretty much th- the third time you committed an error, you're out. |
| Q: | And did he, uh, do this all the time or was this just in the beginning? | Q: | And did he, uh, do this all the time or was this just in the beginning? |
| Q1: | Eh- eh- ¿Lo hacía todo el tiempo o no más al principio? | Q1: | Eh- eh-. Did he do it all the time or just at the beginning? |
| A: | Al principio, cuando estaba ahí ya después que se casó, ya como que dejó al mando a (Lisa). | A: | At the beginning, when he was there; after he got married he left (Lisa) in charge. |
| Q1: | Oh, a- at first, uh, at first, but then, well, when he got married it seemed like he left, uh - uh, (Lisa) in charge. | Q1: | Oh, a- at first, uh, at first, but then, well, when he got married it seemed like he left, uh - uh, (Lisa) in charge. |
| A: | Le estoy hablando aproximadamente de él como - como ocho años. | A: | I'm talking about him approximately like — like eight years. |
| Q1: | I'm talking, uh - uh, specifically about him a- approximately eight years. | Q1: | I'm talking, uh - uh, specifically about him a- approximately eight years. |
| Q: | And then, (Lisa), when she took charge, she was doin' the same thing? | Q: | And then, (Lisa), when she took charge, she was doin' the same thing? |
| Q1: | Cuan- cuando le - le - cuando (Lisa) obtuvo el mando, ¿ella hacía lo mismo? | Q1: | When — when — when Lisa took charge, did she do the same? |

# Exhibit "M"

| | | | | |
|---|---|---|---|---|
| A: | Peor. | A: | Worse. | |
| QI: | Worse. | QI: | Worse. | |
| A: | Mu- mu- muy mala. | A: | Ve - ve- very bad. | |
| QI: | She's real mean. | QI: | She's real mean. | |
| Q: | Uh, what was some of the things she would say? | Q: | Uh, what was some of the things she would say? | |
| QI: | ¿Qué - qué era unas cosas que les decía? | QI: | What – what were some of the things that she would say to you? | |
| A: | Nos decía igual, como nos decía el dueño, lo mismo. | A: | She would say the same to us, just like the owner would say to us – the same. | |
| QI: | She would tell us th- the same, like the owner would tell us. | QI: | She would tell us th- the same, like the owner would tell us. | |
| A: | Nos dejaba mucho trabajo a uno solo. | A: | She would give a lot of work to each one of us. | |
| QI: | She would, uh, give a w- a - a lot of work to one person. | QI: | She would, uh, give a w- a - a lot of work to one person. | |
| A: | Nos tronaba los dedos. | A: | She'd snap her fingers at us. | |
| QI: | She'd snap her fingers. | QI: | She'd snap her fingers. | |
| A: | Eh, lo que sí recuerdo muy clarito... | A: | Uh, what I do remember very clearly... | |
| QI: | What I do remember clearly... | QI: | What I do remember clearly... | |
| A: | ...Que yo estaba enfadado y mucho de todo su - lo malo que eran con nosotros | A: | ... that I was angry and a lot of their – the bad way they were with us...... | |
| QI: | ...that I was, uh, fed up with, uh, how mean they were with us. | QI: | ...that I was, uh, fed up with, uh, how mean they were with us. | |
| A: | Recuerdo que una vez llegaron muchos - conté como 10 - 10 policías - sheriffs, a comer. | A: | I remember that one time a lot of police officers came to eat – I counted like 10 – 10 police officers – sheriffs. | |
| QI: | I - I remember, uh, one time, there was about 10, uh, sheriffs that got there to eat. | QI: | I - I remember, uh, one time, there was about 10, uh, sheriffs that got there to eat. | |
| A: | Y yo le dije a ella "que - que por qué no les decía que éramos ilegales nosotros." | A: | And I said to her, "Why didn't you tell them that we were illegals?" | |
| QI: | And - and I told her, "Why don't you tell them that we're illegal?" | QI: | And - and I told her, "Why don't you tell them that we're illegal?" | |
| A: | Porque yo ya estaba enfada- enfadado de su comportamiento de ella. | A: | Because I was angry – angry about her behavior. | |
| QI: | Because - because I was fed up with her - the - their attitude. | QI: | Because - because I was fed up with her - the - their attitude. | |
| A: | Y ella - ella no más (alzó) el dedo y se rió. | A: | And she – she just lifted her finger and laughed. | |
| QI: | She just, uh, raised her finger and | QI: | She just, uh, raised her finger and | |

GR000178

# Exhibit "M"

| | | | | |
|---|---|---|---|---|
| | laughed. ¿Cómo hizo? | | | laughed. How did she do it? |
| A: | (Unintelligible) (o qué). | | A: | (Unintelligible) (or what). |
| Q1: | Oh. Sh- flipped him off and laughed. | | Q1: | Oh. Sh- flipped him off and laughed. |
| A: | Es lo que me marcó más a mí. | | A: | It's what scarred me the most. |
| Q1: | And that's what, uh, scarred me the most. | | Q1: | And that's what, uh, scarred me the most. |
| Q: | What store was th- would this happen at? | | Q: | What store was th- would this happen at? |
| Q1: | ¿En qué tienda pasó esto? | | Q1: | In what store did this happen? |
| A: | Eso fue en la 90 calle. | | A: | That was the one on 90th Street. |
| Q1: | Uh, it was on 98 Street. | | Q1: | Uh, it was on 98 Street. |
| Q: | And then what store did you work at after that one closed? | | Q: | And then what store did you work at after that one closed? |
| Q1: | ¿A qué tienda trabajabas después de que cerró esa? | | Q1: | What store did you work at after that one closed? |
| A: | En la 83 avenida y la Union Hills. | | A: | The one on 83rd Avenue and Union Hills. |
| Q1: | Uh, 83 Avenue and, uh, Union Hills. | | Q1: | Uh, 83 Avenue and, uh, Union Hills. |
| Q: | Uh, what year did you go over to the Union Hills one? | | Q: | Uh, what year did you go over to the Union Hills one? |
| Q1: | ¿En qué año fuiste a la de Union Hills? | | Q1: | In what year did you go to the one at Union Hills? |
| A: | Como en el 2010. | | A: | Like in 2010. |
| Q1: | Like, in 2010. | | Q1: | Like, in 2010. |
| Q: | 'Kay. | | Q: | 'Kay. |
| Q2: | Are you thinking something specifically? Uh... | | Q2: | Are you thinking something specifically? Uh... |
| Q: | Yeah. | | Q: | Yeah. |
| Q2: | ...I would like for you to ask him about when he became a manager in the kitchen and, um, he then became (unintelligible) kitchens. | | Q2: | ...I would like for you to ask him about when he became a manager in the kitchen and, um, he then became (unintelligible) kitchens. |
| Q: | Uh, Fernando, were you ever, uh, given the, uh, authority to - to hire anybody? | | Q: | Uh, Fernando, were you ever, uh, given the, uh, authority to - to hire anybody? |
| Q1: | ¿Alguna vez te- tuviste la autoridad para contratar a gente? | | Q1: | At some point did you ha- have the authority to hire people? |
| A: | No, yo - no - me dijo el dueño que quería que yo fuera encargado de la cocina. | | A: | No, I – no – the owner told me that he wanted me to be in charge of the kitchen. |
| Q1: | No, uh, the owner told me he wanted me in charge of the kitchen. | | Q1: | No, uh, the owner told me he wanted me in charge of the kitchen. |
| A: | Solo eso. | | A: | Just that. |
| Q1: | J- just that. | | Q1: | J- just that. |

# Exhibit "M"

| | | | | |
|---|---|---|---|---|
| Q: | So, uh, w- was that, like, a manager title or was that just a... | Q: | So, uh, w- was that, like, a manager title or was that just a... |
| Q1: | Era... | Q1: | It was... |
| Q: | ...in charge of kitchen? | Q: | ...in charge of kitchen? |
| Q1: | ¿Era título de - era puesto de manejador o no más el encargado de la cocina? | Q1: | Was it a title of – was it a position of (manager) or just the person in charge of the kitchen? |
| A: | El encargado de la cocina. | A: | The person in charge of the kitchen. |
| Q1: | Just in charge of the kitchen. | Q1: | Just in charge of the kitchen. |
| Q: | Did you get a raise or anything for that? | Q: | Did you get a raise or anything for that? |
| Q1: | ¿Te dieron un aumento por eso? | Q1: | Did they give you a raise for that? |
| A: | No, me pagaba 9 dólares, me subió un dólar nada más. | A: | No, he paid me nine dollars, he raised it a dollar, no more. |
| Q1: | No, uh, I - I used to get paid $9 and... | Q1: | No, uh, I - I used to get paid $9 and... |
| A: | Y así quer-... | A: | And so he want-... |
| Q1: | ...he - he'd give me $1... | Q1: | ...he - he'd give me $1... |
| A: | Querían que hiciera yo todo. | A: | They wanted me to do everything. |
| Q1: | ...for that. | Q1: | ...for that. |
| A: | Me dejaban solo en la cocina. | A: | They left me alone in the kitchen. |
| Q1: | He - he wa- they wanted me to do everything and they would leave me alone in the kitchen. | Q1: | He - he wa- they wanted me to do everything and they would leave me alone in the kitchen. |
| Q2: | I'm gonna ask him about the other applications. ¿Alguna vez tuviste aplicaciones? | Q2: | I'm gonna ask him about the other applications. At some time did you have applications? |
| A: | Eh. | A: | Huh. |
| Q1: | (Unintelligible) uh, at one time, did you have applications? | Q1: | (Unintelligible) uh, at one time, did you have applications? |
| A: | Llegaban latinos a pedir trabajo. | A: | Latinos came to ask for work. |
| Q1: | La- l- Latinos a- would get there to ask for work. | Q1: | La- l- Latinos a- would get there to ask for work. |
| A: | Y (Lisa) me decía que les llevara aplicación. | A: | And (Lisa) told me to give them applications. |
| Q1: | And - and (Lisa) would tell me to t- uh, give 'em application. | Q1: | And - and (Lisa) would tell me to t- uh, give 'em application. |
| A: | Yo a - yo a veces no quería porque yo no quería que mi raza sufriera lo que uno estaba sufriendo. | A: | I – I sometimes didn't want to because I didn't want people of my race to suffer like I was suffering. |
| Q1: | M- sometimes I wouldn't want to because I wouldn't want m- uh, people of my race to suffer what I was suffering. | Q1: | M- sometimes I wouldn't want to because I wouldn't want m- uh, people of my race to suffer what I was suffering. |
| A: | Y ella me obligaba. | A: | And she would make me. |

# Exhibit "M"

| | | | |
|------|------------------------------------------|------|------------------------------------------|
| Q1: | And sh... | Q1: | And sh... |
| A: | Me decía – me decía que se las llevara y que – que a–-aplicara nada más. | A: | She would tell me – she would tell me to give them to them so that – that they could apply, that's all. |
| Q1: | She would obligate me and tell me to, uh, tell 'em to - to fill it out. | Q1: | She would obligate me and tell me to, uh, tell 'em to - to fill it out. |
| Q: | He would have to fill it out or would the, uh, em- person coming in tryin' to get a job fill it out? | Q: | He would have to fill it out or would the, uh, em- person coming in tryin' to get a job fill it out? |
| Q1: | ¿Tú la tenías que – que - que llenar? | Q1: | You had to - to – to fill it out? |
| A: | No. | A: | No. |
| Q1: | O la persona que venía a solicitar... | Q1: | Or the person who was coming to look for work... |
| A: | La persona la llenaba. | A: | The person would fill it out. |
| Q1: | The - the person would fill it out. | Q1: | The - the person would fill it out. |
| Q: | Uh, and then did they have to show him any kind of ID or documentation? | Q: | Uh, and then did they have to show him any kind of ID or documentation? |
| Q1: | ¿Te tenían que enseñar alguna forma de identificación? | Q1: | Did they have to show you some form of indentification? |
| A: | Nada. | A: | Nothing. |
| Q1: | ¿O documentación? | Q1: | Or documentation? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| A: | Rápido se los metían a trabajar. | A: | They put them to work quickly. |
| Q1: | No, uh, quickly they would get 'em in to work. | Q1: | No, uh, quickly they would get 'em in to work. |
| Q: | Uh, was – was he told just to accept a application from (Lisa) or from (Frimmel)? | Q: | Uh, was – was he told just to accept a application from (Lisa) or from (Frimmel)? |
| Q1: | ¿A - a ti te – (Lisa) te decía que aceptaras la - la aplicación o (Frimmel) también? | Q1: | Did (Lisa) tell you – you – to accept the application or (Frimmel) also? |
| A: | No, llegaban los latinos y - y les decía: "llena la aplicación." Y la llenaban y se la llevaba yo - es que había muchos managers, pero a veces me tocaba (Lisa), a veces otros managers. Y la dejaban ahí y - y yo muchas veces yo le decía a (Lisa): "no tienen papeles." Ella igual decía (unintelligible). | A: | No, the Latinos would come and – and she said to them, "fill out the application." And they would fill it out and I would take it – there were a lot of managers, but sometimes (Lisa) said it was my turn, sometimes other managers. And they would leave them there – and – and many times I would say to (Lisa), "They don't have papers." She would say the same papers." (unintelligible). |
| Q1: | Oh. Uh, I would - I'd give 'em the | Q1: | Oh. Uh, I would - I'd give 'em the |

GR000181

# Exhibit "M"

| | | | |
|---|---|---|---|
| | application. I- they fill out the application and sh- uh, he said there was a lot of managers at - at - times. So, um, they - they'd d- fill it out and then at times he would - he would tell, um, (Lisa) you know, they don't have any papers. And she'd say, "Whatever." | | application. I- they fill out the application and sh- uh, he said there was a lot of managers at - at - at times. So, um, they - they'd d- fill it out and then at times he would - he would tell, um, (Lisa) that, you know, they don't have any papers. And she'd say, "Whatever." |
| A: | Aproximadamente conté como 50 que yo - se metieron a trabajar sin papeles. | A: | I counted approximately 50 that I – they put to work without papers. |
| Q1: | Uh, I counted approximately 50 people that uh - uh, got, uh, hired without, uh, papers. | Q1: | Uh, I counted approximately 50 people that uh - uh, got, uh, hired without, uh, papers. |
| Q: | Without sh- presenting papers? | Q: | Without sh- presenting papers? |
| Q1: | ¿Sin presentar papeles? | Q1: | Without presenting papers? |
| A: | Sí, sí. | A: | Yes, yes. |
| Q1: | Yes. | Q1: | Yes. |
| Q: | And the - the application that they would fill out, um, that you'd give them and receive back from them, correct? | Q: | And the - the application that they would fill out, um, that you'd give them and receive back from them, correct? |
| Q1: | ¿La - la aplicación que ellos llenaban, tú se las dabas y ellos te entregaban a ti? | Q1: | The – the application that they would fill out, you would give it to them and they would turn it back in to you? |
| A: | (Lisa) me obligaba. Yo se los daba, ellos la llenaban, me la daban y yo se la daba a (Lisa). | A: | Lisa made me. I would give it to them, they would fill it out, give it to me, and I would give it to (Lisa). |
| Q1: | Yeah, (Lisa) would obligate... | Q1: | Yeah, (Lisa) would obligate... |
| A: | O al manager... | A: | Or to the manager... |
| Q1: | ...me. | Q1: | ...me. |
| A: | ...que estaba. | A: | ...that was there. |
| Q1: | I would - I would give it to them. They would fill it out and I would give it back to (Lisa) or the manager that was present. | Q1: | I would - I would give it to them. They would fill it out and I would give it back to (Lisa) or the manager that was present. |
| Q: | Okay. And then, uh, would you - do you know what would happen with that paper after that? | Q: | Okay. And then, uh, would you - do you know what would happen with that paper after that? |
| Q1: | ¿Tú sabías qué pasaba con esos papeles después de que les entregabas? | Q1: | Did you know what happened with those papers after you handed them over to them? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q: | Go ahead. | Q: | Go ahead. |

# Exhibit "M"

| | | | | |
|---|---|---|---|---|
| Q2: | Did she ever ask you if – what – what their status was? Do you know what their status was? | Q2: | Did she ever ask you if – what – what their status was? Do you know what their status was? |
| Q1: | ¿E- ella alguna vez te preguntó que si tú sabías el status de ellos? | Q1: | Did sh- she at some point ask you if you knew their status? |
| A: | Sí. | A: | Yes. |
| Q1: | Yes. | Q1: | Yes. |
| A: | Yo le decía que – que - porque yo no - yo - yo no quería que los agarraran porque no tenían papeles, pero ella me decía ("Whatever"). | A: | I told her that – that – because I didn't – I – I didn't want them to get caught because they didn't have papers, but she said to me ("Whatever"). |
| Q1: | Y- yes. I didn't want them to get caught for not havin' papers but she would tell me; "Whatever." | Q1: | Y- yes. I didn't want them to get caught for not havin' papers but she would tell me, "Whatever." |
| Q: | And was this, uh, recently, too - as well? | Q: | And was this, uh, recently, too - as well? |
| Q1: | ¿Fue recientemente también eso? | Q1: | Was that also recently? |
| A: | Estoy hablando de los 13 años. | A: | I'm talking about 13 years. |
| Q1: | I'm talkin' about 13 years. | Q1: | I'm talkin' about 13 years. |
| Q: | 'Kay. Uh, I know you had said (Lisa) had done this. Was, uh, (Frimmel) or (Bret) ever present and done this as well? | Q: | 'Kay. Uh, I know you had said (Lisa) had done this. Was, uh, (Frimmel) or (Bret) ever present and done this as well? |
| Q1: | Yo sé que (Li)- (Lisa) hacía esto. ¿(Bret) al- al- alguna vez estuvo presente también? | Q1: | I know that (Li) – (Lisa) did this. (Bret) some– sometimes was present also? |
| A: | Sí, (señor). | A: | Yes, (sir). |
| Q1: | Yes. | Q1: | Yes. |
| Q: | And then did you ever know of - if any of them, uh - uh, of any of the workers ever, uh, being deported or - and then came back and got a job again? | Q: | And then did you ever know of - if any of them, uh - uh, of any of the workers ever, uh, being deported or - and then came back and got a job again? |
| Q1: | ¿Nunca supiste si trabajadores fueron deportados y luego regresaron (y) hicieron trabajo otra vez? | Q1: | You never found out if the workers were deported and then returned (and) worked again? |
| A: | No, no. | A: | No, no. |
| Q1: | No. | Q1: | No. |
| Q: | 'Kay. Uh... | Q: | 'Kay. Uh... |
| Q2: | ¿Nunca oíste de nadie que fue a México y regresó? | Q2: | You never heard of anyone who went to Mexico and returned? |
| Q1: | You ever hear of anybody that went to Mexico and returned? | Q1: | You ever hear of anybody that went to Mexico and returned? |
| A: | Mmm, creo que sí, fue como una | A: | Mmm, I think so, it was like just like |

# Exhibit "M"

| | | | |
|---|---|---|---|
| | persona nada más. | | one person. |
| Q1: | 1 - I think so. Uh, there's - there was only one person. | Q1: | I - I think so. Uh, there's - there was only one person. |
| Q: | Did you ever hear of anyone, uh, being told to use different information, a name or - or a social security number than what they originally put or had used before? | Q: | Did you ever hear of anyone, uh, being told to use different information, a name or - or a social security number than what they originally put or had used before? |
| Q1: | ¿Alguna vez tú - tú llegaste a saber a alguien que fuera - que le dijeran a alguien que usara información diferente de la que usaron inicialmente? | Q1: | Did you at some point learn about someone who was – that they told someone to use different information than they used initially? |
| A: | Mmm, no. | A: | Mmm, no. |
| Q2: | 1 don't think he understood but... | Q2: | 1 don't think he understood but... |
| Q: | Okay. I'm tryin' a think of how I could say that. | Q: | Okay. I'm tryin' a think of how I could say that. |
| Q1: | (Unintelligible). | Q1: | (Unintelligible). |
| Q2: | Ellos quieren saber... | Q2: | They want to know... |
| Q1: | (Unintelligible). | Q1: | (Unintelligible). |
| Q2: | ...Si tú sabes de alguien que entró con un nombre a trabajar pero se llamaba por otro nombre | Q2: | ... if you know of someone who came in to work under one name, but they called him by another name?... |
| Q1: | (Unintelligible) know someone that started... | Q1: | (Unintelligible) know someone that started... |
| Q2: | Que su verdadero nombre era otro. | Q2: | That his real name was something else. |
| Q1: | ...workin' under one name but their real name was another? | Q1: | ...workin' under one name but their real name was another? |
| A: | (Mmm). Estoy hablando de trece años, conocí muchos. | A: | (Mmm), I'm talking about 13 years, I met a lot. |
| Q1: | (Unintelligible). | Q1: | (Unintelligible). |
| A: | Pero... | A: | But... |
| Q1: | I'm talkin' about 13 years. | Q1: | I'm talkin' about 13 years. |
| A: | Parece que... | A: | It seems like... |
| Q1: | And I knew of a lot of - I... | Q1: | And I knew of a lot of - 1... |
| A: | Parece que sí. | A: | It seems so. |
| Q1: | ...I knew a lot of people. | Q1: | ...I knew a lot of people. |
| A: | ...hubo dos - tres personas. | A: | ... there were two – three people. |
| Q1: | 'Cause it looks like, yeah, there was about two or three that did that. | Q1: | 'Cause it looks like, yeah, there was about two or three that did that. |
| Q: | Was there ever a time where they, like, (Lisa) or - or (Bret) or any of the managers would say they need you to put down a different soc or use a | Q: | Was there ever a time where they, like, (Lisa) or - or (Bret) or any of the managers would say they need you to put down a different soc or use a |

# Exhibit "M"

| | | | |
|---|---|---|---|
| | different soc or was it - they just would accept whatever they gave? | | different soc or was it - they just would accept whatever they gave? |
| Q1: | ¿Alguna vez (Bret) o (Lisa), o cualquier manejador, que - que le dijo - que le había dicho a alguien que usaran específicamente un - un seguro o que no más aceptaban lo que les daban? | Q1: | At some point did (Bret) or (Lisa), or any other (manager), that – that they said to you – that they had said to someone to use a specific Social Security number or that they would just accept the one they gave them? |
| A: | Eh, e- ellos decían que daban - daban días para sacar un seguro de a como sea. | A: | Uh, th- they would say that they would give – give them several days to get a Social Security number however they could. |
| Q1: | They w- they would just give - give you days to go obtain a social security, uh... | Q1: | They w- they would just give - give you days to go obtain a social security, uh... |
| A: | Llegó.... | A: | It came... |
| Q1: | ...in whichever way. | Q1: | ...in whichever way. |
| A: | Había algunos compañeros que hasta 15 días demoraron en llevar un seguro a (unintelligible). | A: | There were some coworkers that it took them 15 days to bring a Social to (unintelligible). |
| Q1: | And th- there was coworkers that, uh - uh, took 'em up to 15 days to - to bring in a - social security or a green card. | Q1: | And th- there was coworkers that, uh - uh, took 'em up to 15 days to - to bring in a - a social security or a green card. |
| Q: | And w- and would, uh, would (Lisa), (Bret), or management tell that person, "Go talk to this other coworker to get this informa- uh, social security card" or...? | Q: | And w- and would, uh, would (Lisa), (Bret), or management tell that person, "Go talk to this other coworker to get this informa- uh, social security card" or...? |
| Q1: | ¿(Bret), (Lisa) o otro manejador les decían a los trabajadores que - que fueran a hablar con alguien más para que les dieran información para - para obtener un seguro o una identificación? | Q1: | Did (Bret), (Lisa) or another (manager) tell the workers to – to go talk to someone else so that they give their information to – to obtain a Social or other identification? |
| A: | No, pero había un manager que sí me llegó a decir. | A: | No, but there was a manager that did tell me. |
| Q1: | No, but there was a manager that did, uh, tell me. | Q1: | No, but there was a manager that did, uh, tell me. |
| Q2: | ¿Qué te dijo? | Q2: | What did he tell you? |
| A: | Me dijo que... | A: | He told me that... |
| Q1: | What did he tell you? | Q1: | What did he tell you? |
| A: | ...que si se salían dos, que iba a buscar un grupo, cómo se dice los (cachaleros), cómo se dice. | A: | ... that if two leave, to go to look for a group, as they say the (cachaleros), as they say.... |

GR000185

# Exhibit "M"

| | | | |
|---|---|---|---|
| Q2: | I don't know what that i- oh. | Q2: | I don't know what that i- oh. |
| A: | (Unintelligible). | A: | (Unintelligible). |
| Q2: | (Cachalero) is, um... | Q2: | (Cachalero) is, um... |
| A: | (Unintelligible). | A: | (Unintelligible). |
| Q2: | ...workers that are... | Q2: | ...workers that are... |
| A: | Jornaleros. | A: | Day laborers. |
| Q2: | ...(unintelligible). | Q2: | ...(unintelligible). |
| Q1: | Oh, okay, like - like, um... | Q1: | Oh, okay, like - like, um... |
| Q: | Oh. | Q: | Oh. |
| Q3: | Day laborers? | Q3: | Day laborers? |
| Q2: | Day laborers. | Q2: | Day laborers. |
| Q1: | Day laborers. | Q1: | Day laborers. |
| Q2: | Thank you. | Q2: | Thank you. |
| A: | Y que si se - si salían - si sallan - se salen dos, um, aquí no hay problema, dice. | A: | And that if – if they left – if they left - two leave, um, it's no problem, he says. |
| Q1: | (Lisa) - (Lisa)? | Q1: | (Lisa) - (Lisa)? |
| A: | (Yo voy por un grupo). | A: | (I go for a group). |
| Q1: | ¿(Lisa) decía eso? | Q1: | (Lisa) said that? |
| A: | Otro manager. Dos habían. | A: | Another manager. There were two. |
| Q1: | Oh. | Q1: | Oh. |
| A: | Dos. | A: | Two. |
| Q1: | Oh, a m- a manager would say that if, you know, two - two leave, I can go b-pick up, uh, a day laborer. Uh - uh, I could go - go and, uh, I can go, uh, pick up a couple day laborers. | Q1: | Oh, a m- a manager would say that if, you know, two - two leave, I can go b-pick up, uh, a day laborer. Uh - uh, I could go - go and, uh, I can go, uh, pick up a couple day laborers. |
| Q: | Okay. | Q: | Okay. |
| A: | U- una cosa, perdón. Sí me acuerdo que una vez ese manager me dijo que - porque a veces llegaba (Bret) y - y - y quería correr a todos por cositas que hacemos mal, nos quería - nos decía que nos iba a correr a todos. Y el manager me dijo - yo le dije: "por qué," le digo, "si -." Me decía - me dijo, este: "si el dueño os corre, yo voy por otro - otro montón." Dice: "no importa, siempre hay gente ilegal que quiere trabajar." | A: | One thing, excuse me. I do remember that one time that manager told me that – because sometimes (Bret) would come and he wanted to fire everyone for little things they did wrong, he wanted – he would tell us that he was going to fire all of us. And the manager told me – and I said to him, "Why?" I say. He said to me – he said, "If the owner fires you all, I'll go for another – another big group. It doesn't matter, there are always illegals who want to work." |
| Q1: | I - I - I remember one time that, uh, (Bret) came in, uh, mad 'cause he was always wanting to get rid of people a- | Q1: | I - I - I remember one time that, uh, (Bret) came in, uh, mad 'cause he was always wanting to get rid of people a- |

# Exhibit "M"

| | |
|---|---|
| and, uh, this manager told him, "Oh, if, uh, you get fi- uh, if, uh, you get fired, then, uh, I can just go for another (unintelligible). There's always illegal people that wanna work." | and, uh, this manager told him, "Oh, if, uh, you get fi- uh, if, uh, you get fired, then, uh, I can just go for another (unintelligible). There's always illegal people that wanna work." |
| Q: Now, did, uh, did all the cooks and servers... | Q: Now, did, uh, did all the cooks and servers... |
| Q1: (Unintelligible). | Q1: (Unintelligible). |
| Q: Yeah. Did all the cooks and servers talk about how they're - they're illegal? | Q: Yeah. Did all the cooks and servers talk about how they're - they're illegal? |
| Q1: ¿Los - los cocineros y los meseros hablaban sobre ser ilegales? | Q1: Did the –the cooks and waiters talk about being illegals? |
| A: Sí. | A: Yes. |
| Q1: Yeah. | Q1: Yeah. |
| Q: And did they do that, uh, with managers or with (Lisa) or f- or f- or (Bret) around? | Q: And did they do that, uh, with managers or with (Lisa) or f- or f- or (Bret) around? |
| Q1: ¿Y hacían eso cuando estaban los (manejadores) o (Bret) y (Lisa) presentes? | Q1: And did they do that when the (managers) or (Bret) or (Lisa) were around? |
| A: Oficial, yo muchas veces les dije a los manager - como le digo que llegaban policías, yo le decía a quien sea, a (Lisa), a otros managers : "¿por qué no les dicen a los policías que somos ilegales?" | A: Officer, I said to them many times – like I said when the police came, I would tell whoever, (Lisa), other managers, "Why don't you tell the police that we're illegals?" |
| Q1: Uh, I - I would - I would tell, uh, a- m- eh- uh- I told many times to - to (Lisa) or other managers, uh, "Why don't you go tell those, uh, police officers that we're illegal?" | Q1: Uh, I - I would - I would tell, uh, a- m- eh- uh- I told many times to - to (Lisa) or other managers, uh, "Why don't you go tell those, uh, police officers that we're illegal?" |
| A: No nada más específicamente a (Lisa) o a (Bret), a los demás managers yo les decía. | A: No just specifically to Lisa or (Bret) - to the rest of the managers I would say that. |
| Q1: N- not just specifically to (Lisa) and (Bret). I would tell all the managers. | Q1: N- not just specifically to (Lisa) and (Bret). I would tell all the managers. |
| Q: Oh, so he would say that to (Bret) as well? | Q: Oh, so he would say that to (Bret) as well? |
| Q1: ¿Tú le decías a (Bret) también? | Q1: You would say it to (Bret), too? |
| A: Eh - eh. Pues él es muy enojón, y - y - y si le decíamos - hasta por pedirle nuestras horas que no nos pagaba y se enojaba y (veníamos ya) a que nos | A: Uh – uh. Well, he is very angry, and - and if we would say to him – even asking about our hours that he didn't pay us for and he got angry and (we |

# Exhibit "M"

INTERVIEW WITH FERNANDO ABUNDEZ GONZALEZ
Interviewer: Det. J. Henderson #1458
09-30-2013
Case # 13-189120
Page 24

| | | | |
|---|---|---|---|
| | corriera. | | were afraid) that he would fire us. |
| Q1: | H- he - he would - he is short-tempered and, um, even if, uh, we would, uh, ask him about our hours, um, he would get mad and we were afraid that he would fire us. | Q1: | H- he - he would - he is short-tempered and, um, even if, uh, we would, uh, ask him about our hours, um, he would get mad and we were afraid that he would fire us. |
| Q2: | Pero, did you ask hib-- did you tell him that - when the sheriff's officers would show up at your restaurant, did you say, "Turn me in?" | Q2: | But did you ask him- did you tell him that - when the sheriff's officers would show up at your restaurant, did you say, "Turn me in?" |
| Q1: | Co- co-. | Q1: | Wha- wha- |
| Q2: | Did you say... | Q2: | Did you say... |
| Q1: | ¿A (Bret) le dijiste cuando estaban los sheriffs presentes ahí en el restaurant, a - a (Bret) le decías: eh, "di-entréganos a él - a ellos"? | Q1: | Did you say to (Bret) when the sheriffs were there in the restaurant, did you say to (Bret), "Turn us in to them"? |
| A: | Yo le decía a (Lisa) porque (Lisa) estaba - era su mano derecha de él, y yo muchas veces le decía a ella: "dile al dueño que - que son ilegales." | A: | I said it to (Lisa) because (Lisa) was his right hand person, and I said to her many times, "Tell the owner that – that they're illegals." |
| Q1: | I w... | Q1: | I w... |
| A: | ¿Por qué no le dices? | A: | Why don't you tell him? |
| Q1: | I would tell (Lisa) because she was his - his right hand, uh, o- "Why don't you tell the - the owner that we're illegals?" | Q1: | I would tell (Lisa) because she was his - his right hand, uh, o- "Why don't you tell the - the owner that we're illegals?" |
| A: | Ellos sabían que eran ilegales. | A: | They knew they were illegals. |
| Q1: | Th- they knew... | Q1: | Th- they knew... |
| A: | Todos. | A: | Everyone. |
| Q1: | ...they knew we were illegal, all of 'em. | Q1: | ...they knew we were illegal, all of 'em. |
| Q: | Okay. | Q: | Okay. |
| A: | Llegó - (¿puedo?). Llegó el momento en que llegaba mucho americano a aplicar. | A: | It came – (can I?). The time came that lots of Americans came to apply. |
| Q1: | The time came when there were a lot of Americans that came to apply. | Q1: | The time came when there were a lot of Americans that came to apply. |
| A: | Y siempre fueron racistas también. | A: | And they were always racist, too. |
| Q1: | Th- and they were... | Q1: | Th- and they were... |
| A: | Porque... | A: | Because... |
| Q1: | ...racist as well. | Q1: | ...racist as well. |
| A: | Llegaban gente americana morena. | A: | Dark-skinned Americans were coming. |
| Q1: | Because thera was a amer- uh, African Americans... | Q1: | Because thera was a amer- uh, African Americans... |

GR000188

# Exhibit "M"

| | | | |
|---|---|---|---|
| A: | Llegaban gays. | A: | Gays were coming. |
| Q1: | ...and gays. | Q1: | ...and gays. |
| A: | Y se burlaban y nunca les daban trabajo. | A: | And they made fun of them and never gave them work. |
| Q1: | They - they would make fun of 'em. They would never even work. | Q1: | They - they would make fun of 'em. They would never even work. |
| A: | Y se - prefe- preferían - yo me di cuenta que tenían así de aplicaciones de americanos. | A: | And – they pref – preferred – I realized that they had applications from Americans. |
| Q1: | I - I noticed, uh, that had a - a - a stack like this of, uh, American applicants. | Q1: | I - I noticed, uh, that had a - a - a stack like this of, uh, American applicants. |
| A: | Y nunca agarrarón a nadie. | A: | And they never took anyone. |
| Q1: | And then they never hired anyone. | Q1: | And then they never hired anyone. |
| A: | Quizás... | A: | Maybe... |
| Q1: | Perhaps... | Q1: | Perhaps... |
| A: | En los 13 años que yo he trabajado, como unos - he contado como unos 15, nada más. | A: | In the 13 years that I've worked, like about – I counted like 15, that's all. |
| Q1: | Perhaps n- in the 13 years I have workin' there, I counted maybe 15. ¿Americanos? | Q1: | Perhaps n- in the 13 years I have workin' there, I counted maybe 15. Americans? |
| A: | Americanos. | A: | Americans. |
| Q1: | A- Americans. | Q1: | A- Americans. |
| A: | Pero no aguantaban a ellos, no les aguantaban. | A: | But they didn't put up with them, they didn't put up with them. |
| Q1: | But they w- w- they just couldn't stand it. They couldn't put up with him. | Q1: | But they w- w- they just couldn't stand it. They couldn't put up with him. |
| Q: | Did, uh, (Bret) speak Spanish? | Q: | Did, uh, (Bret) speak Spanish? |
| Q1: | ¿(Bret) hablaba español? | Q1: | Did (Bret) speak Spanish? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q: | Did (Lisa)? | Q: | Did (Lisa)? |
| Q1: | ¿Y (Lisa)? | Q1: | And (Lisa)? |
| A: | No, pero pura grosería nos decían. | A: | No, but they would say nasty words to us. |
| Q1: | No, but only curse words. | Q1: | No, but only curse words. |
| Q: | Uh, do you think they knew - they understood any Spanish... | Q: | Uh, do you think they knew - they understood any Spanish... |
| Q1: | ¿Crees que...? | Q1: | Do you think that...? |
| Q: | ...either one? | Q: | ...either one? |
| Q1: | ¿Crees que alguno de los dos entendía español? | Q1: | Do you think that either of the two understood Spanish? |
| A: | Pues - pues como éramos muchos | A: | Well – well since there were a lot of |

