Leon B. Silver (SBN: 012884)
Andrew S. Jacob (SBN: 022516)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
lsilver@gordonrees.com
ajacob@gordonrees.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bret Frimmel; Pishka, Inc.; and BRF Enterprises, LLC; Lisa and William Bruce Norton, wife and husband;<br><br>*Plaintiffs,*<br><br>vs.<br><br>Joseph M. and Ava Arpaio, husband and wife, personally and in the capacity as Sheriff of Maricopa County; Joshua and Jane Doe Henderson, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; Brandon and Jane Doe Jones, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; Christopher and Jane Doe Hegstrom, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; Daniel and Jane Doe Gandara, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; Sean and Jane Doe Locksa, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; and Christopher and Jane Doe Hechavarria, husband and wife, personally and in the official capacity as a Deputy Sheriff of Maricopa County; and Maricopa County, Arizona<br><br>*Defendants.* | CASE 2-15-cv-00087-SPL<br><br>**NOTICE OF FILING REDLINE VERSION OF SECOND AMENDED COMPLAINT** |

NOTICE IS GIVEN that Plaintiffs Bret Frimmel, Pishka, Inc., BRF Enterprises, LLC, and Lisa & William Bruce Norton filed a REDLINE version of the Second Amended Complaint showing changes and additions made therein, which is attached to this Notice.

DATED this 12th day of June, 2015.

GORDON & REES LLP

By:   *s/ Leon B. Silver*
Leon B. Silver
Andrew S. Jacob
111 W. Monroe St., Suite 1600
Phoenix, AZ  85003

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically transmitted the foregoing Notice of Filing, together with the attached REDLINE Version of Second Amended Complaint, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michele M. Iafrate
**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, AZ 85003
*Attorneys for Individual Defendants and MCSO*

William G. Montgomery
**MARICOPA COUNTY ATTORNEY**
By: Ann Thompson Uglietta
Deputy County Attorney
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, AZ 85004
*Attorneys for Maricopa County*

*s/ Helena Lipski*

-2-

Notice of Filing, *Frimmel v. Arpaio*