Leon B. Silver  (SBN:  012884)
Andrew S. Jacob  (SBN:  022516)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone:  (602) 794-2460
Facsimile:  (602) 265-4716
lsilver@gordonrees.com
ajacob@gordonrees.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bret Frimmel; Pishka, Inc.; and BRF Enterprises, LLC; Lisa and William Bruce Norton, wife and husband; | ) CASE  2-15-cv-00087-SPL ) ) |
| *Plaintiffs,* | ) **NOTICE OF ERRATA RE: SECOND** ) **AMENDED COMPLAINT** |
| vs. | ) |
| Joseph M. and Ava Arpaio, husband and wife, personally and in the capacity as Sheriff of Maricopa County; Joshua and Jane Doe Henderson, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; Brandon and Jane Doe Jones, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; Christopher and Jane Doe Hegstrom, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; Daniel and Jane Doe Gandara, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; Sean and Jane Doe Locksa, husband and wife, personally and in the capacity as a Deputy Sheriff of Maricopa County; and Christopher and Jane Doe Hechavarria, husband and wife, personally and in the official capacity as a Deputy Sheriff of Maricopa County; and Maricopa County, Arizona | ) **(Federal Question:** )   **42 USC §§ 1981, 1983,  1985, & 1988)** |
| *Defendants.* | |

-1-

Notice of Errata Re: Second Amended Complaint, *Frimmel v. Arpaio*

1   Notice is hereby given that Plaintiffs Bret Frimmel, Pishka, Inc., BRF Enterprises,
2 LLC, and Lisa & William Bruce Norton have filed a corrected Second Amended
3 Complaint in order to comply with L.R. 15(1).  Attached hereto is a copy of the
4 CORECTED Second Amended Complaint with Exhibits, and a REDLINE showing
5 changes from the First Amended Complaint (Doc. 9).

6   DATED this 19th day of June, 2015.

GORDON & REES LLP

By:  *s/ Leon B. Silver*
     Leon B. Silver
     Andrew S. Jacob
     111 W. Monroe St., Suite 1600
     Phoenix, AZ  85003

Attorneys for Plaintiffs

-2-
Notice of Errata Re: Second Amended Complaint, *Frimmel v. Arpaio*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2015, I electronically transmitted the foregoing Notice of Errata Re: Second Amended Complaint and its attachments to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michele M. Iafrate
**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, AZ 85003
*Attorneys for Individual Defendants and MCSO*

William G. Montgomery
**MARICOPA COUNTY ATTORNEY**
By: Ann Thompson Uglietta
Deputy County Attorney
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, AZ 85004
*Attorneys for Maricopa County*

*s/ Helena Lipski*

-3-
Notice of Errata Re: Second Amended Complaint, *Frimmel v. Arpaio*