Leon B. Silver  (SBN:  012884)
Andrew S. Jacob  (SBN:  022516)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone:  (602) 794-2460
Facsimile:  (602) 265-4716
lsilver@gordonrees.com
ajacob@gordonrees.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bret Frimmel; Pishka, Inc.; and BRF Enterprises, LLC; Lisa and William Bruce Norton, wife and husband;<br><br>*Plaintiffs,*<br><br>vs.<br><br>Joseph M. and Ava Arpaio, *et al.,*<br><br>*Defendants.* | ) **CASE  2-15-cv-00087-SPL**<br>)<br>)<br>)<br>) **STIPULATED MOTION FOR**<br>) **REFERRAL TO MAGISTRATE**<br>) **JUDGE FOR SETTLEMENT**<br>) **CONFERENCE**<br>)<br>)<br>) |

Plaintiffs Lisa and Bruce Norton (the "Norton Plaintiffs"), and each of the Defendants, by respective counsel, request that the Norton claims raised in this matter be referred to a Magistrate Judge for purposes of conducting a settlement conference as to those claims.

The Norton Plaintiffs and the Defendants mutually believe the settlement process will be substantially aided by the assistance of a third-party court officer. The Norton Plaintiffs and the Defendants believe that a settlement conference would be productive at this point.  The County Defendants will not be able to participate in a settlement conference any time prior to the December 7, 2015 County Board of Supervisors meeting, but would like to start the process so that a settlement conference could be set relatively soon thereafter.

RESPECTFULLY SUBMITTED this 25th day of November, 2015.

GORDON & REES LLP

By:   *s/ Leon B. Silver*
Leon B. Silver
Andrew S. Jacob
111 W. Monroe St., Suite 1600
Phoenix, AZ  85003
*Attorneys for Plaintiffs*


IAFRATE & ASSOCIATES

By:   *s/ Michele M. Iafrate*
Michele M. Iafrate
649 North Second Avenue
Phoenix, AZ 85003
*Attorneys for Individual Defendants and MCSO*

SANDERS & PARKS, P.C.

 *s/ J. Arthur Eaves*
J. Arthur Eaves
Robin E. Burgess
3030 North Third Street, Suite 1300
Phoenix, AZ 85012
*Attorneys for Maricopa County*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, I electronically transmitted the foregoing Stipulated Motion for Referral to Magistrate Judge For Settlement Conference to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michele M. Iafrate (miafrate@iafratelaw.com)
J. Arthur Eaves (artie.eaves@sanderssparks.com)
Robin E. Burgess (robin.burgess@sanderssparks.com)

*s/ Helena Lipski*