IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al., | No. CV-15-00087-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Before the Court is Defendant Maricopa County's motion for a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, asking that Plaintiffs be precluded from taking the depositions of Maricopa County Attorney's Office prosecutors Jaimee Oliver and Michael Anderson. (Doc. 99.) The request will be denied without prejudice.

The instant motion fails to comply with the Court's policy that discovery disputes must be filed jointly (*see* Doc. 58 § III), the Local Rules of Civil Procedure, which require that counsel attach a statement "certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter," LRCiv 7.2(j), and the Federal Rules of Civil Procedure, which require that "[t]he motion must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action," Fed. R. Civ. P. 26(c)(1). The Court declines to depart from its policy and the rules. Counsel must certify and show that it has made sufficient good faith attempts to resolve

this dispute without Court intervention.

Accordingly,

**IT IS ORDERED** that the Motion for Protective Order (Doc. 99) is **denied**.

Dated this 7th day of July, 2016.

Honorable Steven P. Logan
United States District Judge