**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

Attorneys for **Defendants Joseph M. Arpaio, Joshua Henderson, Brandon Jones, Christopher Hegstrom, Daniel Gandara, Sean Locksa, and Christopher Hechavarria**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al._____Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,_____Defendants. | NO. CV15-00087-PHX-SPL<br><br>**STIPULATION FOR DEFENDANT ARPAIO TO ACCEPT SERVICE OF PLAINTIFFS' 30(b)(6) DEPOSITION NOTICE** |

On November 7, 2016, the Court held a discovery dispute hearing regarding Plaintiffs' 30(b)(6) Notice of Deposition served on Maricopa County. The parties conferred on November 8, 2016 and came to an agreement that Defendant Joseph M. Arpaio would accept service of the 30(b)(6) Notice of Deposition and provide MCSO witnesses in accordance with the Rules that relate to MCSO topics.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Therefore, the parties stipulate that Defendant Joseph M. Arpaio will accept service of Plaintiffs' 30(b)(6) deposition notice and provide MCSO witnesses in accordance with the Rules that relate to MCSO topics.

**DATED** this <u>8th</u> day of November, 2016

**IAFRATE & ASSOCIATES**

By: <u>   s/Michele M. Iafrate            </u>
Michele M. Iafrate
Attorney for **Defendants Joseph M. Arpaio, Joshua Henderson, Brandon Jones, Christopher Hegstrom, Daniel Gandara, Sean Locksa, and Christopher Hechavarria**

**GORDON & REES LLP**

By: <u>   s/Andy S. Jacob (w/permission)   </u>
Leon B. Silver
Andy S. Jacob
Attorneys for **Plaintiffs**

**SANDERS AND PARKS**

By: <u>   s/Robin E. Brugess (w/permission)   </u>
J. Arthur Eaves
Robin E. Burgess
Attorneys for **Defendant Maricopa County**

**ORIGINAL** of the foregoing e-filed this 8th day of November, 2016, with:

Clerk of the Court
**United States District Court**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003

**COPIES** of the foregoing e-mailed via ECF this 8th day of November, 2016, to:

Honorable Steven P. Logan
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Ste. 521, SPC 82
Phoenix, Arizona  85003

Leon B. Silver
Andrew S. Jacob
**Gordon & Rees LLP**
111 W. Monroe Street, Suite 1600
Phoenix, Arizona  85003
Attorneys for **Plaintiffs**

J. Arthur Eaves
Robin E. Burgess
**Sanders and Parks**
3030 N. Third Street, Ste. 1300
Phoenix, Arizona  85012
Attorneys for **Defendant Maricopa County**


By:    s/Jill Lafornara