**EXHIBIT 6**

MICHAEL n. JEANES, CLERK
BY *P.Elorada*
DEP.

FILED

13 JUL 29 PM 4: 18

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

W. Tattnall Rush
Deputy County Attorney
Bar ID#: 025228
301 West Jefferson, 8th Floor
Phoenix, AZ 85003
Telephone: (602)372-7350
mcaoptd@mcao.maricopa.gov
MCAO Firm # 000320000
Attorney for Plaintiff

DR 13008988-Maricopa County Sheriff's Office

CA2013028469

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA | ) |
| Plaintiff, | ) |
| vs. | ) |
| EMIGDIO MUNOZ GONZALEZ *(004)* | ) CR 2013-433594-004 |
| FERNANDO ABUNDEZ GONZALEZ *(007)* | ) CR 2013-433594-007 |
| VICTOR VARGAS MORAN *(008)* | ) CR 2013-433594-008 |
| VALENTIN VILLANUEVA-FERNANDEZ *al (002)* | ) CR 2013-433594-002 |
| Defendants. | ) 588 GJ 472 |
| | ) INDICTMENT |

**COUNT 1:** TAKING IDENTITY OF ANOTHER, A
CLASS 4 FELONY(EMIGDIO MUNOZ
GONZALEZ)
**COUNT 2:** FORGERY, A CLASS 4 FELONY
(EMIGDIO MUNOZ GONZALEZ)

**COUNT 3:** AGGRAVATED TAKING IDENTITY OF
ANOTHER, A CLASS 3 FELONY(VICTOR VARGAS
MORAN)
**COUNT 4:** FORGERY, A CLASS 4 FELONY
(VICTOR VARGAS MORAN)

**COUNT 5:** TAKING IDENTITY OF ANOTHER, A
CLASS 4 FELONY(FERNANDO ABUNDEZ
GONZALEZ)

1

MCAO-011604

)  **COUNT 6:** TAKING IDENTITY OF ANOTHER, A
)  CLASS 4 FELONY(VALENTIN VILLANUEVA-
)  FERNAN)
)  **COUNT 7:** FORGERY, A CLASS 4 FELONY
)  (VALENTIN VILLANUEVA-FERNAN)
)

The Grand Jurors of Maricopa County, Arizona, accuse EMIGDIO MUNOZ GONZALEZ,

FERNANDO ABUNDEZ GONZALEZ, VICTOR VARGAS MORAN and VALENTIN VILLANUEVA-FERNAN, on

this 29th day of July, 2013, charging that in Maricopa County, Arizona:

**COUNT 1:**

EMIGDIO MUNOZ GONZALEZ, on or between the 27th day of May, 2007 and the 17th day of

July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal

identifying information or entity indentifying information, without consent, with the intent to obtain

or use the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§

13-2008, 13-701, 13-702, 13-702.01, and 13-801.


**COUNT 2:**

EMIGDIO MUNOZ GONZALEZ, on or about the 27th day of May, 2007, with intent to defraud,

offered or presented to UNCLE SAM'S LLC  a form W-4, a forged instrument or one which contained

false information, in violation of A.R.S. §§  13-2001, 13-2002, 13-701, 13-702, 13-702.01, and 13-801.


**COUNT 3:**

VICTOR VARGAS MORAN, on or about the 15th day of December, 2011, knowingly took,

purchased, manufactured, recorded, or used any personal identifying information or entity

identifying information of another person, including a real or fictitious person, with the intent to

obtain employment, in violation of A.R.S. §§ 13-2009, 13-2001, 13-701, 13-702, and 13-801.

MCAO-011605

**COUNT 4:**

VICTOR VARGAS MORAN, on or about the 15th day of December, 2011, with intent to defraud, offered or presented to UNCLE SAM'S LLC a form W-4, a forged instrument or one which contained false information, in violation of A.R.S. §§ 13-2001, 13-2002, 13-701, 13-702, and 13-801.

**COUNT 5:**

FERNANDO ABUNDEZ GONZALEZ, on or about the 17th day of July, 2013, knowingly took, purchased, manufactured, recorded, possessed or used any personal identifying information or entity identifying information or entity indentifying information, without consent, with the intent to obtain or use the identity for any unlawful purpose or to cause loss to a person or with the intent to obtain or continue employment, in violation of A.R.S. §§ 13-2008, 13-701, 13-702, and 13-801.

**COUNT 6:**

VALENTIN VILLANUEVA-FERNAN, on or between the 1st day of September, 2002 and the 31st day of October, 2002, knowingly took, used, sold, or transferred any personal identifying information, without consent, with intent to obtain, use, sell, or transfer the identity for any unlawful purpose or to cause loss to a person, in violation of A.R.S. §§ 13-2008, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 7:**

VALENTIN VILLANUEVA-FERNAN, on or between the 1st day of September, 2002 and the 31st day of October, 2002, with intent to defraud, offered or presented to UNCLE SAM'S LLC an employment, a forged instrument or one which contained false information, in violation of A.R.S. §§ 13-2001, 13-2002, 13-701, 13-702, 13-702.01, and 13-801.

A TRUE BILL

("A True Bill")

3

MCAO-011606

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

Date: July 29, 2013

/s/

/s/ W. TATTNALL RUSH
DEPUTY COUNTY ATTORNEY

FOREPERSON OF THE GRAND JURY

TR/cb/OK

4

MCAO-011607

**EXHIBIT 7**

INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ
Interviewer:  Det. Josh Henderson
09-30-13/4:57 pm
Case # CR2014103633 - frimmel
Page 1

**INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ**
**Q=Det. Josh Henderson**
**Q1=Cesar Brockman**
**Q2=Delia Salvatierra**
**A=Valentin Villanueva Fernandez**

| | | | |
|---|---|---|---|
| Q: | Uh, Valentin.  I'm Detective Henderson. | Q: | Uh, Valentin.  I'm Detective Henderson. |
| Q1: | El detective Henderson. | Q1: | Detective Henderson. |
| Q: | Uh - uh, I understand, um, what you're going through and, uh - uh, I'm not trying to - I'm just trying to make this as much com- as most comfortable as I can for you, okay?  You have nothing to worry about.  Anything said in here stays in here.  Not gonna go out. | Q: | Uh - uh, I understand, um, what you're going through and, uh - uh, I'm not trying to - I'm just trying to make this as much com- as most comfortable as I can for you, okay?  You have nothing to worry about.  Anything said in here stays in here.  Not gonna go out. |
| Q1: | Yo entiendo por lo que estás pasando. Voy a tratar de hacer esto lo más - lo más confortable posible. Todo lo que se diga en este momento se va a quedar aquí.  Okay? | Q1: | I understand what you're going through. I'm going to try to make this as - as comfortable as possible. Everything that is said at this time is going to stay here.  Okay? |
| A: | Sí. | A: | Yes. |
| Q: | Uh, I'm con- I'm concerned more for, um - I - I want to - my investigation I want to go after the owner Frimmel Bret and the management. | Q: | Uh, I'm con- I'm concerned more for, um - I - I want to - my investigation I want to go after the owner Frimmel Bret and the management. |
| Q1: | En - en - en mi investigación yo quiero ir, uh, atrás de - de - de Bret Frimmel y el manejamiento. | Q1: | In - in - in my investigation I want to go, uh, behind Bret Frimmel and the management. |
| Q: | So I'm - I'm just - I'm gonna ask you some questions just looking for, uh, you know, good information that you can provide.  I want you to be honest up front, um, and just, uh - yeah, be honest. | Q: | So I'm - I'm just - I'm gonna ask you some questions just looking for, uh, you know, good information that you can provide.  I want you to be honest up front, um, and just, uh - yeah, be honest. |
| Q1: | Yo - yo - yo te voy a hacer preguntas para obtener, uh, información buena | Q1: | I - I - I'm going to ask you questions to get, uh, good information for - for our |

