**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

Attorney for **Defendants Paul Penzone, Joseph M. Arpaio, Joshua Henderson, Brandon Jones, Christopher Hegstrom, Daniel Gandara, Sean Locksa, and Christopher Hechavarria**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al. | NO. CV15-00087-PHX-SPL |
| Plaintiffs, | |
| vs. | **DEFENDANTS' MOTION TO WITHDRAW RENEE WATERS AS COUNSEL** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Pursuant to Local Rule 83.3, Defendants Paul Penzone, Joseph Arpaio, Joshua Henderson, Brandon Jones, Christopher Hegstrom, Daniel Gandara, Sean Locksa, and Christopher Hechavarria ("Defendants") move the Court for an Order allowing Renee Waters to withdraw as counsel for Defendants. Ms. Waters is no longer employed by Iafrate & Associates. Defendants will continue to be represented by Michele M. Iafrate.

**DATED** this 18th day of June, 2018

**IAFRATE & ASSOCIATES**

By: s/Michele M. Iafrate
Michele M. Iafrate
Attorney for **Defendants Paul Penzone, Joseph M. Arpaio, Joshua Henderson, Brandon Jones, Christopher Hegstrom, Daniel Gandara, Sean Locksa, and Christopher Hechavarria**

**ORIGINAL** of the foregoing e-filed this 18th day of June, 2018, with:

Clerk of the Court
**United States District Court**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003

**COPIES** of the foregoing e-mailed via ECF this 18th day of June, 2018, to:

Honorable Steven P. Logan
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Ste. 521, SPC 82
Phoenix, Arizona  85003

Leon B. Silver
Andrew S. Jacob
**Gordon & Rees LLP**
111 W. Monroe Street, Suite 1600
Phoenix, Arizona  85003
Attorneys for **Plaintiffs**

J. Arthur Eaves
Robin E. Burgess
**Sanders and Parks**
3030 N. Third Street, Ste. 1300
Phoenix, Arizona  85012
Attorneys for **Defendant Maricopa County**


By:   s/Jill Lafornara