Leon B. Silver  (SBN: 012884)
Andrew S. Jacob  (SBN: 022516)
**GORDON REES SCULLY MANSUKHANI, LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone:  (602) 794-2495
Facsimile:  (602) 265-4716
lsilver@gordonrees.com
ajacob@gordonrees.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bret Frimmel, *et al.*; <br><br> *Plaintiffs,* <br><br> vs. <br><br> Joseph M. and Ava Arpaio, *et al.,* <br><br> *Defendants.* | CASE  2-15-cv-00087-SPL <br><br> **NOTICE THAT THE INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 215) IS PENDING DECISION** |

On September 25, 2018, the Court issued an order (Doc. 230) addressing Plaintiffs' motion for partial summary judgment (Doc. 196). The following day, September 26, 2018, it issued an order (Doc. 231) addressing Defendant Maricopa County's motion for partial summary judgment (Doc. 207). But, the Court has not yet addressed the Individual Defendants' motion for partial summary judgment (Doc. 215). Out of concern that this may be inadvertent, and because Plaintiffs are otherwise prepared to file a "Notice of Readiness for Final Pretrial Conference," Plaintiffs file this notice.

RESPECTFULLY SUBMITTED this 4th day of January, 2019.

    GORDON & REES LLP

By: *s/ Andrew S. Jacob*
     Leon B. Silver
     Andrew S. Jacob
     111 W. Monroe St., Suite 1600
     Phoenix, AZ  85003
     *Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019, I electronically transmitted the foregoing *Notice That the Individual Defendants' Motion for Partial Summary Judgment (Doc. 215) Is Pending Decision* to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michele M. Iafrate
**IAFRATE & ASSOCIATES**
649 North Second Ave.
Phoenix, AZ 85003
*Attorneys for Individual Defendants and MCSO*

J. Arthur Eaves
Robin E. Burgess
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012
*Attorneys for Maricopa County*

*By: Angelina Chavez*

**Gordon Rees Scully Mansukhani, LPP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003