Leon B. Silver  (SBN: 012884)
Andrew S. Jacob  (SBN: 022516)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone:  (602) 794-2493
Facsimile:  (602) 265-4716
lsilver@grsm.com
ajacob@grsm.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bret Frimmel, Pishka, Inc., and BRF Enterprises, LLC, Lisa and William Bruce Norton, wife and husband,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>　　　　Defendants. | CASE NO.   CV 2:15 CV-00087-SPL<br><br>**NOTICE OF CHANGE OF LAW FIRM ADDRESS** |

Please take notice that, as of April 1, 2019, counsel for the Plaintiffs have changed their address to:

**Gordon Rees Scully Mansukhani, LLP**
**One Renaissance Square**
**Two North Central, Suite 2200**
**Phoenix, AZ 85004**

RESPECTFULLY SUBMITTED this 3rd day of April, 2019

　　　　　　　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

　　　　　　　　　　　　　　　By:   */s/ Leon B. Silver*
　　　　　　　　　　　　　　　　　　Leon B. Silver
　　　　　　　　　　　　　　　　　　Andrew S. Jacob
　　　　　　　　　　　　　　　　　　Two North Central Avenue Suite 2200, Phoenix, AZ 85004
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Bret Frimmel;*
　　　　　　　　　　　　　　　　　　*Pishka, Inc.; and BRF Enterprises,*
　　　　　　　　　　　　　　　　　　*LLC, Lisa and William Bruce Norton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michele M. Iafrate (miafrate@iafratelaw.com)
Attorney for MCSO Defendants

J. Arthur Eaves (artie.eaves@sanderssparks.com)
Robin E. Burgess (robin.burgess@sanderssparks.com)
Attorneys for Maricopa County

*By:  Angelina Chavez*