IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al., | No. CV-15-00087-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Having considered Plaintiffs' Motion for Reconsideration (Doc. 237), the Court will call for a response from Defendants Penzone, Arpaio, Henderson, Gandara, Locksa, and Hechavarria. *See* LRCiv. 7.2(g)(2) ("No response to a motion for reconsideration and no reply to the response may be filed unless ordered by the Court…."). Accordingly,

**IT IS ORDERED** that Defendants shall have until **April 19, 2019** to file a response to Plaintiffs' Motion for Reconsideration (Doc. 237). No reply shall be permitted unless otherwise ordered by the Court.

Dated this 8th day of April, 2019.

Honorable Steven P. Logan
United States District Judge