J. Arthur Eaves/Bar No. 019748
Robin E. Burgess/Bar No. 015330
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099

J. Arthur Eaves
Direct Phone:  (602) 532-5730
Direct Fax:  (602) 230-5034
E-Mail: Artie.Eaves@SandersParks.com

Robin E. Burgess
Direct Phone:  (602) 532-5783
Direct Fax:  (602) 230-5048
E-mail:  Robin.Burgess@SandersParks.com

Attorneys for Maricopa County

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bret Frimmel; Pishka, Inc.; and BRF Enterprises, LLC; Lisa and William Bruce Norton, wife and husband,<br><br>Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br><br>Defendants. | **NO. 2-15-cv-00087-SPL**<br><br>**NOTICE OF CONFLICT** |

Counsel for Maricopa County is in receipt of Doc. 244, which sets a final pretrial conference on September 17, 2019 at 10:00 a.m.  Undersigned counsel has a conflict with this date, as counsel are scheduled to be in a two-week trial of *Milke v. Maricopa County*, Case No. 2:15-cv-00462-ROS before The Honorable Roslyn Silver commencing September 10, 2019.  It is respectfully requested that the final pretrial conference be rescheduled to a date after September 30, 2019, to allow counsel to conclude the conflicting trial.

**RESPECTFULLY SUBMITTED** this 7th day of May, 2019.

**SANDERS & PARKS, P.C.**

By /s/ J. Arthur Eaves
J. Arthur Eaves
Robin E. Burgess
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
Attorneys for Maricopa County

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Leon B. Silver/Andrew S. Jacob
Attorneys for Plaintiffs

Michele Iafrate
Attorney for MCSO Defendants

A courtesy copy with a copy of the Notice of Electronic filing was also **mailed** to HONORABLE STEVEN P. LOGAN on this same date at the following address:

HONORABLE STEVEN P. LOGAN
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 West Washington Street, SPC 82
Phoenix, AZ 85003

/s/ Michele Logan