1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bret Frimmel; Pishka, Inc.; and BRF Enterprises, LLC; Lisa and William Bruce Norton, wife and husband;<br><br>　　　　　　　　*Plaintiffs,*<br><br>　　vs.<br><br>Joseph M. and Ava Arpaio, *et al.,*<br><br>　　　　　　　　*Defendants.* | ) **CASE 2-15-cv-00087-SPL**<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

THE COURT, having considered the *Joint Motion to Continue Trial* with attached exhibits (Doc. __), and good cause appearing,

THE COURT FINDS that it would be prudent to continue the trial for at least 60 days for the reasons stated in the motion

IT IS HEREBY ORDERED as follows:

(1) The trial scheduled to begin on March 17, 2020 is continued for at least 60 days.

(2) A scheduling conference will be set by separate order to set a new trial date.