IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al., | No. CV-15-00087-PHX-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Continue Trial (Doc. 297), currently scheduled to begin March 17, 2020. The parties make this request based on the expectation of difficulties that may arise related to COVID-19. The motion will be denied.

The Court notes that it is, of course, aware of the developing pandemic. At this time, however, there are no current changes to the operation of the United States District Court of Arizona. The Court will therefore follow recommended health and safety protocols, and continue to monitor local and national responses. Accordingly,

**IT IS ORDERED** that the Joint Motion to Continue Trial (Doc. 297) is **denied**.

Dated this 12th day of March, 2020.

Honorable Steven P. Logan
United States District Judge