IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>　　　　　Defendants. | No. CV-15-00087-PHX-SPL<br><br>**ORDER** |

The Court has reconsidered the parties' Joint Motion to Continue Trial (Doc. 297). Good cause appearing,

**IT IS ORDERED** that the Court's March 12, 2020 Order denying the parties' Joint Motion to Continue (Doc. 299) is **vacated**.

**IT IS ORDERED** that the Joint Motion to Continue Trial (Doc. 297) is **granted**.

**IT IS FURTHER ORDERED** that the trial, currently scheduled to begin March 17, 2020, is **vacated** and will be reset at a later date.

Dated this 12th day of March, 2020.

　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　United States District Judge