IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al., | No. CV-15-0087-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

The District of Arizona has seen an increase in COVID-19 positive cases, hospitalizations, and recent deaths. In light of concerns about trial participants, jurors, and others who may be at a higher risk of contracting the disease, and notwithstanding the Court's General Order 20-39 dated November 5, 2020,[1]

**THE COURT FINDS** that in the interest of public health and safety, this trial must be continued.

**IT IS ORDERED** that the trial set to begin on December 2, 2020 is **vacated.**

**IT IS FURTHER ORDERED** that the Renewed Final Pretrial Conference set for November 23, 2020 at 10:00 a.m. is affirmed and the parties shall be prepared to discuss new trial dates at that time.

---

[1] General Order 20-39 makes exception for the instant case to proceed to trial, however, it sets forth a list of concerns including the risk to trial participants, jurors, and others to expose themselves to COVID-19 through necessary travel, lodging, and eating arrangements. Those concerns are very present for the instant case, particularly in light of the holidays immediately before and after the trial.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

Dated this 9th day of November, 2020.

Honorable Steven P. Logan
United States District Judge