1  Leon B. Silver  (SBN: 012884)
   Andrew S. Jacob  (SBN: 022516)
2  Rebecca N. Cain (SBN: 025604)
   Mary M. Curtin  (SBN: 031973)
3  **GORDON REES SCULLY MANSUKHANI, LLP**
   Two North Central Avenue Suite 2200
4  Phoenix, AZ 85004
   Telephone: (602) 794-2493
5  Facsimile: (602) 265-4716
   lsilver@grsm.com
6  ajacob@grsm.com
   rcain@grsm.com
7  *Attorneys for Plaintiffs*

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE DISTRICT OF ARIZONA**

10

| | |
|---|---|
| 11  Lisa Norton, et al., | ) **CASE NO.   2:15-cv-00087-SPL** |
| 12                          Plaintiffs, | ) |
| 13      vs. | ) **NOTICE OF PARTIAL SETTLEMENT AS** |
| | ) **REGARDS ALL CLAIMS OF LISA AND** |
| 14 | ) **WILLIAM BRUCE NORTON ONLY** |
| Joseph M. Arpaio, et al., | ) |
| 15 | ) |
| 16                          Defendants. | ) |
| 17 | ) |

18        NOTICE  IS  GIVEN  that  Plaintiffs  Lisa  and  William  Bruce  Norton  and

19  Defendants have reached a settlement resolving all claims made by Lisa and William

20  Bruce Norton.  The Parties have entered a binding term sheet and are preparing complete

21  settlement documentation. The Parties anticipate filing a Stipulation for Dismissal with

22  Prejudice of the Norton's claims within the next 15 days, resolving all claims between

23  them in their entirety.

24

25

26

27  / / /

28  / / /

1101349/61002055v.1

-1-

RESPECTFULLY SUBMITTED this 1st day of September 2021.

**GORDON REES SCULLY
MANSUKHANI, LLP**

By:   */s/  Leon B. Silver*
      Leon B. Silver
      Two North Central Avenue Suite
      2200, Phoenix, AZ 85004
      *Attorneys for Plaintiffs*

**SANDERS & PARKS, P.C.**

By  /s/  J. Arthur Eaves
      J. Arthur Eaves
      Robin E. Burgess
      *Attorneys for Defendants*

1
2

## CERTIFICATE OF SERVICE

3

    I hereby certify that on September 1, 2021, I electronically transmitted the

4

foregoing document to the Clerk's Office using the CM/ECF System for filing and

5

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

6
7

J. Arthur Eaves (artie.eaves@sandersparks.com)

8

Robin E. Burgess (robin.burgess@sandersparks.com)
Attorneys for Defendants

9
10

*By: Angelina Chavez*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28