IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al., | No. CV-15-00087-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

The Court has been advised that Plaintiffs Lisa and William Bruce Norton and Defendants have reached a settlement in this case (Doc. 334). Accordingly,

**IT IS ORDERED** that Plaintiffs Lisa and William Bruce Norton and their claims will be dismissed *with prejudice* from this case on **September 24, 2021** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 1st day of September, 2021.

Honorable Steven P. Logan
United States District Judge