Leon B. Silver (SBN: 012884)
Andrew S. Jacob (SBN: 022516)
Rebecca N. Cain (SBN: 025604)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-2493
Facsimile: (602) 265-4716
lsilver@grsm.com
ajacob@grsm.com
rcain@grsm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | **CASE NO. CV 2:15 CV-00087-SPL** <br><br> **NOTICE OF SETTLEMENT OF ALL REMAINING CLAIMS** |

NOTICE IS GIVEN that Plaintiffs Bret Frimmel and Pishka, Inc., and Defendants (the "Parties") have reached a settlement agreement resolving all remaining claims in this action. The Parties request that the Court vacate the trial currently scheduled for October 5 through October 22, 2021.

Over the next few weeks, the Parties anticipate finalizing and executing the formal form of a written settlement and filing the Parties' Stipulation for Dismissal with Prejudice within the next 45 days, resolving this matter in its entirety.

/ / /

/ / /

-1-

1  RESPECTFULLY SUBMITTED this 29th day of September, 2021.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: *Leon B. Silver*
Leon B. Silver
Andrew S. Jacob
Rebecca N. Cain
Two North Central Avenue Suite 2200, Phoenix, AZ 85004
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. Arthur Eaves (artie.eaves@sandersparks.com)
Robin E. Burgess (robin.burgess@sandersparks.com)
Attorneys for Defendants

*By:  Angelina Chavez*