IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Norton, et al., <br><br> Plaintiffs, <br> vs. <br><br> Joseph M. Arpaio, et al., <br><br> Defendants. | No.  CV-15-00087-PHX-SPL <br><br> **ORDER** |

The Court has been advised that the remaining parties have reached a settlement in this case (Doc. 341). Accordingly,

**IT IS ORDERED** that Plaintiffs Bret Frimmel and Pishka, Inc. and their claims will be dismissed *with prejudice* on **October 29, 2021** unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that the trial set to begin on October 5, 2021 is **vacated**.

Dated this 29th day of September, 2021.

Honorable Steven P. Logan
United States District Judge