# Exhibit "M"

|   |   |   |   |
|---|---|---|---|
|   | latinos, pues me imagino que sí se aprendieron. |   | Latinos, well, I imagine that they did learn. |
| Q1: | Well, since we were a lot of Latinos, I - I imagine that perhaps they did learn a little. | Q1: | Well, since we were a lot of Latinos, I - I imagine that perhaps they did learn a little. |
| Q: | And was, uh, was (Bret) and (Lisa) at the stores all the time - a lot? | Q: | And was, uh, was (Bret) and (Lisa) at the stores all the time - a lot? |
| Q1: | ¿(Bret) - (Bret) y (Lisa) estaban presentes en las tiendas? | Q1: | (Bret) – (Bret) and (Lisa) were present at the stores? |
| A: | Sí. | A: | Yes. |
| Q1: | M... | Q1: | M... |
| Q: | Um... | Q: | Um... |
| Q1: | Yes. | Q1: | Yes. |
| Q: | And then, uh, last thing, do you know where, uh, the files for the people - the applications, where they were kept? | Q: | And then, uh, last thing, do you know where, uh, the files for the people - the applications, where they were kept? |
| Q1: | ¿Sa- sabes dónde estaban los - los - los...? | Q1: | Do you know where were the – the – the...? |
| Q2: | Los archivos. | Q2: | The files. |
| Q1: | ¿Los archivos de los empleados? | Q1: | The employees' files? |
| A: | Donde estaba la caja, ahí había un mueble, y de ahí sacaban (folders) llenos de aplicaciones, de - muchos papeles. | A: | Where the register was, there was a piece of furniture there, and from there they took out (folders) full of applications, of – lots of papers. |
| Q1: | Where - where the cashier was, thera was a - a - a box where the - they take out, uh... | Q1: | Where - where the cashier was, thera was a - a - a box where the - they take out, uh... |
| A: | Pero... | A: | But... |
| Q1: | ...the applications. | Q1: | ...the applications. |
| A: | Yo - yo sí me di cuenta de - porque una vez, este, me puse a - a limpiar abajo y vi que llegó un americano a aplicar y así tenían de aplicaciones de americanos, pero no agarraban a ninguno. | A: | I – I did realize that – because one time, uh, they had me clean downstairs and I saw an American come to apply and so they had applications from Americans, but they didn't take any of them. |
| Q1: | And one time I noticed th- one time I was cleaning there and, uh, and an American came to apply and then I noticed a - a stack of, uh, Americans that - that applied that was like this and, um, I - and they wouldn't hire any of 'em. | Q1: | And one time I noticed th- one time I was cleaning there and, uh, and an American came to apply and then I noticed a - a stack of, uh, Americans that - that applied that was like this and, um, I - and they wouldn't hire any of 'em. |
| Q: | When you say, uh, the stack of Americans, would th- they keep 'em | Q: | When you say, uh, the stack of Americans, would th- they keep 'em |

# Exhibit "M"

| | separate or were they together? | | separate or were they together? |
|---|---|---|---|
| Q1: | ¿Cuando dices la - la - la - la (estaca)...? | Q1: | When you say the – the – the – the (stack)...? |
| A: | ¿De americanos? | A: | Of Americans? |
| Q1: | ¿...de papel, de americanos, esta- estaban juntos los demás o separados? | Q1: | ... of paper, of Americans, is – was it together with the rest or separate? |
| A: | Yo siempre veían juntos. | A: | I always saw them together. |
| Q1: | Uh, I would always see them together. | Q1: | Uh, I would always see them together. |
| A: | Y, oficial, y muchas veces me tocó ver específicamente a (Lisa), que llegaban americanos a aplicar, y - y se reía, y agarraba la aplicación y la tiraba a la basura. | A: | And, Officer, and many times I saw (Lisa) specifically, that Americans would come to apply, and – and she laughed, and took the application and tossed it into the garbage. |
| Q1: | Uh, and many times I got to see, uh, that, um, (Lisa) - that when, um, uh, Americans would go in to and apply, she would look at it and she would laugh and tear it up - tear up the application and throw it away in the garbage. | Q1: | Uh, and many times I got to see, uh, that, um, (Lisa) - that when, um, uh, Americans would go in to and apply, she would look at it and she would laugh and tear it up - tear up the application and throw it away in the garbage. |
| A: | Muchas veces. | A: | Many times. |
| Q1: | Many times. | Q1: | Many times. |
| Q: | Oh, when the, uh, the people that you, uh, were - were hiring or - that you accepted paperwork... | Q: | Oh, when the, uh, the people that you, uh, were - were hiring or - or that you accepted paperwork... |
| Q1: | La gente de que tú los ap- aceptaste las aplicaciones... | Q1: | The people that you accepted the applications from ... |
| Q: | ...was it just an application and that was it, no other paperwork? | Q: | ...was it just an application and that was it, no other paperwork? |
| Q1: | ¿...eran - eran solamente la aplicación, y ningún otro papeleo? | Q1: | ... was it – was it just the application, not any other paperwork? |
| A: | No, yo no más les ponía la aplicación y la llenaban y se la daba a los managers. | A: | No, I just gave them the applications, they filled them out and I gave them to the managers. |
| Q1: | No. No, I would - I would set down the application, they would fill it out, and I would give it to the manager. | Q1: | No. No, I would - I would set down the application, they would fill it out, and I would give it to the manager. |
| Q: | Uh, was that the only paperwork that they filled out? | Q: | Uh, was that the only paperwork that they filled out? |
| Q1: | ¿Era el único papeleo que llenaban? | Q1: | Was that the only paperwork they filled out? |
| A: | Sí. | A: | Yes. |
| Q1: | Yes. | Q1: | Yes. |
| Q2: | Did they meet with h- did these | Q2: | Did they meet with h- did these |

# Exhibit "M"

| | | | |
|---|---|---|---|
| | applicants ever meet with (Lisa) or the management or - or - or (Bret) at - at any other time... | | applicants ever meet with (Lisa) or the management or - or - or (Bret) at - at any other time... |
| Q1: | E- estos. | Q1: | Th- these. |
| Q2: | ...to do the hiring? | Q2: | ...to do the hiring? |
| Q1: | ¿Estos que - que aplicaban, alguna vez se citaban con (Bret) o (Lisa)? | Q1: | These that - that were applying, at some point did they meet with (Bret) or (Lisa)? |
| A: | Um, no. | A: | Um, no. |
| Q1: | No. | Q1: | No. |
| A: | Pe- los metían a trabajar, pero (Lisa) veía a un latino o - o no sé; veía un latino y decía que le daba como asco hablar con nosotros, con los latinos. | A: | Bu- they put them to work, but (Lisa) would see a Latino or - or I don't know, she would see a Latino and she'd say that it made her sick to talk to us, to the Latinos. |
| Q1: | Um, sh... | Q1: | Um, sh... |
| A: | Nu- nunca - nunca ella se acercaba con - con los latinos. | A: | She ne- never - never got close to - to the Latinos. |
| Q1: | She said - (Lisa) would see a Latino and, uh, she'd get grossed out. She never wanted to get close to them, talk to them. | Q1: | She said - (Lisa) would see a Latino and, uh, she'd get grossed out. She never wanted to get close to them, talk to them. |
| Q: | Did, uh, did (Lisa) or (Bret) ever have anyone fill out any kind a tax paperwork or anything? | Q: | Did, uh, did (Lisa) or (Bret) ever have anyone fill out any kind a tax paperwork or anything? |
| Q1: | ¿(Lisa) o (Bret) alguna vez han - les - les dijeron que llenaran formas de - de (taxes)? | Q1: | Did (Lisa) or (Bret) at some point have - tell them to fill out (tax) forms? |
| A: | Eh, sí, pero ellos nos ayudaban. | A: | Uh, yes, but they would help us. |
| Q1: | Yes, but they would help us. | Q1: | Yes, but they would help us. |
| Q: | W- when they say they would help us, what does he mean by that? | Q: | W- when they say they would help us, what does he mean by that? |
| Q1: | ¿A qué te refieres cuando dices que ellos te ayuda- los ayudaban? | Q1: | What do you mean when you say that they help you - they would help them? |
| A: | Eh, sacaban un papel y decían que - pues oficial, estoy hablando que yo no sabía - no sé leer inglés, y yo les decía: "yo no sé qué es eso." No, nada más para - yo me acuerdo que decían para - para los (dependos). | A: | Uh, they would take out a paper and say that - well, Officer, I'm saying that I didn't know - I don't know how to read English, and I'd say to them, "I don't know what that is." No, just for - I remember that they said it was for - for (dependents). |
| Q1: | They - they would pull out a - a paper and he j- s- s- he didn't know how to read English, um, that they would tell | Q1: | They - they would pull out a - a paper and he j- s- s- he didn't know how to read English, um, that they would tell |

# Exhibit "M"

| | | | |
|---|---|---|---|
| | him, it's just for the dependents. | | him, it's just for the dependents. |
| Q: | Oh, and then what, would they just have him sign it and that's it? | Q: | Oh, and then what, would they just have him sign it and that's it? |
| Q1: | ¿Que no más los hacían firmar y era todo? | Q1: | That they would just make them sign and that was all? |
| A: | Sí. Me tocó ver, no todo el tiempo, pero a veces no más los llenaban y ya los muchachos firmaban. | A: | Yes. I saw, not every time, but some times, they would just fill them out and the guys would sign them. |
| Q1: | Oh, a- I - I got to see a few times where the manager would fill it out and then the - the workers would just sign it. | Q1: | Oh, a- I - I got to see a few times where the manager would fill it out and then the - the workers would just sign it. |
| Q: | Remember what manager? | Q: | Remember what manager? |
| Q1: | ¿Recuerdas qué manager - qué manejador? | Q1: | Do you remember what manager — what (manager)? |
| A: | Sí, muchos. | A: | Yes, many. |
| Q1: | Yes, many. | Q1: | Yes, many. |
| A: | Ah. | A: | Ah. |
| Q: | Names? Specific? | Q: | Names? Specific? |
| Q1: | ¿Nombres, específicamente? | Q1: | Names, specifically? |
| A: | No. | A: | No. |
| Q1: | ¿Específicamente nombres? | Q1: | Specific names? |
| A: | Uno que se llamaba (Freddy). | A: | One that was named (Freddy). |
| Q1: | ¿Cómo? | Q1: | What? |
| A: | Uno que se llamaba (Freddy). | A: | One that was named (Freddy). |
| Q1: | One whose name is (Freddy). | Q1: | One whose name is (Freddy). |
| A: | El otro... | A: | The other... |
| Q1: | Another one... | Q1: | Another one... |
| A: | No recuerdo el nombre, era un chino. | A: | I don't remember the name, he was Chinese. |
| Q1: | I - I don't remember, uh, the name but he was, uh, Chinese. | Q1: | I - I don't remember, uh, the name but he was, uh, Chinese. |
| A: | Mmm, otro, (Edgar). | A: | Mmm, another, (Edgar). |
| Q1: | (Edgar) - another named (Edgar). | Q1: | (Edgar) - another named (Edgar). |
| A: | Recuerdo pero sí nos ayudaban a hacer eso. | A: | I remember but they did help us do that. |
| Q1: | I remember but they used to... | Q1: | I remember but they used to... |
| A: | No me acuerdo... | A: | I don't remember... |
| Q1: | ...they used to help us do that. | Q1: | ...they used to help us do that. |
| Q2: | And from the time that you were hired initially to the time that, um, uh, you stopped working there, were you ever asked to update your forms or to (unintelligible)? | Q2: | And from the time that you were hired initially to the time that, um, uh, you stopped working there, were you ever asked to update your forms or to (unintelligible)? |

# Exhibit "M"

| | | | |
|---|---|---|---|
| Q1: | Durante el tiempo de que fuiste contratado, hasta el final de – de tu trabajo, ¿alguna vez te dijeron que – que pusieras al corriente tus – tus informaciones de – tus formas de (taxes) (ni nada)? | Q1: | During the time that you were hired, until the end of – of your job, at some point did they tell you to update your – your information from – your (tax) forms (or anything)? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q: | Uh, Fernando, you been there a long time. Did you know, uh, a worker (Gina)? | Q: | Uh, Fernando, you been there a long time. Did you know, uh, a worker (Gina)? |
| Q1: | Tú estuviste ahí – tú trabajaste ahí mucho tiempo. | Q1: | You were there – you worked there a long time. |
| A: | Sí. | A: | Yes. |
| Q1: | ¿Conociste a un empleado que se llama (Gina)? | Q1: | Did you know an employee named (Gina)? |
| A: | Sí, su esposa. | A: | Yes, his wife. |
| Q1: | Yes, his wife. | Q1: | Yes, his wife. |
| Q: | Did sh- what was her job before she stopped working? | Q: | Did sh- what was her job before she stopped working? |
| Q1: | ¿Qué – qué era el puesto de ella antes de que parara de trabajar? | Q1: | What – what was her job before she stopped working? |
| A: | Mesera. | A: | Waitress. |
| Q1: | Uh, a waitress. | Q1: | Uh, a waitress. |
| Q: | Uh, do you know if she ever e-verified or did any of that kind of manager stuff? | Q: | Uh, do you know if she ever e-verified or did any of that kind of manager stuff? |
| Q1: | ¿Sa- sabes si una - si ella hacía el e-verify o ese tipo de trabajo de un manejador? | Q1: | Do you kn– know if one – if she did the e-verify or that type of work as a (manager)? |
| A: | Eh, (Gina) a veces iba a por mercancía, pero no se metía para nada en la cocina. | A: | Uh, (Gina) sometimes would go for merchandise, but she didn't get involved at all in the kitchen. |
| Q1: | Uh, t- (Gina) would sometimes go f- uh, for supplies but she wouldn't get involved in anything. | Q1: | Uh, t- (Gina) would sometimes go f- uh, for supplies but she wouldn't get involved in anything. |
| A: | Nunca se - nunca se metió en papeles, ni en manager, nada. | A: | She never – never got involved in papers, or as a manager, not at all. |
| Q1: | She never got involved with paperwork or management. | Q1: | She never got involved with paperwork or management. |
| Q: | Okay - okay. Um... | Q: | Okay - okay. Um... |
| Q2: | Did you refer any of your friends or acquaintance to work there? | Q2: | Did you refer any of your friends or acquaintance to work there? |
| Q1: | (¿Tú referiste a amigos o instabas a | Q1: | Did you refer friends or urge them to |

GR000194

# Exhibit "M"

| | | | |
|---|---|---|---|
| | que fueran a trabajar ahí? | | work there? |
| A: | Eh, solo llegaban ahí. Llegaban dos-tres y - y yo a veces les decía que - que eran un poco estrictos con uno. Pero usted sabe oficial, que cuando viene uno lo que quiere uno trabajar. Siento que tener trabajo no es - quiere uno trabajar honestamente, y aplicaban ellos, o sea. | A: | Eh, they just arrived there. Two – three arrived and – and I sometimes told them that – that they were a Little strict with one. But you know officer, that when one comes and one wants to work. I feel that to have work is not – one wants to work honestly, and apply themselves, I mean. |
| Q1: | Hm, he says they would always show up there but he would warn them that they were real strict there and, uh, he says, when you first get here, you know, you need a job so they would - they would apply. | Q1: | Hm, he says they would always show up there but he would warn them that they were real strict there and, uh, he says, when you first get here, you know, you need a job so they would - they would apply. |
| A: | Incluso yo - yo… | A: | Even I … I … |
| Q1: | In fact… | Q1: | In fact… |
| A: | Me decían ellos - los managers, que buscara yo gente. | A: | They told me - the managers would tell me to look for people. |
| Q1: | In fact, the managers would tell me to look for people. | Q1: | In fact, the managers would tell me to look for people. |
| A: | Eh, ilegales. | A: | Uh, illegals. |
| Q1: | Illegals. | Q1: | Illegals. |
| A: | Pero yo no - yo no les hacía caso porque yo no quería que sufrieran lo que estábamos sufriendo todos. | A: | But I didn't – I didn't pay attention because I didn't want them to suffer what we were all suffering. |
| Q1: | But I wouldn't listen to them because I wouldn't want them to suffer what we're all suffering. | Q1: | But I wouldn't listen to them because I wouldn't want them to suffer what we're all suffering. |
| Q: | Just the managers or (Lisa) and (Bret) too? | Q: | Just the managers or (Lisa) and (Bret) too? |
| Q1: | ¿Nada más los (manejadores), o (Lisa) y (Bret) también? | Q1: | Just the (managers), or (Lisa) and (Bret), too? |
| A: | Los manejos- (manejadores) y Lisa y (Bret). | A: | Those in charge – the (managers) and (Lisa) and (Bret). |
| Q1: | The managers, (Lisa), and (Bret). | Q1: | The managers, (Lisa), and (Bret). |
| A: | (Lisa) me decía que - yo a veces no me (paraba) en (overtime) - eh, el horario para - cuando poncha uno la entrada y salida, lo apuntaba en una hoja nada más. | A: | (Lisa) told me that – I sometimes didn't (stop) on (overtime) – uh, the schedule for – when one punches in and out, she just wrote it down on a paper. |
| Q1: | Mmm. Uh, he says w- talked about the - the hours, um, they wouldn't punch in or out. They would, uh, just, uh, write it down on a piece of paper. | Q1: | Mmm. Uh, he says w- talked about the - the hours, um, they wouldn't punch in or out. They would, uh, just, uh, write it down on a piece of paper. |

# Exhibit "M"

| | | | |
|---|---|---|---|
| A: | Y - y yo muchas veces le decía que - que por qué hacían eso, por qué no nos pagaban las horas. | A: | And — and I asked her many times why they did that, why they didn't pay us for the hours. |
| Q1: | And he would ask, uh, why w- why they would do that. Why wouldn't they pay 'em their hours? | Q1: | And he would ask, uh, why w- why they would do that. Why wouldn't they pay 'em their hours? |
| A: | Y el manager o (Lisa) decían: "ah, okay, si no te gusta dile a (Bret)." | A: | And the manager or Lisa would say, "Ah, okay, if you don't like it, tell (Bret)." |
| Q1: | And the manager or (Lisa) would say, "If you don't like it, tell (Bret). | Q1: | And the manager or (Lisa) would say, "If you don't like it, tell (Bret)." |
| Q: | Uz- he ever tell (Bret)? | Q: | Uz- he ever tell (Bret)? |
| Q1: | ¿Al- alguna vez le dijiste a (Bret)? | Q1: | At - at some point did you ask (Bret)? |
| A: | Sí, pero se enojaba, decía que si nos gustaba, y si no, que nos corre- nos iba a correr. | A: | Yes, but he got angry, he would ask if we liked it, and if not, that he'd fire us – he was going to fire us.. |
| Q1: | Yes, uh, we didn't like it, he'd fire us. | Q1: | Yes, uh, we didn't like it, he'd fire us. |
| A: | Una... | A: | One... |
| Q: | Is that what h- that was his response? | Q: | Is that what h- that was his response? |
| Q1: | That's what he would tell 'em. Yeah, e- yeah, y- he - e- he - n- yes, he told (Bret) but (Bret) would tell him, if he didn't like it, uh, he would fire him. | Q1: | That's what he would tell 'em. Yeah, e- yeah, y- he - e- he - n- yes, he told (Bret) but (Bret) would tell him, if he didn't like it, uh, he would fire him. |
| Q: | Did, uh, did (Bret) or (Lisa) or any management ever say why they wanted you to go out and look for illegals to work? | Q: | Did, uh, did (Bret) or (Lisa) or any management ever say why they wanted you to go out and look for illegals to work? |
| Q1: | ¿(Bret), (Lisa) o algún manejador alguna vez les decían por qué querían que buscaran ilegales para trabajar? | Q1: | Did (Bret), or (Lisa) or some (manager) at some point tell them why they wanted them to look for illegals to work? |
| A: | Eh, no decían pero yo a ellos les decía. | A: | Uh, they didn't say, but I would tell them. |
| Q1: | They wouldn't tell us but I would tell them. | Q1: | They wouldn't tell us but I would tell them. |
| A: | Yo les decía. | A: | I would tell them. |
| Q1: | I w- I would tell them... | Q1: | I w- I would tell them... |
| A: | "A ustedes les conviene tenernos de ilegales, porque no nos pagan (overtime), eh, no nos pagan días festivos, nos maltratan, no nos suben aumento." | A: | "It's good for you to have us illegals because you don't pay us (overtime), uh, you don't pay us for holidays, you treat us badly, and you don't give us raises." |
| Q1: | ...I would tell 'em it benefits you guys to have us as illegals because you | Q1: | ...I would tell 'em it benefits you guys to have us as illegals because you |

# Exhibit "M"

| | | | |
|---|---|---|---|
| | don't have to pay us overtime and you don't have to pay us vacation and you don't, uh, have to give us raises. | | don't have to pay us overtime and you don't have to pay us vacation and you don't, uh, have to give us raises. |
| A: | Teníamos accidentes y no nos - no nos pagaban los días. | A: | We had accidents and they didn't pay us for the days. |
| Q1: | We would have accidents and we didn't h... | Q1: | We would have accidents and we didn't h... |
| A: | Cuando se enferma uno, nos obligaban a trabajar. | A: | When one of us is sick, they would make us work. |
| Q1: | And - and we would get sick, uh, they'd - they'd force us to work. | Q1: | And - and we would get sick, uh, they'd - they'd force us to work. |
| Q2: | I want a little bit more specificity on a question that you asked. Um, s- so aclárame, um, clarify for me whether, um, (Lisa) or (Bret) would ever approach you about recruiting other people, your friends, to come work at Uncle Sam's, yes or no. | Q2: | I want a little bit more specificity on a question that you asked. Um, s- so clarify for me, um, clarify for me whether, um, (Lisa) or (Bret) would ever approach you about recruiting other people, your friends, to come work at Uncle Sam's, yes or no. |
| Q1: | Quiere que le aclares si (Lisa) o (Bret) alguna vez dijeron así a ti específicamente que sí - que les dijeras a tus amigos que vinieran a trabajar. | Q1: | He wants you to clarify for him if Lisa or (Bret) at some point told you specifically to -- to tell your friends to come and work. |
| A: | Sí. | A: | Yes. |
| Q2: | So c- how did that conversation happen? | Q2: | So c- how did that conversation happen? |
| Q1: | ¿Có- cómo vino a cabo eso? | Q1: | Ho-- How did that come to happen? |
| A: | Porque muchos se - muchos se salían. | A: | Because many le- many left. |
| Q1: | C- because... | Q1: | C- because... |
| A: | Y a veces estaba (Lisa) y el manager y decían: "ey, traigan amigos." | A: | And sometimes (Lisa) was there and the manager and they would say, "Hey, bring friends." |
| Q1: | Because a lot of them were - quit and (Lisa) would tell 'em, hey, bring friends. | Q1: | Because a lot of them were - quit and (Lisa) would tell 'em, hey, bring friends. |
| Q2: | Did - eb- did she tell you to specifically bring individuals who were undocumented or illegal? | Q2: | Did - eh- did she tell you to specifically bring individuals who were undocumented or illegal? |
| Q1: | ¿Ella dijo - te decía específicamente que trajeras gente que eran indocumentados o ilegales? | Q1: | Did she say - was she telling you specifically to bring people who were undocumented or illegals? |
| A: | (Sí. | A: | Yes. |
| Q1: | Yes. | Q1: | Yes. |
| Q2: | (Lisa) or (Bret) or both? | Q2: | (Lisa) or (Bret) or both? |

GR000197

# Exhibit "M"

| | | | |
|---|---|---|---|
| Q1: | ¿(Lisa), (Bret), o los do- o los dos? | Q1: | ¿(Lisa), (Bret), or both – both of them? |
| A: | Los dos. | A: | Both of them. |
| Q1: | They - they both - they both (unintelligible). | Q1: | They - they both - they both (unintelligible). |
| A: | (Lisa) a veces decía que (Bret) sabía lo que pasaba. | A: | (Lisa) sometimes would say that (Bret) knew what was happening. |
| Q1: | (Lisa) would tell me that (Bret) knew what was goin' on. | Q1: | (Lisa) would tell me that (Bret) knew what was goin' on. |
| Q2: | Did (Bret) ever make that request to you personally? | Q2: | Did (Bret) ever make that request to you personally? |
| Q1: | Uh, ¿(Bret) alguna vez te dijo eso personalmente? | Q1: | Uh, did (Bret) ever say that to you personally? |
| A: | No. | A: | No. |
| Q2: | So was (Lisa) the only one who asked you to - to recruit or to - to ask your fr- your friends who were undocumented to come work? | Q2: | So was (Lisa) the only one who asked you to - to recruit or to - to ask your fr- your friends who were undocumented to come work? |
| Q1: | L-l- (Lisa) fue la única que te dijo que - que le preguntaras a tus amigos que eran ilegales o indocumentados que vinieran a - a trabajar? | Q1: | L- l- (Lisa) was the only one that told you to – to ask your friends that were illegals or undocumented to come and – and work? |
| A: | (Lisa) y los demás managers. | A: | (Lisa) and the rest of the managers. |
| Q1: | Oh, (Lisa) and the other managers. | Q1: | Oh, (Lisa) and the other managers. |
| A: | Pero los managers, hu- hubo uno que había varios latinos, y uno, el último que le comento mucho, (Edgar), le decía que (Bret) sabía todo. | A: | But the managers, there was one that- there were a number of Latinos, and one, that last one mentioned, (Edgar), said that (Bret) knew everything. |
| Q1: | He - he said that - there's - there was many managers but the - the last one he mentioned, (Edgar), uh, would tell him that (Bret) knew everything. | Q1: | He - he said that - there's - there was many managers but the - the last one he mentioned, (Edgar), uh, would tell him that (Bret) knew everything. |
| Q: | Okay. 'Kay, I don't have uf- questions. Uh, attorneys do you - don't - um, time is... | Q: | Okay. 'Kay, I don't have uf- questions. Uh, attorneys do you - don't - um, time is... |
| Q2: | (Unintelligible). | Q2: | (Unintelligible). |
| Q: | ...4:49. Going off tape. | Q: | ...4:49. Going off tape. |

15
16
17  This transcript has been reviewed with the audio recording submitted and it is an accurate
18  transcription.
19  Signed_____

# Exhibit "N"

Type of Incident: Identity Theft    **Dr # 13-189120**
Location of Incident: 13325 E. Cochise Rd. Scottsdale, Az.
Date/Time of Incident: 09/30/2013 1600 Hours    Victim: Multiple

| | |
|---|---|
| **INFORMATION:** | **Free Talk Interview with Emigdio Munoz Gonzalez** |
| **DATE/TIME:** | **09/30/2013-1600 hours** |
| | **12/19/2013-1600 hours** |
| | **01/07/2014-1630 hours** |
| **CONTACT:** | Emigdio Munoz Gonzalez |
| **LOCATION:** | Maricopa County Sheriff's Office |
| | Special Investigations/Criminal Employment Unit |
| | 3325 W. Durango, Phoenix, AZ |
| **CASE AGENT:** | Detective Joshua Henderson #S1458 |
| | Maricopa County Sheriff's Office |
| | Special Investigations/ Criminal Employment Unit |
| | Phone: (602)527-8457 |

On **09/30/2013** at approximately **1600** hours, a free talk interview was conducted with Emigdio Munoz Gonzalez at the Maricopa County Sheriff's Office enforcement support building, located at 3325 W. Durango Phoenix, Az. Emigdio wanted to provide information on a local restaurant called Uncle Sam's and how the owner, identified by name as Bret Frimmel, was breaking the law by knowingly hiring illegals to work at the restaurant.

Emigdio was currently in jail on charges of identity theft from a Maricopa County Sheriff's Office investigation, report #13-008988,. Present with Emigdio was his legal counsel, Sanchez. Also present from the Maricopa County Attorney's Office, Jamie Oliver,.

---

Exhibit "N"

Type of Incident: Identity Theft                    **Dr # 13-189120**

Location of Incident: 13325 E. Cochise Rd. Scottsdale, Az.

Date/Time of Incident: 09/30/2013 1600 Hours         Victim: Multiple

Emigdio told me he first heard about Uncle Sam's hiring through his brother's friend, Jose Pena,. After that he went to the Uncle Sam's location in Peoria where he had to present his driver's license and social security card to a manager named Manuel. Emigdio then received an application that he filled out and gave back to the Manuel. Emigdio said Manuel went over the rules and had him sign a rule book acknowledgment form. Emigdio was then told to sign a piece of paper stating he was being charged for an Uncle Sam's uniform shirt.

Emigdio said he didn't ask if they verified any of the information he provided, and was told to come back tomorrow to start working. The driver's license Emigdio presented was acquired back in 1994 through the Arizona Department of Motor Vehicle. Emigdio used his birth certificate to obtain the driver's license, but had no valid social security number. Emigdio was able to obtain the social security number eighteen (18) years ago when he applied for a job at a farm. Emigdio said he didn't remember anything about the guy or the location of where he received the social security number from, and also didn't ask who the social security number belonged to. Emigdio said he presented the bad social security number to Manuel upon applying for the job at Uncle Sam's.

Emigdio told me he was hired by Uncle Sam's in 2010, but upon reviewing a copy of his application given to him by Det. Rangel #1528 on 07-17-2013; it indicated a hire date of 2007. Emigdio said in 2007 he was working a job in construction and not at Uncle Sam's. Emigdio told me he was positive he put the correct date on the application when he signed it in 2010.

Emigdio said he spent the first seven (7) months working as a cook at the Uncle Sam's location in Peoria. He was then promoted to manager where he spent the next month at the Scottsdale Uncle Sam's location prior to it closing down. Emigdio then transferred to the 32nd street and Shea location for one (1) year. After the one (1) year Emigdio went back to the Peoria location. Emigdio said his starting pay at Uncle Sam's was $7.50 an hour. After being promoted to manager it went to a salary of $32,500.00 a year.

# Exhibit "N"

## MARICOPA COUNTY SHERIFFS OFFICE
### SUPPLEMENTAL REPORT

Type of Incident: Identity Theft          Dr # 13-189120

Location of Incident: 13325 E. Cochise Rd. Scottsdale, Az.

Date/Time of Incident: 09/30/2013 1600 Hours      Victim: Multiple

---

Emigdio said as a manager his job duties consisted of receiving merchandise, making sure everything was running smoothly, taking care of customers, being aware of employees coming to work, and hiring or terminating employees from the Uncle Sam's.

When it came to hiring Emigdio would ask the person applying for the job to provide two forms of identification and to fill out the application. Emigdio specifically had the person applying for the job fill the application out completely as possible. After the application was completed Emigdio would place it in a bag for the owner of Uncle Sam's, Bret Frimmel,. Emigdio said Bret would stop by every day to grab the applications out of the bag. He would then take the applications with him and Emigdio never saw them again. Emigdio said Bret never told him to make copies of any of the hiring paperwork, including the identification presented by the person at the time they were applying for the job. Emigdio was also told by the manager, Manuel, not to make copies of the anything presented to him by an applicant and Emigdio never asked why.

Emigdio stated when someone was unable to provide two forms of identification he would still have them fill out an application and put it in the bag. The two forms of identification Bret told Emigdio to ask for were a social security card and something with a picture on it. Emigdio said he was instructed by Bret to watch the person fill out the application and collect it from them when they were done. Emigdio told me the application was in English and if the person couldn't read English they were able to bring it home to have their friends or family help them fill it out. Bret would then stop by the next day and grab the application out of the bag.

After looking at the application Bret would tell Emigdio whether to contact the applicant by telephone and tell them they got the job. If they did get the job and were unable to present two forms of identification upon filling out the application, they were required to bring in two forms of identification when they started working.

---

# MARICOPA COUNTY SHERIFFS OFFICE

SUPPLEMENTAL REPORT

Type of Incident: Identity Theft                    Dr # 13-189120
Location of Incident: 13325 E. Cochise Rd. Scottsdale, Az.
Date/Time of Incident: 09/30/2013 1600 Hours        Victim: Multiple

When it came to firing an employee Emigdio said he would have to call Bret and let him know by telephone what the issue was with the employee. Bret would then make the decision to terminate or let the employee stay. If Bret told Emigdio to terminate the employee he would let the employee know by telephone. Emigdio told me there was always constant communication with Bret by telephone. Bret always knew how things were going by calling the managers in the morning, the afternoon, and at shift change.

Emigdio told me if an employee quit or was terminated they would on rare occasions be allowed to return back to the store. The decision to allow an employee back was always made by Bret and Emigdio never saw or hear of any of the return employee required to fill out hire paperwork over again.

Emigdio said Lisa Norton helped Bret run the business and would also stop by periodically to make sure things were running smoothly. Emigdio said Bret didn't talk to the managers very much, but did talk to Lisa all the time. Emigdio said Bret was very respectful to him, but if someone did something wrong he became very loud. The same thing would happen with Lisa, but she would yell even get louder than Bret. This happened often and involved her screaming at the employee who made the mistake. Lisa told Emigdio did this so the mistake wouldn't happen again. Emigdio never heard any racial comments being made by Bret or Lisa, but did hear several employees talk about how Bret and Lisa had made racial comments towards them in the past.

Emigdio said he never told Bret or Lisa about his legal status, and didn't know if they knew it or not. Emigdio also didn't feel like he was treated any differently by Bret or Lisa because he spoke English. Some of workers spoke little English, and some spoke no English at all. The employees that spoke no English communicated through employees that did to translate for them.

Emigdio said the cooks, dishwashers, and bussers would ask one another if they had legal papers and eventually each one of them would know the status of everyone they worked with.

---

**Investigator: Detective J. Henderson S1458**          **Reviewed by:**
**Typed by: JH**                          Page 4

# Exhibit "N"

## MARICOPA COUNTY SHERIFFS OFFICE
### SUPPLEMENTAL REPORT

Type of Incident: Identity Theft                              Dr # 13-189120
Location of Incident: 13325 E. Cochise Rd. Scottsdale, Az.
Date/Time of Incident: 09/30/2013 1600 Hours                  Victim: Multiple

Emigdio said the managers were never trained by Bret or Lisa to update them if they became aware of any of the employee's legal status. Emigdio told me sometimes employees would come tell him about other employees status or if they had fictitious documents. Emigdio would tell the employee the legal status of other employees wasn't their concern. Emigdio never took the information to Bret or Lisa for fear of losing his job, but was never told directly by Bret or Lisa they would terminate him if he did bring this information to them. Emigdio told me the entire kitchen staff spoke Spanish, and the waitresses spoke English.

On **12-19-13** at approximately **1600** hours, I contacted Emigdio by telephone who was at home and out of custody for follow up questions related to the interview on 09-30-2013.