| | | | |
|---|---|---|---|
| | para - para nuestra investigación y quiero que seas, uh, honesto. | | investigation and I want you to be, uh, honest. |
| Q: | Okay.  Uh, the date's 9-30-2013.  Uh, reference DR 13-008988.  Uncle Sam's investigation.  Uh, present is Valentin Villanueva with his attorney... | Q: | Okay.  Uh, the date's 9-30-2013.  Uh, reference DR 13-008988.  Uncle Sam's investigation.  Uh, present is Valentin Villanueva with his attorney... |
| Q2: | Delia Salvatierra. | Q2: | Delia Salvatierra. |
| Q: | And also present is County Attorney Jamie Oliver and Cesar Brockman for translator.  Uh, Valentin, I'm gonna ask you the first question is, uh, how'd you hear about the job with Uncle Sam's? | Q: | And also present is County Attorney Jamie Oliver and Cesar Brockman for translator.  Uh, Valentin, I'm gonna ask you the first question is, uh, how'd you hear about the job with Uncle Sam's? |
| Q1: | La primer pregunta es, uh, ¿cómo - cómo supiste de- del - del trabajo en Uncle Sam's? | Q1: | The first question is, uh, how - how did you find out ab- about - about the job at Uncle Sam's? |
| A: | Um yo, este, andaba buscando trabajo y en una parada de un bus, ahí le pregunté a una - a una persona si había trabajo, si no conocía dónde había trabajo y él me dijo, "Eh creo en el Uncle Sam's. Ahí están necesitando". | A: | Um I, um, was looking for work and at a bus stop, there I asked a - a person if there was work, if he knew where there was work and he told me, "Eh I think at Uncle Sam's. They need people there." |
| Q1: | I - I was looking for work and at - at a bus stop I - I asked, uh, a person if they knew where was - where they were hiring and, uh, he told me, "At, uh - at Uncle Sam's I think they're hiring." | Q1: | I - I was looking for work and at - at a bus stop I - I asked, uh, a person if they knew where was - where they were hiring and, uh, he told me, "At, uh - at Uncle Sam's I think they're hiring." |
| Q: | A bus stop here in town? | Q: | A bus stop here in town? |
| Q1: | ¿En una parada de bus aquí en - aquí en - en - en - en el pueblo? | Q1: | At a bus stop here in - here in - in - in - in the town? |
| A: | Sí, aquí. | A: | Yes, here. |
| Q1: | ¿En la ciudad? | Q1: | In the city? |
| A: | Sí. | A: | Yes. |
| Q1: | Yes. | Q1: | Yes. |
| Q: | Uh, okay.  Um, did this person that you asked or heard about the job also work there? | Q: | Uh, okay.  Um, did this person that you asked or heard about the job also work there? |
| Q1: | ¿A esta persona que - que le preguntaste, ta- también trabajaba ahí? | Q1: | This person whom - whom you asked, al- also worked there? |
| A: | No. | A: | No. |
| Q: | No. Okay. Um, all right. And then after that what did you do? | Q: | No.  Okay.  Um, all right.  And then after that what did you do? |

| | | | |
|---|---|---|---|
| Q1: | Después de eso, ¿qué hiciste? | Q1: | After that, what did you did? |
| A: | Um yo fui a ese lugar donde -- me dijo más o menos dónde estaba el lugar. | A: | Um I went to that place where -- he told me more or less where the place was. |
| Q1: | I went to - to this place.  Uh, more or less, uh, he - he told me where this place was. | Q1: | I went to - to this place.  Uh, more or less, uh, he - he told me where this place was. |
| Q: | And then when you say this place, the Uncle Sam's was at 32nd Street and Shea, at Union Hill? | Q: | And then when you say this place, the Uncle Sam's was at 32nd Street and Shea, at Union Hill? |
| Q1: | Cuando me dices este lugar, ¿e- era el Uncle Sam's de - de, uh, thirty-sec- de la 32 a - a calle Shea en Union Hill? | Q1: | When you tell me this place, w- was it the Uncle Sam's on - on, uh, thirty-sec- on 32nd on - on Shea street in Union Hill? |
| A: | No, era uno en la 90 ahí. | A: | No, it was one on 90th there. |
| Q1: | No.  It was the one on 90th Street. | Q1: | No.  It was the one on 90th Street. |
| Q: | Okay.  And about, uh, what time was this?  What year? | Q: | Okay.  And about, uh, what time was this?  What year? |
| Q1: | ¿Co- como, uh, qué tiempo era? ¿Qué - qué año? | Q1: | Li- like, uh, what time was it? What - what year? |
| A: | El 2002. | A: | In 2002. |
| Q1: | In 2002. | Q1: | In 2002. |
| Q: | And then when you went there, uh, who did you talk to? | Q: | And then when you went there, uh, who did you talk to? |
| Q1: | Cuando fuiste ahí, ¿con quién hablaste? | Q1: | When you went there, with whom did you talk? |
| A: | Uh pues yo llegué y dije -- con, no sé, una persona que -- y me dijo que -- o sea, yo llegué y pregunté que si había trabajo y me dijo - dice, "Sí". | A: | Uh well I got there and I said -- with, I don't know, a person who -- and he told me that -- I mean, I came and I asked if there was work and he told - tells me, "Yes." |
| Q1: | I got - I got there and I spoke to a person and asked, uh, if, uh, there was work. | Q1: | I got - I got there and I spoke to a person and asked, uh, if, uh, there was work. |
| Q: | Uh, do you remember who that person was? | Q: | Uh, do you remember who that person was? |
| Q1: | ¿Recuerdas quién - quién era esa persona? | Q1: | Do you remember who - who that person was? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q: | Okay. Uh, and then what did they tell you? | Q: | Okay.  Uh, and then what did they tell you? |
| Q1: | ¿Qué te dijeron? | Q1: | What did they tell you? |
| A: | Me dijeron que sí, que si quería | A: | They told me yes, that if I wanted to |

TRANSCRIPT-03

| | | | |
|---|---|---|---|
| | trabajar que sí había trabajo. | | work, that there was work. |
| Q1: | They told me, "Yes," if I wanted work there is work. | Q1: | They told me, "Yes," if I wanted work there is work. |
| Q: | And then what did - what happened after that? | Q: | And then what did - what happened after that? |
| Q1: | ¿Y - y qué pasó después de eso? | Q1: | And - and what happened after that? |
| A: | Ya ahí me dijeron que fuera al otro día. | A: | Then they told me to come back the following day. |
| Q1: | They told me to come back the next day. | Q1: | They told me to come back the next day. |
| Q: | Okay. And then, uh, who did you see that day? | Q: | Okay.  And then, uh, who did you see that day? |
| Q1: | ¿A - a - a quién viste ese día? | Q1: | Whom did you see that day? |
| A: | A una persona que trabajaba ahí y, este, y me dijo -- la persona que yo le pregunté que si había trabajo, me dijo que sí. Y ya como le digo, me dijo que venga al otro día. Fui al otro día y ahí fui y me presenté en la mañana que me dijo que fuera al otro día en la mañana. | A: | A person who worked there and, um, and he told me -- the person I asked if there was work, he told me yes. And then like I told you, he told me to come back the next day. I went the next day and I went there and I showed up in the morning because he told me to go the next day in the morning. |
| Q1: | I - I was told to come back the next day.  I came back the next day and, uh - um... | Q1: | I - I was told to come back the next day.  I came back the next day and, uh - um... |
| A: | Y ya de ahí, este… | A: | And then, um… |
| Q1: | ...talked to the person that told me there was work. | Q1: | ...talked to the person that told me there was work. |
| A: | Ya de ahí, uh, me dijo, "Te voy a dar trabajo pero no - no aquí, te -- vete a otro lugar… | A: | …then, uh, he told me, "I'm going to give you work but not - not here, you - - go somewhere else… |
| Q1: | And then... | Q1: | And then... |
| A: | …para que te enseñes". | A: | …to teach yourself". |
| Q1: | ...from there on I was told, "I'm gonna give you work but I'm gonna send you somewhere else so that you can learn." | Q1: | ...from there on I was told, "I'm gonna give you work but I'm gonna send you somewhere else so that you can learn." |
| Q: | Okay.  Uh, did you fill out any paperwork? | Q: | Okay.  Uh, did you fill out any paperwork? |
| Q1: | ¿Uh lle- llenastes el papeleo? | Q1: | Uh did you fi- fill out the paperwork? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q: | Uh, did you have to show any kind of form of I.D. to work? | Q: | Uh, did you have to show any kind of form of I.D. to work? |
| Q1: | ¿Tu- tuviste que presentar alguna | Q1: | Did you ha- have to present any form |

INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ
Interviewer:  Det. Josh Henderson
09-30-13/4:57 pm
Case # CR2014103633 - frimmel
Page 5

| | | | |
|---|---|---|---|
| | forma de identificación para trabajar? | | of identification to work? |
| A: | No. | A: | No. |
| Q: | Uh, this person that you talked to were they a manager? | Q: | Uh, this person that you talked to were they a manager? |
| Q1: | Uh, ¿esta - esta persona con que hablaste era un manejador? | Q1: | Uh, this - this person with whom you talked was a manager? |
| A: | Uh yo pienso que sí. No le pregunté, you know, si era... | A: | Uh, I think so. I didn't ask him, you know, if he was… |
| Q1: | I - I think so.  I didn't - I didn't ask. | Q1: | I - I think so.  I didn't - I didn't ask. |
| A: | Ni yo le pregunté. Ni me dijo nada. Yo nomás… | A: | I didn't ask him. He didn't tell me anything. I just… |
| Q1: | I didn't ask and he didn't tell me. | Q1: | I didn't ask and he didn't tell me. |
| Q: | Okay.  Uh, Valentin, do you know who the, uh, owner is, Bret? | Q: | Okay.  Uh, Valentin, do you know who the, uh, owner is, Bret? |
| Q1: | Uh, ¿sabes quién es el - el dueño, Bret? | Q1: | Uh, do you know who the - the owner, Bret, is? |
| A: | Sí - sí, lo he mirado ahí en - en -- él di-dice es el dueño. | A: | Yeah - yeah, I've seen him there at - at -- he sa- says he's the owner. |
| Q1: | Yes.  I've seen him. He says he's the owner. | Q1: | Yes.  I've seen him.  He says he's the owner. |
| Q: | Okay. Uh, did you ever talk to him at all or have any dealings with him? | Q: | Okay.  Uh, did you ever talk to him at all or have any dealings with him? |
| Q1: | ¿Y nunca hablaste con él, nunca - nunca, eh, um, trataste con él? | Q1: | And you never talked with him, you never - never, uh, um, dealt with him? |
| A: | Mmm no, nomás unas dos, tres palabras pero… | A: | Mmm no, just two, three words but… |
| Q1: | No. Just a few words. | Q1: | No.  Just a few words. |
| Q: | Uh, okay. Did you ever talk to (Lisa) or have any kind of, uh - um, contact with her? | Q: | Uh, okay.  Did you ever talk to (Lisa) or have any kind of, uh - um, contact with her? |
| Q1: | ¿Nunca hablaste con (Lisa) o tuviste, uh, un tipo de contacto con ella? | Q1: | Did you ever talk with (Lisa) or have, uh, some kind of contact with her? |
| A: | Sí, ella sí, este, trabaja en - ahí de manejadora. | A: | Yeah, she does, um, work in - there as the manager. |
| Q1: | Yeah.  She worked there as the manager. | Q1: | Yeah.  She worked there as the manager. |
| Q: | And... | Q: | And... |
| A: | Y - y ella sí estaba ahí. | A: | And - and she was there. |
| Q1: | Yeah.  She was there. | Q1: | Yeah.  She was there. |
| Q: | ...when you say she was there, is she the one that you talked to when you tried to get the job? | Q: | ...when you say she was there, is she the one that you talked to when you tried to get the job? |
| Q1: | Cuando dices que ella estaba ahí, ¿e-ella es con la que hablaste cuando | Q1: | When you say that she was there, is s-she the one you talked with when you |

INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ
Interviewer:  Det. Josh Henderson
09-30-13/4:57 pm
Case # CR2014103633 - frimmel
Page 6

|  |  |  |  |
|---|---|---|---|
|  | trataste de - de obtener empleo? |  | tried to - to get a job? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q: | And then, Valentin, did you, uh - uh, when you got hired at that store what store did you end up working at? | Q: | And then, Valentin, did you, uh - uh, when you got hired at that store what store did you end up working at? |
| Q1: | Cuando fuiste contratado, ¿en cuál tienda terminaste trabajando? | Q1: | When you were hired, at what store did you end up working? |
| A: | Um como me dijeron que fuera a otro lugar, fui a la 32 y la Shea Boulevard. Ahí me - me - me dijeron que me iban a treinar, a enseñar. | A: | Um since they told me to go to another place, I went to 32nd and Shea Boulevard. There they told me - me - me there that they were going to train me, teach me. |
| Q1: | I - I went to 32nd Street and Shea and I was told that I was gonna train there. | Q1: | I - I went to 32nd Street and Shea and I was told that I was gonna train there. |
| A: | Y ahí estuve como un mes, y luego… | A: | And I was there like a month, and then… |
| Q1: | I was there for about a month. | Q1: | I was there for about a month. |
| A: | …luego me - me dijeron que fuera a la 90 - 90 calle. | A: | …then they told me - me to go to 90th - 90th Street. |
| Q1: | Then I was told to go to 90th Street. | Q1: | Then I was told to go to 90th Street. |
| Q: | And then how long were you at 90th Street? | Q: | And then how long were you at 90th Street? |
| Q1: | ¿Qué tanto estuviste ahí en la 90 calle? | Q1: | How much were you there at 90th street? |
| A: | Um desde -- en este tiempo - después de un mes me fui a la 90, hasta dos años pasados que - que ya se - se cerró. | A: | Um since -- at this time - after a month I went to 90th, until two years ago when - when it - it closed. |
| Q1: | Up until two years ago when it closed. | Q1: | Up until two years ago when it closed. |
| Q: | And then where'd you go? | Q: | And then where'd you go? |
| Q1: | ¿Y luego de ahí pa' dónde fuistes? | Q1: | And after there, where did you go? |
| A: | Uh de ahí me dijeron que me fuera a la 90 - a la 90 - a la 83. | A: | Uh from there they told me to go to 90th - to 90th - to 83rd. |
| Q1: | From there I was told to go to 83rd. | Q1: | From there I was told to go to 83rd. |
| Q: | And what was your job at Uncle Sam's? | Q: | And what was your job at Uncle Sam's? |
| Q1: | ¿Qué era tu título ahí? | Q1: | What was your job there? |
| A: | Um trabajaba, um - um, donde ellos me dijeran, "Aquí trabaja". | A: | Um I worked, um - um, wherever they told me, "Work here." |
| Q1: | I - I worked, uh, wherever I was told to work. | Q1: | I - I worked, uh, wherever I was told to work. |
| A: | En la freidora o… | A: | With the fryer or… |
| Q1: | ¿En dónde? | Q1: | Where? |

INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ
Interviewer:  Det. Josh Henderson
09-30-13/4:57 pm
Case # CR2014103633 - frimmel
Page 7

| | | | | |
|---|---|---|---|---|
| A: | Frei- freidora. | A: | Fry- fryer. |
| Q1: | Oh, in the fryer. | Q1: | Oh, in the fryer. |
| A: | O a veces en los sándwiches, hacer sandwiches. | A: | Or sometimes on the sandwiches, making sandwiches. |
| Q1: | Sometimes in the sandwiches. | Q1: | Sometimes in the sandwiches. |
| A: | Donde ellos me habían enseñado. | A: | Where they had taught me. |
| Q1: | Where - where I was - where they showed me, where - where I was trained. | Q1: | Where - where I was - where they showed me, where - where I was trained. |
| Q: | So a cook?  So a cook? | Q: | So a cook?  So a cook? |
| Q1: | Uh… | Q1: | Uh… |
| A: | Sí. | A: | Yes. |
| Q1: | ¿Así que de - de cocinero? | Q1: | So as - as a cook? |
| A: | Sí. | A: | Yes. |
| Q: | And then, uh, Valentin, did you, uh - did you ever hear of, uh, any kind of comments about racial comments or, um, legal status, uh, being made by, um, management or Frimmel or (Lisa)? | Q: | And then, uh, Valentin, did you, uh - did you ever hear of, uh, any kind of comments about racial comments or, um, legal status, uh, being made by, um, management or Frimmel or (Lisa)? |
| Q1: | Uh, ¿alguna vez tú oiste comentarios que - que haigan hecho, uh, (Lisa), Bret o otros manejadores sobre, um, uh, comentarios, uh, so- sobre racismo, ra- racist o - o - o - o del estatus migratorio de los empleados? | Q1: | Uh, did you ever hear any remarks that - that, uh, (Lisa), Bret or other managers may have made about, um, uh,  remarks, uh, abou- about racism, ra- racist or - or - or - or the migratory status of the employees? |
| A: | Uh sí. (Lisa) decía -- escuchaba que decía que - que - que eran unos, um, stinky, apestosos y… | A: | Uh yes. (Lisa) said -- I heard that she said that - that - that they were a bunch of, um, stinky, smelly and… |
| Q1: | Yes.  I would - I would hear, uh... | Q1: | Yes.  I would - I would hear, uh... |
| A: | …y ilegales (unintelligible). | A: | …and illegal (unintelligible). |
| Q1: | ...I would hear, uh, (Lisa) say, "You stinky illegals." | Q1: | ...I would hear, uh, (Lisa) say, "You stinky illegals." |
| A: | Eh nos decía que éramos estúpidos. | A: | Uh she said that we were stupid. |
| Q1: | (Lisa) said we were stupid.  (Lisa)? | Q1: | (Lisa) said we were stupid.  (Lisa)? |
| A: | Sí ella. De  - y - y - y cuando necesitaban gente, yo escuchaba que de- decía para todos que - que si tenían amigos, que trajeran pa' trabajar. | A: | Yes her. Of - and - and - and when they needed people, I heard that she sa- said for everyone that - that if they had friends, to bring them to work. |
| Q1: | I don't know.  I would hear that, um - they would - say if we had friends to bring them over to work. | Q1: | I don't know.  I would hear that, um - they would - say if we had friends to bring them over to work. |
| Q: | Who would say that? | Q: | Who would say that? |