Emigdio stated during the entire time he was a manager for Uncle Sam's he hired approximately five (5) to six (6) male employees for kitchen positions, and seven (7) to eight (8) females for waitress positions. Emigdio said all the managers were responsible of keeping track of all the employees hours. They did this by manually writing the hours down of when the employee started and ended there shift on a timesheet that was kept in a blue zipper packet at the Uncle Sam's location. At the end of the week Bret would pick up the timesheets Monday afternoon and take them with him.

Emigdio said employees would often come ask him to talk to Bret about receiving a raise. Emigdio said Bret would either give them a raise or tell him to tell the employees the economy is bad and he couldn't afford to give raises at this time.

Emigdio told me as a manager he was able to get three (3) employees raises from $8.00 dollars an hour to $9.00 dollars an hour and that was because these employees had been at Uncle Sam's for a long time and were hard workers.

Exhibit "N"

Type of Incident: Identity Theft         **Dr # 13-189120**
Location of Incident: 13325 E. Cochise Rd. Scottsdale, Az.
Date/Time of Incident: 09/30/2013 1600 Hours     Victim: Multiple

On **01-07-2014** at **1630** hours, I contacted Emigdio in person at his residence in Arizona. The purpose of this contact was to show Emigdio a W-4 that he filled out when he was hired by Uncle Sam's in May of 2010.

Emigdio told me during the first interview on 09-30-2013, he observed a copy of his W-4 that he filled out upon being hired by Uncle Sam's sometime in May 2010. Emigdio observed on the W-4 a hire date next to his signature of 05-27-07. Emigdio did not say anything to Detective Rangel at the time, but was concerned his hire date was changed.

I showed Emigdio a copy of his W-4 that was obtain from the Uncle Sam's business through a search warrant served on 7-17-2103. The original W-4 was entered into property and evidence as item #136. (See attached copy of W-4). Emigdio immediately told me he did not write the date displayed next his name, 05-27-07. Emigdio also said the numbers 5,7, and 2 were different from the 5, 7, and 2 that he wrote just above the date listed next to his name. Emigdio also noticed the words, "83 rd cook", were written just below his signature. Emigdio was positive this was not there when he turned it over to the hiring manager, Manuel,. Emigdio told me he completed everything else on the W-4, except for 83rd cook and the date next to his name. Emigdio said he was working construction in 2007 and did not work at Uncle Sam's until 2010.

Nothing Further.

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**INTERVIEW WITH VICTOR MORAN VARGAS**
**Q=Det. J. Henderson**
**Q1=Woman**
**Q2=Det. Cesar Brockman)**
**Q3=Alex Navidad**
**Q4=Jamie Oliver**
**A=Victor Vargas**

| | | | |
|---|---|---|---|
| Q1: | Just um, if you need uh... | Q1: | Just um, if you need uh... |
| Q3: | Uh-huh. | Q3: | Uh-huh. |
| Q1: | ...translator. | Q1: | ...translator. |
| Q: | All right... | Q: | All right... |
| Q3: | Okay sir... | Q3: | Okay sir... |
| A: | Ahorita. | A: | Right now. |
| Q: | Today's date is 9-30-2013. Report number is 13-008988 reference investigation at the Uncle Sam's uh, today we have uh, here present is Victor Moran Vargas. Uh, with his attorney... | Q: | Today's date is 9-30-2013. Report number is 13-008988 reference investigation at the Uncle Sam's uh, today we have uh, here present is Victor Moran Vargas. Uh, with his attorney... |
| Q3: | Alex Navidad. | Q3: | Alex Navidad. |
| Q2: | ...and with county attorney Jamie Oliver, also have uh, Cesar Brockman uh, for translator. Did you want me to start off um, like last time? Is that okay? | Q2: | ...and with county attorney Jamie Oliver, also have uh, Cesar Brockman uh, for translator. Did you want me to start off um, like last time? Is that okay? |
| Q2: | If you want to do it that way, unless you want me to ask him questions. | Q2: | If you want to do it that way, unless you want me to ask him questions. |
| Q: | Okay, yeah we'll do... | Q: | Okay, yeah we'll do... |
| Q2: | It's up to you. | Q2: | It's up to you. |
| Q: | ...we'll do how we did last time. You just follow up on stuff at the end. | Q: | ...we'll do how we did last time. You just follow up on stuff at the end. |
| Q2: | That's fine. | Q2: | That's fine. |
| Q: | Um, all right uh, Victor I'm gonna uh, ask some questions... | Q: | Um, all right uh, Victor I'm gonna uh, ask some questions... |
| Q2: | Te va a hacer preguntas. | Q2: | He is going to ask you some questions. |
| Q: | Uh, and - and then in the end if uh, | Q: | Uh, and - and then in the end if uh, |

GR000205

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 2

| | | | |
|---|---|---|---|
| | your attorneys and stuff will ask questions as well. Uh,... | | your attorneys and stuff will ask questions as well. Uh,... |
| Q2: | Y al fin, tus abogados te van a hacer preguntas también. | Q2: | And at the end, your attorneys are going to ask you questions as well. |
| Q: | ...uh, I only ask that you just be as honest as you can. Um, you know, help me help you. Uh,... | Q: | ...uh, I only ask that you just be as honest as you can. Um, you know, help me help you. Uh,... |
| Q2: | Dice que seas lo más honesto posible, y ayuda a él a ayudarte a ti. | Q2: | He says that you be as honest as possible, and help him to help you. |
| A: | Uh-hmm. | A: | Uh-hmm. |
| Q: | Any information that you provide um, is only going to be kept this room. The recorder is just for my report writing only, uh, nothing is going to be said to anybody outside this room. | Q: | Any information that you provide um, is only going to be kept this room. The recorder is just for my report writing only, uh, nothing is going to be said to anybody outside this room. |
| Q2: | La información que tú des se va a quedar aquí, dentro de este cuarto. Él va a grabar para tener la información para él. | Q2: | The information you provide is going to remain here, inside this room. He is going to record it for his own information. |
| Q: | Uh, what - what I - what I'm looking for is uh, information that maybe crucial into uh, the management or the owner (Fremal) of Uncle Sam's. | Q: | Uh, what - what I - what I'm looking for is uh, information that maybe crucial into uh, the management or the owner (Fremal) of Uncle Sam's. |
| Q2: | Lo que él está buscando es información que sea importante para - para el - sobre el dueño de Uncle Sam's, (Fremal). | Q2: | What he is looking for is information that could be important for - for the - about the management of Uncle Sam's, (Fremal). |
| Q: | Uh, so anything that you think that would be helpful information as far as management at Uncle Sam's uh, that's kind of what I'm looking for. | Q: | Uh, so anything that you think that would be helpful information as far as management at Uncle Sam's uh, that's kind of what I'm looking for. |
| Q2: | Um, información que tú puedas dar que tú creas que puede ayudar para dar información sobre la investigación de Uncle Sam's. | Q2: | Um, information that you can give that you believe could help provide information to the investigation of Uncle Sam's. |
| Q: | Okay. First question um, how did you hear about the job? | Q: | Okay. First question um, how did you hear about the job? |
| Q2: | Primer pregunta es ¿cómo - cómo supiste del trabajo? | Q2: | The first question is, how - how did you learn about this job? |
| A: | (Pues a través) de un amigo. | A: | (Well, through) a friend. |
| Q2: | By way of a friend. | Q2: | By way of a friend. |
| Q: | By way of a friend, okay. Uh, did the friend work at the company, Uncle Sam's? | Q: | By way of a friend, okay. Uh, did the friend work at the company, Uncle Sam's? |

GR000206

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 3

| | | | |
|---|---|---|---|
| Q2: | ¿Tu amigo trabajaba en la compañía de Uncle Sam's? | Q2: | Did your friend work at the company, Uncle Sam's? |
| A: | Sí. | A: | Yes. |
| Q2: | Yes. | Q2: | Yes. |
| Q: | Okay. Um, does he still work at that company, Uncle Sam's? | Q: | Okay. Um, does he still work at that company, Uncle Sam's? |
| Q2: | ¿Todavía trabaja en la compañía de Uncle Sam's? | Q2: | Does he still work at the company, Uncle Sam's? |
| A: | No. | A: | No. |
| Q2: | No. | Q2: | No. |
| Q: | Okay. Uh, when did you start working at Uncle Sam's? | Q: | Okay. Uh, when did you start working at Uncle Sam's? |
| Q2: | ¿Cuándo comenzaste a trabajar en Uncle Sam's? | Q2: | When did you start working at Uncle Sam's? |
| A: | Pues hace dos años y medio, (no recuerdo bien) la fecha. | A: | So it's been two and a half years, (I don't remember well) the date. |
| Q2: | Bout - bout two years uh, two years and a half ago I mean. But I don't remember exactly though. | Q2: | Bout - bout two years uh, two years and a half ago I mean. But I don't remember exactly though. |
| Q: | So 2011? | Q: | So 2011? |
| Q2: | ¿2011? | Q2: | 2011? |
| A: | Sí, fue como - del mes fue como enero o febrero. | A: | Yes, it was around- the month was maybe January or February. |
| Q2: | The month was about January - February. | Q2: | The month was about January - February. |
| Q: | February, okay. Okay, uh, what - what location did you go to get hired at? | Q: | February, okay. Okay, uh, what - what location did you go to get hired at? |
| Q2: | ¿Qué - qué local fuiste a...? | Q2: | What - what location did you go to...? |
| A: | 32 calle y Shea. | A: | 32 street and Shea. |
| Q2: | 32 streed and Shea | Q2: | 32 streed and Shea |
| Q: | Uh, did you uh, see a manager the owner when you got hired? | Q: | Uh, did you uh, see a manager the owner when you got hired? |
| Q2: | ¿Viste a un manejador o al dueño cuando te contrataron? | Q2: | Did you see a (manager) or the owner when they hired you? |
| A: | Sí, (al mero dueño). | A: | Yes, (just the owner). |
| Q2: | Yes the owner. | Q2: | Yes the owner. |
| Q: | Uh, what kind of documentation or ID did he ask for? | Q: | Uh, what kind of documentation or ID did he ask for? |
| Q2: | ¿Qué - qué tipo de documentación o forma identificación te pidió? | Q2: | What - what kind of documentation or form of ID did he ask you for? |
| A: | Mmm, en ese momento no - no me pidió nada, (nomás eso), que tenía que trabajar, el seguro y eso. | A: | Mmm, at that time he didn't - didn't ask me for anything, (just that), that I had to work, social security and that. |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 4

| | | | |
|---|---|---|---|
| Q2: | At - at that time he didn't ask for anything. Just uh, afterwards what he needed to work, the social security. | Q2: | At - at that time he didn't ask for anything. Just uh, afterwards what he needed to work, the social security. |
| Q: | Okay. When you say afterwards like how long afterwards? | Q: | Okay. When you say afterwards like how long afterwards? |
| Q2: | Cuando dices después, ¿qué - qué tanto después? | Q2: | When you say afterwards, how long afterwards? |
| A: | Él - él me - él me pidió que - que - él me dijo cuánto tiempo yo podía conseguir los documentos para poder entrar. | A: | He - he - he asked me to - to - he told me how much time I had to get the documents to be able to start. |
| Q2: | He - he told me how much time I had to - to obtain the documents that would be able to work. | Q2: | He - he told me how much time I had to - to obtain the documents that would be able to work. |
| A: | Y se los entregué como al tercer día. | A: | And I turned them in on about the third day. |
| Q2: | I turned them in about the third day. | Q2: | I turned them in about the third day. |
| Q: | Okay. Um, what kind of documents did he ask you that you nee- that you needed? | Q: | Okay. Um, what kind of documents did he ask you that you nee- that you needed? |
| Q2: | ¿Qué tipo de documentos te - te pidió, qué necesitabas? | Q2: | What kind of documents did he ask - ask you for, that you needed? |
| A: | El seguro. | A: | Social Security. |
| Q2: | Social Security. | Q2: | Social Security. |
| Q: | Uh, just a number or card? | Q: | Uh, just a number or card? |
| Q2: | ¿No más un número o una tarjeta? | Q2: | Just a number or a card? |
| A: | La tarjeta. | A: | The card. |
| Q2: | Card. | Q2: | Card. |
| Q: | Uh, is that it? Uh, ID at all? | Q: | Uh, is that it? Uh, ID at all? |
| Q2: | ¿Es todo? ¿Una identificación?. | Q2: | Is that it? An ID? |
| A: | Sí, una identificación también. | A: | Yes, an ID as well. |
| Q2: | Yes, identification as well. | Q2: | Yes, identification as well. |
| Q: | Uh, any particular type of ID? | Q: | Uh, any particular type of ID? |
| Q2: | ¿Una - una específica - una documentación…? | Q2: | A - a specific - a documentation…? |
| A: | La del consulado, mexicano. | A: | From the Consulate, Mexican. |
| Q2: | Uh, consulate - Mexican Consulate. | Q2: | Uh, consulate - Mexican Consulate. |
| Q: | Were you asked of uh, any other documents or information that you had to provided? | Q: | Were you asked of uh, any other documents or information that you had to provided? |
| Q2: | Eh… | Q2: | Eh… |
| Q: | By owner? | Q: | By owner? |
| Q2: | ¿Te pidieron otra - otra | Q2: | Did they ask you for any other - any |

GR000208

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 5

| | documentación de identificación? | | other documentation of identification? |
|---|---|---|---|
| A: | No. | A: | No. |
| Q2: | No. | Q2: | No. |
| Q: | Was - were you uh, required to fill out any of this paperwork uh, that - when you came back the third day and presented the ID's? | Q: | Was - were you uh, required to fill out any of this paperwork uh, that - when you came back the third day and presented the ID's? |
| Q2: | Mira, ¿fue requerido que tú llenaras papeleo cuando trajiste las identificaciones después del tercer día? | Q2: | Look; were you required to fill out paperwork when you brought the IDs back after the third day? |
| A: | Solo me dieron una hoja de - de donde venían lo de las reglas del restaurante. | A: | They just gave me a piece of paper that - that had the rules of the restaurant. |
| Q2: | I - I just got a sheet that uh, showing the rules of the restaurant. | Q2: | I - I just got a sheet that uh, showing the rules of the restaurant. |
| Q: | So you didn't fill out anything? | Q: | So you didn't fill out anything? |
| Q2: | ¿No llenaste nada? | Q2: | You didn't fill out anything? |
| A: | No, (nomas el este - el este - el), se que había firmado un papel pero no me acuerdo qué fue. | A: | No, (just the thing - the thing - the), yes I did sign a piece of paper but I don't remember what it was. |
| Q2: | He - I - I remember filling out uh, - uh, paperwork but I don't remember what. | Q2: | He - I - I remember filling out uh, - uh, paperwork but I don't remember what. |
| Q3: | I think he said signing something. You might want to clarify. No he didn't say fill out he said signing. | Q3: | I think he said signing something. You might want to clarify. No he didn't say fill out he said signing. |
| Q2: | Oh, firmar dijiste. | Q2: | Oh, you said you signed something. |
| A: | Uh-hmm. | A: | Uh-hmm. |
| Q2: | Oh, yeah he recalls uh, signing. | Q2: | Oh, yeah he recalls uh, signing. |
| Q: | Okay. So... | Q: | Okay. So... |
| Q2: | uh - uh, paper. | Q2: | Uh - uh, paper. |
| Q: | ...okay, so not signing just or - or he only signed something he didn't fill anything out? | Q: | ...okay, so not signing just or - or he only signed something he didn't fill anything out? |
| Q2: | No más firmaste, ¿no llenaste ningún papel? | Q2: | Did you just sign it, you didn't fill out any paperwork? |
| A: | No. | A: | No. |
| Q2: | No más firmaste, yeah he said just sign. | Q2: | You just signed. Yeah he said just sign. |
| Q: | Uh, how many papers? Did you remember that you signed? | Q: | Uh, how many papers? Did you remember that you signed? |
| Q2: | Recuerdas... | Q2: | Do you remember... |
| A: | Con el - con el de las reglas, venía un | A: | With the - with the rules, there was a |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 6

| | | | |
|---|---|---|---|
| | papel encima y - y ahí fue donde terminé firmando... | | piece of paper with it and - and that's where I ended up signing... |
| Q2: | Well... | Q2: | Well... |
| A: | ...no sé si como de que me ente- de que aceptaba las reglas que estaban ahí y firmar (en el papel). | A: | ...I don't know if that's how I - how I acknowledged the rules that were there and signing (the piece of paper). |
| Q2: | ...well he said it was with the paperwork that uh, - the paperwork with the rules were with - let me reword it. The rules were accompanied by the paper that he uh, believed that he signed to - to acknowledge that uh, he was signing... | Q2: | ...well he said it was with the paperwork that uh, - the paperwork with the rules were with - let me reword it. The rules were accompanied by the paper that he uh, believed that he signed to - to acknowledge that uh, he was signing... |
| Q: | The rules? | Q: | The rules? |
| Q2: | ...about the rules, yes. | Q2: | ...about the rules, yes. |
| Q: | Okay. Uh, would this - this paper um, that you signed was - was it uh, - was there blank spots where other information be filled in? And was that left blank or was that filled in? | Q: | Okay. Uh, would this - this paper um, that you signed was - was it uh, - was there blank spots where other information be filled in? And was that left blank or was that filled in? |
| Q2: | El papel que tú firmaste, ¿tenía partes para - para llenar y se dejaron en blanco para que se - para que se llenaran? | Q2: | The piece of paper that you signed, did it have parts to - to be filled in and that were left blank so that - so that they could be filled in? |
| A: | No. Creo que nada más tenía para firmar y así ya nada más. No había... | A: | No. I think that there was just a place to sign and that's it. There wasn't... |
| Q2: | I think it just had a - a space to sign that's it. | Q2: | I think it just had a - a space to sign that's it. |
| Q: | Okay. Um, I wanna get back to social security card that you um, provided. | Q: | Okay. Um, I wanna get back to social security card that you um, provided. |
| Q2: | Quiero - quiero seguir con el - la tarjeta del seguro social que tú proveíste. | Q2: | I want - I want to follow up to the - the social security card that you provided. |
| Q: | Where you uh, told by somebody to go - where you could go get a social security card? | Q: | Where you uh, told by somebody to go - where you could go get a social security card? |
| Q2: | ¿Alguien más - alguien te dijo dónde podías ir a conseguir una tarjeta del seguro? | Q2: | Did anyone else - did anyone tell you where you could go to get a social security card? |
| A: | No. | A: | No. |
| Q2: | No. | Q2: | No. |
| Q: | Okay. Um, well where did you get the social security card from? | Q: | Okay. Um, well where did you get the social security card from? |
| Q2: | ¿En dónde - dónde obtuviste la cartilla | Q2: | Where - where did you get the social |

GR000210

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 7

|  |  |  |  |
|---|---|---|---|
|  | del seguro social? |  | security card? |
| A: | Yo llamé a una persona. | A: | I called a person. |
| Q2: | I called a person. | Q2: | I called a person. |
| Q: | Okay. Uh, did you uh, - how did you know of this person? Did somebody tell you about him? | Q: | Okay. Uh, did you uh, - how did you know of this person? Did somebody tell you about him? |
| Q2: | ¿Cómo supiste de esa persona?, ¿alguien te dijo de esa persona? | Q2: | How did you know that person? Did someone tell you about that person? |
| A: | Sí, alguien me pasó (un número). | A: | Yes, someone gave me (a number). |
| Q2: | Uh, yeah somebody gave me his number. | Q2: | Uh, yeah somebody gave me his number. |
| Q: | Uh, this somebody was it a co-worker, was it uh, some- the owner, manager, who? | Q: | Uh, this somebody was it a co-worker, was it uh, some- the owner, manager, who? |
| Q2: | ¿Esta persona fue un compañero de trabajo, el dueño, un manejador? | Q2: | Was this person a co-worker, the owner, a (manager)? |
| A: | Oh, no, no, fue - fue otra persona. | A: | Oh, no, no, it was - it was another person. |
| Q2: | No it was another person. | Q2: | No it was another person. |
| Q: | That had - did not work at the company? | Q: | That had - did not work at the company? |
| Q2: | ¿No trabajaba con la compañía? | Q2: | He didn't work at the company? |
| A: | No. | A: | No. |
| Q2: | No. | Q2: | No. |
| Q: | Okay. Um, now this uh, - do you remember where you went to go get it from? | Q: | Okay. Um, now this uh, - do you remember where you went to go get it from? |
| Q2: | ¿Recuerdas donde fuiste a obtener la - la tarjeta del seguro social? | Q2: | Do you remember where you went to get the - the social security card? |
| A: | Fue al - nos sentamos en los (parqueaderos) de la - de los apartamentos donde vivíamos. | A: | I went to - we met in the (parking lot) of the - the apartments were we live. |
| Q2: | We met at the - at the parking lot of the apartment complex I live in. | Q2: | We met at the - at the parking lot of the apartment complex I live in. |
| Q: | Uh, what apartment complex? | Q: | Uh, what apartment complex? |
| Q2: | ¿Qué - qué departamentos? | Q2: | What - what apartments? |
| A: | A ver, entre las calles Thunderbird con … | A: | Let's see, between the streets Thunderbird and… |
| Q2: | ¿Cómo? | Q2: | What? |
| A: | 32 calle y Thunderbird. | A: | 32 street and Thunderbird. |
| Q2: | 32nd Street and Thunderbird. | Q2: | 32nd Street and Thunderbird. |
| Q: | Do you - does this person have a name or do you member who he was? | Q: | Do you - does this person have a name or do you member who he was? |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 8

| | | | |
|---|---|---|---|
| Q2: | ¿Esta persona tiene nombre? ¿Recuerdas quién era? | Q2: | Does this person have a name? Do you remember who it was…? |
| A: | No. | A: | No. |
| Q2: | No. | Q2: | No. |
| Q: | Okay. All right, um, now after this third day uh, did uh, - did you ever have any other contact with the owner (Fremal)? | Q: | Okay. All right, um, now after this third day uh, did uh, - did you ever have any other contact with the owner (Fremal)? |
| Q2: | Después de - a partir de ese tercer día, um, ¿no tuviste ningún contacto con el dueño, (Fremal)?. | Q2: | After - from that third day, um, did you have any contact with the owner, (Fremal)? |
| A: | Pues no, nada más para lo del trabajo. Qué es lo que tenía que hacer y todo eso. | A: | Well no, just for work reasons. What I had to do and all that. |
| Q2: | No just uh, - just for work reasons. Just to what I had to do. | Q2: | No just uh, - just for work reasons. Just to what I had to do. |
| Q: | Oh, as far as like cooking, cleaning and all that? | Q: | Oh, as far as like cooking, cleaning and all that? |
| Q2: | Sobre... | Q2: | About... |
| A: | Sí, dónde iba a cocinar... | A: | Yes, where I was going to cook... |
| Q2: | ...cocinar. | Q2: | ...to cook. |
| A: | ...qué iba a hacer y todo eso. | A: | ...what I was going to do and all that. |
| Q2: | Yes where I was going to be, what I was going to do. | Q2: | Yes where I was going to be, what I was going to do. |
| Q: | Um, did he ever ask you about um, anymore uh, like, anything about your social security card or documents that he provided? | Q: | Um, did he ever ask you about um, anymore uh, like, anything about your social security card or documents that he provided? |
| Q2: | ¿Alguna - alguna vez te - te preguntó sobre la - la tarjeta del seguro social u otros documentos que tú le diste? | Q2: | Did he ever - did he ever ask - ask you about the - the social security card or other documents that you provided? |
| A: | ¿Si me preguntó alguna vez por eso? | A: | If he ever ask me for that? |
| Q2: | Sí. He's asking, did he ask me at one time for that? | Q2: | Yes. He's asking, did he ask me at one time for that? |
| Q: | No like did he say, "hey uh, is your - your social security card," did he ever bring that up again about you not being good or anything like that? | Q: | No like did he say, "hey uh, is your - your social security card," did he ever bring that up again about you not being good or anything like that? |
| Q2: | ¿Alguna vez te dijo que tu carta del seguro social, um, no era buena? | Q2: | Did he ever tell you that your social security card, um, wasn't good? |
| A: | No. | A: | No. |
| Q: | No. Okay. Um, now did you talk to amongst other employees about the - your social security card or ID that | Q: | No. Okay. Um, now did you talk to amongst other employees about the - your social security card or ID that you |

GR000212

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 9

| | | | |
|---|---|---|---|
| | you provided? | | provided? |
| Q2: | Excuse me? | Q2: | Excuse me? |
| Q: | Did you - did you uh, talk amongst other employees um, about how you only had to provide this social security card uh, that was no good or the Mexican ID for identification? | Q: | Did you - did you uh, talk amongst other employees um, about how you only had to provide this social security card uh, that was no good or the Mexican ID for identification? |
| Q2: | ¿Nunca bablaste entre tus compañeros del trabajo, sobre haber tenido que proveer solamente un - una carta del seguro o tu Matrícula Consular? | Q2: | Did you ever talk with your co-workers about having only to provide a - a social security card and the Consular Identification? |
| A: | (Mmm, pues)... | A: | (Mmm, well)... |
| Q: | Did other employees know... | Q: | Did other employees know... |
| A: | Que si lo sabían... | A: | Whether they knew... |
| Q: | ...um,... | Q: | ...um,... |
| A: | ...otras personas sabían de eso. | A: | ...other people knew about that. |
| Q2: | Si - si - si otros empleados sabía. | Q2: | If - if - if other employees knew. |
| Q2: | If everyone else knew. | Q2: | If everyone else knew. |
| Q: | Yeah. Basically, everybody else knew about your just your... | Q: | Yeah. Basically, everybody else knew about your just your... |
| A: | Sí. | A: | Yes. |
| Q: | ...social security card and your Mexican ID? | Q: | ...social security card and your Mexican ID? |
| Q2: | Otros sabían que - de - no más... | Q2: | Others knew that - about - just... |
| A: | No más pedían eso. | A: | They just asked for that. |
| G2: | Yeah they just asked for that. | G2: | Yeah they just asked for that. |
| Q: | Yeah like, okay, what - did everybody know that the social security card that you had to provide was no good? | Q: | Yeah like, okay, what - did everybody know that the social security card that you had to provide was no good? |
| Q2: | ¿Todos sabían que la tar- la carta del seguro social que tú presentaste no era buena? | Q2: | Did everyone know that the social security card - letter that you provided wasn't good? |
| A: | Oh, sí, sí. Sí, todos sabían. | A: | Oh, yes, yes. Yes, everybody knew. |
| Q2: | Yeah uh, everybody knew. | Q2: | Yeah uh, everybody knew. |
| Q: | Okay. And is that because you talked amongst each other about it. | Q: | Okay. And is that because you talked amongst each other about it. |
| Q2: | ¿Era porque hablaban uno con el otro? | Q2: | Was this because everybody talked to each other? |
| A: | Sí. | A: | Yes. |
| Q2: | Yes. | Q2: | Yes. |
| Q: | Uh, was people that talks among- uh, talked amongst each other about it were any of the managers - | Q: | Uh, was people that talks among- uh, talked amongst each other about it were any of the managers - |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 10

|  |  |  |  |
|---|---|---|---|
|  | management or um, uh, I guess the (Lisa)'s a manager to right? |  | management or um, uh, I guess the (Lisa)'s a manager to right? |
| Q2: | Los - los que hablaban así, entre - entre compañeros, ¿alguno de ellos eran manejadores?. | Q2: | Those - those that talked in that way, amongst - amongst co-workers, were any of them (managers)? |
| A: | La gente - puros. Pues sí se hablaba pero no, que estuvieran ellos presentes ahí, no. Nunca estuve yo que estuvieran ellos. | A: | The people - only. Well, yes we talked, but no, that they were present there, no. I was never there when they were there. |
| Q2: | He says yes we would talk about it but never when uh, there was one present. | Q2: | He says yes we would talk about it but never when uh, there was one present. |
| Q: | Never when the managers were around? | Q: | Never when the managers were around? |
| Q2: | ¿Nunca cuando los manejadores estaban presentes? | Q2: | Never when the (managers) were present? |
| A: | Pues hablábamos pero, o sea, ellos sabían, el manejador o (manejadora) ahí sabía que - que - eso sí no eran buenos | A: | Well, we talked but, I mean, they knew, the (male manager) or (female manager) there knew that - that - that yes, they weren't good. |
| Q2: | The - the manager knew that wasn't the... | Q2: | The - the manager knew that wasn't the... |
| Q: | That wasn't... | Q: | That wasn't... |
| Q2: | ...wasn't good. | Q2: | ...wasn't good. |
| Q: | ...that wasn't good. How did they know? | Q: | ...that wasn't good. How did they know? |
| Q2: | ¿Cómo sabían? | Q2: | How did they know? |
| A: | Pues porque cuando - cuando ellos le - que - le digo que nos - cuando les entregábamos la carta, pues el - el manager decía, "Oh esta," que se veía tan real o así, la tarjeta. | A: | Well, because when - when they - that - I mean that we - when we handed them the card, then the - the manager would say, "Oh look at this," that it looked so real or something like that, the card. |
| Q2: | ¿Se veía real? | Q2: | It looked real? |
| A: | Uh-huh. Era como - pues ellos siempre veían la tarjeta y decían, "Oh, esto se ve muy real y que no sé qué - 'tonces así." | A: | Uh-huh. It was like - they would always look at the card and say "Oh, this looks very real and I don't know what – then it was like that." |
| Q2: | He says that when they would turn in the card they would look at it and say oh this looks real. | Q2: | He says that when they would turn in the card they would look at it and say oh this looks real. |
| Q: | The managers would say that? | Q: | The managers would say that? |
| Q2: | ¿Los manejadores decían esos? | Q2: | The managers would say that? |
| A: | Un manejador. | A: | One (manager). |
| Q2: | One manager would say that. | Q2: | One manager would say that. |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 11

| | | | |
|---|---|---|---|
| Q: | Do you know who that manager was? | Q: | Do you know who that manager was? |
| Q2: | ¿Te acuerdas - sabes quién es ese manager? | Q2: | Do you remember - do you know who that manager is? |
| A: | Se llama (Robert), creo. (Robert). | A: | His name is (Robert), I think. (Robert). |
| Q2: | His name is (Robert) I think. | Q2: | His name is (Robert) I think. |
| Q: | So, um, just ta, so just so I understand... | Q: | So, um, just ta, so just so I understand... |
| Q2: | Para poder entender. | Q2: | So to understand. |
| A: | Uh-huh. | A: | Uh-huh. |
| Q: | ...how would (Robert) uh, look at the ID's when uh, the owner (Fremal) got your ID? | Q: | ...how would (Robert) uh, look at the ID's when uh, the owner (Fremal) got your ID? |
| Q2: | ¿Como - como veía (Robert) las identificaciones, cuando (Fremal) obtenía las identificaciones? | Q2: | How - how would (Robert) look at the IDs, when (Fremal) obtained the IDs? |
| A: | Pues, cuando yo fui, le digo que él me dijo - el dueño me dijo" Cuándo puedes traerme los - los papeles," y le dije que... | A: | Well, when I went, I mean he told me - the owner asked me "When can you bring me the - the papers," and I told him that... |
| Q2: | When they said that the owner asked him when he could bring them - bring the papers. | Q2: | When I went they said that the owner asked him when he could bring them - bring the papers. |
| A: | Y yo le dije que me diera tres días para poder llevarle eso. Entonces se los llevé... | A: | And I asked him to give me three days to bring them. Then I brought them... |
| Q2: | I told 'em give me... | Q2: | I told 'em give me... |
| A: | ...Y cuando lo llevé, se los di al - al ese manejador que estaba él ahí. | A: | ...And when I brought them, I gave them to - to - that (manager) that was there. |
| Q2: | ...- he - I asked him to give me three days and uh, to - to bring them in. when I brought them in I gave them to that manager that was there. | Q2: | ...- he - I asked him to give me three days and uh, to - to bring them in. when I brought them in I gave them to that manager that was there. |
| Q: | Okay - okay. Um, did the uh, manager make a copy or anything that - of your ID? | Q: | Okay - okay. Um, did the uh, manager make a copy or anything that - of your ID? |
| Q2: | ¿El manejador hizo alguna copia de la identificación? | Q2: | Did the (manager) make any copies of the ID? |
| A: | No recuerdo porque cuando yo le di esos papeles, él me empezó a decir que - alguien le dijo que me empezara a - a decir las cosas, de cómo - qué - dónde iba a estar y todo eso. Y no - no vi qué hizo con ellas, hasta después de | A: | I don't remember because when I gave him the papers, he started to tell me that - someone told him to start telling me - telling me things, like - what - where I was going to be and all that. And I didn't - I didn't see what he did |

GR000215

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney. Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 12

| | | | |
|---|---|---|---|
| | - él solamente me las regresó. | | with them, until later when he - he just gave them back to me. |
| Q2: | I don't remember because when I come in he - he told me to uh, -uh, get with someone that was going to show me uh, what to do and then um, he - he returned the - the ID's back to me. | Q2: | I don't remember because when I come in he - he told me to uh, -uh, get with someone that was going to show me uh, what to do and then um, he - he returned the - the ID's back to me. |
| Q: | Okay. Um, did uh, - did the uh, social security card or ID ever get brought up again from anybody after - I mean after you guys talked amongst each other the employees, but ever after that it ever brought up? | Q: | Okay. Um, did uh, - did the uh, social security card or ID ever get brought up again from anybody after - I mean after you guys talked amongst each other the employees, but ever after that was it ever brought up? |
| Q2: | Después de que hablaron así entre empleados, ¿el tema de la carta del seguro nunca - nunca hablaron - nunca fue mencionada? | Q2: | After you talked about them with the coworkers, did the subject of the social security card ever - did they ever - was it ever mentioned? |
| A: | ¿Con el dueño? | A: | With the owner? |
| Q2: | With the owner? | Q2: | With the owner? |
| Q: | Uh, with any - with any management or owner. | Q: | Uh, with any - with any management or owner. |
| Q2: | Con cualquier persona del (manejamiento) o el dueño. | Q2: | With anyone in (management) or the owner. |
| A: | (Unintelligible). | A: | (Unintelligible). |
| Q2: | I - I don't think so. | Q2: | I - I don't think so. |
| Q: | Okay. Um, all right uh, during the entire time that you worked at Uncle Sam's... | Q: | Okay. Um, all right uh, during the entire time that you worked at Uncle Sam's... |
| Q2: | Durante todo el tiempo que trabajaste en Uncle Sam's... | Q2: | During the entire time that you worked at Uncle Sam's... |
| Q: | Um, was there any uh, racial slurs uh, made towards you or were there any um, you know, status as far as legal status here. Um, you know, made towards you? | Q: | Um, was there any uh, racial slurs uh, made towards you or were there any um, you know, status as far as legal status here. Um, you know, made towards you? |
| Q2: | ¿Nunca hicieron así comentarios, um, racistas sobre - sobre ti, o de tu (status)? | Q2: | Were things ever said, um, that were racist about - about you, or about your (status)? |
| A: | Él sí. | A: | Him, yes. |
| Q2: | ¿Quién?, Yeah him yes. | Q2: | Who? Yeah him yes. |
| Q: | Okay. Uh, who...? | Q: | Okay. Uh, who...? |
| Q2: | ¿Quién? | Q2: | Who? |
| Q: | ...made that? | Q: | ...made that? |
| Q2: | ¿Quién? | Q2: | Who? |