TRANSCRIPT-07

INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ
Interviewer:  Det. Josh Henderson
09-30-13/4:57 pm
Case # CR2014103633 - frimmel
Page 8

| Q1: | ¿Quién decía eso? | Q1: | Who said that? |
|---|---|---|---|
| A: | Uh (Lisa). | A: | Uh (Lisa). |
| Q1: | (Lisa). | Q1: | (Lisa). |
| Q: | Now, did she speak Spanish? | Q: | Now, did she speak Spanish? |
| Q1: | ¿Ella hablaba español? | Q1: | Did she speak Spanish? |
| A: | Uh poquito mucho. | A: | Uh some. |
| Q1: | A little bit.  A little bit. | Q1: | A little bit.  A little bit. |
| Q: | Would she - when she would tell you this, would she say it in Spanish or she had somebody else tell you? | Q: | Would she - when she would tell you this, would she say it in Spanish or she had somebody else tell you? |
| Q1: | Cuando decía esto, ¿ella lo decía en español o - o - o usaba alguien más para que les dijera? | Q1: | When she said this, would she say it in Spanish, or - or - or did she use someone else to tell you all? |
| A: | Um usaba a otras personas que sabían inglés, les decía. | A: | Um she used other people who knew English, she would tell them. |
| Q1: | She - she would use other people that knew English. | Q1: | She - she would use other people that knew English. |
| Q: | But she - he would see her standing right next to 'em tell 'em and so forth? | Q: | But she - he would see her standing right next to 'em tell 'em and so forth? |
| Q1: | ¿Tú - tú - tú la veías que le - le decía a estas personas… | Q1: | Did you - you - you see her tell these people… |
| A: | Sí ahí. | A: | Yes there. |
| Q1: | …que hablan inglés? | Q1: | …who speak English? |
| A: | Ah en la cocina. Ahí decía ella, le decía a él y él decía. | A: | Ah in the kitchen. There she would say, she would tell him and he would say it. |
| Q1: | Yes.  Uh, in the kitchen, she would tell him and then he would tell. | Q1: | Yes.  Uh, in the kitchen, she would tell him and then he would tell. |
| Q: | And would this be other cooks she would use to translate or managers or who? | Q: | And would this be other cooks she would use to translate or managers or who? |
| Q1: | ¿E- ella usaba otros cocineros o manejadores para traducir? | Q1: | Did sh- she use other cooks or managers to translate? |
| A: | Um, mmm, a veces manejadores o - o… | A: | Um, mmm, sometimes managers or - or… |
| Q1: | Sometimes managers. | Q1: | Sometimes managers. |
| A: | …o - o si alguien sabía de ahí, de la cocina, le decía y - y él - y él traducía. | A: | …or - or if someone from there, from the kitchen knew, she would tell him and - and he would translate. |
| Q1: | Or someone from the kitchen could translate.  She would use them. | Q1: | Or someone from the kitchen could translate.  She would use them. |
| Q: | Uh, would - would Bret ever ask to - to go find friends? | Q: | Uh, would - would Bret ever ask to - to go find friends? |
| Q1: | ¿Bret, uh, nunca les - les decía que - | Q1: | Did Bret, uh, ever tell you all - you all |

INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ
Interviewer:  Det. Josh Henderson
09-30-13/4:57 pm
Case # CR2014103633 - frimmel
Page 9

| | | | |
|---|---|---|---|
| | que fueran a encontrar amigos? | | to - to go find friends? |
| A: | Um una o dos veces. | A: | Um once or twice. |
| Q1: | Yeah.  About two times. | Q1: | Yeah.  About two times. |
| A: | A veces sí. | A: | Sometimes yeah. |
| Q1: | Something like that. | Q1: | Something like that. |
| Q: | Um - um, when you say two times that's pretty specific. Uh, do you remember exactly when, what year or anything like that? | Q: | Um - um, when you say two times that's pretty specific. Uh, do you remember exactly when, what year or anything like that? |
| Q1: | Cuando dices dos veces, um, ¿sabes - te acu- acuerdas específicamente cuándo fue eso? | Q1: | When you say twice, um, do you know - do you rem- remember specifically when that was? |
| A: | No, no me acuerdo… | A: | No, I don't remember… |
| Q1: | No. | Q1: | No. |
| A: | …específicamente. | A: | …specifically. |
| Q1: | He doesn't remember. | Q1: | He doesn't remember. |
| Q: | Was it at the Peoria Union Hill store or was it at the 90th Street store?  Was it at the 32nd Street store? | Q: | Was it at the Peoria Union Hill store or was it at the 90th Street store?  Was it at the 32nd Street store? |
| Q1: | ¿Fue en la Peoria en - en la - en la tienda de la de Peoria en la Union Hill? ¿En la - en la de la 32 calle o - o cuál tienda? | Q1: | Was it on Peoria at - at the - at the store on Peoria on Union Hill? At the - at the one on 32nd Street or - or what store? |
| A: | En la 90. | A: | On 90th. |
| Q1: | In 90th Street store. | Q1: | In 90th Street store. |
| A: | En - en la 90. Y en la 83 no me acuerdo, pero recuerdo que en la 90, sí. | A: | On - on 90th. And on 83rd I don't remember, but I remember that on 90th, he did. |
| Q1: | And 83rd, I don't remember, but, um, 90- I remember in the 90th Street. | Q1: | And 83rd, I don't remember, but, um, 90- I remember in the 90th Street. |
| Q2: | Why are you so sure that Bret asked specifically for folks to invite undocumented people to come work? | Q2: | Why are you so sure that Bret asked specifically for folks to invite undocumented people to come work? |
| Q1: | ¿Por - por qué - por qué estás tan seguro que Bret, uh, le- les decía a - a los, uh, trabajadores que - que - que el - que el -- que le dijeran a gente indocumentada que viniera a trabajar? | Q1: | Why - why - why are you so sure that Bret, uh, told, uh, th- the workers that the - that the -- to tell undocumented people to come work? |
| A: | Uh escuché también decir que porque era la gente que trabajaba más y - y le pagaban menos. Pues eso es lo que, uh, menos le pagaban. | A: | Uh I also heard them say that it was because they're the people who work the most and - and they pay them less. So that's what, uh, they paid them the least. |
| Q1: | Because those were the people that | Q1: | Because those were the people that |

INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ
Interviewer: Det. Josh Henderson
09-30-13/4:57 pm
Case # CR2014103633 - frimmel
Page 10

| | | | | |
|---|---|---|---|---|
| | worked the most and you could pay them the least. | | | worked the most and you could pay them the least. |
| Q: | And would Bret have somebody say this - ask you or would he say it? | | Q: | And would Bret have somebody say this - ask you or would he say it? |
| Q1: | ¿Y Bret le pedía a alguien más que les dijera esto o él - o él se los decía? | | Q1: | And did Bret ask someone else to tell you all this or did he - or did he tell you all? |
| A: | A - a - a veces él decía, "Personas pa' trabajar", en español. | | A: | Some - some - sometimes he would say, "People to work," in Spanish. |
| Q1: | Oh, sometimes he would say, "Hey p-he would say in Spanish, "I need people to work." He would say it. ¿Él decía? | | Q1: | Oh, sometimes he would say, "Hey p-he would say in Spanish, "I need people to work." He would say it. He would say it? |
| A: | Sí. Unas dos… | | A: | Yes. About two times… |
| Q: | Oh, Bret would say it? | | Q: | Oh, Bret would say it? |
| Q1: | Bret would say it in Spanish. | | Q1: | Bret would say it in Spanish. |
| Q: | Okay. | | Q: | Okay. |
| A: | Unas dos veces escuché que decía, dijo… | | A: | About two times I heard that he would say, he said… |
| Q1: | A - a couple a times I heard him say it. | | Q1: | A - a couple a times I heard him say it. |
| A: | A los que estábamos trabajando ahí. | | A: | To us the people who were working there. |
| Q1: | Mm-hm. | | Q1: | Mm-hm. |
| A: | (Nos) decía. | | A: | He would tell (us). |
| Q1: | He - he would tell us that we're working there. | | Q1: | He - he would tell us that we're working there. |
| Q: | Okay. | | Q: | Okay. |
| Q2: | I don't want to prolong this but I do want to go back to one thing that is important and that is, um - um... | | Q2: | I don't want to prolong this but I do want to go back to one thing that is important and that is, um - um... |
| Q1: | Dice que no quiere hacer esta entrevista más larga, pero… | | Q1: | She says she doesn't want to make this interview longer, but… |
| Q2: | ...um... | | Q2: | ...um... |
| Q1: | …quiere, um, decir algo. | | Q1: | …she wants, um, to say something. |
| A: | Mm-hm. | | A: | Mm-hm. |
| Q2: | ...when you were - when you were hired, um... | | Q2: | ...when you were - when you were hired, um... |
| Q1: | Cuando fuiste contratado… | | Q1: | When you were hired… |
| Q2: | ...what paperwork did you fill out? | | Q2: | ...what paperwork did you fill out? |
| Q1: | …¿qué - qué papeleo llenaste? | | Q1: | …what - what paperwork did you fill out? |
| A: | Yo no llené papel. Nomás me dijeron, "Pon tu nombre". | | A: | I didn't fill out paper. They just told me, "Put your name." |
| Q1: | I did not fill out any paperwork. They | | Q1: | I did not fill out any paperwork. They |

| | | | |
|---|---|---|---|
| | just told me to write my name. | | just told me to write my name. |
| A: | Y pues me puse mi nombre y ya. | A: | And so I put my name and that was it. |
| Q1: | I wrote my name. | Q1: | I wrote my name. |
| Q2: | ¿Presentaste a -- um, did you present, uh, any sort of I.D. or Social Security? | Q2: | Did you present a -- um, did you present, uh, any sort of I.D. or Social Security? |
| Q1: | ¿Presentaste una forma de identificación o seguro social? | Q1: | Did you present a form of identification or social security? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q: | When you said, "Write your name," did you sign your name or just write it? | Q: | When you said, "Write your name," did you sign your name or just write it? |
| Q1: | ¿Cuando dijiste, uh, "Puse mi nombre", um, nomás escribiste o firmaste? | Q1: | When you said, uh, "I put my name," um, did you just write it or did you sign? |
| A: | No, pues yo nomás escribí. | A: | No, I just wrote it. |
| Q1: | No.  I just wrote it. | Q1: | No.  I just wrote it. |
| Q: | Did you ever have a food handler's card? | Q: | Did you ever have a food handler's card? |
| Q1: | ¿Tienes, uh, esa tarjeta para poder manejar comida? | Q1: | Do you have, uh, that card to be able to handle food? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q2: | You never had a food handler's card? | Q2: | You never had a food handler's card? |
| Q1: | ¿Nunca tuviste una tarjeta para manejar comida? | Q1: | Did you ever have a card to handle food? |
| A: | Sí, tuve… | A: | Yeah, I had… |
| Q1: | Yes, I had one. | Q1: | Yes, I had one. |
| A: | …una un tiempo cuando… | A: | …one at the time when… |
| Q1: | I had one some time. | Q1: | I had one some time. |
| A: | …cuando las daban cuando iba a - a pedir, el - la tarjeta, pero después ya no las dan. | A: | …when they gave them out when I went to - to ask for the - the card, but afterward, they don't give them out anymore. |
| Q1: | I had it at the time when - when we - when one can go ask for the card but now - but afterwards they wouldn't give me no more. | Q1: | I had it at the time when - when we - when one can go ask for the card but now - but afterwards they wouldn't give me no more. |
| A: | Ahorita es -- la tarjeta -- el dueño dijo que no - no había problema por la tarjeta. | A: | Now it's -- the card -- the owner said that there was no - no problem with the card. |
| Q1: | For now the - the owner said there's no problem with the card. | Q1: | For now the - the owner said there's no problem with the card. |

| | | | |
|---|---|---|---|
| Q: | Okay.  Just so that - that I'm clear and that I understand correctly. | Q: | Okay.  Just so that - that I'm clear and that I understand correctly. |
| Q1: | Para - para yo poder - para - para yo poder entender claramente… | Q1: | In order - in order for me to be able - to - to be able to understand clearly… |
| Q: | Uh, when did you first have the food handler's card and how long did you have it till? | Q: | Uh, when did you first have the food handler's card and how long did you have it till? |
| Q1: | …¿cuán- cuándo fue que tuvistes, uh - uh, tarjeta pa' poder manejar comida y - y has- y hasta cuándo? | Q1: | …whe- when was it that you had, uh - uh, a card to be able to handle food and - and un- and until when? |
| A: | Uh desde el 2002 cuando entré. | A: | Uh since 2002 when I started. |
| Q1: | 2002 when I started. | Q1: | 2002 when I started. |
| A: | Y después creo que caducó a los dos - dos, tres años. | A: | And then I think it expired after two - two, three years. |
| Q1: | And it expired in - in two, three years. | Q1: | And it expired in - in two, three years. |
| A: | Después fui otra vuelta a hacer el - el - el test. | A: | Then I went back again to do the - the - the test. |
| Q1: | And then I - I went back to do the test. | Q1: | And then I - I went back to do the test. |
| A: | Y me dieron otra. | A: | And they gave me another one. |
| Q1: | And they gave me another one. | Q1: | And they gave me another one. |
| A: | Y ya después ahorita como no sé, dos, tres años que ya no las dan. Ya - ya no - ya no tengo tarjeta, ya no. | A: | And then now like, I don't know, two, three years that they don't give them out anymore. Now - now I don't - now I don't have a card, not anymore. |
| Q1: | Yeah.  Up until two, three years ago. They don't - they don't give 'em anymore and I don't have one. | Q1: | Yeah.  Up until two, three years ago. They don't - they don't give 'em anymore and I don't have one. |
| A: | Porque piden licencia. | A: | Because they ask for a license. |
| Q1: | Because they ask for a license. | Q1: | Because they ask for a license. |
| A: | Y - y yo no tengo. | A: | And - and I don't have one. |
| Q1: | And I don't have one. | Q1: | And I don't have one. |
| Q: | And did you tell (Lisa) or Frimmel that you don't have a food handler's card? | Q: | And did you tell (Lisa) or Frimmel that you don't have a food handler's card? |
| Q1: | ¿Le dijiste a (Lisa) o a Bret que no -- o (Frimmel)… | Q1: | Did you tell (Lisa) or Bret that you don't -- or (Frimmel)… |
| A: | (Unintelligible). | A: | (Unintelligible). |
| Q1: | …que no tienes una tarjeta pa' mamejar comida? | Q1: | …that you don't have a card to handle food? |
| A: | Sí, correcto. | A: | Yes, that's right. |
| Q1: | Yes.  Correct. | Q1: | Yes.  Correct. |
| Q: | What - what did they say and who said it? | Q: | What - what did they say and who said it? |
| Q1: | ¿Qué - qué - qué - qué te dijeron y - y | Q1: | What - what - what - what did they tell |