GR000216

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 13

| | | | |
|---|---|---|---|
| A: | Una persona, creo que es su store manager creo, se llama (Lisa). Ella es la que hacía burla de todo eso. | A: | A person, I think that she is it's store manager I think, her name is (Lisa). She's the one who made fun of all that. |
| Q2: | I believe it was the store manager, her name's (Lisa). She was the one that uh, make fun of us. | Q2: | I believe it was the store manager, her name's (Lisa). She was the one that uh, make fun of us. |
| Q: | Uh, an- anybody else? | Q: | Uh, an- anybody else? |
| Q2: | ¿Alguien más? | Q2: | Anybody else? |
| A: | Él y el - el mismo manager decía que... | A: | Him and the - the same manager said that... |
| Q2: | Him and the manager. | Q2: | Him and the manager. |
| A: | El (Robert) mismo. | A: | (Robert), the same one. |
| Q2: | Oh, (Robert). | Q2: | Oh, (Robert). |
| A: | Que - que, este, pues sí, se burlaba de eso mismo, de que cómo le hacíamos para habernos llegado hasta acá, que cómo cruzamos, y no sé qué, y todo eso. | A: | That - that, uh, well yes, he made fun of that too, about what we did to arrive here, that we crossed, and I don't know what, and all that. |
| Q2: | And he said - he would - he would make fun of them ask how - how they did it to - how they cross to get over here. | Q2: | And he said - he would - he would make fun of them ask how - how they did it to - how they cross to get over here. |
| Q: | When - when he said him, uh, did - who was he talking about? | Q: | When - when he said him, uh, did - who was he talking about? |
| Q2: | Cuando dijiste él, ¿de quién estás hablando? | Q2: | When you said "Him", who were you talking about? |
| A: | De - del manejador y de - de ella también, de (Lisa). | A: | About - about the (manager) and about - about her too, (Lisa). |
| Q2: | Oh, the manager and (Lisa). | Q2: | Oh, the manager and (Lisa). |
| Q: | Okay. So just the manager and (Lisa) were the only ones that made fun of you? | Q: | Okay. So just the manager and (Lisa) were the only ones that made fun of you? |
| Q2: | El manejador y (Lisa) son los que os hacían burla. | Q2: | The (manager) and (Lisa) were the ones who made fun of you. |
| A: | Sí. | A: | Yes. |
| Q: | Okay. Uh, was uh, was (Fremal) or (Brat) around anytime these comments were made? | Q: | Okay. Uh, was uh, was (Fremal) or (Brat) around anytime these comments were made? |
| Q2: | ¿(Fremal) estaba presente cuando estos comentarios se hicieron? | Q2: | Was (Fremal) present when these comments were made? |
| A: | No. | A: | No. |
| Q2: | No. | Q2: | No. |
| Q: | Um, okay. | Q: | Um, okay. |
| Q3: | Can I - can I do a quick follow-up... | Q3: | Can I - can I do a quick follow-up... |

GR000217

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 14

| | | | |
|---|---|---|---|
| Q: | Yeah - yeah. | Q: | Yeah - yeah. |
| Q3: | ...to that question? You told me once um, let me - I'll ask it in Spanish. | Q3: | ...to that question? You told me once um, let me - I'll ask it in Spanish. |
| Q: | Okay, go head. | Q: | Okay, go head. |
| Q3: | Usted me había dicho que una vez (Lisa) había comentado cosas y que ... | Q3: | You told me once that on one occassion (Lisa) said things and that... |
| Q2: | You told me one time you made a comment. | Q2: | You told me one time you made a comment. |
| Q3: | ...(Brat) los había defendido. Y que - que ella misma le dijo a (Brat)... | Q3: | ...(Brat) defended them. And that - that she herself said to (Brat)... |
| Q2: | (Unintelligible). | Q2: | (Unintelligible). |
| Q3: | ...que (por qué defiende) a estos ilegales. | Q3: | ...(why defend) these illegals. |
| Q2: | ...and... | Q2: | ...and... |
| A: | Sí. | A: | Yes. |
| Q3: | Él está pre- él está preguntado eso y usted no está diciendo... | Q3: | That is what he's is ask- he is asking, and you are not saying... |
| A: | Oh, okay, sí, pero el - el manager, el otro - el... | A: | Oh, okay, yes, but the - the manager, the other one - he... |
| Q3: | Pero usted dijo que (Brat) estaba presente cuando ella a veces les decía cosas. | Q3: | But you said that (Brat) was present sometimes when she would say things to you. |
| A: | Sí, la regañaba después según él. | A: | Yes, he scolded her after, according to him. |
| Q3: | It's - it's - let me just clear up... | Q3: | It's - it's - let me just clear up... |
| A: | Es que ella una vez nos qui- nos quería regañar, porque siempre nos regañaban, por cualquier cosa. | A: | It's that once she wanted - she wanted to scold us, because they would always scold us, for anything. |
| Q4: | She said she wanted to scolded us. She would always scolded us for any reason. | Q4: | She said she wanted to scolded us. She would always scolded us for any reason. |
| A: | Y ahí - y una vez le dijo a un manager que nos regañara. | A: | And then - and one time she told a manager to scold us. |
| Q2: | And she told one manager to scolded them. | Q2: | And she told one manager to scolded them. |
| A: | Y entonces el manager no nos quiso regañar porque sabía que no nos tenía que regañar por eso. | A: | And then the manager didn't want to scold us because he knew that we didn't need to be scolded for that. |
| Q2: | And - and the manager didn't scolded them because he knew he didn't have to scolded them for that reason. | Q2: | And - and the manager didn't scolded them because he knew he didn't have to scolded them for that reason. |
| A: | Y nos di- y le dijo que por qué nos defendía a nosotros que éramos unos inmigrantes. | A: | And us - and she told him, why defend us, we were just some immigrants. |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 15

| Speaker | Spanish | Speaker | English |
|---|---|---|---|
| Q2: | He - she - she first said, "well why do you defend 'em if they're just uh, immigrants." | Q2: | He - she - she first said, "well why do you defend 'em if they're just uh, immigrants." |
| Q4: | Can you just - can you ask him who was that manager? | Q4: | Can you just - can you ask him who was that manager? |
| Q2: | ¿Qui- quién era la maneja- el manejador? | Q2: | Who - who was the manager - the (manager)? |
| A: | La que nos dijo que por qué nos defendía era (Lisa). | A: | The one that said, why defend us, was (Lisa). |
| Q2: | Uh, (Lisa). | Q2: | Uh, (Lisa). |
| A: | Y el que - al que - al que le dijo eso fue al - al - al manejador. | A: | And the one that - that - that she said that to was the - the - the (manager). |
| Q4: | (Robert)... | Q4: | (Robert)... |
| Q5: | Can you ask him if what they asked was spe- what - what the word that they used to refer them? Refer to them as immigrants or was there another word, even though it may be a bad word it's okay for him to say it. | Q5: | Can you ask him if what they asked was spe- what - what the word that they used to refer them? Refer to them as immigrants or was there another word, even though it may be a bad word it's okay for him to say it. |
| Q2: | Okay. ¿A usted los, um, se referían a ustedes como inmigrantes o usaban otras palabras para referirse a ustedes? | Q2: | Okay. To you, um, did they refer to you as immigrants or did they use other words to refer to you? |
| A: | No, pues a unos nos decía así, a otros los decía de otras formas ella. | A: | No, well she called some of us that, for others she would use other forms. |
| Q2: | She... | Q2: | She... |
| A: | A otros... | A: | To others she... |
| Q2: | ...she... | Q2: | ...she... |
| A: | ...les decía... | A: | ...would say... |
| Q2: | ...she said there would... | Q2: | ...she said there would... |
| A: | Los ofendía pues. | A: | They ofended them. |
| Q2: | ...some of us... | Q2: | ...some of us... |
| A: | Les decía de cosas. | A: | She would call us names. |
| Q2: | ...some of us she would call us that others she would call them on other - a fend them with other names. | Q2: | ...some of us she would call us that others she would call them on other - a fend them with other names. |
| Q: | What other names? | Q: | What other names? |
| Q2: | ¿Qué otros nombres? | Q2: | What other names? |
| A: | Pues a otros - a todos nos tenían sobreapodos como... | A: | Well, others - for all of us they had nicknames like... |
| Q2: | We all... | Q2: | We all... |
| A: | Yo por e-- | A: | Me for ex-- |
| Q2: | ...we had - we all had our nicknames. | Q2: | ...we had - we all had our nicknames. |
| A: | Yo tenía pues el pelo así, siempre me | A: | Well, I had hair like this, I would |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 16

|  |  |  |  |
|---|---|---|---|
|  | lo hacía como así, y había un muñeco ahí que estaba así con el pelo, y decía que yo era él. A otros les daba otro - había personas que - que pues son - cómo le diré… |  | always wear it like this, and there was a doll there that had hair like this, and she would say that I was it. For others she gave other - there were people that - that are, well - how would I put it… |
| Q2: | Well my hair - because the way I have my hair, there was a doll there and she would say… | Q2: | Well my hair - because the way I have my hair, there was a doll there and she would say… |
| A: | (Unintelligible). | A: | (Unintelligible). |
| Q2: | …say that I look like him. | Q2: | …say that I look like him. |
| Q: | The doll? | Q: | The doll? |
| Q2: | Yeah she - she mocked him with dolls. | Q2: | Yeah she - she mocked him with dolls. |
| Q3: | Let - give me just a second with him he's - he's just editing so much and I think I just need to - just tell him that he needs to tell you everything rather than trying to be polite. Um, cuando nosotros hablamos anteriormente (incluyó) muchos detalles de las cosas que ellos decían y todo esto. Cuando ellos te están haciendo preguntas ustes les está diciendo como casi nada de lo que usted me dijo a mí, y los detalles cuando usted está diciendo nos decían cosas por ser inmigrantes. Yo estoy seguro que esas no eran las palabras que ellos usaban, nadie insulta con esa palabra. Dígales a ellos en realidad qué fue lo que ellos - si les decían una cosa u otra dígales esa palabra, porque para eso estamos aquí. Si usted está como que, aquí estabamos todos, usted está muy amables, tal vez por tanta gente que está aquí. Pero dígales, dígales su historia porque ellos están aquí (unintelligible) y usted no se está ayudando dando en quitando información, okay, entonces dígale todo lo que usted me estaba diciendo a mí, en las palabras que lo que - no en palabras que usted piense que estén correctas para el lugar. | Q3: | Let - give me just a second with him he's - he's just editing so much and I think I just need to - just tell him that he needs to tell you everything rather than trying to be polite. Um, when we talked before (you included) a lot of details about the things they said and all that. When they are asking you questions you are telling them almost nothing about what you told me, and the details when you were saying that they call us names for being immigrants. I am sure that those were not the words that they used, no one uses that word as an insult. Tell them what they actually said - if they said something or other, tell them that word, because that's why we're here. If you are like, here we all were, you are very polite, maybe because of all the people that are here. But tell them, tell them your story because they are here (unintelligible) and you are not helping yourself by taking away information, okay, so tell them everything that you were telling me, in the words the the words that - not in words that you think are appropriate for the place. |
| Q: | He's just telling him to tell me - tell him exactly what he said you know. | Q: | He's just telling him to tell me - tell him exactly what he said you know. |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 17

| | | | |
|---|---|---|---|
| | You know don't try-a... | | You know don't try-a... |
| Q4: | ¿Quiere que me vaya? Si quiere que me vaya para que él (tenga más confianza) contigo. | Q4: | Would you like me to leave? If you would like me to leave so that he (feels more confident) with you. |
| Q1: | Sí, (más experiencia). | Q1: | Yes, (more experience). |
| Q4: | Porque parece que él necesita -. I think that um, he feels very comfortable with Mr. Navidad and he doesn't know us, so I think... | Q4: | Becasue it seems like he needs- I think that um, he feels very comfortable with Mr. Navidad and he doesn't know us, so I think... |
| Q1: | We're just gonna step out. | Q1: | We're just gonna step out. |
| Q4: | ...we'er - we're gonna step outside. | Q4: | ...we'er - we're gonna step outside. |
| Q: | Okay. | Q: | Okay. |
| Q4: | Is that okay with you? | Q4: | Is that okay with you? |
| Q: | Yes. | Q: | Yes. |
| Q4: | `Cause maybe there's things that he... | Q4: | `Cause maybe there's things that he... |
| Q1: | He... | Q1: | He... |
| Q4: | ...doesn't wanna say in front of the ladies. | Q4: | ...doesn't wanna say in front of the ladies. |
| Q2: | Nada más para que... | Q2: | Just so... |
| A: | Nada, todo, todo, todo. | A: | Nah, everything, everything, everything. |
| Q3: | Todo. | Q3: | Everything. |
| Q4: | I think he's just being respectful to us. | Q4: | I think he's just being respectful to us. |
| A: | No hay ningún problema en que se queden. | A: | There's no problem if you all stay. |
| Q: | Ah, okay. | Q: | Ah, okay. |
| Q4: | And... | Q4: | And... |
| A: | No, pero no hay problema... | A: | No, but there's not a problema... |
| Q4: | ...that's not appropriate for... | Q4: | ...that's not appropriate for... |
| Q2: | (Unintelligible). | Q2: | (Unintelligible). |
| Q4: | ...your purposes, so. | Q4: | ...your purposes, so. |
| A: | ...porque yo – yo (unintelligible) las palabras que me dicen no las entienden bien porque no (unintelligible). | A: | ...because I – I (Unintelligible) the words that they called me are not easy to understand because they don't (unintelligible). |
| Q: | Appreciate it. | Q: | Appreciate it. |
| Q2: | (Unintelligible). | Q2: | (Unintelligible). |
| Q3: | No, yo sé, yo sé. | Q3: | No, I know, I know. |
| Q4: | Is (Hector) around? | Q4: | Is (Hector) around? |
| Q1: | I have to much stuff... | Q1: | I have to much stuff... |
| A: | Pero no hay problema en que (se queden). | A: | But there's no problem if (they stay). |
| Q: | Uh, no he's off today. | Q: | Uh, no he's off today. |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 18

| | | | |
|---|---|---|---|
| Q3: | Lo que usted me dijo de por qué su amigo… | Q3: | Whay you told me about the reason your friend… |
| Q4: | (Unintelligible). | Q4: | (Unintelligible). |
| Q3: | …(Se había preferido ir). | Q3: | …(Had preferred to go). |
| Q: | Sorry. | Q: | Sorry. |
| Q3: | Cómo usted sabía estas cosas. Usted se está quedando con mucho y no entiendo por qué. | Q3: | How you knew these things. You are holding a lot back and I don't understand why. |
| A: | Sí, sí, okay - okay. | A: | Yes, yes, okay - okay. |
| Q3: | Okay. | Q3: | Okay. |
| A: | Sí, o sea, le platico (desde el momento) en que llegué yo ahí a trabajar. | A: | Yes, I mean, I'll speak (from the moment) I started working there. |
| Q3: | All right he's gonna start over. | Q3: | All right he's gonna start over. |
| Q: | Okay. | Q: | Okay. |
| Q2: | (Unintelligible). | Q2: | (Unintelligible). |
| A: | El - el - cuando - bueno, en ese tiempo yo no tenía trabajo, estaba (escaso) de trabajo. | A: | The - the - when - okay, at that time I didn't have work, I (hardly) had work. |
| Q2: | But that time I didn't have any - any work I was short on work. | Q2: | But that time I didn't have any - any work I was short on work. |
| A: | Entonces mi amigo, que trabajaba ahí, él - él me dijo que - que si quería trabajar yo ahí en esa compañía. | A: | So my friend, who worked there, he - he ask me if - if I wanted to work at that company there. |
| Q2: | Well my friend that worked there he asked me if I wanted to work for that company. | Q2: | Well my friend that worked there he asked me if I wanted to work for that company. |
| A: | Yo le dije que cómo iba a trabajar ahí si no tenía los papeles para trabajar. | A: | I asked me, how am I going to work there if I don't have work papers. |
| Q2: | He - I asked him how am I gonna work there if I don't have if I don't have the paperwork to work there. | Q2: | He - I asked him how am I gonna work there if I don't have if I don't have the paperwork to work there. |
| A: | Entonces él me dijo que no había problema, que porque el dueño sabía - él - él sabía cómo hacerle para que pudiera entrar a trabajar uno ahí. | A: | So he told me there was no problem, because the owner knew - he - he knew how one could start working there. |
| Q2: | Oh, he told me there wouldn't be a problem because uh, the owner knew how to do it so I can get a job there. | Q2: | Oh, he told me there wouldn't be a problem because uh, the owner knew how to do it so I can get a job there. |
| A: | Entonces él me citó y - y él - él me dijo - me citó el otro día. | A: | So he arranged a meeting with me and - and he - he told me - he arranged a meeting with me the next day. |
| Q3: | Él - ¿Quién es él? | Q3: | He - who is "he"? |
| A: | El dueño - el dueño me citó el otro | A: | The owner - the owner arranged a |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 19

| | | | | |
|---|---|---|---|---|
| | día. | | | meeting with me the next day. |
| Q2: | So the owner uh, made employment uh, to meet the next day. | | Q2: | So the owner uh, made employment uh, to meet the next day. |
| A: | Al otro día yo fui. | | A: | I went the next day... |
| Q2: | The next day I went... | | Q2: | The next day I went... |
| A: | Y me presenté con el dueño, con (Brat). | | A: | And I introduced myself to the owner, to (Brat). |
| Q2: | ...and I presented myself to - to (Brat) the owner. | | Q2: | ...and I presented myself to - to (Brat) the owner. |
| A: | Y él - él me entrevistó en la - en - pues en la entrevista que me hizo él fue (Brat) y él me dijo todo eso de – de... | | A: | And he - he intereviewed me in the - in - well, it was (Brat) that interviewed me and he told me all that about - about... |
| Q2: | (Brat) interviewed me. | | Q2: | (Brat) interviewed me. |
| A: | Que me s– que me quedara a trabajar ese mismo día, pero le dije que yo no tenía los - los papeles. Entonces... | | A: | That I - that I could stay and work that same day, but I told him that I didn't have the - the papers. So... |
| Q2: | He - he told me to stay and work that same day but I told him I didn't have any paperwork. | | Q2: | He - he told me to stay and work that same day but I told him I didn't have any paperwork. |
| A: | Entonces me dijo cuánto tiempo - en cuánto tiempo tú me traes esos papeles. | | A: | Then he asked me how much time - how much time for you to bring me those papers. |
| Q2: | So he asked me how much time can you bring me that paperwork. | | Q2: | So he asked me how much time can you bring me that paperwork. |
| A: | Y yo - yo le dije que me diera tres días y ya estuvo. | | A: | And I - I asked him to give me three days and that was it. |
| Q2: | I told'em - I told'em give me three days. | | Q2: | I told'em - I told'em give me three days. |
| A: | Y después de ahí ya él me dijo que - me empezó a decir que - pues lo básico de que dónde vivía, qué iba a hacer, todo eso y ya él me - él me aceptó, me dijo: okay, entonces en tres días me traes esos papeles. | | A: | And after that he told me that - he started to ask me - well, the basic information, where I lived, what I was going to do, all that and then he - he accepted me, he told me: okay, then in three days bring me those documents. |
| Q2: | After that he ask me where - where I lived and what I was going to be doing and then af- after those uh, three days, you know, he accepted the paperwork. | | Q2: | After that he ask me where - where I lived and what I was going to be doing and then af- after those uh, three days, you know, he accepted the paperwork. |
| A: | Y después al - pues ya empecé, le digo, entonces a trabajar y todo eso, cuando pasaba que necesitaba más gente porque tenía tres restaurantes en ese tiempo. | | A: | And after the - well, I started, I mean, to work and all that, and what happened was he needed more people because he had three restuarants at that time. |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 20

| | | | |
|---|---|---|---|
| Q2: | So - so I started working there and he - he uh, um, mentioned that he needed more people because he - be needed - he had three restaurants at the time. | Q2: | So - so I started working there and he - he uh, um, mentioned that he needed more people because he - he needed - he had three restaurants at the time. |
| A: | Y entonces él - él - llegaba (Brat) o luego llegaba (Lisa) y decía: necesito cinco gentes para poder - para poder - este. | A: | And then he - he - (Brat) came or then (Lisa) came and said: I need five people who can - who can, uh. |
| Q2: | ¿Cinco? | Q2: | Five? |
| A: | Sí, cinco gentes para poder trabajar en la tienda de la 90 calle, que estaba en la 90 calle y Shea. | A: | Yes, five people who can work at the store on 90 street, that was at 90 street and Shea. |
| Q2: | (Brat) or (Lisa) said that they would come by and said they needed five people to be able to work at night with uh, Street and Shake. | Q2: | (Brat) or (Lisa) said that they would come by and said they needed five people to be able to work at night with uh, Street and Shake. |
| A: | Ah-ha, entonces e- ella nos decía a nosotros, a todos los cocineros que estábamos ahí para que - para que nosotros les dijéramos a amigos más que saben que no tenían papeles, pudieran entrar a trabajar ahí. | A: | Ah-ha, so she - she told us, all of us who were cooks there that - that we should tell our friends even though they knew they didn't have papers, they could work there. |
| Q2: | She - she would tell us so that we could tell our friends that uh, don't have papers so that they could come and work there. | Q2: | She - she would tell us so that we could tell our friends that uh, don't have papers so that they could come and work there. |
| Q: | Who would tell that? | Q: | Who would tell that? |
| Q2: | ¿Quién decía eso? | Q2: | Who would say that? |
| A: | (Lisa)... | A: | (Lisa)... |
| Q2: | (Lisa). | Q2: | (Lisa). |
| A: | ...Y (Brat) decían eso, que necesitaban gente para tal tienda. Porque (Lisa) era - es muy - como... | A: | ...And (Brat) would say that, that they needed people for that store. Because (Lisa) was - she's very - how... |
| Q3: | (Unintelligible). | Q3: | (Unintelligible). |
| Q2: | (Lisa) and (Brat) would say that because they needed... | Q2: | (Lisa) and (Brat) would say that because they needed... |
| A: | Muy enojona, pues, era muy enojona. | A: | Very angry, I mean, a very angry person. |
| Q2: | ...they needed people. | Q2: | ...they needed people. |
| A: | Y ella corría a cada rato a mucha gente porque - por cualquier cosa, ella siempre quería regañar. | A: | And she would fire a lot of people quickly because - for whatever reason, she was always scolding. |
| Q2: | Oh, (Li-) - (Lisa) had uh, short temper | Q2: | Oh, (Li-) - (Lisa) had uh, short temper |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 21

| | | | |
|---|---|---|---|
| | and uh, she would always fire people so that's why they would always need - need people. | | and uh, she would always fire people so that's why they would always need - need people. |
| A: | Y pues, a ellos les decía: necesito cinco gentes para la tienda de la 90. Y nosotros pues sabíamos que gente, así como nosotros mismos, necesitaba trabajo y los recomendábamos ahí a trabajar. | A: | And so, she said to them: I need five people for the store at 90. And so we knew people, like ourselves, that needed work and we recommended them there for work. |
| Q2: | They - they would tell us, hey we need five people for uh, for the - the store on 90th. And uh, they would recommend people like themselves that needed work to come work for the company. | Q2: | They - they would tell us, hey we need five people for uh, for the - the store on 90th. And uh, they would recommend people like themselves that needed work to come work for the company. |
| A: | Y siempre nos decía a nosotros, porque sabía que iba a llegar gente así como uno, pues que no tenía nada de eso, y así... | A: | And she would always tell us, because she knew that we were going to bring people like somebody, well, that didn't have any of that, and like that... |
| Q2: | And they would always tell - they would always tell us because they knew we were gonna send people that uh, were like us, that didn't have papers. | Q2: | And they would always tell - they would always tell us because they knew we were gonna send people that uh, were like us, that didn't have papers. |
| A: | Nosotros nos - nos pagaba $7.00 dólares, $7.50, no recuerdo, y pues toda la gente que llegaba así le pagaba. No - no quería dar aumentos por nada. | A: | We - they paid us $7.00 dollars, $7.50, I don't remember, and all the people that came got paid that way. They didn't - didn't want to give raises for anything. |
| Q2: | We got paid 7 -7.50 and everybody that came to work got paid the same way they don't wanna give us any raises. | Q2: | We got paid 7 -7.50 and everybody that came to work got paid the same way they don't wanna give us any raises. |
| A: | Todos nosotros teníamos que soportar todo lo que nos decían, los insultos, las agresiones, y todo eso, porque pues... | A: | We all had to put up with everything they said to us, the insults, the aggression, and all that, because, well... |
| Q2: | We - we had to put up with - with all the insults and all the aggression. | Q2: | We - we had to put up with - with all the insults and all the aggression. |
| A: | Porque en ningún otro lugar íbamos a encontrar trabajo. | A: | Because we weren't going to find work anywhere else. |
| Q2: | Because we couldn't find work in any other place. | Q2: | Because we couldn't find work in any other place. |
| Q3: | Let me ask him a quick follow-up. So | Q3: | Let me ask him a quick follow-up. So |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 22

| | Spanish | | English |
|---|---|---|---|
| | he keeps (unintelligible). La gente que tenía papeles, o personas que eran, como usted dijo… | | he keeps (unintelligible). People who had papers, or people that were, like you said… |
| Q2: | (Unintelligible). | Q2: | (Unintelligible). |
| Q3: | (Unintelligible). | Q3: | (Unintelligible). |
| A: | Uh-huh. | A: | Uh-buh. |
| Q3: | ¿Trabajaban algunos o se quedaban mucho tiempo o qué pasaba con ellos? | Q3: | Were there any who worked or who stayed for a long time or what happened with them? |
| Q: | I don't think they worked there. | Q: | I don't think they worked there. |
| A: | No, la gente que tenía papeles y americanos que iban a trabajar ahí, solo trabajaban como un mes, mes y medio, y veían sus cheques. Y como ellas - ellos podían reclamar, como tenían derecho a pedir aumento, y él no les daba, se iban porque - porque el pago era muy - muy (chico), 8 dólares (nada más). | A: | No, people who bad papers and Americans that worked there, they only worked for a month, a month and a half, and would see their paychecks. And since they - they could demand, since they had the right to ask for a raise, and he wouldn't give it to them, they would go because - because he paid very - very (little), 8 dollars (that's all). |
| Q2: | People that - people that worked there legally uh, they would only work there for about a month or so because they would see their first check and uh, they wouldn't like it and sense they were able to ask for a raise um, wouldn't get it then they - they just leave. | Q2: | People that - people that worked there legally uh, they would only work there for about a month or so because they would see their first check and uh, they wouldn't like it and sense they were able to ask for a raise um, wouldn't get it then they - they just leave. |
| A: | Entonces nosotros le decíamos a él que si nos podía dar - que si ya nos merecíamos un aumento, y así yo como a los tres meses que entré. Y él decía que si estábamos locos, que si no veíamos la - la televisión de cómo estaba la economía, porque no podía dar aumento. | A: | Then we asked him if he could give us - that if we deserved a raise, and since it had been three months since I had started there. And he said that we were crazy, if we had seen on the - the television how the economy was, that he couldn't give us a raise. |
| Q2: | We would - we would ask them if uh, if we desired a raise. He said for example him after three months he asked them and uh, he told them they were crazy and would if they a-tune to the TV and then - and uh, realize how bad the economy is. | Q2: | We would - we would ask them if uh, if we desired a raise. He said for example him after three months he asked them and uh, he told them they were crazy and would if they a-tune to the TV and then - and uh, realize how bad the economy is. |
| A: | Le pediamos aumento y decía que no. | A: | We asked him for a raise and he said |

GR000226

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 23

| | | | |
|---|---|---|---|
| | Entonces los que eran los - los americanos, o gente que tenía papeles le pedían un aumento, les decía que no, y ellos terminaban yéndose porque pues no merecían ganar eso. | | no., Then those that were - were Americans, or people that had papers asked him for a raise, he told them no, and they quit because it wasn't worth it earning that. |
| Q2: | Well we would ask for a raise and be tell us no and uh, the American's or the people that had uh, legal paperwork would ask them for a raise and he tell them know but they would just quit. | Q2: | Well we would ask for a raise and he tell us no and uh, the American's or the people that had uh, legal paperwork would ask them for a raise and he tell them know but they would just quit. |
| A: | Y - y también no aguantaban que gritara porque él quería gritar así de (todos), si se nos caía una comida al suelo, teníamos que juntarla, lavarla y volverla a poner a (vender). | A: | And - and also they couldn't stand the yelling because he liked to yell like that at (everyone), if we dropped food on the floor, we had to pick it up, clean it and put out again (to sell). |
| Q2: | They - they wouldn't - they wouldn't put up with his yelling. Because he says the food would fall in the - on the floor they have to pick it up wash it and put it back on the plate. | Q2: | They - they wouldn't - they wouldn't put up with his yelling. Because he says the food would fall in the - on the floor they have to pick it up wash it and put it back on the plate. |
| A: | Y - y ellos no - no soportaban eso, pues como mi - era una humillación y nos gritaban por cualquier cosa, y mejor se terminaban por ir, porque ellos en cualquier otro lugar podían ganar más de 10 - 15 dólares. | A: | And - and they couldn't - couldn't stand that, cause like for me - it was humiliating and they would yell at us for anything, and better to quit and leave, because they could earn more than 10 - 15 dollars at some other place. |
| Q2: | They - they wouldn't sport that, I mean they - they wouldn't uh, uh, put up with uh, the humility they were put under. And they could just go work somewhere else and make $10 - $15 dollars an hour. | Q2: | They - they wouldn't sport that, I mean they - they wouldn't uh, uh, put up with uh, the humility they were put under. And they could just go work somewhere else and make $10 - $15 dollars an hour. |
| A: | Y el de ahí - por eso nos trataba así él y (Lisa) porque sabían que nosotros íbamos a aguantar todo eso porque en ningún otro lugar pues íbamos a encontrar (un trabajo). | A: | And then - that's why they treated us like that, him and (Lisa), because they knew that we were going to put up with all that because we wouldn't be able to find (work) anywhere else. |
| Q2: | From there on he and (Lisa) would treat us badly because uh, they knew that they weren't gonna go find a job anywhere else. | Q2: | From there on he and (Lisa) would treat us badly because uh, they knew that they weren't gonna go find a job anywhere else. |
| A: | Y también una vez a - a un amigo, sa- | A: | And also one time a - a friend, they |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120.
Page 24

| | | | |
|---|---|---|---|
| | salieron afuera, tenían que ir a tirar una basura, y - y iban (Lisa) y otro compañero. | | went outside, they had to go take some trash out, and - and (Lisa) and the other coworker went. |
| Q2: | One time... | Q2: | One time... |
| A: | Y fue- y estaba una... | A: | And was - and it was a... |
| Q2: | One time a friend had - a friend had to go outside and throw some trash and uh, (Lisa) was accompanying him... | Q2: | One time a friend had - a friend had to go outside and throw some trash and uh, (Lisa) was accompanying him... |
| A: | Y le dijo a un amigo - estaba parado una - una camioneta de migración, y ella en burla dijo "Corran, corran ya que los van a agarrar." | A: | And she said to a friend - standing there was an - an immigration truck, and she mockingly said "Run, run before that catch you." |
| Q2: | ...oh, oh, (Lisa) uh, um, immigration vehicle parked out and she told `em run - run they're gonna catch you guys. | Q2: | ...oh, oh, (Lisa) uh, um, immigration vehicle parked out and she told `em run - run they're gonna catch you guys. |
| A: | Burlándose, (de que)... | A: | Mockingly, (about)... |
| Q2: | Poking fun at `em. | Q2: | Poking fun at `em. |
| Q: | Uh, this uh, really good I appreciate it. Uh, the - the friend um, that you referred to in the beginning? Your friend? | Q: | Uh, this uh, really good I appreciate it. Uh, the - the friend um, that you referred to in the beginning? Your friend? |
| Q2: | El - el amigo al que te referías al - al principio. | Q2: | The - the friend that you referred to at - at the beginning. |
| A: | Uh-huh. | A: | Uh-huh. |
| Q: | Does he still work there? | Q: | Does he still work there? |
| Q2: | ¿Todavía trabaja ahí? | Q2: | Does he still work there? |
| A: | Sí, él está ahí con nosotros, es uno de que – uno de los cuatro que quedaron. | A: | Yes, he's still there with us, he's one of the - one of the four that stayed. |
| Q2: | Uh, he's one of the four that are left. | Q2: | Uh, he's one of the four that are left. |
| Q: | Okay. | Q: | Okay. |
| Q2: | ¿Así que ya no trabaja ahí? | Q2: | So he doesn't work there anymore? |
| A: | Pero está aquí con nosotros. | A: | But he's there with us. |
| Q2: | He's - he's with us. | Q2: | He's - he's with us. |
| Q: | What's his name? | Q: | What's his name? |
| Q2: | ¿Cómo se llama? | Q2: | What's his name? |
| A: | (Fernando). | A: | (Fernando). |
| Q2: | (Fernando). | Q2: | (Fernando). |
| A: | A él - a él le decía muchas cosas porque él es, este, como - es... | A: | She would say a lot of things to him - to him, because he's, uh, like - he's... |
| Q2: | They would tell him a lot of stuff. | Q2: | They would tell him a lot of stuff. |
| A: | Es - es - ah. | A: | He's - he's - uh. |
| Q: | Who would tell him a lot... | Q: | Who would tell him a lot... |