TRANSCRIPT-12

| | | | | |
|---|---|---|---|
| | quién te dijo? | | you and - and who told you? |
| A: | Uh (Lisa) y Bret sabían. Dijeron que no había problema. | A: | Uh, (Lisa) and Bret knew. They said that it wasn't a problem. |
| Q1: | (Lisa) and Bret knew - uh, knew and, uh, they said there was no problem. | Q1: | (Lisa) and Bret knew - uh, knew and, uh, they said there was no problem. |
| Q: | They knew because you told them? | Q: | They knew because you told them? |
| Q1: | ¿Ellos sabían porque tú le dijiste? | Q1: | Did they know because you told him? |
| A: | Sí, yo les dije que no podía sacar tarjeta. | A: | Yes, I told them that I couldn't get a card. |
| Q1: | Yes, I told them I couldn't, uh - I couldn't, uh, obtain a card. | Q1: | Yes, I told them I couldn't, uh - I couldn't, uh, obtain a card. |
| Q: | Okay.  Do you have any questions? | Q: | Okay.  Do you have any questions? |
| Q2: | Did you refer anybody that you knew, um, personally to work at the restaurant? | Q2: | Did you refer anybody that you knew, um, personally to work at the restaurant? |
| Q1: | Uh, ¿tú - tú referiste a alguien, ah, que tú conocías personalmente pa' trabajar en el restaurant? | Q1: | Uh, did you - you refer anyone, uh, that you knew personally to work at the restaurant? |
| A: | No. | A: | No. |
| Q1: | No. | Q1: | No. |
| Q2: | And did you know your brother-in-law when you started working there or did that relationship come after you started working there? | Q2: | And did you know your brother-in-law when you started working there or did that relationship come after you started working there? |
| A: | No. | A: | No. |
| Q1: | ¿Tú - tú ya conocías a - a - a tu cuñado o - o esa relación ya empezó… | Q1: | Did you - you already know your brother-in-law or - or did that relationship begin… |
| A: | (Ella lo)… | A: | (She)… |
| Q1: | …hasta después? | Q1: | …until afterward? |
| A: | Ahí, después. | A: | That, afterward. |
| Q1: | After- afterwards.  Yeah. | Q1: | After- afterwards.  Yeah. |
| A: | Yeah. | A: | Yeah. |
| Q: | You knew - you knew your brother-in-law after - you worked there before him or he worked there before you? | Q: | You knew - you knew your brother-in-law after - you worked there before him or he worked there before you? |
| Q1: | ¿Quién trabajó - quién trabajó ahí primero? ¿Tú o tu cuñado? | Q1: | Who worked - who worked there first? You or your brother-in-law? |
| A: | No, cuando yo entré, él estaba ahí trabajando ya. | A: | No, when I started, he was working there already. |
| Q1: | When - when I started he was already working. | Q1: | When - when I started he was already working. |
| Q2: | You never provided a Social Security number to the restaurant? | Q2: | You never provided a Social Security number to the restaurant? |

| | | | | |
|---|---|---|---|---|
| Q1: | ¿Tú - tú - tú nunca le - le diste un seguro social al - al restaurant? | Q1: | Did you - you - you ever give the - the restaurant a social security? |
| A: | No. | A: | No. |
| Q2: | What did they tell you about that? | Q2: | What did they tell you about that? |
| Q1: | ¿Y qué - y qué te dijeron sobre eso? | Q1: | And what - and what did they tell you about that? |
| A: | Mmm no, ellos nomás me dijeron que no había problemas y ya. | A: | Mmm no, they just told me that there was no problem and that was it. |
| Q1: | Uh, they told us, "No problem." | Q1: | Uh, they told us, "No problem." |
| A: | Y que, "Si tienes ganas de trabajar es todo". | A: | And that, "If you want to work, that's it." |
| Q1: | (Unintelligible), you know, and that's all. | Q1: | (Unintelligible), you know, and that's all. |
| Q2: | And did they give you your earnings statements every year or W2 with your taxes? | Q2: | And did they give you your earnings statements every year or W2 with your taxes? |
| Q1: | ¿Te - te daban el - el - el récord de - de tus ganancias cada año? ¿Los - las reformas de los taxes? ¿Los talones de cheque? | Q1: | Did they give you - you the - the - the record of - of your earnings every year? The - the tax reforms? The check stubs? |
| A: | Sí, me daban - me - me daban un papel en fin de año. | A: | Yeah, they gave me - they gave me - me a paper at the end of the year. |
| Q1: | Yes.  I would get a paper at the end of the year. | Q1: | Yes.  I would get a paper at the end of the year. |
| Q: | How did they pay you each week or two weeks? | Q: | How did they pay you each week or two weeks? |
| Q1: | ¿Có- cómo te pagaban? ¿Uh, semana o cada quincena? | Q1: | Ho- how did they pay you? Uh, weekly or every fifteen days? |
| A: | Uh primero era -- cuando - cuando empec,é era como cada semana y después, um, como a los cuatro, cinco años, ya dos, cada dos semanas. | A: | Uh at first it was -- when - when I started, it was like every week and then, um, like four, five years later, then two, every two weeks. |
| Q1: | When - when I started it was every week and at four or five years it was, uh, every other week. | Q1: | When - when I started it was every week and at four or five years it was, uh, every other week. |
| Q: | Was it cash, check? | Q: | Was it cash, check? |
| Q1: | ¿Era, eh, en efectivo o en cheque? | Q1: | Was it, uh, in cash or check? |
| A: | En cheque. | A: | Check. |
| Q1: | Check. | Q1: | Check. |
| Q: | And then, uh, how did you cash the check? | Q: | And then, uh, how did you cash the check? |
| Q1: | ¿Y - y - y cómo ferias el cheque? | Q1: | And - and - and how did you cash the check? |
| A: | Uh en - en el Check PLS. | A: | Uh in - in the Check PLS. |

INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ
Interviewer: Det. Josh Henderson
09-30-13/4:57 pm
Case # CR2014103633 - frimmel
Page 15

| | | | | |
|---|---|---|---|---|
| Q1: | ¿Dónde? | Q1: | Where? |
| A: | Check PLS.  PLS Check. | A: | Check PLS. PLS Check |
| Q2: | It's a store.  It's a check store for check payments. | Q2: | It's a store.  It's a check store for check payments. |
| Q1: | A check - check payments. | Q1: | A check - check payments. |
| A: | Ajá (unintelligible) PLS. | A: | Uh-huh, (unintelligible) PLS |
| Q: | (Check Pay Less)? | Q: | (Check Pay Less)? |
| Q2: | Check P- I'm sorry.  Check PLS. | Q2: | Check P- I'm sorry.  Check PLS. |
| Q1: | Oh, Check PLS. | Q1: | Oh, Check PLS. |
| Q2: | PLS. | Q2: | PLS. |
| Q1: | Oh, Check PLS.  Yeah. | Q1: | Oh, Check PLS.  Yeah. |
| Q: | Check PLS. | Q: | Check PLS. |
| A: | Con - con - con mi ID de México ahí. | A: | With - with - with my ID from Mexico there. |
| Q1: | With my Mexico I.D. | Q1: | With my Mexico I.D. |
| Q: | Okay.  Did, uh... | Q: | Okay.  Did, uh... |
| Q2: | May I ask this without, um - um, how did they tell you - I'm trying to - (unintelligible) question. | Q2: | May I ask this without, um - um, how did they tell you - I'm trying to - (unintelligible) question. |
| Q: | Yeah. | Q: | Yeah. |
| Q2: | Go ahead. | Q2: | Go ahead. |
| A: | Pues escuchaba que también (Lisa) decía… | A: | Well I heard that also (Lisa) said… |
| Q1: | I would hear (Lisa) say... | Q1: | I would hear (Lisa) say... |
| A: | …que - que le iba a llamar a - a los sheriffs pa' que nos arrestaran… | A: | …that - that she was going to call the sheriffs to arrest us… |
| Q1: | ...that - that she was gonna call... | Q1: | ...that - that she was gonna call... |
| A: | …y se burlaba. | A: | …and she made jokes. |
| Q1: | ...that she was gonna call the sheriffs to come and arrest him and she would make fun of him. | Q1: | ...that she was gonna call the sheriffs to come and arrest him and she would make fun of him. |
| Q: | Why would she - why would she say that? | Q: | Why would she - why would she say that? |
| Q1: | ¿Por qué decía eso? | Q1: | Why did she say that? |
| A: | Y pero - pero porque ellos saben que uno es  -- no tiene papeles. | A: | And but - but because they know that one is -- one doesn't have papers. |
| Q1: | I - I believe because they know that we don't have papers. | Q1: | I - I believe because they know that we don't have papers. |
| Q: | Okay.  Would - would - did you do something wrong?  Why would she - why would she just say that? | Q: | Okay.  Would - would - did you do something wrong?  Why would she - why would she just say that? |
| Q1: | ¿Hi- hi- hiciste algo mal o por qué decía eso? | Q1: | Did you d- d- do something wrong or why did she say that? |
| A: | Nomás para -- nos decía por decirnos, | A: | Just to -- she told us just to tell us, to |