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 25

| | | | |
|---|---|---|---|
| A: | No sé si es la palabra correcta de decir gay o no sé cómo se llama. | A: | I don't know if it's the right word, to say "gay" or I don't what it's called. |
| Q2: | Oh, I don't know if it's a proper word but - but he's gay. | Q2: | Oh, I don't know if it's a proper word but - but he's gay. |
| A: | Eh, mi amigo (Fernando). | A: | Uh, my friend (Fernando). |
| Q2: | My friend (Fernando). | Q2: | My friend (Fernando). |
| A: | Y e- esa (Lisa) le hacía mucha burla a él. Le decía (Lila), (Peggy). | A: | And that - that (Lisa) made fun of him a lot. She called him (Lila), (Peggy). |
| Q2: | (Lisa) would make fun of him. | Q2: | (Lisa) would make fun of him. |
| A: | Y así cosas pues que le ofendían a él – cosas. | A: | And things like that that were, well, offensive to him – things. |
| Q2: | Call him - call him a fag like that. Telling him words - things that would offend him. | Q2: | Call him - call him a fag like that. Telling him words - things that would offend him. |
| A: | A él - a él fue que le hizo la broma esa de que le dijo que corriera porque estaba el carro de - de (migración ahí). | A: | It was to him - to him that she made that joke, to run because the (immigration - immigration) car was there. |
| Q2: | I - he's the one that uh, she was making fun of with - when that uh, uh, immigration vehicle was present. | Q2: | I - he's the one that uh, she was making fun of with - when that uh, uh, immigration vehicle was present. |
| A: | Y a nosotros también, pues nos decía así que - porque - a nosotros no nos permitían hablar con las meseras, porque pues nosotros hablábamos con ellas y ellas decían que no y ellas de- como - las meseras iban algún día a vacacionar así, y nosotros les decíamos "Nosotros vamos a ir con ustedes." Y ella (sacaba) – decía "Pero si ustedes no se pueden subir ni a un avión porque no tienen papeles (unintelligible)." | A: | And us too, so they told us that - because - told us that we were not allowed to talk with the waitresses, because we talked to them and they said no and they - since - the waitresses were going on vacation one day, and we told them "We're going to go with you." And she (came out) – said "But if you all can't even board an airplane because you don't have papers (unintelligible)." |
| Q2: | They - they would um, you know, they were probited from talking to the waitress and uh, the waitresses would make comments about going on vacation and these guys would tell uh, them we're gonna go with you and uh, (Lisa) uh, say you guys - you guys couldn't even board an airplane you don't have papers. | Q2: | They - they would um, you know, they were prohibited from talking to the waitress and uh, the waitresses would make comments about going on vacation and these guys would tell uh, them we're gonna go with you and uh, (Lisa) uh, say you guys - you guys couldn't even board an airplane you don't have papers. |
| A: | A nosotros nos hacía que no estuviéramos hablando mucho tiempo | A: | (Brat) made it so that we couldn't talk much and - and he didn't want us |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 26

| | | | |
|---|---|---|---|
| | (Brat) y - y no quería que habláramos pues español en ningún momento. Y un día sacó… | | speaking in Spanish at any time. And one day he took… |
| Q2: | (Brat) - (Brat) didn't let us talk much and he - he didn't like uh, for us to be talking Spanish. | Q2: | (Brat) - (Brat) didn't let us talk much and he - he didn't like uh, for us to be talking Spanish. |
| A: | Un día - un día nos sacó una cinta - una cinta gris como para enrollar cajas o algo, y - y la soltó y dijo que si no nos callábamos con esa misma nos iba a - a enredar la boca para que nos quedáramos callados. | A: | One day - one day he took out tape - gray tape like for taping boxes or whatever, and - and he took it out and said that if we didn't shut-up he was going to - to tape our mouths shut with that very tape so that we would keep quite. |
| Q2: | Cinta como… | Q2: | Tape like… |
| A: | Una cin- un tape, como - ah-ha. | A: | A tap- a tape, like - ah-ha. |
| Q2: | They uh, brought out a - a gray type - a gray colored tape um, like a package of boxes and uh, and that - he said that if they didn't shut-up he was going to put that around their mouth. He's gonna tape - tape up their mouth. | Q2: | They uh, brought out a - a gray type - a gray colored tape um, like a package of boxes and uh, and that - he said that if they didn't shut-up he was going to put that around their mouth. He's gonna tape - tape up their mouth. |
| Q: | (Brat) said that? | Q: | (Brat) said that? |
| Q2: | Yeah. (Brat)? | Q2: | Yeah. (Brat)? |
| A: | Sí. | A: | Yes. |
| Q2: | Yeah. | Q2: | Yeah. |
| Q: | Okay. | Q: | Okay. |
| A: | A veces había un error así con un - con una - con un ticket que nos equivocábamos y se enojaba y nos empezaba a gritar y - y así. | A: | Sometimes there would be a mistake there with a - with a - with a ticket that got messed up, and he would get mad and start to yell at us and - and stuff like that. |
| Q2: | Sometimes - sometimes there was error on a - on a ticket and uh, - uh, he would uh, start yelling at them. | Q2: | Sometimes - sometimes there was error on a - on a ticket and uh, - uh, he would uh, start yelling at them. |
| Q: | Did (Brat) speak Spanish? | Q: | Did (Brat) speak Spanish? |
| Q2: | ¿(Brat) hablaba español? | Q2: | Did (Brat) speak Spanish? |
| A: | Un poco, solo groserías. | A: | A little bit, just curse words. |
| Q2: | Uh, very little only - only uh, curse words. | Q2: | Uh, very little only - only uh, curse words. |
| Q: | Did he understand it? | Q: | Did he understand it? |
| Q2: | ¿Él entendía? | Q2: | Did he understand it? |
| A: | ¿Español? | A: | Spanish? |
| Q2: | Sí. | Q2: | yes. |
| Q: | Yes did he understand it? | Q: | Yes did he understand it? |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 27

| | | | |
|---|---|---|---|
| A: | No, no, no mucho. Solamente él nos gritaba y nos decía que - por decir una orden, que traía papas, decía "Eh, babosos, este lleva papas." Y se nos (olvidaba) y todo eso. Así pues, hablaba español puras groserías. | A: | No, no, not a lot. He would just yell at us and give us - give us an order, to bring potatoes, he'd say "Hey, dummies, this one has potatoes." And we (had forgotten) and all that. Like that, in Spanish he just spoke pure curse words. |
| Q2: | He would - he would yell like curtain - for example something like uh, in order that - that required a potatoes he tell 'em, "bey dumb ass's, uh, this - this uh, order needs potatoes." And he would yell - uh, cuss at them. He - be only knew cuss words in Spanish. | Q2: | He would - he would yell like curtain - for example something like uh, in order that - that required a potatoes he tell 'em, "hey dumb ass's, uh, this - this uh, order needs potatoes." And he would yell - uh, cuss at them. He - he only knew cuss words in Spanish. |
| Q: | When you first met (Brat) uh, if he didn't understand Spanish that good was there somebody else present with him? | Q: | When you first met (Brat) uh, if he didn't understand Spanish that good was there somebody else present with him? |
| Q2: | Cuando tú recien conociste a (Brat) como él no habi- hablaba bien el español, ¿alguien más estaba presente ahí? | Q2: | When you had just met (Brat), since he didn't speak - speak Spanish well, was there someone else present then? |
| A: | Cuando yo fui con él, él me entrevistó y pues yo entiendo - sí entiendo un poquito inglés y por todo lo que él decía yo lo entendía. | A: | When I was with him, he interviewed me and I know - I actually know a little English and I understood everything that he said. |
| Q2: | When I... | Q2: | When I... |
| A: | Y le contestaba. | A: | And I answered him. |
| Q2: | ...when I went him he interviewed me but I - I know a little bit of Spanish or I understood what he asking and I was able to answer. | Q2: | ...when I went him he interviewed me but I - I know a little bit of Spanish or I understood what he asking and I was able to answer. |
| A: | Él decía todo en inglés y yo le entendía en inglés lo que él me decía. | A: | He said everything in English and I understood what he said to me in English. |
| Q2: | He would - he would talk to me in English and I understood what he was saying in English. | Q2: | He would - he would talk to me in English and I understood what he was saying in English. |
| A: | Y yo - yo le contestaba lo que él me quería decir, fue así como él me contrató pues. | A: | And I - I answered with what he wanted to know, that's how he hired me. |
| Q2: | And - and I would answer bim what he wanted to know and that's why he uh, hired me. | Q2: | And - and I would answer him what he wanted to know and that's why he uh, hired me. |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 28

| | | | | |
|---|---|---|---|---|
| Q: | Okay. So (Brat) was the only one present with you when he first met him? | Q: | Okay. So (Brat) was the only one present with you when he first met him? |
| Q2: | (Brat) era el único que estaba presente cuando tú…. | Q2: | (Brat) was the only one present when you… |
| A: | Sí, nada más nosotros, nosotros dos. | A: | Yes, only us, the two of us. |
| Q2: | Yes only - only us. | Q2: | Yes only - only us. |
| Q: | Does (Lisa) speak Spanish? | Q: | Does (Lisa) speak Spanish? |
| Q2: | ¿(Lisa) habla español? | Q2: | Does (Lisa) speak Spanish? |
| A: | No - no. | A: | No - no. |
| Q2: | No. | Q2: | No. |
| Q: | Uh, does she understand Spanish? | Q: | Uh, does she understand Spanish? |
| Q2: | ¿Ella entiende español? | Q2: | Does she understand Spanish? |
| A: | No. Tampoco. | A: | No. Neither. |
| Q2: | No. | Q2: | No. |
| Q: | Uh, would she ask somebody um, to translate for her? | Q: | Uh, would she ask somebody um, to translate for her? |
| Q2: | ¿Ella - ella os pedía que alguien le tradujera? | Q2: | Would she - she ask someone to translate? |
| A: | Sí, sí. | A: | Yes, yes. |
| Q2: | Yes. | Q2: | Yes. |
| Q: | Uh, who would that be usually? | Q: | Uh, who would that be usually? |
| Q2: | ¿Quién era usualmente? | Q2: | Who was that usually? |
| A: | Pues agarraba a cualquier cocinero que - que hablara más inglés y - y le decía "Oye, dile esto así y así." O a veces nada más gritaba y pues uno entiende lo que - cuando (unintelligible). | A: | Well, she would grab any cook that - that spoke the most English and - and tell them "Hey, tell him this and that." Or sometimes she'd just say it and someone would understand what - when (unintelligible). |
| Q2: | She would just get any cook that could uh, speak English and have them uh, translate. | Q2: | She would just get any cook that could uh, speak English and have them uh, translate. |
| Q: | All right do you member any of them uh, do we have any of those ones in custody? The - the - the cooks that you're talking about or referring too? | Q: | All right do you member any of them uh, do we have any of those ones in custody? The - the - the cooks that you're talking about or referring too? |
| Q2: | ¿Alguno de los - de los cocineros de que te estás refiriendo, están en custodia del (sheriff), fueron arrestados? | Q2: | Are any of the - the cooks that you're referring to in custody (by the sheriff), were they arrested? |
| A: | No. | A: | No. |
| Q2: | No. | Q2: | No. |
| Q: | Uh, what about (Brat) what did he do | Q: | Uh, what about (Brat) what did he do |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 – 3:49
Case # 13-189120
Page 29

| | | | |
|---|---|---|---|
| | the same thing? | | the same thing? |
| Q2: | ¿Y (Brat) hacía lo mismo? | Q2: | And (Brat), would he do the same thing? |
| A: | Sí, a veces sí decía - o a veces buscaba, si era una cosa como que de plano no - no podíamos entender, sí buscaba a alguien que nos tradujera. | A: | Yes, sometimes he'd say it - or sometimes he'd look for someone, if it was something he just simply wasn't - wasn't able to understand he'd look for someone to translate it for us. |
| Q2: | If there was something uh, flat out that we couldn't understand yeah he - he would uh, find ¿qui- quién? | Q2: | If there was something uh, flat out that we couldn't understand yeah he - he would uh, find, who - who? |
| A: | Buscaba un cocinero... | A: | He'd look for a cook... |
| Q2: | Uh, he would find... | Q2: | Uh, he would find... |
| A: | ...para que nos dijera. | A: | ...so he would tell us. |
| Q2: | ...he would find a cook to - to translate. | Q2: | ...he would find a cook to - to translate. |
| Q: | I see. Okay, uh, just the cooks he managers who translate anything? | Q: | I see. Okay, uh, just the cooks he managers who translate anything? |
| Q2: | ¿No más los cocineros traducían o algún manager - un manejador? | Q2: | Was it only the cooks that translated or any of the managers - a (manager)? |
| A: | Sí, el manejador también a veces tenía que traducirnos también. | A: | Yes, the (manager) also sometimes had to translate for us too. |
| Q2: | Yes manager at times had to translate. | Q2: | Yes manager at times had to translate. |
| Q: | Uh, eh, shoud we remember any of their names... | Q: | Uh, eh, shoud we remember any of their names... |
| Q2: | ¿Recuerdas el nombre...? | Q2: | Do you remember the name...? |
| Q: | ...that would translate? | Q: | ...that would translate? |
| Q2: | ¿...De ese manejador que traducía? | Q2: | Of that (manager) that would translate? |
| A: | Había un manejador que hablaba español que se llamaba creo... | A: | There was a (manager) that spoke Spanish that was called, I think... |
| Q2: | There was a manager a that spoke Spanish. | Q2: | There was a manager a that spoke Spanish. |
| A: | (Edgar), (Edgar). | A: | (Edgar), (Edgar). |
| Q2: | I believe his name was (David). | Q2: | I believe his name was (David). |
| A: | (Edgar) al que - cuando - cuando no entendíamos a hacer una cosa, él nos decía "Oh, que tiene que hacer esto así, así y así." | A: | (Edgar) who - when - when we didn't understand something, he would tell us "Oh, you have to do this like this, like this and that." |
| Q2: | So he thinks the one who wouldn't understand something he was the one that - that told us how we had to do it. | Q2: | So he thinks the one who wouldn't understand something he was the one that - that told us how we had to do it. |
| A: | Pero siempre pues él era el que nos (llegaba) así - o llegaba pues gritándonos y - y ya así como pues | A: | But he was always the one that (came) like that - or came screaming at us and - and like we all just stood there like, |

GR000233

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 30

| | | | |
|---|---|---|---|
| | todos nos quedábamos así como qué dijo. Y ya, alguien nos decía "Oh, dice que nos tenemos que poner a limpiar esto aquí que porque no sé qué." | | what did he say. And so, someone told us "Oh, he says that you need to start cleaning this here because whatever." |
| Q2: | He - he would come in yelling sometimes and we would just look - look at each other asking what be say. And uh, then somebody else would uh, come in and say that we had to start cleaning up. | Q2: | He - he would come in yelling sometimes and we would just look - look at each other asking what he say. And uh, then somebody else would uh, come in and say that we had to start cleaning up. |
| Q: | But when he says he would come in and start yelling who was be referring to? | Q: | But when he says he would come in and start yelling who was he referring to? |
| Q2: | Cuando él - dices "Él, él venía, él estaba gritando," ¿a quién te refieres? | Q2: | When he - you say "Him, he came, he was yelling", who are you referring to? |
| A: | A (Brat). | A: | To (Brat). |
| Q2: | (Brat). | Q2: | (Brat). |
| A: | (Brat) llegaba a decirnos "Junten esto y lávenlo," y así, y gritando pues. | A: | (Brat) came telling us "Pick that up and clean it," and things like that, and yelling. |
| Q2: | (Brat) would say uh, come in yelling and say pick up this and wash it. | Q2: | (Brat) would say uh, come in yelling and say pick up this and wash it. |
| Q: | Okay. Um, is there any other questions? | Q: | Okay. Um, is there any other questions? |
| Q2: | (Unintelligible). | Q2: | (Unintelligible). |
| Q3: | Lo de las horas. | Q3: | About the hours. |
| A: | Ah, de - de las horas, cuando nosotros no - no, este - no ponchábamos nosotros, no hacíamos ich in para marcar él las horas que hacíamos. | A: | Ah, about - about the hours, when we no - no, uh - we didn't clock in, we wouldn't clock in to keep the hours that we worked. |
| Q2: | Okay, we - we wouldn't clock in uh, the hours we worked. | Q2: | Okay, we - we wouldn't clock in uh, the hours we worked. |
| A: | Él - él solamente tenía una libreta, y - y nos apuntaba la hora a la que llegábamos. | A: | He - he just had a little book, and - and he marked the time when we arrived for us. |
| Q2: | He had a notebook and he would log the information - the - the time we got in. | Q2: | He had a notebook and he would log the information - the - the time we got in. |
| A: | Nosotros - nosotros entrábamos a las 5:00, y salíamos - se cerraba el local a las 11:00, pero nos teníamos que quedar a barrer y trapear y terminábamos como 11:40, o 11:30, así, variado pues, mucho. | A: | We - we started at 5:00, and left - the place closed at 11:00, but we had to stay to sweep and mop and we would finish at around 11:40 or 11:30, well, it varied a lot like that. |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 31

| | | | |
|---|---|---|---|
| Q2: | Uh, - uh, we would - we would start at 5 and 1 - and uh, the place would close at 11 but we would have to stay later uh, to - sweep and mop. And we end up getting out about 11:30 - 11:40 - 11:45. | Q2: | Uh, - uh, we would - we would start at 5 and 1 - and uh, the place would close at 11 but we would have to stay later uh, to - to sweep and mop. And we end up getting out about 11:30 - 11:40 - 11:45. |
| A: | Y él solamente nos apuntaba de 5:00 a 11:00 y los 40 minutos que trabajábamos no nos les apuntaba. | A: | And he only marked our hours as 5:00 to 11:00 and the 40 minutes we worked be wouldn't mark for us. |
| Q2: | And - and he would only - I was working from 5-11 and uh, extra 40 minutes, uh, he would - he wouldn't uh, he wouldn't allow them… | Q2: | And - and he would only - I was working from 5-11 and uh, extra 40 minutes, uh, he would - he wouldn't uh, he wouldn't allow them… |
| A: | Y nosotros hacíamos nuestras cuentas y - y teníamos que sacar nosotros como de 77- 78 horas, y él nos pagaba 72. Y cuando hacíamos overtime tampoco nos lo pagaba. | A: | And we did our own accounts and - and we had to work around 77-78 hours, and be paid us for 72. And when we worked overtime he also wouldn't pay us. |
| Q2: | We would calculate our hours and uh, we - we were supposed to get paid uh, 76-78 hours and he would pay us 72. And uh, when we worked over time he never paid it. | Q2: | We would calculate our hours and uh, we - we were supposed to get paid uh, 76-78 hours and he would pay us 72. And uh, when we worked over time he never paid it. |
| A: | Y luego nosotros nos quedábamos a limpiar el oven, por donde pasan las pizzas y todo eso, y nos quedábamos hasta 2:00-3:00 de la mañana, y - y supuestamente pues ahí íbamos a hacer overtime. Y - y realizábamos nuestros cheques, íbamos y le decíamos "Oye, aquí nos hacen falta horas, a ver," le decíamos. Y él según decía que iba a revisar el papel y solamente dividía las horas. | A: | And then we would stay to clean the oven, where the pizzas are cooked and all that, and we would stay until 2:00-3:00 in the morning, and - and supposedly we were going to make overtime for that. And - and with our checks we realized, we went and told him "Hey, some hours are missing here, let's see," we told him. And he said he was going to review the paperwork and only divided the hours. |
| Q2: | If um, - sometimes he would stay and clean the - the pizza oven from - until about 2-3 in the morning and uh, we - we figured we should be getting paid overtime for this and we uh, - we would tell (Brat) about it, he said he - he would look into it and when he did he would just divide the hour- divide the hours. | Q2: | If um, - sometimes he would stay and clean the - the pizza oven from - until about 2-3 in the morning and uh, we - we figured we should be getting paid overtime for this and we uh, - we would tell (Brat) about it, he said he - he would look into it and when he did he would just divide the hour- divide the hours. |
| A: | Y como - por decir, nosotros sí - | A: | And since - as an example, if we - we |

GR000235

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 32

| | Spanish | | English |
|---|---|---|---|
| | nosotros hacíamos el - siempre sacábamos 77 horas y cal- y cuando íbamos a limpiar el oven hacíamos cuatro o cinco horas extras. Entonces sabíamos nosotros que hacíamos más de 80 horas. Y no llegaban a esas horas, nos las recortaba todas. Y le decíamos "Oye, aquí faltan horas." Y decía - se enojaba, decía "No, todo está bien, si no les parece se pueden ir." Y - y así. | | made the - we always worked 77 hours and - and when we cleaned the oven we worked four or five hours extra. So we knew that we were working more than 80 hours. And we didn't get those hours, they shortened all those hours. And we would tell him "Hey, some hours are missing here." And he'd say - he'd get mad, he'd say "No, it's all fine, if if you don't think so, you can leave." And - and there it is. |
| Q2: | For example we - we would get our - our normal - time should have been 77 hours and we figured since we cleaned the oven uh, one day should have gone into overtime, we should have gotten over 80 hours. And uh, they would - they would bring it up to him and he would - he would get mad and tell 'em oh, everything - every things right - every things fine and uh, he tell 'em if you don't like it uh, you can leave. | Q2: | For example we - we would get our - our normal - time should have been 77 hours and we figured since we cleaned the oven uh, one day should have gone into overtime, we should have gotten over 80 hours. And uh, they would - they would bring it up to him and he would - he would get mad and tell 'em oh, everything - every things right - every things fine and uh, he tell 'em if you don't like it uh, you can leave. |
| Q3: | ¿Por qué no reclamaba nadie? | Q3: | Why didn't anybody complain? |
| A: | Porque si nos - pues, si reclamábamos mucho de más, pues nos podía correr y nosotros necesitábamos el trabajo. | A: | Because if we - well, if we complained too much, he could fire us and we needed the work. |
| Q2: | And if we complain too much he says uh, he could uh, - he could fire us and we - we needed the work. | Q2: | And if we complain too much he says uh, he could uh, - he could fire us and we - we needed the work. |
| Q: | When you say the notebook who was keeping track of this, the - the notebook? | Q: | When you say the notebook who was keeping track of this, the - the notebook? |
| Q2: | Cuando tú dices una - la libreta, ¿quién - quién mantenía el - el - quién mantenía la libreta?. | Q2: | When you say a - the little book, who - who kept it - it - who kept the little book? |
| A: | Él - él tenía la libreta. O se quedaba el encargado - el manejador que tenía que cerrar o - o el que estaba en esa hora pues trabajando. | A: | He - he had the little book. Or he was in charge of it - the (manager) that had to close or - or who was working at that time. |
| Q2: | He had or the manager that - that had to close. | Q2: | He had or the manager that - that had to close. |
| A: | No podíamos ver esa libreta porque, pues, no sé, se (inventaban) horas ahí que… | A: | We couldn't see that little book because, well, I don't know, they would make up hours there that… |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 33

| | | | |
|----|---------------------------------|----|---------------------------------|
| Q2: | We... | Q2: | We... |
| A: | ...inventaban. | A: | ...they made up. |
| Q2: | ...we couldn't see that uh, notepad because they would always invent the hours. | Q2: | ...we couldn't see that uh, notepad because they would always invent the hours. |
| Q: | Okay. | Q: | Okay. |
| A: | De las va- va-, perdón, las vacaciones también, no - no teníamos derecho a vacaciones, no te (va a decir) -si pedíamos vacaciones podíamos irnos pero no nos las pagaba. Y - y pues nunca nadie casi se quería tomar las vacaciones por eso. | A: | About va--va-, excuse me, vacation too, we - we didn't have the right to vacation, they're not (they're not going to say to you) - if we asked for vacation we could go but they wouldn't pay us. And - and so that's why almost nobody ever wanted to take any time off. |
| Q3: | ¿Por - por qué piensa que los trataban así? Why do you think he treated you that way? | Q3: | Why - why do you think they treated you like that? Why do you think he treated you that way? |
| A: | Pues porque - fuera - no sé, como no - nos - nos hacían sentir mal pues para que nosotros tuviéramos miedo hacia ellos y nunca protestáramos contra ellos. | A: | Well, because - it was - I don't know, since we didn't - we - they made us feel bad because we were afraid of what they did and we never complained to them. |
| Q2: | He - when it comes to vacation we - we could never ask for vacation because they wouldn't pay us for vacation. And uh, - uh, I believe he treated us like this because we couldn't - we couldn't protest it - we couldn't contest it. | Q2: | He - when it comes to vacation we - we could never ask for vacation because they wouldn't pay us for vacation. And uh, - uh, I believe he treated us like this because we couldn't - we couldn't protest it - we couldn't contest it. |
| A: | Como él siempre estaba gritando y nos regañaba de todo, entonces siempre teníamos que hacer las cosas bien y si hacíamos algo mal, ya sabíamos que nos iba a gritar o nos iba a (decir) cualquier cosa. | A: | Since he was always yelling and scolding us for everything, so we always had to do things well and if we did something wrong, then we knew that he was going yell at us or he was going to (say) anything to us. |
| Q2: | Since he would always yell at us we knew that we always had to do things right. Because if we do something right we knew he was going to yell at us. | Q2: | Since he would always yell at us we knew that we always had to do things right. Because if we do something right we knew he was going to yell at us. |
| Q3: | ¿Usted piensa que él sabía que ustedes eran ilegales? | Q3: | Do you think that he knew you were illegals? |
| A: | Sí. | A: | Yes. |
| Q2: | He think - he - he asked him if he | Q2: | He think - he - he asked him if he |

GR000237

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 34

| | | | |
|---|---|---|---|
| | thinks that he knew that they were illegal. | | thinks that he knew that they were illegal. |
| A: | Sí, sí, porque le digo que él - él… | A: | Yes, yes, because I'm saying that he - he… |
| Q2: | Yes because… | Q2: | Yes because… |
| A: | …Él nos decía - él nos decía de los papeles, en cuánto tiempo podíamos entregárselos. | A: | …He would ask us - he would ask us about our papers, how much time did we need to get them. |
| Q2: | ..yea-… | Q2: | ..yea-… |
| A: | Y siempre nos decía "Hy, amigos de ustedes que quieren trabajar, tráemelos aquí y que no - y - y pueden entrar a trabajar con nosotros." | A: | And he would always tell us "Hey, friends of yours who want to work, bring them to me here and that - and - and they can start working with us." |
| Q2: | …yes because he would ask us uh, in a time frame as to how long it would take for us to bring the papers in and he would uh, - he would tell us to spread the word to friends. | Q2: | …yes because he would ask us uh, in a time frame as to how long it would take for us to bring the papers in and he would uh, - he would tell us to spread the word to friends. |
| Q: | Uh-huh. | Q: | Uh-huh. |
| Q2: | That would wanna come and work. | Q2: | That would wanna come and work. |
| Q: | Did he ever say like, hey do you have a problem finding papers I could help you out? | Q: | Did he ever say like, hey do you have a problem finding papers I could help you out? |
| Q2: | ¿Al- alguna vez él te dijo que - que si tenían problemas cons- con conseguir papeles, um, que él les podía ayudar? | Q2: | Did - did he ever tell you that - that if you have a problem with - with getting papers, um, that he would help you? |
| A: | No. A mí no me tocó escuchar eso. | A: | No. I never had the chance to hear that. |
| Q2: | No I never - I never got to hear any of that. | Q2: | No I never - I never got to hear any of that. |
| Q4: | And his friends that he referred to work there who would they meet with when they'd come to the restaurant to get a job? | Q4: | And his friends that he referred to work there who would they meet with when they'd come to the restaurant to get a job? |
| Q2: | A - a los amigos que referían para el trabajo, ¿con quién - con quién se encontraban - con quién se citaban para venir a conseguir trabajo?. | Q2: | The friends that you referred to him for work, with whom - who did they meet with - with whom did they meet when they came for work? |
| A: | Cuando, pues él - por decir, si él citaba - decía, "Necesito a los - a - a gente," y nosotros hablábamos o les decíamos "Oye, quieres trabajar, ven aquí." Y pues si ellos llegaban en el momento que estaba (Brat) ahí, él hablaba con ellos. Y si no, pues el | A: | When, well him - I mean, if he arranged to meet - he said, "I need the - the - people," and we talked to them and told them "Hey, do you want work, come here." And so if they came at the time that (Brat) was there, he talked with them. And if not, then the |

GR000238

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 35

| | | | |
|---|---|---|---|
| | encargado, o el manejador que estuviera. | | one in charge, or the (manager) that was there. |
| Q2: | For example if we would call someone that - that wanted to work, if they would come in when (Brat) was in he would interview them. If - if not then uh, the - the manager in charge would interview them. | Q2: | For example if we would call someone that - that wanted to work, if they would come in when (Brat) was in he would interview them. If - if not then uh, the - the manager in charge would interview them. |
| ((Crosstalk)) | | ((Crosstalk)) | |
| Q3: | ¿Sabían todos que usaban papeles falsos? | Q3: | Did they all know they were using false papers? |
| A: | ¿De los - de los (patrones)? | A: | The - the (owners)? |
| Q3: | Sus compañeros. | Q3: | Your friends. |
| A: | Oh, sí. | A: | Oh, yes. |
| Q3: | Dí- dígale. | Q3: | Tell - tell him. |
| A: | Okay. Pues nuestros amigos sabían pues que todos entrábamos con - con papeles... | A: | Okay. Well, we friends knew, well, that everyone started with - with papers... |
| Q2: | All - all our friends knew that we (get) in without papers. | Q2: | All - all our friends knew that we (get) in without papers. |
| A: | Y la tarjeta de comida también, la de - la - ya ve que necesita- los cocineros necesitan una tarjeta de comida, de salubridad. | A: | And the food card too, the - the - since it was necessary - the cooks needed a food card, a sanitation card. |
| Q2: | Uh-huh. | Q2: | Uh-huh. |
| A: | Y - y después hubo un tiempo que ya me iban a aceptar, me iban a dar licencias, digo, las tarjetas esas, y no tenía una identificación de Phoenix. | A: | And - and then there was a time after they were going to accept me, they were going to give me a license, I mean, those cards, and I didn't have a Phoenix ID. |
| Q2: | Okay. Um, in refers to the food handler card there was a time came when they weren't gonna issue them out anymore um, if you didn't have a identification from Phoenix. | Q2: | Okay. Um, in refers to the food handler card there was a time came when they weren't gonna issue them out anymore um, if you didn't have a identification from Phoenix. |
| A: | Entonces él - este - cuando ya se iban a caducar, ponía unos pap- (Brat) ponía unos papeles donde tenía que - este - que estar, este, quiénes ya se iba a expirar sus tarjetas y que podíamos agarrar las mismas tarjetas, como hacíamos con los papeles. Falsos, pues. | A: | So he - uh - when they were going to expire, he put some (Brat) put some papers where there had to - uh - to be, uh, whose cards were going to expire and so we were able to get the same cards, like we did with the papers. False ones, I mean. |
| Q2: | He said he would uh, when uh, - when | Q2: | He said he would uh, when uh, - when |

GR000239

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 36

| | | | |
|---|---|---|---|
| | uh, - when the food handler car was gonna come uh, expire he would put up a list of people who needed to renew. And uh, they could use - they could use the - the - the same paperwork they use to get the team work. Las - las tarjetas que - que - la información que hicieron para obtener el trabajo era la información que daban para obtener las tarjetas. | | uh, - when the food handler car was gonna come uh, expire he would put up a list of people who needed to renew. And uh, they could use - they could use the - the - the same paperwork they use to get the team work. The - the cards that - that - the information they they gave to obtain work was the information that they gave to obtain the cards. |
| A: | Sí, pues teníamos que hacer - teníamos que (inventar) las tarjetas para poder renovarlas, para poder estar ahí, para cuando viniera salubridad y viera que todas estaban en - que no habían caducado. | A: | Yes, well we had to do - we had to (make up) the cards to be able to renew them, to be able to be there, for when sanitation came and they saw that everyone in - that they hadn't expired. |
| Q2: | Yeah he said we had to um, we had to uh, renew our cards for when uh, health department came, if they saw that the cards weren't expired. | Q2: | Yeah he said we had to um, we had to uh, renew our cards for when uh, health department came, if they saw that the cards weren't expired. |
| Q: | How would they get food handler card though if they just had a Mex- Mexican counsclor ID card? | Q: | How would they get food handler card though if they just had a Mex- Mexican counselor ID card? |
| Q2: | ¿Cómo - cómo obten- uh, obtenían las tarjetas de - de - de la comi- de food handler card? | Q2: | How - how would you obta- uh, would you get the cards for - for - for the food - the food handler card? |
| A: | Le hablábamos a una persona que hiciera las tarjetas. | A: | We'd call someone who made the cards. |
| Q2: | Oh, he would call somebody and make the cards. | Q2: | Oh, he would call somebody and make the cards. |
| Q: | Who would he call? | Q: | Who would he call? |
| Q2: | ¿Quién (hablaba)? | Q2: | Who (would you call)? |
| A: | Pues quien - quien la necesitara tenía que buscar a alguien que él le diera un número para que pudiera localizar a esa persona y le hiciera la tarjeta. | A: | So whoever - whoever needed one had to find someone to give him a number to locate that person and have him make the card. |
| Q2: | Whoever need one would have to locate someone that had a - a number so that they could have a card made. | Q2: | Whoever need one would have to locate someone that had a - a number so that they could have a card made. |
| Q: | Uh, what kind of card... | Q: | Uh, what kind of card... |
| Q2: | ¿Qué...? | Q2: | What...? |
| Q: | ...are you talking about? | Q: | ...are you talking about? |
| Q2: | ¿Qué tipo de carta? | Q2: | What kind of card? |
| A: | La de la salubridad. | A: | The sanitation card. |

GR000240

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 37

| | | | |
|---|---|---|---|
| Q2: | The health - the food handler card? | Q2: | The health - the food handler card? |
| A: | Uh-huh. | A: | Uh-huh. |
| Q2: | The food handler card. | Q2: | The food handler card. |
| Q: | Okay. | Q: | Okay. |
| A: | También con los cheques, como por decirle, hay gente que despedía nada más así como por - por - que no - que no aguantaban que les gritara o - o por cualquier cosa así que fuera, (Brat) se quedaba todos los cheques y no se los quería dar a nadie, según hasta que se presentaran ellos, pero pues luego nunca él se quedó y él tenía así como un libro donde tiene así de cheques que no ha entregado a nadie, de gente que... | A: | Also with the checks, for example, there are people that were just fired like that for - for - that didn't - that didn't tolerate to be yelled at or - or for something like that that was, (Brat) kept all the checks and didn't want to give them to anyone, unless they came for them, but then he just held them and like that he had like a book where he kept the checks that he hadn't given to anybody, people that... |
| Q2: | At first a bunch of people would quit that couldn't put up with the job anymore, uh, (Brat) would hold onto their checks, he wouldn't give it to them until they picked them up in person. But he ended up holding onto a stack of checks. | Q2: | At first a bunch of people would quit that couldn't put up with the job anymore, uh, (Brat) would hold onto their checks, he wouldn't give it to them until they picked them up in person. But he ended up holding onto a stack of checks. |
| Q: | And then real quick on the food card uh,... | Q: | And then real quick on the food card uh,... |
| Q2: | Sobre... | Q2: | About... |
| Q: | ...was the food card fake? | Q: | ...was the food card fake? |
| Q2: | ...So- sobre la tarjeta de la comida, ¿food handler card era falsa? | Q2: | ...About - about the food card, was the food handler card false? |
| A: | Sí, unas. | A: | Yes, some. |
| Q2: | Yeah some. | Q2: | Yeah some. |
| Q: | So the ones that didn't have a - uh, - uh, um, legal ID they would go get a fake food card? | Q: | So the ones that didn't have a - uh, - uh, um, legal ID they would go get a fake food card? |
| Q2: | Entonces los que no tenían una identificación legal, ¿iban a obtener una - una food handler card falsa? | Q2: | So those that didn't have a legal ID, they would get a - a false food handler card? |
| A: | Sí, tenían que agarrarla. | A: | Yes, they had to get it. |
| Q2: | Yes they have to get it. | Q2: | Yes they have to get it. |
| Q: | Okay. | Q: | Okay. |
| Q4: | (Unintelligible) should probably (unintelligible). | Q4: | (Unintelligible) should probably (unintelligible). |
| Q: | Yeah. Um, okay, um, time is 3:49 going off tape. | Q: | Yeah. Um, okay, um, time is 3:49 going off tape. |

# Exhibit "O"

INTERVIEW WITH VICTOR MORGAN VARGAS
Interviewer: Det. J. Henderson
Det. Cesar Brockman
Attorney Alex Navidad
Attorney Jamie Oliver
09/30/2013 - 3:49
Case # 13-189120
Page 38

16
17
18   This transcript has been reviewed with the audio recording submitted and it is an accurate
19   transcription.
20   Signed_____

Exhibit "P"