TRANSCRIPT-15

| | | | |
|---|---|---|---|
| | para intimidarnos yo pienso. | | intimidate us I think. |
| Q1: | Just she'd say it I believe to intimidate us. | Q1: | Just she'd say it I believe to intimidate us. |
| Q: | Just to do it or because you guys weren't doing something right? | Q: | Just to do it or because you guys weren't doing something right? |
| Q1: | ¿Nomás por decirlo o - o - o porque no -- o porque estaban haciendo algo mal? | Q1: | Just to say it or - or - or because no -- or because you were doing something wrong? |
| A: | No, nomás por decirlo. | A: | No, just to say it. |
| Q1: | Just to do it. | Q1: | Just to do it. |
| Q2: | Did you ever hear Bret say stuff like that? | Q2: | Did you ever hear Bret say stuff like that? |
| Q1: | ¿Alguna vez oiste a Bret decir cosas así? | Q1: | Did you ever hear Bret say things like that? |
| A: | Bret nomás decía -- escuchaba que, "Muévanse, les voy a patear el culo". | A: | Bret just said -- I heard that, "Move, I'm going to kick your asses." |
| Q1: | "Move or I'm gonna kick your ass." | Q1: | "Move or I'm gonna kick your ass." |
| Q: | Bret would say that? | Q: | Bret would say that? |
| Q1: | Bret.  Mm-hm. | Q1: | Bret.  Mm-hm. |
| Q2: | Did you ever hear Bret say anything that specifically that he knew that you were undocumented? | Q2: | Did you ever hear Bret say anything that specifically that he knew that you were undocumented? |
| Q1: | ¿Alguna vez, eh, oíste a Bret decir algo, uh, que - que él - él - él - él daba a saber que él sabía que esta- son indocumentados? | Q1: | Did you ever, eh, hear Bret say something, uh, that - that he - he - he - he made it known that he knew that you wer- you all are undocumented? |
| A: | Uh pues, yo pienso que sí, porque decía que - que trajéramos personas pa' trabajar. No le importaba su - su - su estatus. | A: | Uh well, I think so, because he said to - to us to bring some people to work. He didn't care about their - their - their status. |
| Q1: | I believe so because he would tell us to bring people to work or - and - and didn't care about their status. | Q1: | I believe so because he would tell us to bring people to work or - and - and didn't care about their status. |
| Q: | He would say that he didn't care about their status? | Q: | He would say that he didn't care about their status? |
| Q1: | ¿Él decía que no - no - no importaba su estatus? | Q1: | Did he say that he didn't - didn't - didn't care about their status? |
| A: | Sí. | A: | Yes. |
| Q1: | Yeah. | Q1: | Yeah. |
| Q: | Do you know if Bret ever, uh, said he knows, um, where they could like get paperwork or I.D.s or anything like that? | Q: | Do you know if Bret ever, uh, said he knows, um, where they could like get paperwork or I.D.s or anything like that? |
| Q1: | ¿Nunca supiste que si -- o llegaste a | Q1: | Did you ever find out if -- or did you |

TRANSCRIPT-16

INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ
Interviewer:  Det. Josh Henderson
09-30-13/4:57 pm
Case # CR2014103633 - frimmel
Page 17

| | | | |
|---|---|---|---|
| | oír a Bret decir que él sabía dónde podían obtener, uh, ident- papeles o identificaciones? | | ever hear Bret say that he knew where you all could get, uh, ident- papers or identifications? |
| A: | No. | A: | No. |
| Q: | Would (Lisa) ever say anything like that? | Q: | Would (Lisa) ever say anything like that? |
| Q1: | ¿(Lisa) nunca decía cosas así? | Q1: | Did (Lisa) ever say things like that? |
| A: | Uh no (unintelligible) pues no me acuerdo, no - no. Nomás decía que - que lleváramos gente pa' trabajar. | A: | Uh no (unintelligible) well I don't remember, no - no. She just said to - to bring people to work. |
| Q1: | No.  She would just tell us to bring people to work. | Q1: | No.  She would just tell us to bring people to work. |
| Q: | What about any of the other employees or managers?  Would they say something, "Hey, well, I know where you can go get a Social Security card or I.D."? | Q: | What about any of the other employees or managers?  Would they say something, "Hey, well, I know where you can go get a Social Security card or I.D."? |
| Q1: | ¿Quizá otros de los - otros empleados o manejadores, uh, nu- nunca - nunca los oíste decir que ellos sabían de una parte donde puedes ir a conseguir un - un ID, un- una - un seguro? | Q1: | Did you maybe, uh, ev- ever - ever hear other - other employees or managers say that they knew where about a place where you could go to get an - an ID, a - a - a social security? |
| A: | No. | A: | No. |
| Q: | It's okay if you don't remember their name, but if you just heard that. | Q: | It's okay if you don't remember their name, but if you just heard that. |
| Q1: | Está bien si no recuerdas el nombre, ¿pero sí a- a- alguna vez has oído eso? | Q1: | It's all right if you don't remember the name, but have you e- e- ever heard that? |
| A: | Pues me acuerdo, uh, de un- uno que decía -- que trabajaba ahí que sí. | A: | Well I remember, uh, o- one who said -- who worked there who did. |
| Q1: | I remember one that worked there. | Q1: | I remember one that worked there. |
| A: | Pero no, no sé, no dijo. No hablé con él. | A: | But no, I don't know, he didn't say. I didn't talk with him. |
| Q1: | He - but he - he didn't say... | Q1: | He - but he - he didn't say... |
| Q2: | I'm sorry, tienes que hablar. Yo no te entiendo. Tienes que hablar. | Q2: | I'm sorry, you have to talk. I don't understand you. You have to talk. |
| Q1: | No - no puedo entender lo que -- ¿qué - qué - qué quisiste decir con eso? | Q1: | I can't - can't understand what -- what - what - what did you mean by that? |
| Q2: | I - I didn't understand what he said. | Q2: | I - I didn't understand what he said. |
| A: | ¿Cómo es - es - es del -- la pregunta cómo fue del…? | A: | What is - is - is about the -- what was the question about the…? |
| Q1: | Si - si un - un manejador o otro empleado de ahí alguna vez dijo que ellos sabían dónde se podía conseguir | Q1: | If - if a - a manager or another employee there ever said that they knew where one could get a, uh, a |

TRANSCRIPT-17

| | | | |
|---|---|---|---|
| | una, uh, un seguro o una identificación. | | social security or an identification. |
| A: | Pues um, sí escuché que de- decían que sí sabían, pero yo no… | A: | Well um, I did hear that they sa- said that they did know, but I don't… |
| Q1: | Yes.  I heard that - that... | Q1: | Yes.  I heard that - that... |
| A: | Pe- pero no, no sé dónde. No- no- no- nomás escuché eso, que sabían pero no sé dónde. | A: | Bu- but no, I don't know where. I ju- ju- ju- just heard that, that they knew but I don't know where. |
| Q1: | Okay.  I - I heard that they - that they knew - they knew of it but - but didn't know where. | Q1: | Okay.  I - I heard that they - that they knew - they knew of it but - but didn't know where. |
| Q2: | Can you ask him did the managers ever facilitate the obtaining the false documents from a different - from a location somewhere? | Q2: | Can you ask him did the managers ever facilitate the obtaining the false documents from a different - from a location somewhere? |
| Q1: | ¿Uno de los manejadores -- e- ellos, por decir, ellos los aconsejaban que fueran a obtener, uh, documentos? | Q1: | Did one of the managers -- did th- they, let's just say, did they advise you all to go to get, uh, documents? |
| A: | No, yo cuando -- no sé, cuando yo entré, es como le dije. No, nomás traía papel yo para mí y luego demás (unintelligible). | A: | No, when I -- I don't know, when I started, it's like I said. No, I just had a paper for me and then other (unintelligible). |
| Q1: | Okay.  I mean like when I - when I started they didn't ask me for anything. | Q1: | Okay.  I mean like when I - when I started they didn't ask me for anything. |
| Q: | Okay.  All right.  Um... | Q: | Okay.  All right.  Um... |
| Q2: | That's all I have. | Q2: | That's all I have. |
| Q: | Okay.  Okay.  Uh, time is 5:25, going off tape. | Q: | Okay.  Okay.  Uh, time is 5:25, going off tape. |

This transcript has been reviewed with the audio recording submitted and it is an accurate transcription.