1
2
3
4
5
6
7         **INTERVIEW WITH JOSE MANUEL ARREDONDO-PARAMO**
8                 **Q=Det. Joshua Henderson**
9            **A=Jose Manuel Arredondo-Paramo**
10                  **A1=Claudia Lopez**
11                    **A2=Woman**
12
13

| | | |
|---|---|---|
| 14 | Q: | All right. This is Detective Henderson. I'm from Maricopa County Sheriff's |
| 15 | | Office, badge number 1458. I'm here today with Manuel Arredondo. You |
| 16 | | also go by Paramo? |
| 17 | | |
| 18 | A: | Yes. |
| 19 | | |
| 20 | Q: | Okay. Uh, did I say that right, your name -- Manuel Arredondo? |
| 21 | | |
| 22 | A: | Yeah. |
| 23 | | |
| 24 | Q: | Okay. What's your date of birth? |
| 25 | | |
| 26 | A: | May 30, 1983. |
| 27 | | |
| 28 | Q: | Okay. And then also present is his... |
| 29 | | |
| 30 | A1: | Claudia Lopez with Alcock and Associates, attorneys for, uh, Jose Arredondo- |
| 31 | | Paramo. Jose Manuel. And it should be, uh, reflected his name is Jose |
| 32 | | Manuel. |
| 33 | | |
| 34 | Q: | Okay. And doing the, uh - and a translator, too, as well is present and that is... |
| 35 | | |
| 36 | A2: | (Unintelligible). |
| 37 | | |
| 38 | A1: | And also an intern with our office, (Chelsea Peterson). |
| 39 | | |
| 40 | Q: | Okay. Sounds good. Uh, well let's get started. Uh, Manuel, um, I - I know |
| 41 | | you probably know a little bit why I'm here today to talk to you. Um, I talked |
| 42 | | to you a little bit over the phone that I wanted to speak with you reference to |
| 43 | | an investigation and on f- last Friday, I believe was it, uh, you were contacted |
| 44 | | by some of the other detectives that work with me and help me out on this |
| 45 | | investigation. |

# Exhibit "P"

| | | |
|---|---|---|
| 46 | | |
| 47 | A1: | Let me just make sure he's understanding what, uh - I mean... |
| 48 | | |
| 49 | Q: | Okay. I'm sorry. |
| 50 | | |
| 51 | A1: | Go ahead and... |
| 52 | | |
| 53 | A2: | We spoke the, uh, last Friday I think and other detectives also spoke to you |
| 54 | | about a phone call. I do not know if you remember. |
| 55 | | |
| 56 | A: | Mm-hm. Yes - yes. |
| 57 | | |
| 58 | Q: | Okay. So this is just a stem off of that. It's the same thing. Um, just maybe a |
| 59 | | little bit further questions on some of the answers that you gave. Uh... |
| 60 | | |
| 61 | A2: | This is the same thing. I am probably going to ask a few more questions but it |
| 62 | | is basically almost the same. |
| 63 | | |
| 64 | Q: | Um, really I want - I mean you - you already gave good information. You |
| 65 | | know? |
| 66 | | |
| 67 | A2: | You already gave good information. What I want... |
| 68 | | |
| 69 | Q: | So, uh, any - any questions or anything that you could think of? I just - just - |
| 70 | | you're - you're comfortable here. Or you should be comfortable, right? |
| 71 | | |
| 72 | A: | Mm-hm. |
| 73 | | |
| 74 | Q: | Okay. |
| 75 | | |
| 76 | A: | Yeah. |
| 77 | | |
| 78 | A2: | Are you comfortable? Do you have any questions? Do you have any |
| 79 | | comments? |
| 80 | | |
| 81 | A: | Yes. |
| 82 | | |
| 83 | Q: | So if there's nothin' you don't wanna - uh, if there's anything you don't |
| 84 | | understand, uh, just let somebody know. Either myself... |
| 85 | | |
| 86 | A2: | If there is anything you do not understand... |
| 87 | | |
| 88 | Q: | ...or the attorney. |
| 89 | | |
| 90 | A2: | ...just let us know... |

Exhibit "P"

| | | |
|---|---|---|
| 91 | | |
| 92 | A: | Okay. |
| 93 | | |
| 94 | A2: | ...me or... |
| 95 | | |
| 96 | A1: | Thank you. |
| 97 | | |
| 98 | Q: | Okay. So I'll ask you a question and then just give me a full, uh - to your best |
| 99 | | knowledge an answer. Um, like I s- like I said kinda before, uh, don't give me |
| 100 | | half, don't give me part. Um, I - I need it - I need all of it. Okay? |
| 101 | | |
| 102 | A2: | I am going to ask you things and I need you to answer all of it to me. I do not |
| 103 | | need – I do not want half, I do not want part, I want - I want everything you |
| 104 | | know. |
| 105 | | |
| 106 | A: | Okay. |
| 107 | | |
| 108 | Q: | I'm sure you understand, uh, what's on line here. I kn- I know that you were |
| 109 | | explained that, uh, this information you have to testify possibly. And it's not a |
| 110 | | threat. |
| 111 | | |
| 112 | A2: | I feel that – I know that you feel that this – can you repeat that last part? |
| 113 | | |
| 114 | Q: | Uh, this is it for, you know, whatever you say you might - you might have to |
| 115 | | testify to in - in front of probably people you don't want to. But like you were |
| 116 | | told - asked before this is a decision that you're gonna have to make. And |
| 117 | | that, obviously, you know, it looks like you made it - made it. Okay? |
| 118 | | |
| 119 | A2: | You know that what - what you are going to tell me here – you are probably |
| 120 | | going to have to testify against some people, um, later. You are probably not |
| 121 | | going to want to and you have the option if you want to testify. |
| 122 | | |
| 123 | Q: | Okay. And so the last part of... |
| 124 | | |
| 125 | A2: | Uh, or did it get that wrong? |
| 126 | | |
| 127 | A1: | Yeah. Uh, you wanna add the last part he said about it looks like he made his |
| 128 | | decision about going forward with it. Right? That's what you said at the end? |
| 129 | | |
| 130 | Q: | Yeah. |
| 131 | | |
| 132 | A2: | It seems like you made the decision that you did want to help out with that. |
| 133 | | |
| 134 | A: | Mm-hm. |
| 135 | | |

Exhibit "P"

| | | |
|---|---|---|
| 136 | Q: | And the last part, uh, that any information you provide if there - if I feel like |
| 137 | | there's something holding back I'm gonna ask you again. |
| 138 | | |
| 139 | A2: | If I feel that you are not telling me everything, I can ask you again once more. |
| 140 | | |
| 141 | A: | Okay. |
| 142 | | |
| 143 | Q: | And - and just give me the full - what - everything you know. Okay? |
| 144 | | |
| 145 | A2: | And just give me – answer the entire question. |
| 146 | | |
| 147 | A: | Okay. |
| 148 | | |
| 149 | Q: | Okay. Uh, when did you start at (Uncle Sam)'s? Approximately a year and |
| 150 | | month if you know. |
| 151 | | |
| 152 | A2: | When did you start at Uncle Sam's? So approximately the year and the month. |
| 153 | | |
| 154 | A: | The year? I might remember. I mean, it was in '98. |
| 155 | | |
| 156 | A2: | Maybe 1998. |
| 157 | | |
| 158 | Q: | Uh, do you know precisely the month? |
| 159 | | |
| 160 | A2: | Month? |
| 161 | | |
| 162 | A: | Month exactly – many years have passed. I do not remember exactly what… |
| 163 | | |
| 164 | A2: | It's been so many years I really don't remember exactly what month. |
| 165 | | |
| 166 | Q: | Okay. Uh, and what was that process like when you came in? Did you talk to |
| 167 | | somebody? Do you remember who you talked to? |
| 168 | | |
| 169 | A2: | What was that process like? When you went there, did you speak to someone |
| 170 | | or how did that happen? |
| 171 | | |
| 172 | A: | Well, I just went there. I mean, I went there. |
| 173 | | |
| 174 | A2: | I just went there. |
| 175 | | |
| 176 | A: | I went. I asked for work. |
| 177 | | |
| 178 | A2: | I went in and asked for work. |
| 179 | | |
| 180 | A: | They gave me – they asked me… |

GR000246

# Exhibit "P"

| | | |
|---|---|---|
| 181 | | |
| 182 | Q: | Did you hear about the job from somebody? |
| 183 | | |
| 184 | A: | No. |
| 185 | | |
| 186 | Q: | No? Okay. And then after you went in there and asked for a job, uh, then |
| 187 | | what? |
| 188 | | |
| 189 | A2: | After you asked for – after you asked for the job, what happened after that? |
| 190 | | |
| 191 | A: | Well, they just asked me for – I mean, my papers. I took my... |
| 192 | | |
| 193 | A2: | They asked for my papers. |
| 194 | | |
| 195 | A: | ...I took my papers. |
| 196 | | |
| 197 | A2: | I took my papers. |
| 198 | | |
| 199 | A: | They said to me, "Okay. Everything is good." |
| 200 | | |
| 201 | A2: | And they said, "Okay. Everything's good." |
| 202 | | |
| 203 | Q: | What kind of papers did they ask for? |
| 204 | | |
| 205 | A2: | What kind of papers did they ask you for? |
| 206 | | |
| 207 | A: | Well, I mean, he told me your ID or your social. |
| 208 | | |
| 209 | A2: | For identification or your Social. |
| 210 | | |
| 211 | Q: | Okay. And you said you were able to present th- these identifications that |
| 212 | | they asked? |
| 213 | | |
| 214 | A2: | And you said that you could - you could present the identification? |
| 215 | | |
| 216 | A: | Well, I just told them – I - I was looking for work. I just gave them what I had. |
| 217 | | |
| 218 | A2: | I was just looking for work so I gave them what I had. |
| 219 | | |
| 220 | Q: | Okay. And - and was that a Social Security card and a ID, you said? What |
| 221 | | kind of ID? |
| 222 | | |
| 223 | A2: | And was that a social... |
| 224 | | |
| 225 | A: | It was a - it was a residence, like this, only. |

GR000247

| 226 | | |
|---|---|---|
| 227 | A2: | It was a... |
| 228 | | |
| 229 | A: | Res... |
| 230 | | |
| 231 | A1: | A residence. |
| 232 | | |
| 233 | A2: | It was a residence. |
| 234 | | |
| 235 | Q: | Okay. |
| 236 | | |
| 237 | A1: | A card. |
| 238 | | |
| 239 | Q: | And then the Social Security? |
| 240 | | |
| 241 | A: | And a Social. |
| 242 | | |
| 243 | Q: | Social Security card? |
| 244 | | |
| 245 | A2: | And Social card. |
| 246 | | |
| 247 | A: | Right. |
| 248 | | |
| 249 | Q: | Okay. Where did you get the Social Security card? |
| 250 | | |
| 251 | A2: | Where did you get the Social? |
| 252 | | |
| 253 | A: | (They bought) it on the street. I mean, at that time I was what, 15, 16 years |
| 254 | | old. I mean... |
| 255 | | |
| 256 | A2: | Back when I was 15, 16 years old... |
| 257 | | |
| 258 | A: | ...I mean, I bought it on the street. |
| 259 | | |
| 260 | A2: | ...I bought it in the street. |
| 261 | | |
| 262 | Q: | Okay. Uh, um, do you remember where at - at the street? Like where s- |
| 263 | | Phoenix? Where? |
| 264 | | |
| 265 | A: | No. We... |
| 266 | | |
| 267 | A2: | Do you remember where in Phoenix, in the city of Phoenix? |
| 268 | | |
| 269 | A: | No, I mean, remembering now – I do not even remember where it was. |
| 270 | | |

GR000248

Exhibit "P"

| | | |
|---|---|---|
| 271 | A2: | I don't remember where it was. |
| 273 | Q: | Okay. Uh, did you know anybody else that worked at (Uncle Sam)'s before you started working there? |
| 276 | A2: | Did you know anyone that worked at Uncle Sam's before you started working there? |
| 279 | A: | I had just arrived... |
| 281 | A2: | I had just gotten here. |
| 283 | A: | ...and I mean, when I went there – until I got there, some cousins worked there. |
| 286 | A2: | When I got there my - some of my cousins worked there. |
| 288 | Q: | Okay. Uh, do they still work there? |
| 290 | A: | No. |
| 292 | Q: | And did they tell you that they were - that they were hiring? Did... |
| 294 | A1: | Can you... |
| 296 | A2: | They - they told you that they were hiring people? |
| 298 | A: | No. |
| 300 | A1: | Okay. |
| 302 | Q: | And then did they, uh, have - did they purchase a Social Security card? Or they - did they have... |
| 305 | A2: | Did they buy a Social? |
| 307 | A: | No, I - I – they have lived here their whole lives. They are... |
| 309 | A2: | They'd been living here their whole lives. |
| 311 | A: | ...they are – they have everything here. |
| 313 | A2: | They have everything here. |
| 315 | A: | Then I came to meet them here. |

GR000249

# Exhibit "P"

316
317  A2:   (Unintelligible) meet them here...
318
319  A:    I did not – I mean...
320
321  A2:   ...(unintelligible)...
322
323  A:    ... they are my relatives...
324
325  A2:   ...(unintelligible).
326
327  A:    ...but I started getting to know them then, from when I was – I was very little.
328
329  A2:   When I got here is when I met them.
330
331  Q:    Oh, okay. All right. And so you presented the IDs and then do you remember
332        what forms you filled out?
333
334  A2:   You presented the identification. Do you remember what forms you filled out?
335
336  A:    No. Not right now. I do not - I do not remember anymore.
337
338  A2:   I don't remember.
339
340  Q:    Uh, how about if I, um - if I say, like, an employee application, do you
341        remember that -- filling that out?
342
343  A:    Mmm, maybe – I mean, I - I - I...
344
345  A2:   Do you remember...
346
347  A:    ...I - I...
348
349  A2:   ...filling out an application?
350
351  A:    ...I think I did fill out an application.
352
353  A2:   I - it seems like I did sit there and...
354
355  A:    I mean...
356
357  A2:   ...fill out applications.
358
359  A:    ...I should have filled out one.
360

# Exhibit "P"

| | | |
|---|---|---|
| 361 | A2: | I - I should have filled out. |
| 362 | | |
| 363 | A: | I think I did fill one out. |
| 364 | | |
| 365 | A2: | It seems like I did fill out an application. |
| 366 | | |
| 367 | Q: | And then was - was - did you have to fill out that completely?  Would you - |
| 368 | | do you remember that being fi... |
| 369 | | |
| 370 | A2: | Did you have to fill it out completely... |
| 371 | | |
| 372 | A: | Mm. |
| 373 | | |
| 374 | A2: | ...or do you remember or... |
| 375 | | |
| 376 | A: | No. |
| 377 | | |
| 378 | A2: | No. |
| 379 | | |
| 380 | A: | I remember that I just – I mean, I think that it was just my information, my... |
| 381 | | |
| 382 | A2: | I remember that I just had to give my details. |
| 383 | | |
| 384 | A: | ...m- my name... |
| 385 | | |
| 386 | A2: | My name. |
| 387 | | |
| 388 | A: | ...address... |
| 389 | | |
| 390 | A2: | Address. |
| 391 | | |
| 392 | A: | ...phone number. All (unintelligible). |
| 393 | | |
| 394 | Q: | And - and they wrote it down for you? |
| 395 | | |
| 396 | A2: | Did they write it down for you? |
| 397 | | |
| 398 | A: | I do not remember who filled it out at that time... |
| 399 | | |
| 400 | A2: | I don't remember... |
| 401 | | |
| 402 | A: | ...if I did it or... |
| 403 | | |
| 404 | A2: | I don't remember if I filled it out or... |
| 405 | | |

GR000251

# Exhibit "P"

| 406 | A: | ...if somebody filled it out. |
| 407 | | |
| 408 | A2: | ...if somebody filled it out. |
| 409 | | |
| 410 | Q: | Okay. And then did you start work that day? |
| 411 | | |
| 412 | A2: | Did you start working that day? |
| 413 | | |
| 414 | A: | I do not remember if it was that same day or if it was later. |
| 415 | | |
| 416 | A2: | I don't remember if it was that same day or days after. |
| 417 | | |
| 418 | Q: | Okay. Now that, uh, Social Security number that you provided, uh, earlier |
| 419 | | you had said that you had to come back and (Brett) had asked for that. Who's |
| 420 | | (Brett), by the way? |
| 421 | | |
| 422 | A: | (Brett)? |
| 423 | | |
| 424 | A2: | You told the Social Security that you had to give – later you had to go talk to |
| 425 | | (Brett). Who is (Brett)? |
| 426 | | |
| 427 | A: | (Brett) is the owner. |
| 428 | | |
| 429 | A2: | (Brett) is the owner. |
| 430 | | |
| 431 | Q: | Of? |
| 432 | | |
| 433 | A: | (Uncle Sam)'s. |
| 434 | | |
| 435 | Q: | Okay. Um, so once you pre- presented that initial information... |
| 436 | | |
| 437 | A2: | When you presented that information... |
| 438 | | |
| 439 | Q: | ...you didn't have to provide any other information from that point on? |
| 440 | | |
| 441 | A2: | ...you did not have to give more information after that? |
| 442 | | |
| 443 | A: | No. |
| 444 | | |
| 445 | Q: | Okay. |
| 446 | | |
| 447 | A: | When - when I entered, I imagine that his father was still alive. |
| 448 | | |
| 449 | A2: | When I entered I image that his dad was still alive. |
| 450 | | |

# Exhibit "P"

| 451 | Q: | And what store did you go, uh, um, get hired at? |
| 452 | | |
| 453 | A2: | At what store did they hire you? |
| 454 | | |
| 455 | A: | On 32nd Street and Shea. |
| 456 | | |
| 457 | A2: | 32nd Street and Shea. |
| 458 | | |
| 459 | Q: | Okay. Uh, was - was (Brett) there when you went in... |
| 460 | | |
| 461 | A2: | Was (Brett) there... |
| 462 | | |
| 463 | Q: | ...to get hired? |
| 464 | | |
| 465 | A2: | ...when you went – you went there so that they could hire you? |
| 466 | | |
| 467 | A: | I remember that it seems that he was there. I do not remember if I spoke to |
| 468 | | him. |
| 469 | | |
| 470 | A2: | I remember it seems like he was there. I don't remember if I spoke with him. |
| 471 | | |
| 472 | Q: | Okay. And then when you started working what was your job title, position? |
| 473 | | |
| 474 | A2: | When you started working there, what was your title? |
| 475 | | |
| 476 | A: | Busboy. |
| 477 | | |
| 478 | A2: | Busboy. |
| 479 | | |
| 480 | Q: | And then about how long did you do that for? |
| 481 | | |
| 482 | A2: | About how much time did you do that for? |
| 483 | | |
| 484 | A: | About four years. |
| 485 | | |
| 486 | A2: | About four years. |
| 487 | | |
| 488 | Q: | And - and then the next position was? |
| 489 | | |
| 490 | A: | Uh, cook. |
| 491 | | |
| 492 | A2: | The next position was... |
| 493 | | |
| 494 | A: | Cook. |
| 495 | | |

GR000253

# Exhibit "P"

| | | |
|---|---|---|
| 496 | A2: | Cook. |
| 497 | | |
| 498 | Q: | Okay. So then we're talkin' 2009 time frame. Then what position? |
| 499 | | |
| 500 | A: | I was cook... |
| 501 | | |
| 502 | A2: | So it was about 2- 2009 and then... |
| 503 | | |
| 504 | A: | I was a cook... |
| 505 | | |
| 506 | A2: | I was a cook. |
| 507 | | |
| 508 | A: | ...and there are four stations in the kitchen. |
| 509 | | |
| 510 | A2: | There's four stations in the kitchen. |
| 511 | | |
| 512 | A: | I was working... |
| 513 | | |
| 514 | A2: | I was working... |
| 515 | | |
| 516 | A: | I started - I started – in fact, I did not want to move to the kitchen... |
| 517 | | |
| 518 | A2: | I was - again I worked in the kitchen. |
| 519 | | |
| 520 | A: | ...because I made – I was doing very well – I was doing well with my tips and |
| 521 | | everything as a busboy. |
| 522 | | |
| 523 | A2: | I used to get good tips as a busboy. |
| 524 | | |
| 525 | A: | But the kitchen offered it to me. I said, "Okay." I needed the money. I said... |
| 526 | | |
| 527 | A2: | They offered me as a cook and I said okay 'cause the money. |
| 528 | | |
| 529 | A: | I moved to the kitchen. |
| 530 | | |
| 531 | A2: | I moved to the kitchen. |
| 532 | | |
| 533 | A: | I learned everything about the kitchen. |
| 534 | | |
| 535 | A2: | I learned everything from the kitchen. |
| 536 | | |
| 537 | A: | So, um, time went by. This... |
| 538 | | |
| 539 | A2: | Time passed. |
| 540 | | |

# Exhibit "P"

| 541 | A: | ...was happening as years went by. |
|-----|-----|-----|
| 543 | A2: | Years past. |
| 545 | A: | Um, he went there one day and offered me the position of - of manager. |
| 547 | A2: | He got there one day and offers me the position of a manager. |
| 549 | A: | Because he probably heard from another manager that apparently I... |
| 551 | A2: | 'Cause some... |
| 553 | A: | ...moved – I mean, I worked in all the stations. I knew how to move the... |
| 555 | A2: | He heard from another manager that I can work all the stations. |
| 557 | A: | So he made me the offer. |
| 559 | A2: | So he offered me to be a manager. |
| 561 | A: | I rejected it... |
| 563 | A2: | I refused it. |
| 565 | A: | ...because I did not want to take so much responsibility. |
| 567 | A2: | Because I didn't wanna have a - so much responsibility. |
| 569 | A: | I did not feel - I did not feel capable because of my language. |
| 571 | A2: | I didn't feel capable because of my language. |
| 573 | A: | I did not feel - I did not feel as though I knew 100% to get into a position like this one. |
| 576 | A2: | I can really thank you 100% to take a decision like that. |
| 578 | A: | So I denied it the first time. |
| 580 | A2: | So I denied it the first time. |
| 582 | A: | He said to me, "Think about it." I am going to... |
| 584 | A2: | He said think about it... |

# Exhibit "P"

| | | |
|---|---|---|
| 586 | A: | ...talk to you again. |
| 587 | | |
| 588 | A2: | ...I'm gonna talk with you again. |
| 589 | | |
| 590 | A: | He talked to me again. |
| 591 | | |
| 592 | A2: | He talked to me again. |
| 593 | | |
| 594 | A: | My answer was the same. |
| 595 | | |
| 596 | A2: | My answer was the same. |
| 597 | | |
| 598 | A: | When he - he offered me that, another manager was sitting with... |
| 599 | | |
| 600 | A2: | When he offered me that there was another... |
| 601 | | |
| 602 | A: | ...him and myself. |
| 603 | | |
| 604 | A2: | ...guy who sit down - sitting down with me and him. |
| 605 | | |
| 606 | A: | He does not work for him anymore. |
| 607 | | |
| 608 | A2: | He doesn't work for him anymore. |
| 609 | | |
| 610 | A: | So he told me, "It is good, your – it is good, your –" |
| 611 | | |
| 612 | A2: | He used to tell me... |
| 613 | | |
| 614 | A: | "The offer he is making you is good." |
| 615 | | |
| 616 | A2: | ...that the offer was a good offer. |
| 617 | | |
| 618 | A: | So he kept insisting... |
| 619 | | |
| 620 | A2: | So he kept insisting. |
| 621 | | |
| 622 | A: | ...and then he said to me – I said to him, "Okay." |
| 623 | | |
| 624 | A2: | And I told him okay. |
| 625 | | |
| 626 | A: | "I am going to – I am going to start but I want you to start..." |
| 627 | | |
| 628 | A2: | I'm gonna start... |
| 629 | | |

# Exhibit "P"

| | | |
|---|---|---|
| 630 631 | A: | "...for you to start me nex– I mean, I do not want to take the - the position as..." |
| 632 | | |
| 633 | A2: | I don't wanna take the position as... |
| 634 | | |
| 635 | A: | "...as manager imm- immediately." |
| 636 | | |
| 637 | A2: | ...as a manager immediately. |
| 638 | | |
| 639 | A: | "I want you to start teaching me little by little." |
| 640 | | |
| 641 | A2: | I want you to teach me little by little. |
| 642 | | |
| 643 | A: | So he said, "That is fine." |
| 644 | | |
| 645 | A2: | He said that's fine. |
| 646 | | |
| 647 | A: | So we I took it – I took it and he – he said to me, "Okay. You are manager." |
| 648 | | |
| 649 | A2: | He said, "Okay. You're a manager." |
| 650 | | |
| 651 652 | A: | So he started – he did not do it. He did not put me as I told him. I mean, as - as having me as only a supervisor first. |
| 653 | | |
| 654 | A2: | He didn't care if I act as a supervisor first. |
| 655 | | |
| 656 657 | A: | He said, "I do not want to have managers at a level. I do not want others – you at another level. I want everyone at the same level." |
| 658 | | |
| 659 | A2: | I don't want the managers at different position and... |
| 660 | | |
| 661 | A: | In... |
| 662 | | |
| 663 | A2: | ...I want everybody in a di- in the same position. |
| 664 | | |
| 665 | A: | ...so he told me, "You are manager." So he... |
| 666 | | |
| 667 | A2: | So he told me, "You're a manager." |
| 668 | | |
| 669 | A: | ...he put me in as a manager... |
| 670 | | |
| 671 | A2: | He put me as a manager. |
| 672 | | |
| 673 | A: | ...and from then on well, I was a manager. |
| 674 | | |

GR000257

# Exhibit "P"

| 675 | A2: | And from then on I was a manager. |
| 676 | | |
| 677 | Q: | Were you ever required to obtain a food handler's card? |
| 678 | | |
| 679 | A2: | Did they require you to get a card of – so you could be – to handle food? |
| 680 | | |
| 681 | A: | Yes. |
| 682 | | |
| 683 | Q: | Do you remember approximately when you first got your food handler's card, |
| 684 | | what year? |
| 685 | | |
| 686 | A2: | Do you remember what the first year you got it was? |
| 687 | | |
| 688 | A: | No. |
| 689 | | |
| 690 | Q: | Was it right away? |
| 691 | | |
| 692 | A2: | Was it right away? |
| 693 | | |
| 694 | A: | Yes, I mean, I imagine it was because he asked everyone – he asked every |
| 695 | | employee for a - a food card. |
| 696 | | |
| 697 | A2: | I imagine yes 'cause every em- he asked that from every employee. |
| 698 | | |
| 699 | Q: | And was there ever a time to where you couldn't get a food handler's card |
| 700 | | because the identification you - you were using? Or... |
| 701 | | |
| 702 | A2: | Was there a time you could not use (unintelligible)... |
| 703 | | |
| 704 | A: | From a certain time on, yes. One could not - one could not – I got my last one |
| 705 | | and it stayed there. I mean... |
| 706 | | |
| 707 | A2: | I - there was a time when that I couldn't keep getting it. I got the last one and |
| 708 | | it's the one that... |
| 709 | | |
| 710 | A: | It was the only one I had over there. |
| 711 | | |
| 712 | A2: | And it was the only one that I had. |
| 713 | | |
| 714 | Q: | Do you remember how long ago that was? |
| 715 | | |
| 716 | A2: | Do you remember that – how much time that was? |
| 717 | | |
| 718 | A: | Not exactly. There was a time, I do not know on what date, I could not – it |
| 719 | | was not possible to... |

# Exhibit "P"

| | | |
|---|---|---|
| 720 | | |
| 721 | A2: | Not - not exactly. I don't know what was the date when I couldn't get it |
| 722 | | anymore. |
| 723 | | |
| 724 | Q: | Not even a year? Could you remember a year that - that your last year you got |
| 725 | | it? |
| 726 | | |
| 727 | A2: | You don't remember a year? The last year.. |
| 728 | | |
| 729 | A: | No, that (unintelligible)... |
| 730 | | |
| 731 | A2: | ...you got it? |
| 732 | | |
| 733 | A: | It is more than a year. I mean, it has what, about... |
| 734 | | |
| 735 | A2: | It's been more than a year. |
| 736 | | |
| 737 | A: | ...what do I know, about four years, maybe. |
| 738 | | |
| 739 | A2: | Maybe, like, four years. |
| 740 | | |
| 741 | Q: | All right. And then did you tell (Brett) that you couldn't get a food handler's |
| 742 | | card? |
| 743 | | |
| 744 | A2: | Did you tell (Brett) that you could not get a card that allows you to handle |
| 745 | | food? |
| 746 | | |
| 747 | A: | Well, I mean, I never - never – he never... |
| 748 | | |
| 749 | A2: | No. He never... |
| 750 | | |
| 751 | A: | ...he never asked me – after that, then, I mean... |
| 752 | | |
| 753 | A2: | ...asked for anything. |
| 754 | | |
| 755 | A: | ...mine was there. It was – but it was expired. |
| 756 | | |
| 757 | A2: | Mine was there but it was expired. |
| 758 | | |
| 759 | Q: | And did (Brett) know that was expired? |
| 760 | | |
| 761 | A2: | Did (Brett) knew it was expired? |
| 762 | | |
| 763 | A: | Mmm, I do not know if he knew or he... |
| 764 | | |

# Exhibit "P"

| | | |
|---|---|---|
| 765 | A2: | I didn't know. I don't know if... |
| 766 | | |
| 767 | A: | ...did not know... |
| 768 | | |
| 769 | A2: | ...he knew or if... |
| 770 | | |
| 771 | A: | ...but my card was there, in the book. |
| 772 | | |
| 773 | A2: | I don't know if he knew or didn't know but my card was in the book. |
| 774 | | |
| 775 | Q: | And - and this book had everybody's card in there? |
| 776 | | |
| 777 | A2: | And this book had everyone's card? |
| 778 | | |
| 779 | A: | Well, I mean, it had the workers', the ones that were coming in. |
| 780 | | |
| 781 | A2: | Some of the workers. |
| 782 | | |
| 783 | A: | He asked for cards to – if he hired you today, the next day – then - then, I |
| 784 | | mean, then - then he would ask you – "You are going to need your card." |
| 785 | | |
| 786 | A2: | If he would hire you today at the next - the next day you had to have your |
| 787 | | card. He - and he... |
| 788 | | |
| 789 | A: | He would give you a few days. I mean, he would tell you, "You know what?" |
| 790 | | |
| 791 | A2: | He'd give you s- a couple days to get the card. |
| 792 | | |
| 793 | A: | "You are going to need the card. You have to get it." |
| 794 | | |
| 795 | A2: | You're gonna need the card so you have to get it. |
| 796 | | |
| 797 | Q: | This book - (Brett) would go through this book and see all the cards? |
| 798 | | |
| 799 | A2: | This book, uh, did (B)- (Brett) check... |
| 800 | | |
| 801 | A: | He had a book in every store... |
| 802 | | |
| 803 | A2: | In every store you have to have... |
| 804 | | |
| 805 | A: | ...of every store... |
| 806 | | |
| 807 | A2: | He had a book of every store. |
| 808 | | |
| 809 | A: | ...of every store. Mine was in the one I was in. I mean, I do not know if he... |

# Exhibit "P"

810
811   A2:    Mine was in, uh - mine was in the book of the store that I worked at.
812
813   A:     ...I do not know if he saw it, if he would look at it, if he would be checking
814          them.
815
816   A2:    I don't know if...
817
818   A:     I do not know.
819
820   A2:    ...he saw it, if he would look at, if he was checking it. I don't know.
821
822   Q:     And - and in that year that it expired approximately four years ago, you said,
823          um...
824
825   A2:    In that year it expired, possibly four years ago...
826
827   Q:     ...(Brett) never asked you about it again?
828
829   A2:    ...(Brett) never asked you about that again?
830
831   A:     He would come to – the county health inspections would come check all that
832          and they did put - they would put like, how should I say it...
833
834   A2:    He would come and check.
835
836   A:     I think that, uh, the county health inspections would give him bad points for
837          not having everyone's sometimes.
838
839   A2:    He - sometimes he would get negative points for not, um...
840
841   A:     For not having them all.
842
843   A2:    ...for not having all of it.
844
845   Q:     And the...
846
847   A1:    Let - let's just clarify some who that is. The county.
848
849   A2:    The county.
850
851   Q:     The inspections. County health inspections.
852
853   A2:    County inspections.
854

# Exhibit "P"

| 855<br>856<br>857 | A: | So I do not know if he – as I tell you, I do not know if he knew that it was not – that it was expired or he simply… |
|---|---|---|
| 858<br>859 | A2: | So I don't know if he knew that it was expired or simply… |
| 860<br>861 | Q: | But he never asked you? |
| 862<br>863 | A: | No. |
| 864<br>865 | A2: | But he never asked you? |
| 866<br>867<br>868 | Q: | Okay.  So going back to when you made manager and that was approximately what year? |
| 869<br>870 | A2: | Going back to when you were a manager? |
| 871<br>872 | A: | I do not remember exactly in which year I started as a manager… |
| 873<br>874 | A2: | I don't remember exactly what year I started as a manager. |
| 875<br>876 | A: | …but I did – I mean, it was the last years – I mean, that uh… |
| 877<br>878 | A2: | It was the last years.  Um… |
| 879<br>880 | A: | …mmm, 2000 – I lasted what, about… |
| 881<br>882 | A2: | It was like two thousand and… |
| 883<br>884 | A: | …it could have been about five or six years or seven. I do not know. |
| 885<br>886<br>887 | A2: | It could've been possibly five or six or seven years.  I'm not sure. I don't know. |
| 888<br>889 | Q: | That you've been a manger for five or six years? |
| 890<br>891 | A2: | For – that you were a manager… |
| 892<br>893 | A: | I do not remember exactly what - what… |
| 894<br>895 | A2: | …about six or seven years? |
| 896<br>897<br>898 | A: | But I began – I mean, as I told you – as I explained to you, they started training me as a manager. |

# Exhibit "P"

| 899<br>900<br>901 | A2: | I don't remember - I don't remember exactly. But like I said they started training me, like, as a manager. |
|---|---|---|
| 902<br>903 | Q: | And when you made manager... |
| 904<br>905 | A2: | And when you were a manager... |
| 906<br>907 | Q: | What - what was your duties then as a manager? |
| 908<br>909 | A2: | What were your responsibilities as a manager? |
| 910<br>911<br>912 | A: | My responsibilities were to maintain – I mean, lead all the personnel that was inside. |
| 913<br>914 | A2: | Maintain cleaning and, um, take care of all the personnel. It's a... |
| 915<br>916 | A: | Always – normally - n- normally, there were two managers. |
| 917<br>918 | A2: | Normally there was two managers... |
| 919<br>920<br>921 | A: | When I – I took a while in training because I was still not qualified to run the... |
| 922<br>923<br>924 | A2: | ...the whole time that they were training me and - 'cause I wasn't capable of doing that by myself. |
| 925<br>926 | A: | I still could not do it all by myself. |
| 927<br>928 | A2: | I couldn't do that by myself - everything. |
| 929<br>930 | A: | So I - I would be in charge of controlling the – everything in the kitchen. |
| 931<br>932 | A2: | I was in charge of taking care of everything in the kitchen. |
| 933<br>934 | A: | Of the food, that everything was coming out well... |
| 935<br>936 | A2: | The food, everything... |
| 937<br>938 | A: | ...on time. |
| 939<br>940 | A2: | ...coming out at ti- in time. |
| 941<br>942<br>943 | A: | Another manager was in charge of controlling everything on the floor here, the - the waitresses, the service... |