Signed_____

**INTERVIEW WITH VALENTIN VILLANUEVA FERNANDEZ**
**Q=Det. Josh Henderson**
**Q1=Cesar Brockman**
**Q2=Delia Salvatierra**
**A=Valentín Villanueva Fernández**

| | | | |
|---|---|---|---|
| Q: | Go ahead. | Q: | Go ahead. |
| A: | Sorry, because... | A: | Sorry, because... |
| Q: | It's okay. | Q: | It's okay. |
| A: | Sorry.  Hace como siete meses… | A: | Sorry. Like seven months ago… |
| Q1: | About seven months ago. | Q1: | About seven months ago. |
| A: | …que agarraron a uno - a un compañero. | A: | …a - a coworker was caught . |
| Q1: | Uh, a coworker was caught. | Q1: | Uh, a coworker was caught. |
| A: | Por- porque creo que estaba usando un seguro. | A: | Be- because I think he was using social security. |
| Q1: | Because, uh, I believe he was using, uh, social security. | Q1: | Because, uh, I believe he was using, uh, social security. |
| A: | Eh llegó un oficial. | A: | Uh an officer came. |
| Q1: | Uh, an officer arrived... | Q1: | Uh, an officer arrived... |
| A: | Y - y lo arrestó… | A: | And - and he arrested him… |
| Q1: | ...and arrested him. | Q1: | ...and arrested him. |
| A: | …ahí. Y nosotros le - le - le - le hicimos el comentario a - a (Lisa) y a otro managers, que qué iba a pasar con nosotros porque, eh, prácticamente sabían que éramos ilegales. | A: | …there. And we asked (Lisa) and other managers, what was going to happen with us because, uh, they practically knew that we were illegal. |
| Q1: | And we - we brought, uh, we brought it to the attention of - of - we ask - we asked (Lisa) and the other managers what was goin' to happen with us because, uh, you know, because we were illegal. | Q1: | And we - we brought, uh, we brought it to the attention of - of - we ask - we asked (Lisa) and the other managers what was goin' to happen with us because, uh, you know, because we were illegal. |
| A: | Eh y ellos nos dije- nos dijeron que no nos preocupáramos, que no iba a pasar nada. | A: | Uh and they to- told us - us not to worry, that nothing was going to happen. |
| Q1: | They told us not to worry about it. Nothing's goin' to happen. | Q1: | They told us not to worry about it. Nothing's goin' to happen. |

| | | | |
|---|---|---|---|
| A: | Y como a los seis meses, eh… | A: | And like six months later, uh… |
| Q1: | And about six - about six months... | Q1: | And about six - about six months... |
| A: | Eh o sea, llegó un - una que checa la comida. | A: | Uh so, a - a woman who checks the food came. |
| Q1: | ¿Hace seis meses? | Q1: | Six months ago? |
| A: | Como seis… | A: | Like six… |
| Q1: | About... | Q1: | About... |
| A: | …ocho meses, (I don't know). | A: | …eight months, (I don't know). |
| Q1: | About six - six or eight months ago, uh... | Q1: | About six - six or eight months ago, uh... |
| A: | Una de las que checan la comida -- ¿có- cómo se dice? | A: | One of the ones who check the food – wh- what's it called? |
| Q1: | ¿Las cartas? | Q1: | The menus? |
| A: | Sí, las que checan la comida. | A: | Yeah, the ones who check the food. |
| Q2: | Health inspector? | Q2: | Health inspector? |
| A: | Sí… | A: | Yeah… |
| Q1: | Uh... | Q1: | Uh... |
| A: | …un health inspector. | A: | …a health inspector. |
| Q1: | Uh, uh, that the health inspector... | Q1: | Uh, uh, that the health inspector... |
| A: | Uh y llegó y - y… | A: | Uh and she came and - and… |
| Q1: | ...showed up. | Q1: | ...showed up. |
| A: | …y me - y le dijo a - a Bret, le dijo… | A: | …and - and she told Bret, she told him… |
| Q1: | And - and told Bret... | Q1: | And - and told Bret... |
| A: | …que - que - que no teníamos la tarjeta de la comida. | A: | …that - that - that we didn't have the food card. |
| Q1: | ...that we didn't have food handler cards. | Q1: | ...that we didn't have food handler cards. |
| A: | Que la necesitaba. | A: | That I needed it. |
| Q1: | And that we - and that we needed them. | Q1: | And that we - and that we needed them. |
| A: | Entonces Bret le dijo a (Lisa) que - que no había problema, que - que no -- que… | A: | So Bret told (Lisa) that - that there was no problem, that - that no -- that… |
| Q1: | And - and Bret told (Lisa) there's no problem. | Q1: | And - and Bret told (Lisa) there's no problem. |
| A: | …que, "I don't care". Que no - no había problema. | A: | …that, "I don't care." That there was no - no problem. |
| Q1: | I don't care - there's no problem. | Q1: | I don't care - there's no problem. |
| A: | Y las tarjetas vencidas la - la -- (Lisa) las cortó y las tiró a la basura. | A: | And the expired cards the - the -- (Lisa) cut and threw them in the trash. |
| Q1: | And - and then the expired cards - (Lisa) took them, cut them up, and threw them away. | Q1: | And - and then the expired cards - (Lisa) took them, cut them up, and threw them away. |

TRANSCRIPT-20

| | | | |
|---|---|---|---|
| Q: | That same day or a different day? | Q: | That same day or a different day? |
| Q1: | ¿E- ese mismo día o otro día? | Q1: | Th- that same day or another day? |
| A: | Otro día. | A: | Another day. |
| Q1: | Another day. | Q1: | Another day. |
| Q: | And, uh, how did you hear about this, uh, from other - somebody else? | Q: | And, uh, how did you hear about this, uh, from other - somebody else? |
| Q1: | ¿Cómo supiste de esto? ¿Por alguien más? | Q1: | How did you find out about this? Through someone else? |
| A: | Uh, ¿cómo esto? | A: | Uh, what do you mean, this? |
| Q1: | Uh, what do you mean... | Q1: | Uh, what do you mean... |
| Q2: | What... | Q2: | What... |
| Q1: | ...about this? | Q1: | ...about this? |
| A: | Uh… | A: | Uh… |
| Q: | Did you - did you, uh, did you hear about this from somebody or did you see this? About the - how'd you know about the food inspector coming and all that? How'd you know about all that? | Q: | Did you - did you, uh, did you hear about this from somebody or did you see this? About the - how'd you know about the food inspector coming and all that? How'd you know about all that? |
| Q1: | Oh, ¿al- alguien te dijo o tú - tú - tú viste sobre -- có- cómo sup-- cómo pudiste saber de lo del - del - del inspector? | Q1: | Oh, did so- someone tell you or did you - you - you see about -- ho- how did you fi-- how were you able to find out about the - the - the inspector thing? |
| A: | Porque llegaba allí y - y a veces, yo me quedaba solo en la cocina. | A: | Because she would come there and - and sometimes, I was alone in the kitchen. |
| Q1: | Because, uh, he would get there and sometimes I would stay by myself in the kitchen. | Q1: | Because, uh, he would get there and sometimes I would stay by myself in the kitchen. |
| Q: | Oh, so you'd see it? | Q: | Oh, so you'd see it? |
| Q1: | ¿Tú - tú lo veías? | Q1: | Did you - you see it? |
| A: | Sí. | A: | Yes. |
| Q1: | Yes. | Q1: | Yes. |
| Q: | Okay, that's what I was gettin' at. Okay, very good. | Q: | Okay, that's what I was gettin' at. Okay, very good. |

This transcript has been reviewed with the audio recording submitted and it is an accurate transcription.

Signed_____