# Exhibit "P"

INTERVIEW WITH JOSE MANUEL ARREDONDO-PARAMO
Interviewer: Det. Joshua Henderson
Case # 13-189120
Page 22

| | | |
|---|---|---|
| 944 | A2: | Another manager was in charge of taking care of... |
| 945 | | |
| 946 | A: | ...the tables... |
| 947 | | |
| 948 | A2: | ...all the tables. |
| 949 | | |
| 950 | A: | ...and the rest. |
| 951 | | |
| 952 | Q: | Now when you first hi- uh, were hired by Uncle Sam's did you - were you |
| 953 | | able to speak or understand English? |
| 954 | | |
| 955 | A2: | When you first got hired at Uncle Sam's, could you understand and speak |
| 956 | | English? |
| 957 | | |
| 958 | A: | No. |
| 959 | | |
| 960 | A2: | No. |
| 961 | | |
| 962 | A: | That was one of the reasons I rejected the position as manager. |
| 963 | | |
| 964 | A2: | It were reasons that I can't do - um, refusing the position as manager. |
| 965 | | |
| 966 | A: | He told me, "To me –" He – when I rejected... |
| 967 | | |
| 968 | A2: | He told me that to me... |
| 969 | | |
| 970 | A: | ...when I rejected the position as manager... |
| 971 | | |
| 972 | A2: | ...when I've - when I refused it. |
| 973 | | |
| 974 | A: | ...it was my first - my first – my main, um, reason that I rejected the position... |
| 975 | | |
| 976 | A2: | That was my main reason of why I was denying that position. |
| 977 | | |
| 978 | A: | ...because I did not feel qualified to – I said, "I – what is going to happen |
| 979 | | when a client – someone wants to speak with me? I will not know what..." |
| 980 | | |
| 981 | A2: | Because I didn't feel capable of what would happen when a client would come |
| 982 | | and talk to me and... |
| 983 | | |
| 984 | A: | "...I will not know what to respond." |
| 985 | | |
| 986 | A2: | I wouldn't know what to answer. |
| 987 | | |
| 988 | A: | So he said to me, "To me, you know enough English." |

# Exhibit "P"

| | | |
|---|---|---|
| 989 | | |
| 990 | A2: | To me you know English enough. Enough English. |
| 991 | | |
| 992 | A: | He says, "I do not have -- I do not see any problem." |
| 993 | | |
| 994 | A2: | I don't see any problem. |
| 995 | | |
| 996 | Q: | Did - did (Brett) ever speak or understand Spanish at all? |
| 997 | | |
| 998 | A: | No. |
| 999 | | |
| 1000 | A2: | Did (Brett) speak Spanish or understand Spanish? No. |
| 1001 | | |
| 1002 | Q: | So he would use other employees to communicate between him and the |
| 1003 | | employees? |
| 1004 | | |
| 1005 | A2: | So he used other empl-- workers to comm-- to communicate? |
| 1006 | | |
| 1007 | A: | I mean, he had his managers. Normally, the - the employees... |
| 1008 | | |
| 1009 | A2: | He had a number... |
| 1010 | | |
| 1011 | A: | ...sometimes do - do understand things. |
| 1012 | | |
| 1013 | A2: | The employees would understand things. |
| 1014 | | |
| 1015 | A: | A few things he -- I mean, if he tells them, "Hey, do this." They understand. |
| 1016 | | They know what they need to do. |
| 1017 | | |
| 1018 | A2: | I would under- I would understand when he would say, "Hey, do this." |
| 1019 | | |
| 1020 | A: | They know what he is telling them. |
| 1021 | | |
| 1022 | A2: | They would know what he was saying. |
| 1023 | | |
| 1024 | A: | But then when it got to the point of yes, a conversation that was... |
| 1025 | | |
| 1026 | A2: | But when we got into conversation... |
| 1027 | | |
| 1028 | A: | ...yes or I think that he did need someone to... |
| 1029 | | |
| 1030 | A2: | And that's when I think he'll probably need... |
| 1031 | | |
| 1032 | A: | ...an interpreter or something. |
| 1033 | | |

GR000265

# Exhibit "P"

| 1034 | A2: | ...and interpreter or something. |
| 1035 | | |
| 1036 | Q: | And so when - uh, in some of the other jobs or duties as a manager was - did |
| 1037 | | that involve when somebody, like you did when you got hired, came in and |
| 1038 | | applied for a job? Would - would they talk to you? |
| 1039 | | |
| 1040 | A2: | So within those responsibilities, when someone would come in for a job, did |
| 1041 | | they talk to you? |
| 1042 | | |
| 1043 | A: | No. I mean... |
| 1044 | | |
| 1045 | A2: | No. |
| 1046 | | |
| 1047 | A: | ...this – as I'm telling you, during my time as a manager, for me to feel that I |
| 1048 | | could do it by myself... |
| 1049 | | |
| 1050 | A2: | For me to feel that... |
| 1051 | | |
| 1052 | A: | ...some time went by. |
| 1053 | | |
| 1054 | A2: | ...I can't make it as a manager by myself... |
| 1055 | | |
| 1056 | A: | Time went by. Time went by before I felt... |
| 1057 | | |
| 1058 | A2: | It was a while before that. |
| 1059 | | |
| 1060 | A: | ...and also so that he felt, um, sure about letting me – that I could then go by |
| 1061 | | myself. |
| 1062 | | |
| 1063 | A2: | And also for him to feel sure that he could leave me by myself. |
| 1064 | | |
| 1065 | A: | So he would always say, "Anything..." |
| 1066 | | |
| 1067 | A2: | So he does - so... |
| 1068 | | |
| 1069 | A: | "...any person who comes to ask you for work..." |
| 1070 | | |
| 1071 | A2: | Whoever came in to ask for work... |
| 1072 | | |
| 1073 | A: | "...simply, if they ask you for an application..." |
| 1074 | | |
| 1075 | A2: | ...if they asked me for an application... |
| 1076 | | |
| 1077 | A: | "...what do I know – it was simply an application..." |
| 1078 | | |

GR000266

# Exhibit "P"

| | | |
|---|---|---|
| 1079 | A2: | ...or they like... |
| 1080 | | |
| 1081 | A: | "...I will talk to them." |
| 1082 | | |
| 1083 | A2: | If they ask for an application I'll talk to them. |
| 1084 | | |
| 1085 | A: | ...and that was what he would do. |
| 1086 | | |
| 1087 | A2: | And that's what (unintelligible). |
| 1088 | | |
| 1089 | A: | From one time on – there was a time when he was also... |
| 1090 | | |
| 1091 | A2: | There was some times that... |
| 1092 | | |
| 1093 | A: | ...like a worker. |
| 1094 | | |
| 1095 | A2: | ...that he was like a worker. |
| 1096 | | |
| 1097 | A: | He would also work… |
| 1098 | | |
| 1099 | Q: | Who - who are you talking about? |
| 1100 | | |
| 1101 | A: | (Brett). |
| 1102 | | |
| 1103 | Q: | Okay. |
| 1104 | | |
| 1105 | A2: | Who are you talking about? |
| 1106 | | |
| 1107 | A: | About (Brett). |
| 1108 | | |
| 1109 | A2: | (Brett). |
| 1110 | | |
| 1111 | A: | He... |
| 1112 | | |
| 1113 | A2: | He... |
| 1114 | | |
| 1115 | A: | ...he he also worked shifts for a while. |
| 1116 | | |
| 1117 | A2: | There was a time when he would work turns, too. |
| 1118 | | |
| 1119 | A: | So normally, he would sometimes be there. |
| 1120 | | |
| 1121 | A2: | Just... |
| 1122 | | |
| 1123 | A: | He would take care of anyone um... |

# Exhibit "P"

| 1124 | | |
|------|------|------|
| 1125 | A2: | Sometimes we could hear and he... |
| 1126 | | |
| 1127 | A: | ...that would go there asking for work. |
| 1128 | | |
| 1129 | A2: | ...he'd take care of whoever came and asked to... |
| 1130 | | |
| 1131 | A: | From another time on, he simply told me – all the managers that were there... |
| 1132 | | |
| 1133 | A2: | There was sometimes that he told all the managers there... |
| 1134 | | |
| 1135 | A: | ...that he wanted to do all... |
| 1136 | | |
| 1137 | A2: | ...that he wanted... |
| 1138 | | |
| 1139 | A: | ...he wanted to do everything that was related to contracts - contracts, all that... |
| 1140 | | |
| 1141 | A2: | ...everything with contracts and... |
| 1142 | | |
| 1143 | A: | ...that we should leave it to him... |
| 1144 | | |
| 1145 | A2: | ...to leave it to him. |
| 1146 | | |
| 1147 | A: | ...and for his manager... |
| 1148 | | |
| 1149 | A2: | And for his manager. |
| 1150 | | |
| 1151 | A: | ...that they were the only ones who would do... |
| 1152 | | |
| 1153 | A2: | They were the only ones... |
| 1154 | | |
| 1155 | A: | ...the contracts, that because they wanted to make sure... |
| 1156 | | |
| 1157 | A2: | ...that were gonna do the contracts. |
| 1158 | | |
| 1159 | A: | ...they wanted to make sure that they made the contracts – to hire the right |
| 1160 | | people. |
| 1161 | | |
| 1162 | A2: | They wanted to be the ones in charge of hiring the correct people. |
| 1163 | | |
| 1164 | Q: | Now when someone came up and they didn't speak English how would |
| 1165 | | (Brett), um... |
| 1166 | | |
| 1167 | A2: | When... |
| 1168 | | |

GR000268

# Exhibit "P"

| | | |
|---|---|---|
| 1169 | Q: | ...communicate with them? |
| 1170 | | |
| 1171 | A2: | ...when someone came who did not speak English, how did (Brett) |
| 1172 | | communicate with them? |
| 1173 | | |
| 1174 | A: | He simply told them - he simply told them well, to fill out their application, I |
| 1175 | | imagine. |
| 1176 | | |
| 1177 | A2: | I guess he would just say that to fill out their applications. |
| 1178 | | |
| 1179 | A: | (Unintelligible) – everyone knows now that they have to fill out an |
| 1180 | | application, their - their information, everything. |
| 1181 | | |
| 1182 | A2: | Everybody knows that they have to fill out an applications and all the details. |
| 1183 | | |
| 1184 | A: | So he would give them – I imagine, the papers for them to fill out. |
| 1185 | | |
| 1186 | A2: | I imagine he'd give them the papers so they could fill it out. |
| 1187 | | |
| 1188 | A: | To us... |
| 1189 | | |
| 1190 | Q: | Was the applications there in Spanish, do you know? |
| 1191 | | |
| 1192 | A2: | Was the application in Spanish? |
| 1193 | | |
| 1194 | A: | That I remember -- I do not know if one side was in Spanish, I do not – I am |
| 1195 | | not sure. |
| 1196 | | |
| 1197 | A2: | That I remember I'm not sure if one side was in Spanish. I mean I'm not sure. |
| 1198 | | |
| 1199 | Q: | Okay. And then you said that (Brett) was with you in the beginning as a |
| 1200 | | manager. At what point, uh, was he comfortable in not being around where he |
| 1201 | | could leave you alone as a manager? |
| 1202 | | |
| 1203 | A2: | You said he was with you at the beginning, when you were starting as a |
| 1204 | | manager. At what point – after how much time when he left you by yourself |
| 1205 | | did he feel that you could do it by yourself? |
| 1206 | | |
| 1207 | A: | Well, about a year went by, more or less that I... |
| 1208 | | |
| 1209 | A2: | It was... |
| 1210 | | |
| 1211 | A: | ...that they were... |
| 1212 | | |
| 1213 | A2: | ...about a year that... |

# Exhibit "P"

1214
1215    A:      In that time he had enough managers to...
1216
1217    A2:      At that time he had other managers...
1218
1219    A:      ...well, like to put one more with - with me.
1220
1221    A2:      ...to be able to put one more with me.
1222
1223    Q:      Okay. And then when (Brett) would leave you by yourself and was
1224            comfortable with you doing it by yourself...
1225
1226    A2:      When (Brett) left you alone and he was comfortable leaving you alone...
1227
1228    Q:      When - when you had somebody come in and apply for a job would you call,
1229            then, (Brett) on the phone or...
1230
1231    A2:      ...when someone came asking you for work...
1232
1233    Q:      ...how did - how did that...
1234
1235    A2:      ...that – did you call (Brett) on the phone or how...
1236
1237    Q:      How did that go about?
1238
1239    A:      He - he – when...
1240
1241    A2:      ...how did that happen?
1242
1243    A:      ...when someone would come asking for work...
1244
1245    A2:      When somebody would come in and ask for work...
1246
1247    A:      ...you know, we didn't deny an application to anyone.
1248
1249    A2:      You know, when somebody asked for an application you don't deny an
1250            application to anyone.
1251
1252    A:      He simply said to everything – any person who came to apply to the - the...
1253
1254    A2:      He would say that whoever comes to apply...
1255
1256    A:      ...any person that comes to apply, just give them an application.
1257
1258    A2:      ...just give them an application.

GR000270

# Exhibit "P"

| 1259 | | |
|------|------|------|
| 1260 | A: | For them to fill it out and give it back. |
| 1261 | | |
| 1262 | A2: | Have them fill out and have them leave it. |
| 1263 | | |
| 1264 | A: | So... |
| 1265 | | |
| 1266 | A1: | Excuse me. |
| 1267 | | |
| 1268 | A: | ...when - when he needed – when he knew he was short of people... |
| 1269 | | |
| 1270 | A2: | When he was new - when he knew that he was short of people... |
| 1271 | | |
| 1272 | A: | ...he would tell us... |
| 1273 | | |
| 1274 | A2: | ...he would tell us... |
| 1275 | | |
| 1276 | A: | ...get the applications... |
| 1277 | | |
| 1278 | A2: | ...get the applications. |
| 1279 | | |
| 1280 | A: | ...look at what - what - what applications I have, with – who I can speak to, I |
| 1281 | | mean, who... |
| 1282 | | |
| 1283 | A2: | Look at what applications do I have.  Who can I call? |
| 1284 | | |
| 1285 | A: | ...for him to have a - a - a meeting – I mean, a meeting with them. |
| 1286 | | |
| 1287 | A2: | So I can see who... |
| 1288 | | |
| 1289 | A: | Set up a meeting. |
| 1290 | | |
| 1291 | A2: | ...who can I have a meeting with them? |
| 1292 | | |
| 1293 | A: | He says, "So just get the applications. See if I have applications of |
| 1294 | | (unintelligible) – who I can speak to..." |
| 1295 | | |
| 1296 | A2: | So get... |
| 1297 | | |
| 1298 | A: | "...to do an - an interview with them later." |
| 1299 | | |
| 1300 | A2: | ...the applications and see who I can call to - so I can interview them. |
| 1301 | | |
| 1302 | Q: | Okay.  (Brett) would interview them? |
| 1303 | | |

GR000271

# Exhibit "P"

| | | |
|---|---|---|
| 1304 | A: | Yeah. |
| 1305 | | |
| 1306 | Q: | So you were, like, the first initial interview and then (Brett) was the ultimate |
| 1307 | | interview? |
| 1308 | | |
| 1309 | A: | I did not interview them. |
| 1310 | | |
| 1311 | A2: | I wouldn't interview them. |
| 1312 | | |
| 1313 | Q: | Okay, you just had 'em fill out an application. |
| 1314 | | |
| 1315 | A: | I would give them the application... |
| 1316 | | |
| 1317 | A2: | You would just give them the application. |
| 1318 | | |
| 1319 | A: | Sometimes - sometimes they would fill it out at that moment, they would |
| 1320 | | leave it but in an application... |
| 1321 | | |
| 1322 | A2: | Sometimes they would ub- uh, fill it out then and then they would leave it |
| 1323 | | right then and there. |
| 1324 | | |
| 1325 | A: | ...other times they would take it with them and they would bring it back |
| 1326 | | another day. |
| 1327 | | |
| 1328 | A2: | Other times they would take it with them and come back and bring it. |
| 1329 | | |
| 1330 | A: | They would return it to – they would hand it to – maybe they would give it |
| 1331 | | back to me, to someone else. |
| 1332 | | |
| 1333 | A2: | Sometimes they'd give 'em to me. Sometimes to someone else. |
| 1334 | | |
| 1335 | A: | But an application – I mean, an application just has your personal information. |
| 1336 | | It almost never had a Social. |
| 1337 | | |
| 1338 | A2: | But the application only had, like, personal information. Almost never did it |
| 1339 | | have the social on it. |
| 1340 | | |
| 1341 | A: | Then, until then – I mean, I imagine that until then, until they filled out the |
| 1342 | | paperwork... |
| 1343 | | |
| 1344 | A2: | I imagine - excuse me? |
| 1345 | | |
| 1346 | A: | I imagine that they put the other information when they filled out the |
| 1347 | | paperwork. |
| 1348 | | |

GR000272

Exhibit "P"

| 1349 | A2: | I imagine it was when they filled out the rest of the paperwork is when they |
| 1350 | | would add the rest of informa- the rest of the information. |
| 1351 | | |
| 1352 | Q: | Now, when you say, when you fill out the rest of the - the paperwork, would |
| 1353 | | that be done with (Brett)? |
| 1354 | | |
| 1355 | A2: | When - when you say that - that they would fill out the other paperwork, was |
| 1356 | | that done with (Brett)? Yes. Yes. |
| 1357 | | |
| 1358 | Q: | Eh- and then y- oo- the part that you, uh, completed with the person either |
| 1359 | | come in and you give 'em an application, did you ever, at any time, uh, ask for |
| 1360 | | the identifications or social security cards? |
| 1361 | | |
| 1362 | A2: | When the people gave you the applications, did you ask them for |
| 1363 | | identification or Social? |
| 1364 | | |
| 1365 | A: | They would sometimes go there with their cards... |
| 1366 | | |
| 1367 | A2: | Sometimes they would get there with their cards. |
| 1368 | | |
| 1369 | A: | ...but they would go there and I mean, to me, a card – I have not - not – I have |
| 1370 | | never had a good ID or anything. I do not know what is good or what is not. |
| 1371 | | |
| 1372 | A2: | I never had an ID so I don't know what's good or what's not. |
| 1373 | | |
| 1374 | A: | I am not going to ask them either... |
| 1375 | | |
| 1376 | A2: | I'm not gonna ask them (unintelligible). |
| 1377 | | |
| 1378 | A: | ...uh, "Are they good?" I am not... |
| 1379 | | |
| 1380 | A2: | Are these good? |
| 1381 | | |
| 1382 | A: | ...I cannot – that, I... |
| 1383 | | |
| 1384 | A2: | I can't. |
| 1385 | | |
| 1386 | A: | ...I imagine it is not even legal. |
| 1387 | | |
| 1388 | A2: | I - I imagine it's not even legal. |
| 1389 | | |
| 1390 | A: | So they would go there. |
| 1391 | | |
| 1392 | A2: | So they'd get there. |
| 1393 | | |

GR000273

# Exhibit "P"

| 1394 | A: | We did not have the tools – he never gave us tools to... |
| 1395 | | |
| 1396 | A2: | He would never give us the tools. |
| 1397 | | |
| 1398 | A: | ...to verify what was good or what was bad. |
| 1399 | | |
| 1400 | A2: | To verify -- or what was good and what was bad. |
| 1401 | | |
| 1402 | A: | I imagine he had – he - he was the one who had to have done everything. |
| 1403 | | |
| 1404 | A2: | I imagine that he was the one that did. |
| 1405 | | |
| 1406 | Q: | What - was there ever a time where he, (Brett)... |
| 1407 | | |
| 1408 | A2: | Was there a time that (Brett)... |
| 1409 | | |
| 1410 | Q: | ...uh, told you what kind - what kinds of identification to look for, like, it... |
| 1411 | | |
| 1412 | A2: | ...he never told you what kind of identification... |
| 1413 | | |
| 1414 | Q: | ...make sure they have this or make sure they have that? Did he... |
| 1415 | | |
| 1416 | A2: | ...you had to look for? |
| 1417 | | |
| 1418 | Q: | ...ever say that? |
| 1419 | | |
| 1420 | A2: | He never told you that it has to have – "It has to have this," or "it has to have |
| 1421 | | that"? |
| 1422 | | |
| 1423 | A: | No. |
| 1424 | | |
| 1425 | A2: | No. |
| 1426 | | |
| 1427 | Q: | And then you never received any training that - or any other employee did - |
| 1428 | | did you guys receive any training from (Brett) on what to look for? |
| 1429 | | |
| 1430 | A2: | Did you or another co-worker ever receive training about what you have to |
| 1431 | | look for? |
| 1432 | | |
| 1433 | A: | No. |
| 1434 | | |
| 1435 | Q: | And so just somebody came in and (Brett) was gone and you were the |
| 1436 | | manager. |
| 1437 | | |
| 1438 | A2: | So if someone went in, (Brett) was not there, and you're... |

Exhibit "P"

| | | |
|---|---|---|
| 1439 | | |
| 1440 | Q: | And they f... |
| 1441 | | |
| 1442 | A2: | ...the manager... |
| 1443 | | |
| 1444 | Q: | And they filled out the application right... |
| 1445 | | |
| 1446 | A2: | ...and they (unintelligible) the application... |
| 1447 | | |
| 1448 | Q: | ...then and there. |
| 1449 | | |
| 1450 | A2: | ...right there... |
| 1451 | | |
| 1452 | Q: | Did - and they showed you their ideh- and the identification. Was... |
| 1453 | | |
| 1454 | A2: | ...and... |
| 1455 | | |
| 1456 | Q: | ...there somethin' on the sheet that you wrote to say, hey, he - they presented |
| 1457 | | the IDs to m- to me? |
| 1458 | | |
| 1459 | A2: | ...uh, and they showed you a type of identification, did you write something to |
| 1460 | | – letting (him) know that they showed you something or... |
| 1461 | | |
| 1462 | A: | No. |
| 1463 | | |
| 1464 | A2: | No. |
| 1465 | | |
| 1466 | Q: | So that was then, if they did present IDs, that was then relayed to (Brett) - told |
| 1467 | | to (Brett) somehow? |
| 1468 | | |
| 1469 | A2: | If - if they presented an identification to you, did you let (Brett) know |
| 1470 | | somehow or... |
| 1471 | | |
| 1472 | A: | No, I mean, simply – I mean, they would go there and fill out their |
| 1473 | | paperwork... |
| 1474 | | |
| 1475 | A2: | No, they would just simply fill out the application. |
| 1476 | | |
| 1477 | A: | ...but I never - I never had to let him know... |
| 1478 | | |
| 1479 | A2: | I never had to let him know... |
| 1480 | | |
| 1481 | A: | ...uh, what papers they showed me... |
| 1482 | | |
| 1483 | A2: | ...what papers they showed me. |

GR000275

# Exhibit "P"

| | | |
|---|---|---|
| 1484 | | |
| 1485 | A: | ...what it was – things like that. |
| 1486 | | |
| 1487 | A2: | What - what was it. |
| 1488 | | |
| 1489 | Q: | Were you ever around (Brett) when, uh, that person, uh, any person would |
| 1490 | | come back with the paperwork or he would hire them? Were you ever around |
| 1491 | | (Brett) when he did that? |
| 1492 | | |
| 1493 | A2: | Were you with (Brett) when he would hire someone... |
| 1494 | | |
| 1495 | A: | No. |
| 1496 | | |
| 1497 | A2: | ...or do the interview? |
| 1498 | | |
| 1499 | A: | No. |
| 1500 | | |
| 1501 | A2: | No. |
| 1502 | | |
| 1503 | Q: | All right. Um, I want to show you... |
| 1504 | | |
| 1505 | A2: | I want you show you... |
| 1506 | | |
| 1507 | Q: | ...a document. |
| 1508 | | |
| 1509 | A2: | ...a document. |
| 1510 | | |
| 1511 | Q: | And it's a document you're familiar with. |
| 1512 | | |
| 1513 | A2: | And it is a document that you are familiar with. |
| 1514 | | |
| 1515 | Q: | It's from the year 2010. |
| 1516 | | |
| 1517 | A2: | It is from the year 2010. |
| 1518 | | |
| 1519 | A: | Okay. |
| 1520 | | |
| 1521 | Q: | Let the record be known that a document that I'm gonna sh- show Manuel |
| 1522 | | Arredondo is a W4 - W4 Employee Withholding Certificate for 2002, uh, tax |
| 1523 | | form, uh, and it's for an employee by the name of (Emilio Munoz). Uh... |
| 1524 | | |
| 1525 | A1: | Let the interpreter interpret that (unintelligible). |
| 1526 | | |
| 1527 | Q: | Yeah. |
| 1528 | | |

# Exhibit "P"

| 1529 | A2: | Let the – the paper he is going to show you, uh... |
| 1530 | | |
| 1531 | A1: | It is about taxes. |
| 1532 | | |
| 1533 | A2: | It is about taxes? |
| 1534 | | |
| 1535 | A1: | The form. |
| 1536 | | |
| 1537 | A2: | But he is immi–... |
| 1538 | | |
| 1539 | A1: | No - no - no. |
| 1540 | | |
| 1541 | A2: | No? |
| 1542 | | |
| 1543 | A1: | Would you mind stating that for her? It was too much. |
| 1544 | | |
| 1545 | A2: | Yeah. |
| 1546 | | |
| 1547 | Q: | Oh, yeah. |
| 1548 | | |
| 1549 | A2: | (Unintelligible). |
| 1550 | | |
| 1551 | A1: | Break it up, please. |
| 1552 | | |
| 1553 | Q: | Yeah, uh - uh... |
| 1554 | | |
| 1555 | A2: | Break it down, please. |
| 1556 | | |
| 1557 | Q: | Let - let the record know, uh, the document, uh, I have... |
| 1558 | | |
| 1559 | A2: | The document I have... |
| 1560 | | |
| 1561 | Q: | ...is a W4 Employee Certificate. |
| 1562 | | |
| 1563 | A2: | ...is a W4 Employee Certificate... |
| 1564 | | |
| 1565 | Q: | For employee name of (Emilio Munoz). |
| 1566 | | |
| 1567 | A2: | ...of the worker (Emilio) - (Emilio)... |
| 1568 | | |
| 1569 | Q: | (Munoz). |
| 1570 | | |
| 1571 | A2: | ...(Munoz). |
| 1572 | | |
| 1573 | A1: | (Unintelligible). |

# Exhibit "P"

| 1574 | | |
|------|-----|---|
| 1575 | Q: | Okay. Uh, Manuel, do you recognize this... |
| 1576 | | |
| 1577 | A2: | Do you recognize this... |
| 1578 | | |
| 1579 | Q: | ...document? |
| 1580 | | |
| 1581 | A2: | ...this document? |
| 1582 | | |
| 1583 | A: | I know that – I know the person. I mean, he was a worker of his. |
| 1584 | | |
| 1585 | A2: | I know the person. I mean, he was a worker of his. |
| 1586 | | |
| 1587 | Q: | Okay. Um, this employee, uh, is... |
| 1588 | | |
| 1589 | A2: | This empl– this worker... |
| 1590 | | |
| 1591 | Q: | ...is - is a w- is one of our witnesses. |
| 1592 | | |
| 1593 | A2: | ...is one of our witnesses. |
| 1594 | | |
| 1595 | Q: | And, uh, has - has told, uh, has told me that he - he handed this - turned this in |
| 1596 | | to you. |
| 1597 | | |
| 1598 | A2: | He told me that he turned this in to you. |
| 1599 | | |
| 1600 | A: | Okay. |
| 1601 | | |
| 1602 | Q: | He was hired in 2010. |
| 1603 | | |
| 1604 | A2: | He was hired in 2010. |
| 1605 | | |
| 1606 | Q: | Okay. The date on this says 5-27-2007. |
| 1607 | | |
| 1608 | A2: | The date on this says May 7, 2007... |
| 1609 | | |
| 1610 | Q: | I cuh... |
| 1611 | | |
| 1612 | A2: | ...or 27. |
| 1613 | | |
| 1614 | Q: | I confirmed and corroborated his statement with documents - other |
| 1615 | | documents. |
| 1616 | | |
| 1617 | A2: | I confirmed his - statement? |
| 1618 | | |

# Exhibit "P"

| 1619 | A1: | Statement. |
| 1620 | | |
| 1621 | A2: | His statement with other documents. |
| 1622 | | |
| 1623 | Q: | That he was in fact hired in 2010. |
| 1624 | | |
| 1625 | A2: | That he was hired in 2010. |
| 1626 | | |
| 1627 | Q: | Now, what I wanna ask and I want you to be honest with me... |
| 1628 | | |
| 1629 | A: | Mm-hm. |
| 1630 | | |
| 1631 | A2: | What I want to ask and I want you to be honest with me... |
| 1632 | | |
| 1633 | Q: | ...this - this date written in here, was this date written by you? |
| 1634 | | |
| 1635 | A2: | Was this date here written by you - by you? |
| 1636 | | |
| 1637 | Q: | And - and let me tell you again that... |
| 1638 | | |
| 1639 | A2: | And let me tell you again... |
| 1640 | | |
| 1641 | Q: | ...anything you say right now, I can't use against you. |
| 1642 | | |
| 1643 | A2: | ...everything you say here, I cannot use against you... |
| 1644 | | |
| 1645 | Q: | So I want you to be honest. |
| 1646 | | |
| 1647 | A2: | ...so I want you to be honest with me. |
| 1648 | | |
| 1649 | A: | No, I mean, I want you to know that I am - I am being honest. |
| 1650 | | |
| 1651 | A2: | I want you to know that I'm being honest. |
| 1652 | | |
| 1653 | A: | Okay. That, as I tell th– I also told them the other day... |
| 1654 | | |
| 1655 | A2: | Luh- how I said the other day... |
| 1656 | | |
| 1657 | A: | ...I told them on Friday... |
| 1658 | | |
| 1659 | A2: | I said Friday. |
| 1660 | | |
| 1661 | A: | ...that I do not remember having changed that date. |
| 1662 | | |
| 1663 | A2: | I don't remember... |

GR000279

Exhibit "P"

| 1664 | | |
|------|------|------|
| 1665 | A: | I do not remember... |
| 1666 | | |
| 1667 | A2: | I don't remember changing that date. |
| 1668 | | |
| 1669 | A: | ...but... |
| 1670 | | |
| 1671 | A2: | But... |
| 1672 | | |
| 1673 | A: | ...if (Emilio) says I changed it... |
| 1674 | | |
| 1675 | A2: | ...but if he says that I changed it... |
| 1676 | | |
| 1677 | A: | ...I could not have changed it – I did not h– I did not... |
| 1678 | | |
| 1679 | A1: | Let her interpret for you. He said I couldn't have... |
| 1680 | | |
| 1681 | A2: | I couldn't have changed it. |
| 1682 | | |
| 1683 | A: | If I changed it... |
| 1684 | | |
| 1685 | A2: | If I changed it... |
| 1686 | | |
| 1687 | A: | ...it was -- I had no interest in changing that date. I mean... |
| 1688 | | |
| 1689 | A2: | I've had no interest in changing that date. |
| 1690 | | |
| 1691 | A: | ...I did not have any benefit. |
| 1692 | | |
| 1693 | A2: | I wouldn't get any benefit. |
| 1694 | | |
| 1695 | A: | Why would I change a date of someone I did not even know? |
| 1696 | | |
| 1697 | A2: | Why would I change the date of someone that I didn't even know? |
| 1698 | | |
| 1699 | A: | But... |
| 1700 | | |
| 1701 | A2: | But... |
| 1702 | | |
| 1703 | A: | ...I – as I told them... |
| 1704 | | |
| 1705 | A2: | ...but how I said... |
| 1706 | | |
| 1707 | A: | ...if I changed this date... |
| 1708 | | |

# Exhibit "P"

| 1709 | A2: | ...if I changed this date... |
| 1710 | | |
| 1711 | A: | ...it was following orders. |
| 1712 | | |
| 1713 | A2: | ...it was because someone told me to. I was ordered to. |
| 1714 | | |
| 1715 | A: | When I - when I – when he filled out this form, maybe that space was not |
| 1716 | | filled out. |
| 1717 | | |
| 1718 | A2: | Maybe when he filled this out, this form, that - that wasn't filled out. |
| 1719 | | |
| 1720 | A: | So I – if - if he says I changed it... |
| 1721 | | |
| 1722 | A2: | If he says I changed it... |
| 1723 | | |
| 1724 | A: | ... I cannot have changed this - this date except by following orders. |
| 1725 | | |
| 1726 | A2: | ...I wouldn't've been able to change this date if it wasn't an order. |
| 1727 | | |
| 1728 | Q: | No, I don't want to pressure you to say something that you didn't do or that |
| 1729 | | you don't know. |
| 1730 | | |
| 1731 | A2: | I do not want to pressure you in – that you say something you did not do or |
| 1732 | | you do not know. |
| 1733 | | |
| 1734 | Q: | But what I want - what I do wanna know is, was there ever a time where |
| 1735 | | (Brett) asked you to put a date or change a date... |
| 1736 | | |
| 1737 | A2: | But what I do want to know... |
| 1738 | | |
| 1739 | Q: | ...on, let's say, this document? |
| 1740 | | |
| 1741 | A2: | ...is if (Brett) told you at any time to change the date – let's say, like in this |
| 1742 | | document... |
| 1743 | | |
| 1744 | A: | What happens – what I told – as I told you the other time... |
| 1745 | | |
| 1746 | A2: | Like I said the - the other time. |
| 1747 | | |
| 1748 | A: | ...this date... |
| 1749 | | |
| 1750 | A2: | This date... |
| 1751 | | |
| 1752 | A: | ...if I – if he – if (Emilio) says I changed it... |
| 1753 | | |

# Exhibit "P"

| | | |
|---|---|---|
| 1754 | A2: | ...If (Emilio) says that I changed it... |
| 1755 | | |
| 1756 | A: | ...I could only have done it to follow (Brett)'s orders. |
| 1757 | | |
| 1758 | A2: | ...I - I could've only done it if (Brett) told me to. |
| 1759 | | |
| 1760 | A: | So if I changed it, he told me, "Change it." |
| 1761 | | |
| 1762 | A2: | So if I changed it, it was because (Brett) told me, "Change it." |
| 1763 | | |
| 1764 | Q: | Okay. Do you - do you remember (Brett) telling you to change this date? |
| 1765 | | |
| 1766 | A2: | Do you remember if (Brett) told you to change the date? |
| 1767 | | |
| 1768 | A: | As I'm telling you, I do n- not know if it was that I had to change it or there |
| 1769 | | was simply no date and he said, "Write down this date." |
| 1770 | | |
| 1771 | A2: | Like I said, I don't remember if he told me, "Change it," or just put this date |
| 1772 | | here because... |
| 1773 | | |
| 1774 | A: | It could have – it could - could - could... |
| 1775 | | |
| 1776 | A2: | ...there was no date there. |
| 1777 | | |
| 1778 | A: | ...it could have been empty and he could simply have said... |
| 1779 | | |
| 1780 | A2: | It could've been blank. |
| 1781 | | |
| 1782 | A: | ...to me, "Hey, here is this form..." |
| 1783 | | |
| 1784 | A2: | And he could've been like, "Hey, here's this form. |
| 1785 | | |
| 1786 | A: | ...and he simply said to me, "You know what? Write down this date." |
| 1787 | | |
| 1788 | A2: | "Just put this date." |
| 1789 | | |
| 1790 | Q: | Okay. Do you - do you remember him sayin', though, "Put - just put a date |
| 1791 | | down on there"? |
| 1792 | | |
| 1793 | A2: | Do you remember if he said to you, "Just write down this date or... |
| 1794 | | |
| 1795 | Q: | Because the way you're sayin' it, it's kinda like, I don't know. I - maybe I do |
| 1796 | | remember. I don't... |
| 1797 | | |
| 1798 | A: | No - no - no. |

GR000282

# Exhibit "P"

| | | |
|---|---|---|
| 1799 | | |
| 1800 | Q: | ...I - I need a sh... |
| 1801 | | |
| 1802 | A2: | Like you are... |
| 1803 | | |
| 1804 | Q: | ...for sure - yeah, I do... |
| 1805 | | |
| 1806 | A2: | ...like you are saying it... |
| 1807 | | |
| 1808 | Q: | ...remember him sayin', "Hey, just put a date on here. It doesn't matter what |
| 1809 | | kind a date. Just put a date on there." That's what I... |
| 1810 | | |
| 1811 | A2: | Like you are saying it, it seems that – like you do not know, you are not - you |
| 1812 | | are not sure... |
| 1813 | | |
| 1814 | A: | No, but – I mean... |
| 1815 | | |
| 1816 | A2: | ...I need it – I need a straight answer or – did he tell you to write it down or |
| 1817 | | how did it happen? |
| 1818 | | |
| 1819 | A: | No, I mean, yes, I mean, if I changed it, he told me to change it. |
| 1820 | | |
| 1821 | A2: | I mean, if I changed it, he told me to change it. |
| 1822 | | |
| 1823 | A: | I did not have any benefit to do anything... |
| 1824 | | |
| 1825 | A2: | I didn't have any benefit... |
| 1826 | | |
| 1827 | A: | ...for a person I do not know. |
| 1828 | | |
| 1829 | A2: | ...to do this for s- a person I don't even know. |
| 1830 | | |
| 1831 | A1: | Th- uh, he might not understand the question. |
| 1832 | | |
| 1833 | Q: | Yeah. |
| 1834 | | |
| 1835 | A1: | Okay. |
| 1836 | | |
| 1837 | Q: | I'm tryin' a think of a way I can reword this. |
| 1838 | | |
| 1839 | A1: | So, let - let me, um, I'm gonna speak in Spanish just to explain the question to |
| 1840 | | him. |
| 1841 | | |
| 1842 | Q: | Okay. |
| 1843 | | |

GR000283

# Exhibit "P"

| | | |
|---|---|---|
| 1844 | A1: | And, uh, then - the question he wants is... |
| 1845 | | |
| 1846 | A2: | The answer he wants... |
| 1847 | | |
| 1848 | A1: | Let me just confirm I understand the question. So you want to know if he ever |
| 1849 | | told him, "Do this," right? |
| 1850 | | |
| 1851 | Q: | Yeah. |
| 1852 | | |
| 1853 | A1: | Okay. Got it. What he wants to know is um, did (Brett) tell you to change a |
| 1854 | | date on any occasion? Not necessarily on this paper, but did (Brett) give you |
| 1855 | | this instruction at any time? That is the question he wants. Okay? |
| 1856 | | |
| 1857 | A: | Okay. |
| 1858 | | |
| 1859 | A1: | Or - or the answer he wants... |
| 1860 | | |
| 1861 | A: | No. |
| 1862 | | |
| 1863 | A1: | ...not necessarily on that document. |
| 1864 | | |
| 1865 | A: | I mean... |
| 1866 | | |
| 1867 | A1: | Do you wanna ask him that question now so he can answer? |
| 1868 | | |
| 1869 | Q: | He understands? |
| 1870 | | |
| 1871 | A1: | Yeah, but you gotta ask. |
| 1872 | | |
| 1873 | Q: | Oh - oh, okay. Did - at one point ever did (Brett) tell you to change or put a |
| 1874 | | date on s- another employee's application or, uh, tax form? |
| 1875 | | |
| 1876 | A2: | On any occasion, did (Brett) say – instruct you to change the information, a |
| 1877 | | date on a - on a tax form or on an application? |
| 1878 | | |
| 1879 | A: | No. |
| 1880 | | |
| 1881 | A1: | Of any... |
| 1882 | | |
| 1883 | A2: | Of any um - um, co-worker? |
| 1884 | | |
| 1885 | A: | No, he did not give me that instruction... |
| 1886 | | |
| 1887 | A2: | Um, no, he didn't give me those instructions. |
| 1888 | | |

GR000284

# Exhibit "P"

| 1889 | A: | ...but if he says I changed this one... |
| 1890 | | |
| 1891 | A2: | But if he says that... |
| 1892 | | |
| 1893 | A: | ...it was because he ordered me to. |
| 1894 | | |
| 1895 | A2: | But if he says that I changed that, it was because he ordered me to. |
| 1896 | | |
| 1897 | Q: | But you don't remember being ordered to? |
| 1898 | | |
| 1899 | A2: | But you do not remember that he said to you – that he instructed you to |
| 1900 | | change it? |
| 1901 | | |
| 1902 | A: | No. I mean, if he - if I changed this date it was because of an order. I do not |
| 1903 | | remember – I mean... |
| 1904 | | |
| 1905 | A1: | No, the - the - the - the question is simply if – Excuse me. I'm just explaining |
| 1906 | | the question. If you remember him saying to you at any time, "Change a |
| 1907 | | date"? If y- you remember – you remember or you do not remember... |
| 1908 | | |
| 1909 | A: | No. |
| 1910 | | |
| 1911 | A1: | You do not remember? |
| 1912 | | |
| 1913 | A2: | I don't remember. |
| 1914 | | |
| 1915 | A1: | Okay. He does not remember. |
| 1916 | | |
| 1917 | Q: | You don't remember (Brett) ever telling you to change that? |
| 1918 | | |
| 1919 | A2: | You never rem– you do not remember if one time he told you to change that? |
| 1920 | | |
| 1921 | A: | If this was my I– my only time but I never h– he never told me to, that I |
| 1922 | | should – I mean... |
| 1923 | | |
| 1924 | A2: | If this was the only time... |
| 1925 | | |
| 1926 | A: | ...he never gave me that instruction. |
| 1927 | | |
| 1928 | A2: | ...he never give me that instruction. |
| 1929 | | |
| 1930 | Q: | He wuh- he what? |
| 1931 | | |
| 1932 | A1: | If - if this was the only time, but he never even got instruction. |
| 1933 | | |

# Exhibit "P"

| 1934 | A: | He did not... |
| 1935 | | |
| 1936 | A1: | (Unintelligible) tryin' a say he doesn't really remember if it happened, if it |
| 1937 | | didn't happened. And if it did happen, this (unintelligible). |
| 1938 | | |
| 1939 | A: | But as I - I told them on Friday... |
| 1940 | | |
| 1941 | A2: | Like I said on Friday... |
| 1942 | | |
| 1943 | A: | ...I changed this date but... |
| 1944 | | |
| 1945 | A2: | ...I changed - I... |
| 1946 | | |
| 1947 | A: | ...it was because he ordered me to. He said to me, "You know what?" |
| 1948 | | |
| 1949 | A2: | I changed this date... |
| 1950 | | |
| 1951 | A: | "...Change that date." |
| 1952 | | |
| 1953 | A2: | ...because he ordered me to. |
| 1954 | | |
| 1955 | Q: | So... |
| 1956 | | |
| 1957 | A: | He never - never gave me the instruction... |
| 1958 | | |
| 1959 | A2: | (Unintelligible) like - he... |
| 1960 | | |
| 1961 | A: | ...to me that said, "If this were to happen..." |
| 1962 | | |
| 1963 | A2: | ...he never gave me the instruction. Sir, I am repeating word-by-word but |
| 1964 | | it's... |
| 1965 | | |
| 1966 | Q: | It's kind of, like, confusing on - you're saying that he did tell you to change it |
| 1967 | | but then he didn't ch- tell you to change it. |
| 1968 | | |
| 1969 | A2: | You are saying that... |
| 1970 | | |
| 1971 | Q: | Right? |
| 1972 | | |
| 1973 | A2: | ...he told you to change it but you are saying that he did not tell you to change |
| 1974 | | it. |
| 1975 | | |
| 1976 | A: | No, but as I - I told them on Friday. |
| 1977 | | |
| 1978 | A2: | I told him - I told you guys on Friday. |

# Exhibit "P"

| | | |
|---|---|---|
| 1979 | | |
| 1980 | Q: | You told us on Friday that he told you to change it. |
| 1981 | | |
| 1982 | A: | Right. |
| 1983 | | |
| 1984 | Q: | Yes. |
| 1985 | | |
| 1986 | A2: | That he told you to change it? |
| 1987 | | |
| 1988 | A: | But... |
| 1989 | | |
| 1990 | A2: | But... |
| 1991 | | |
| 1992 | A: | ...what he is asking me is if he had already given me those instructions. |
| 1993 | | |
| 1994 | A2: | ...but what you're saying is, did he had already giving me tho- give you those |
| 1995 | | instructions. |
| 1996 | | |
| 1997 | A: | He had not given me... |
| 1998 | | |
| 1999 | A1: | In the past. |
| 2000 | | |
| 2001 | A: | ...those instructions in the - in the past. |
| 2002 | | |
| 2003 | A2: | In - in the past. He had never given me those instructions in the past before. |
| 2004 | | |
| 2005 | A: | He might have given me the instruction (unintelligible)... |
| 2006 | | |
| 2007 | Q: | Oh, 'cause this was the only one? |
| 2008 | | |
| 2009 | A: | Right. |
| 2010 | | |
| 2011 | Q: | Okay. So this is the only one that you know... |
| 2012 | | |
| 2013 | A2: | So this is the only paper... |
| 2014 | | |
| 2015 | A: | Right. |
| 2016 | | |
| 2017 | A2: | ...that you know? |
| 2018 | | |
| 2019 | Q: | Okay. |
| 2020 | | |
| 2021 | A: | I mean, I did not have – I mean, he – I just want him to know... |
| 2022 | | |
| 2023 | A2: | I just want you to know... |

# Exhibit "P"

INTERVIEW WITH JOSE MANUEL ARREDONDO-PARAMO
Interviewer: Det. Joshua Henderson
Case # 13-189120
Page 46

| 2024 | | |
|---|---|---|
| 2025 | A: | ...that I did not get those instructions to do that. |
| 2026 | | |
| 2027 | A2: | ...I've never had the instructions of doing that. |
| 2028 | | |
| 2029 | A: | If I changed that one, it was because he told me over the phone, "You know |
| 2030 | | what? Write down - write down this date." |
| 2031 | | |
| 2032 | A2: | It was - if I changed that, it's because he told me by the phone, "Put this date |
| 2033 | | on it." |
| 2034 | | |
| 2035 | Q: | Told you by phone t- ch- to change it. Okay. |
| 2036 | | |
| 2037 | A2: | He told you over the phone... |
| 2038 | | |
| 2039 | A: | Uh-huh. |
| 2040 | | |
| 2041 | A2: | ...to change it? Yes. |
| 2042 | | |
| 2043 | Q: | And ih- if you woulda changed it - well, it - and that's - when you say, |
| 2044 | | changed, did you... |
| 2045 | | |
| 2046 | A2: | When you said "change"... |
| 2047 | | |
| 2048 | Q: | ...y- you said it was blank or did you have to white it... |
| 2049 | | |
| 2050 | A2: | ...you said it was... |
| 2051 | | |
| 2052 | Q: | ...out? |
| 2053 | | |
| 2054 | A2: | ...it was blank or did you have to put... |
| 2055 | | |
| 2056 | A: | I do not remember. |
| 2057 | | |
| 2058 | A2: | ...white out on top of it? |
| 2059 | | |
| 2060 | A2: | I don't remember. |
| 2061 | | |
| 2062 | A: | I do not remember. |
| 2063 | | |
| 2064 | Q: | And do you remember any - do you remember any ones past this? Not before |
| 2065 | | but after this one... |
| 2066 | | |
| 2067 | A2: | Do you not... |
| 2068 | | |

GR000288

# Exhibit "P"

| | | |
|---|---|---|
| 2069 | Q: | ...that he'd have you change? |
| 2070 | | |
| 2071 | A2: | ...do you not remember another, not before but after this one that he... |
| 2072 | | |
| 2073 | A: | No. |
| 2074 | | |
| 2075 | A2: | ...made you change? No. |
| 2076 | | |
| 2077 | Q: | 'Kay. And then did you ever ask (Brett) why... |
| 2078 | | |
| 2079 | A2: | Did you ever ask (Brett)... |
| 2080 | | |
| 2081 | Q: | ...he wanted it changed? |
| 2082 | | |
| 2083 | A2: | ...why he wanted you to change it? |
| 2084 | | |
| 2085 | A: | I did think things in my head but I was not going to question the boss, either. |
| 2086 | | |
| 2087 | A2: | I did have thoughts in my head but I wasn't gonna... |
| 2088 | | |
| 2089 | A: | He was the one who paid me, so I did not... |
| 2090 | | |
| 2091 | A2: | ...question my boss. I mean, he paid me. |
| 2092 | | |
| 2093 | A: | He paid, he - he had the or– |
| 2094 | | |
| 2095 | A2: | He paid... |
| 2096 | | |
| 2097 | A: | I was not going to question him... |
| 2098 | | |
| 2099 | A2: | I wasn't gonna… |
| 2100 | | |
| 2101 | A: | "Why are you going to change it?" |
| 2102 | | |
| 2103 | A2: | I wasn't going to question him why he would change it. |
| 2104 | | |
| 2105 | Q: | Okay. During the entire time that you worked there... |
| 2106 | | |
| 2107 | A2: | During the whole time you were working there... |
| 2108 | | |
| 2109 | Q: | ...did you ever see or hear (Brett) treat the employees bad? |
| 2110 | | |
| 2111 | A2: | ...did you hear or see (Brett) treating the employees badly at any time? |
| 2112 | | |
| 2113 | A: | No. |

GR000289

# Exhibit "P"

| 2114 | | |
|------|------|---|
| 2115 | A2: | No. |
| 2116 | | |
| 2117 | A: | I mean, he did get – he has a strong... |
| 2118 | | |
| 2119 | A2: | H- h- I mean, (unintelligible)... |
| 2120 | | |
| 2121 | A: | ...character. |
| 2122 | | |
| 2123 | A2: | ...he - his character is - "pesado ( strong )" is... |
| 2124 | | |
| 2125 | A: | He has a – he - he... |
| 2126 | | |
| 2127 | A1: | Wait. Heavy. Um... |
| 2128 | | |
| 2129 | A2: | Th- heavy. He says - the correction translation is heavy but... |
| 2130 | | |
| 2131 | A1: | Like, bad character, is basically what it means. |
| 2132 | | |
| 2133 | A2: | Bad character. |
| 2134 | | |
| 2135 | A: | He - he has a... |
| 2136 | | |
| 2137 | A1: | (Unintelligible). |
| 2138 | | |
| 2139 | A: | ...I mean, he has a – if you see him – if you work with him... |
| 2140 | | |
| 2141 | A2: | If you work with him... |
| 2142 | | |
| 2143 | A: | ...just by seeing him you would think he is a person... |
| 2144 | | |
| 2145 | A2: | ...and you see him, you think that he's a... |
| 2146 | | |
| 2147 | A: | ...like he is going around – how could I say it, angry. |
| 2148 | | |
| 2149 | A2: | ...you would think that he's mad. |
| 2150 | | |
| 2151 | A: | So he – I never saw him come out of nowhere and treat you badly. I did - I did |
| 2152 | | hear scolding, what do I know... |
| 2153 | | |
| 2154 | A2: | And... |
| 2155 | | |
| 2156 | A: | ...but because the employee did something bad, he was going around... |
| 2157 | | |

# Exhibit "P"

| | | |
|---|---|---|
| 2158<br>2159<br>2160<br>2161 | A2: | Th- there was some times that, I mean, he would get there and tell a c- worker that he did something wrong but, I mean, the coworker did something wrong so he'd probably yell at him or... |
| 2162<br>2163<br>2164 | Q: | Yeah, that's what I'm lookin' for. Like, ha- how would he yell? What things did he say to them? D- demeaning... |
| 2165<br>2166 | A2: | What things... |
| 2167<br>2168 | Q: | ...things. |
| 2169<br>2170 | A2: | ...what things did he say to them? |
| 2171<br>2172 | A: | No well, simply – depending on what... |
| 2173<br>2174<br>2175 | A2: | Things – would he say bad things to them? What kind of things would he say to them? |
| 2176<br>2177<br>2178 | A: | He simply – what – depending on what – for what he was scolding the person, he did – if he was scolding him for having made a sandwich badly... |
| 2179<br>2180 | A2: | He was... |
| 2181<br>2182<br>2183 | A: | ...then he would tell him, "Hey. Stop playing around and make the sandwich. Pay attention to what you are doing." |
| 2184<br>2185<br>2186 | A2: | If he - if someone did a sandwich wrong, he'd be like, "Hey, s- quit playin' around. Do the sandwich the right way." |
| 2187<br>2188 | A: | Or if he was, what do I know, messing around with his co-workers... |
| 2189<br>2190 | A2: | Or if h- if he kept messing around... |
| 2191<br>2192 | A: | ..."Hey." He would yell at them, "Stop playing." |
| 2193<br>2194 | A2: | ...he'd be like -- he'd be like, "Hey, stop playing. |
| 2195<br>2196 | A: | "...or I am going to send you home if you don't." |
| 2197<br>2198 | A2: | "Or I'm gonna send you home." |
| 2199<br>2200<br>2201 | Q: | Did he ever talk about -- and this is, ever -- did you ever hear him say anything about, uh, immigration, ICE... |
| 2202 | A2: | At any... |

GR000291

# Exhibit "P"

INTERVIEW WITH JOSE MANUEL ARREDONDO-PARAMO
Interviewer: Det. Joshua Henderson
Case # 13-189120
Page 50

| | | |
|---|---|---|
| 2203 | | |
| 2204 | Q: | ...sheriff? |
| 2205 | | |
| 2206 | A2: | ...at any - any occasion, did you not hear him talk about immigration |
| 2207 | | (unintelligible)... |
| 2208 | | |
| 2209 | Q: | Send you back to Mexico? |
| 2210 | | |
| 2211 | A2: | ...ICE – "I am going to send you back to (Mexico)?" |
| 2212 | | |
| 2213 | Q: | Anything like that? |
| 2214 | | |
| 2215 | A2: | Anything like that?  No. |
| 2216 | | |
| 2217 | A: | No. |
| 2218 | | |
| 2219 | Q: | Any racial names? Did he call anybody names? |
| 2220 | | |
| 2221 | A: | No. |
| 2222 | | |
| 2223 | A2: | Did he say – did he... |
| 2224 | | |
| 2225 | A: | He had his co-workers who, I imagine, who he played around with, he would |
| 2226 | | get along... |
| 2227 | | |
| 2228 | A2: | I imagine he had, you know, his friends that... |
| 2229 | | |
| 2230 | A: | ...but I... |
| 2231 | | |
| 2232 | A2: | ...that he would get along with like that. |
| 2233 | | |
| 2234 | A: | To play around with. |
| 2235 | | |
| 2236 | A2: | Like, (unintelligible). |
| 2237 | | |
| 2238 | A: | He never yelled them with, uh, nicknames when he would get angry. He |
| 2239 | | would always say to someone, playing around, like this, a... |
| 2240 | | |
| 2241 | A2: | He - he would never, uh, play with them with, um, nicknames. He would just |
| 2242 | | simply... |
| 2243 | | |
| 2244 | A: | He... |
| 2245 | | |
| 2246 | A1: | (Unintelligible). |
| 2247 | | |

GR000292

# Exhibit "P"

| 2248 | A: | ...simply. |
| 2249 | | |
| 2250 | A1: | I'm gonna instruct him to repeat what he said for the interpreter. Uh, repeat |
| 2251 | | what you said, please. |
| 2252 | | |
| 2253 | A2: | I got that wrong? |
| 2254 | | |
| 2255 | A1: | (Unintelligible). |
| 2256 | | |
| 2257 | A2: | Say it again... |
| 2258 | | |
| 2259 | A: | I mean, he would always - he would always grab and he had – he would go |
| 2260 | | there and play around and it was common to like, what do I know, some... |
| 2261 | | |
| 2262 | A2: | He would get there, he would play. |
| 2263 | | |
| 2264 | A: | ...just a nickname like, a nickname but... |
| 2265 | | |
| 2266 | A2: | Call them by... |
| 2267 | | |
| 2268 | A: | ...he would never go there and... |
| 2269 | | |
| 2270 | A2: | Call them by nicknames, but he never... |
| 2271 | | |
| 2272 | A: | He would never go there to - to - to, how would I say – yell bad things at you. |
| 2273 | | |
| 2274 | A2: | He'd never get there and yell bad things. |
| 2275 | | |
| 2276 | Q: | What kind of nicknames? |
| 2277 | | |
| 2278 | A2: | What type of nicknames? |
| 2279 | | |
| 2280 | A: | No, I mean - I mean, he would use anything, depending on what he knew he |
| 2281 | | would... |
| 2282 | | |
| 2283 | A2: | He would use whatever, depending on... |
| 2284 | | |
| 2285 | A: | ...who he was playing with. There were... |
| 2286 | | |
| 2287 | A2: | ...depending on who he was playing with. There was... |
| 2288 | | |
| 2289 | A: | ...there were employees that kind of like got along with him like this, like |
| 2290 | | playing around... |
| 2291 | | |
| 2292 | A2: | There was coworkers that he'd get along like that playing around. |

GR000293

# Exhibit "P"

| | | |
|---|---|---|
| 2293 | | |
| 2294 | A: | ...or his managers, with whom he would... |
| 2295 | | |
| 2296 | A2: | Or his managers, the ones that he would most... |
| 2297 | | |
| 2298 | A: | ...with whom he would fool around the most with. |
| 2299 | | |
| 2300 | A2: | ...the ones that he would, uh, talk to, work with. |
| 2301 | | |
| 2302 | A1: | What nicknames did he actually use? |
| 2303 | | |
| 2304 | A2: | What nicknames did (you) use? |
| 2305 | | |
| 2306 | A: | That I remember – I mean, I do not - not remember the - the nicknames. |
| 2307 | | |
| 2308 | A2: | For me to remember - I don't really remember any nicknames. |
| 2309 | | |
| 2310 | Q: | Now, on Friday you told us that (Brett) treated you respect but he did not with |
| 2311 | | - to the employees. What did you mean by that? |
| 2312 | | |
| 2313 | A2: | On Friday you said that (Brett) treated you with respect but not to all the em– |
| 2314 | | ... |
| 2315 | | |
| 2316 | A: | No... |
| 2317 | | |
| 2318 | A2: | ...workers. |
| 2319 | | |
| 2320 | A: | No - no... |
| 2321 | | |
| 2322 | A2: | What is it that you were trying to say by that? |
| 2323 | | |
| 2324 | A: | I did not tell them – I said to them – they also told me... |
| 2325 | | |
| 2326 | A2: | They told me to. |
| 2327 | | |
| 2328 | A: | ...to the man- to the employees, I said to him, they had me in another - |
| 2329 | | another – I always had my - my distance with the boss myself. |
| 2330 | | |
| 2331 | A2: | I always had my distance with the boss. |
| 2332 | | |
| 2333 | A: | He would always go there, playing around with his other managers. |
| 2334 | | |
| 2335 | A2: | He'd always get there, play with the other managers. |
| 2336 | | |

# Exhibit "P"

| | | |
|---|---|---|
| 2337 | A: | But to – I was referring to that they always – he always treated me differently |
| 2338 | | than the rest of the managers. |
| 2339 | | |
| 2340 | A2: | He always treated me different from the other managers. |
| 2341 | | |
| 2342 | A: | I do not know – as I told you, I do not know if it was because I did my job... |
| 2343 | | |
| 2344 | A2: | I don't know if because I did my work. |
| 2345 | | |
| 2346 | A: | ...I followed orders that I knew that... |
| 2347 | | |
| 2348 | A2: | I followed orders that I knew. |
| 2349 | | |
| 2350 | A: | ...he gave me. |
| 2351 | | |
| 2352 | A2: | That he would give me. |
| 2353 | | |
| 2354 | A: | I would never get in trouble. |
| 2355 | | |
| 2356 | A2: | I would never get in trouble. |
| 2357 | | |
| 2358 | A: | As I told them, I did not – nor am I... |
| 2359 | | |
| 2360 | A2: | like I said, I never... |
| 2361 | | |
| 2362 | A: | ...lying... |
| 2363 | | |
| 2364 | A2: | ...(unintelligible) lying. |
| 2365 | | |
| 2366 | A: | ...doing my work (unintelligible) I did everything well. |
| 2367 | | |
| 2368 | A2: | I'm not trying to make myself seem like I do everything right. |
| 2369 | | |
| 2370 | A: | But it is something I know, that I simply - s– I never did anything wrong... |
| 2371 | | |
| 2372 | A2: | I never did anything wrong. |
| 2373 | | |
| 2374 | A: | ...for him to go up to me... |
| 2375 | | |
| 2376 | A2: | So that he could come to me... |
| 2377 | | |
| 2378 | A: | ...yelling at me. |
| 2379 | | |
| 2380 | A2: | ...yelling at me. |
| 2381 | | |

| | | |
|---|---|---|
| 2382 | A: | There was a difference... |
| 2383 | | |
| 2384 | A2: | There was a difference... |
| 2385 | | |
| 2386 | A: | ...in his way of treating me... |
| 2387 | | |
| 2388 | A2: | There was a... |
| 2389 | | |
| 2390 | A: | ...and my co-workers. |
| 2391 | | |
| 2392 | A2: | There was a difference with how... |
| 2393 | | |
| 2394 | A: | When I... |
| 2395 | | |
| 2396 | A2: | ...he would treat me and how he would treat my coworkers. |
| 2397 | | |
| 2398 | A: | ...when I said "my co-workers," I said "my managers." |
| 2399 | | |
| 2400 | A2: | When I said my coworkers... |
| 2401 | | |
| 2402 | A: | I never (unintelligible) I told them about the employees. |
| 2403 | | |
| 2404 | A2: | When I said my coworkers, I mean, follow - fellow managers. Never the other |
| 2405 | | co-workers. |
| 2406 | | |
| 2407 | Q: | And when you say, he, you're talking about (Brett)? |
| 2408 | | |
| 2409 | A2: | And when... |
| 2410 | | |
| 2411 | A: | Yes. |
| 2412 | | |
| 2413 | A2: | ...you say, he, you are talking about (Brett)? |
| 2414 | | |
| 2415 | A: | Mm-hm. |
| 2416 | | |
| 2417 | A2: | Yes. |
| 2418 | | |
| 2419 | Q: | So you never heard him - (Brett) make comments, uh... |
| 2420 | | |
| 2421 | A2: | You never heard (Brett) make comments about... |
| 2422 | | |
| 2423 | Q: | ...ub- about, uh, employees... |
| 2424 | | |
| 2425 | A2: | ...other... |
| 2426 | | |

# Exhibit "P"

| 2427 | Q: | ...any - any, uh, even managers? |
| 2428 | | |
| 2429 | A2: | ...workers, even managers... |
| 2430 | | |
| 2431 | Q: | That were negative comments? |
| 2432 | | |
| 2433 | A2: | ...that were negative? |
| 2434 | | |
| 2435 | A: | No. |
| 2436 | | |
| 2437 | A2: | No. |
| 2438 | | |
| 2439 | Q: | Okay. Did you ever hear of, um, uh, did you ever hear of (Brett) talking |
| 2440 | | about... |
| 2441 | | |
| 2442 | A2: | On any occasion did you hear (Brett) speak about... |
| 2443 | | |
| 2444 | Q: | ...askin' other kitchen staff to go get friends to bring in to work? |
| 2445 | | |
| 2446 | A2: | ...asking other workers to bring in other friends to come work? |
| 2447 | | |
| 2448 | A: | No. |
| 2449 | | |
| 2450 | A2: | No. |
| 2451 | | |
| 2452 | Q: | Did he ever ask you to go get your friends or anything? |
| 2453 | | |
| 2454 | A2: | Did he ever ask you to go get your friends so that you would bring them to |
| 2455 | | work? |
| 2456 | | |
| 2457 | A: | No. |
| 2458 | | |
| 2459 | A2: | No. |
| 2460 | | |
| 2461 | A: | I never wanted to bring friends of mine. |
| 2462 | | |
| 2463 | A2: | I never wanted to bring friends of mine. |
| 2464 | | |
| 2465 | A: | I have never liked to get -- refer someone, either... |
| 2466 | | |
| 2467 | A2: | I w- I never liked to refer people in there. |
| 2468 | | |
| 2469 | A: | ...because I mean, if they go one or two days... |
| 2470 | | |
| 2471 | A2: | If he goes one day or two... |

GR000297

| | | |
|---|---|---|
| 2472 | | |
| 2473 | A: | ...and then do not come back... |
| 2474 | | |
| 2475 | A2: | ...and he doesn't come back... |
| 2476 | | |
| 2477 | A: | ...then it will be with you, "Where is your... |
| 2478 | | |
| 2479 | A2: | ...then it's gonna be with me, you know, where is your... |
| 2480 | | |
| 2481 | A: | ...your friend." |
| 2482 | | |
| 2483 | A2: | ...your friend or... |
| 2484 | | |
| 2485 | A: | I do not know. I never liked doing that. |
| 2486 | | |
| 2487 | A2: | ...I don't know. I never liked to do that. |
| 2488 | | |
| 2489 | Q: | Okay. So there was (Brett). |
| 2490 | | |
| 2491 | A2: | There was (Brett)... |
| 2492 | | |
| 2493 | Q: | Then who was the next manager? What was their name? |
| 2494 | | |
| 2495 | A: | Um... |
| 2496 | | |
| 2497 | A2: | ...and then who was the next manager? |
| 2498 | | |
| 2499 | Q: | B- just below the general manager. |
| 2500 | | |
| 2501 | A2: | The general manager? |
| 2502 | | |
| 2503 | A: | Uh, (Lisa). |
| 2504 | | |
| 2505 | A2: | (Lisa). |
| 2506 | | |
| 2507 | Q: | (Lisa)? Do you know her last name? |
| 2508 | | |
| 2509 | A2: | Do you know her – do you know her last name? |
| 2510 | | |
| 2511 | A: | No. |
| 2512 | | |
| 2513 | A2: | No. |
| 2514 | | |
| 2515 | Q: | (Norton)? |
| 2516 | | |

| 2517 | A2: | (Norton)? |
|------|-----|-----------|
| 2518 | | |
| 2519 | A: | I think that's - that's the one. |
| 2520 | | |
| 2521 | Q: | Did you ever work with her? |
| 2522 | | |
| 2523 | A2: | Did you work – did you get... |
| 2524 | | |
| 2525 | A: | Yes. |
| 2526 | | |
| 2527 | A2: | ...to work with her? |
| 2528 | | |
| 2529 | A: | Yes. |
| 2530 | | |
| 2531 | A2: | Yes. |
| 2532 | | |
| 2533 | A: | Uh, she – when (Brett) had three stores... |
| 2534 | | |
| 2535 | A2: | B- when (Brett) had three stores... |
| 2536 | | |
| 2537 | A: | ...she was in charge of the store on 90th street and Shea. |
| 2538 | | |
| 2539 | A2: | ...she was in charge of the store on 90th Street and Shea. |
| 2540 | | |
| 2541 | A: | So she uh, 1 did not work with her... |
| 2542 | | |
| 2543 | A2: | So, 1 didn't work with her... |
| 2544 | | |
| 2545 | A: | ...until the store closed and she had to move to another store. |
| 2546 | | |
| 2547 | A2: | ...until the store closed and she had to move ih- from store - he had to move |
| 2548 | | her from stores. |
| 2549 | | |
| 2550 | Q: | So he moved her from the - the one out in Scottsdale to the one on 32nd Street |
| 2551 | | and Shea? |
| 2552 | | |
| 2553 | A: | She was... |
| 2554 | | |
| 2555 | A2: | So she moved her from the store in Scottsdale to the one that was on 32nd |
| 2556 | | street and Shea? |
| 2557 | | |
| 2558 | A: | She was... |
| 2559 | | |
| 2560 | A2: | She was... |
| 2561 | | |

Exhibit "P"

| | | |
|---|---|---|
| 2562 | A: | ...she turned into her, like his... |
| 2563 | | |
| 2564 | A2: | She turned into... |
| 2565 | | |
| 2566 | A: | ...right hand. |
| 2567 | | |
| 2568 | A2: | ...like, his right-hand. |
| 2569 | | |
| 2570 | A: | They would go into both stores – that was when I tell him that uh... |
| 2571 | | |
| 2572 | A2: | They were the ones going in old stores, like I said. |
| 2573 | | |
| 2574 | A: | ...that was when he said – when he said, "You know what? Everything that - |
| 2575 | | that has to do with contracts, leave them to us. We are the ones who are doing |
| 2576 | | (unintelligible)..." |
| 2577 | | |
| 2578 | A2: | When you say "contracts" are you saying "applications"? |
| 2579 | | |
| 2580 | A: | Uh, "hiring." I mean, "the hiring." |
| 2581 | | |
| 2582 | A2: | Okay. When - like I said, when, uh, he said for applications, interviews, to call |
| 2583 | | him and her. |
| 2584 | | |
| 2585 | Q: | Oh, so you had to call (Lisa) as well? |
| 2586 | | |
| 2587 | A2: | You had to call... |
| 2588 | | |
| 2589 | A: | I mean, he - he said, "Leave it to us," to – I mean... |
| 2590 | | |
| 2591 | A2: | I mean, he said... |
| 2592 | | |
| 2593 | A: | ...them... |
| 2594 | | |
| 2595 | A2: | ..."Leave it to us," them two. |
| 2596 | | |
| 2597 | A: | ...because he count– he counted on her as - as his right hand. |
| 2598 | | |
| 2599 | A2: | 'Cause he'd count with her, like, her - his right hand. |
| 2600 | | |
| 2601 | Q: | So do you remember times where you did call (Lisa) on a application for |
| 2602 | | somebody? |
| 2603 | | |
| 2604 | A: | No. |
| 2605 | | |

GR000300

# Exhibit "P"

INTERVIEW WITH JOSE MANUEL ARREDONDO-PARAMO
Interviewer: Det. Joshua Henderson
Case # 13-189120
Page 59

| | | |
|---|---|---|
| 2606<br>2607<br>2608 | A2: | Do you remember having spoken to (Lisa) at any time for an application or something? |
| 2609<br>2610 | A: | No. |
| 2611<br>2612 | A2: | No. |
| 2613<br>2614 | Q: | Did (Lisa) make hiring decisions? Like... |
| 2615<br>2616 | A2: | Did (Lisa) make decisions... |
| 2617<br>2618 | Q: | ...hire people? |
| 2619<br>2620 | A2: | ...to hire people or... |
| 2621<br>2622 | A: | That I saw, no. |
| 2623<br>2624 | A2: | That I saw, no. |
| 2625<br>2626<br>2627 | A: | I imagine she did have the - the right – I mean, I imagine he had probably given her... |
| 2628<br>2629 | A2: | I imagine that he probably did give her... |
| 2630<br>2631 | A: | ...permission to hire. |
| 2632<br>2633 | A2: | ...the authority of hiring people. |
| 2634<br>2635 | A: | She was his right hand. I mean, she did not... |
| 2636<br>2637 | A2: | It was... |
| 2638<br>2639 | A: | I imagine she was... |
| 2640<br>2641 | A2: | She was his right-hand man. |
| 2642<br>2643 | A: | ...he would trust her with everything, I think. |
| 2644<br>2645 | A2: | And ih- he'd t- trust everything with her. |
| 2646<br>2647 | A1: | May we have a recess? And then we can maybe have a couple minutes? |
| 2648<br>2649 | Q: | Yeah. |
| 2650 | A1: | Or how much longer do you think the interview will run? |

Exhibit "P"

2651
2652  Q:              Probably another 30 minutes.
2653
2654  A1:             Okay. So let's have a recess then.
2655
2656  Q:              Okay, 2:30 and goin' and stoppin' tape.
2657
2658
2659  This transcript has been reviewed with the audio recording submitted and it is an accurate
2660  transcription.
2661  Signed_____